**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01267

ALI SAEE, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

ENSERVCO CORPORATION,
CROSS RIVER PARTNERS, L.P.,
CROSS RIVER CAPITAL MANAGEMENT LLC,
RICHARD A. MURPHY, and
MARJORIE A. HARGRAVE,

     Defendants.

---

**DECLARATION OF JEFFREY P. JUSTMAN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

---

I, Jeffrey P. Justman, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.    I submit this declaration in support of Defendants' Motion to Dismiss. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2.    I am a partner at the law firm of Faegre Drinker Biddle & Reath LLP in Minneapolis, Minnesota. I am one of the attorneys representing Defendants Enservco Corporation, Richard A. Murphy, Marjorie Hargrave, Cross River Partners, L.P., and Cross River Capital Management LLC in this action.

3.    Attached hereto as the exhibits stated are true and correct copies of the
following documents:

| Exhibit | Description |
| --- | --- |
| 1 | Enservco 2019 Form 10-K (filed March 20, 2020) |
| 2 | Enservco 2020 Form 10-K (filed March 23, 2021) |
| 3 | Chart showing Enservco Corporation (ENSV) Stock Historical Prices & Data, exported from Yahoo! Finance |
| 4 | Enservco Form 8-K Regarding Non-Reliance on Previously Issued Financial Statements (filed March 28, 2022) |
| 5 | Enservco Press Release, "Enservco Corporation Announces it Will Amend its Financial Statements for First, Second and Third Quarters of 2021" (dated March 28, 2022) |
| 6 | Enservco Form Q1 2021 10-Q/A (filed April 11, 2022) |
| 7 | Enservco Form Q2 2021 10-Q/A (filed April 11, 2022) |
| 8 | Enservco Form Q3 2021 10-Q/A (filed April 11, 2022) |
| 9 | Enservco Form 8-K Regarding Non-Reliance on Previously Issued Financial Statements (filed April 18, 2022) |
| 10 | Enservco Press Release, "Enservco Corporation Delays Filing of Form 10-K to Restate 2021 Form 10-Qs to Account for the Company's Utilization of Deferred Tax Liabilities" (dated April 18, 2022) |
| 11 | Enservco Form Q1 2021 10-Q/2A (filed May 24, 2022) |
| 12 | Enservco Form Q2 2021 10-Q/2A (filed May 24, 2022) |
| 13 | Enservco Form Q3 2021 10-Q/2A (filed May 24, 2022) |
| 14 | Enservco Form Q3 2021 10-Q (filed November 15, 2021) |
| 15 | Enservco Form 8-K Regarding Marjorie Hargrave departure (filed April 4, 2022) |
| 16 | Enservco Form 8-K Regarding Changes in Registrant's Certifying Accountant (filed September 1, 2022) |
| 17 | Buy Sell Signals Analyst Report: "ENSERVCO (ENSV) up 172% YTD" (dated June 1, 2022) |
| 18 | Buy Sell Signals Analyst Report: "ENSERVCO tumbles 7.5% in past quarter" (dated March 31, 2021) |
| 19 | Buy Sell Signals Analyst Report: "ENSERVCO falls for a fourth consecutive year, a four-year fall of 92% (dated February 25, 2022) |
| 20 | Buy Sell Signals Analyst Report: "Quarter 1 of 2022: ENSERVCO (ENSV:$2.70) soars 218%" (filed March 31, 2022). |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 10th day of February 2023.

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jeffrey P. Justman* _____
Jeffrey P. Justman
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
E-mail: jeff.justman@faegredrinker.com