# Exhibit 3

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/23/2021 | 1.97 | 1.97 | 1.78 | 1.78 | 1.78 | 435700 |
| 3/24/2021 | 1.81 | 1.89 | 1.7 | 1.74 | 1.74 | 494100 |
| 3/25/2021 | 1.7 | 1.83 | 1.66 | 1.8 | 1.8 | 377400 |
| 3/26/2021 | 1.76 | 1.84 | 1.751 | 1.84 | 1.84 | 224200 |
| 3/29/2021 | 1.89 | 1.89 | 1.71 | 1.75 | 1.75 | 469800 |
| 3/30/2021 | 1.83 | 1.83 | 1.7 | 1.7 | 1.7 | 789900 |
| 3/31/2021 | 1.74 | 1.76 | 1.673 | 1.73 | 1.73 | 252400 |
| 4/1/2021 | 1.72 | 1.84 | 1.72 | 1.82 | 1.82 | 310300 |
| 4/5/2021 | 1.84 | 1.84 | 1.77 | 1.78 | 1.78 | 144100 |
| 4/6/2021 | 1.76 | 1.9 | 1.76 | 1.79 | 1.79 | 556200 |
| 4/7/2021 | 1.79 | 1.89 | 1.74 | 1.79 | 1.79 | 417700 |
| 4/8/2021 | 1.78 | 1.78 | 1.7 | 1.75 | 1.75 | 200000 |
| 4/9/2021 | 1.76 | 1.76 | 1.66 | 1.68 | 1.68 | 264500 |
| 4/12/2021 | 1.72 | 1.72 | 1.56 | 1.62 | 1.62 | 514600 |
| 4/13/2021 | 1.57 | 1.59 | 1.42 | 1.46 | 1.46 | 536200 |
| 4/14/2021 | 1.44 | 1.55 | 1.42 | 1.48 | 1.48 | 356400 |
| 4/15/2021 | 1.45 | 1.47 | 1.36 | 1.36 | 1.36 | 639000 |
| 4/16/2021 | 1.31 | 1.39 | 1.15 | 1.39 | 1.39 | 775700 |
| 4/19/2021 | 1.45 | 1.45 | 1.36 | 1.41 | 1.41 | 411300 |
| 4/20/2021 | 1.42 | 1.425 | 1.25 | 1.26 | 1.26 | 445500 |
| 4/21/2021 | 1.22 | 1.35 | 1.21 | 1.33 | 1.33 | 258300 |
| 4/22/2021 | 1.31 | 1.37 | 1.27 | 1.3 | 1.3 | 238600 |
| 4/23/2021 | 1.32 | 1.35 | 1.29 | 1.35 | 1.35 | 149900 |
| 4/26/2021 | 1.33 | 1.41 | 1.3 | 1.38 | 1.38 | 135000 |
| 4/27/2021 | 1.39 | 1.46 | 1.37 | 1.45 | 1.45 | 179000 |
| 4/28/2021 | 1.43 | 1.58 | 1.419 | 1.51 | 1.51 | 517900 |
| 4/29/2021 | 1.54 | 1.54 | 1.45 | 1.51 | 1.51 | 183600 |
| 4/30/2021 | 1.5 | 1.51 | 1.38 | 1.39 | 1.39 | 198100 |
| 5/3/2021 | 1.4 | 1.43 | 1.35 | 1.38 | 1.38 | 437100 |
| 5/4/2021 | 1.36 | 1.49 | 1.21 | 1.4 | 1.4 | 2042300 |
| 5/5/2021 | 1.37 | 1.42 | 1.3 | 1.31 | 1.31 | 537200 |
| 5/6/2021 | 1.29 | 1.31 | 1.17 | 1.18 | 1.18 | 560100 |
| 5/7/2021 | 1.22 | 1.28 | 1.2 | 1.24 | 1.24 | 189800 |
| 5/10/2021 | 1.26 | 1.33 | 1.22 | 1.265 | 1.265 | 499800 |
| 5/11/2021 | 1.27 | 1.28 | 1.2 | 1.26 | 1.26 | 395300 |
| 5/12/2021 | 1.33 | 1.56 | 1.3 | 1.33 | 1.33 | 2634900 |
| 5/13/2021 | 1.23 | 1.38 | 1.22 | 1.28 | 1.28 | 722200 |
| 5/14/2021 | 1.22 | 1.39 | 1.22 | 1.27 | 1.27 | 297300 |
| 5/17/2021 | 1.28 | 1.34 | 1.25 | 1.34 | 1.34 | 312900 |
| 5/18/2021 | 1.34 | 1.34 | 1.29 | 1.31 | 1.31 | 224400 |
| 5/19/2021 | 1.27 | 1.28 | 1.23 | 1.25 | 1.25 | 197900 |
| 5/20/2021 | 1.24 | 1.265 | 1.225 | 1.25 | 1.25 | 124700 |
| 5/21/2021 | 1.25 | 1.33 | 1.25 | 1.27 | 1.27 | 233100 |
| 5/24/2021 | 1.3 | 1.3 | 1.25 | 1.28 | 1.28 | 166400 |
| 5/25/2021 | 1.28 | 1.31 | 1.26 | 1.26 | 1.26 | 101000 |
| 5/26/2021 | 1.26 | 1.289 | 1.23 | 1.27 | 1.27 | 183800 |
| 5/27/2021 | 1.29 | 1.36 | 1.27 | 1.32 | 1.32 | 550500 |
| 5/28/2021 | 1.35 | 1.36 | 1.31 | 1.33 | 1.33 | 154500 |
| 6/1/2021 | 1.34 | 1.48 | 1.33 | 1.46 | 1.46 | 992200 |
| 6/2/2021 | 1.46 | 1.51 | 1.43 | 1.47 | 1.47 | 288700 |
| 6/3/2021 | 1.44 | 1.485 | 1.39 | 1.43 | 1.43 | 207700 |
| 6/4/2021 | 1.45 | 1.49 | 1.37 | 1.47 | 1.47 | 156500 |
| 6/7/2021 | 1.47 | 1.57 | 1.43 | 1.5 | 1.5 | 221100 |
| 6/8/2021 | 1.53 | 1.57 | 1.47 | 1.55 | 1.55 | 283500 |
| 6/9/2021 | 1.57 | 1.585 | 1.5 | 1.52 | 1.52 | 175200 |
| 6/10/2021 | 1.54 | 1.573 | 1.41 | 1.42 | 1.42 | 143300 |
| 6/11/2021 | 1.43 | 1.64 | 1.43 | 1.59 | 1.59 | 1217600 |
| 6/14/2021 | 1.57 | 1.59 | 1.52 | 1.53 | 1.53 | 261900 |
| 6/15/2021 | 1.54 | 1.56 | 1.49 | 1.5 | 1.5 | 169500 |

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/16/2021 | 1.55 | 1.62 | 1.49 | 1.52 | 1.52 | 356600 |
| 6/17/2021 | 1.51 | 1.53 | 1.4 | 1.42 | 1.42 | 260400 |
| 6/18/2021 | 1.49 | 1.49 | 1.41 | 1.46 | 1.46 | 216100 |
| 6/21/2021 | 1.46 | 1.72 | 1.43 | 1.67 | 1.67 | 1865600 |
| 6/22/2021 | 1.55 | 1.63 | 1.47 | 1.63 | 1.63 | 715000 |
| 6/23/2021 | 1.64 | 1.67 | 1.53 | 1.61 | 1.61 | 511300 |
| 6/24/2021 | 1.58 | 1.65 | 1.55 | 1.59 | 1.59 | 332700 |
| 6/25/2021 | 1.6 | 1.7 | 1.56 | 1.69 | 1.69 | 768000 |
| 6/28/2021 | 1.65 | 1.688 | 1.61 | 1.65 | 1.65 | 315300 |
| 6/29/2021 | 1.65 | 1.676 | 1.53 | 1.54 | 1.54 | 157000 |
| 6/30/2021 | 1.53 | 1.68 | 1.47 | 1.64 | 1.64 | 1201400 |
| 7/1/2021 | 1.62 | 1.74 | 1.57 | 1.65 | 1.65 | 1470400 |
| 7/2/2021 | 1.6 | 1.65 | 1.52 | 1.56 | 1.56 | 313500 |
| 7/6/2021 | 1.6 | 1.6 | 1.51 | 1.53 | 1.53 | 328400 |
| 7/7/2021 | 1.51 | 1.54 | 1.47 | 1.53 | 1.53 | 280100 |
| 7/8/2021 | 1.45 | 1.51 | 1.42 | 1.47 | 1.47 | 183200 |
| 7/9/2021 | 1.47 | 1.55 | 1.44 | 1.5 | 1.5 | 182100 |
| 7/12/2021 | 1.45 | 1.55 | 1.45 | 1.54 | 1.54 | 148900 |
| 7/13/2021 | 1.53 | 1.56 | 1.481 | 1.5 | 1.5 | 216700 |
| 7/14/2021 | 1.53 | 1.61 | 1.45 | 1.51 | 1.51 | 941700 |
| 7/15/2021 | 1.46 | 1.48 | 1.33 | 1.39 | 1.39 | 358800 |
| 7/16/2021 | 1.39 | 1.39 | 1.34 | 1.34 | 1.34 | 53900 |
| 7/19/2021 | 1.32 | 1.323 | 1.22 | 1.29 | 1.29 | 197800 |
| 7/20/2021 | 1.27 | 1.37 | 1.27 | 1.32 | 1.32 | 79900 |
| 7/21/2021 | 1.35 | 1.4 | 1.33 | 1.33 | 1.33 | 57500 |
| 7/22/2021 | 1.33 | 1.45 | 1.283 | 1.43 | 1.43 | 368800 |
| 7/23/2021 | 1.43 | 1.43 | 1.34 | 1.38 | 1.38 | 110800 |
| 7/26/2021 | 1.37 | 1.38 | 1.28 | 1.29 | 1.29 | 251300 |
| 7/27/2021 | 1.28 | 1.295 | 1.2 | 1.23 | 1.23 | 244900 |
| 7/28/2021 | 1.23 | 1.24 | 1.2 | 1.21 | 1.21 | 235800 |
| 7/29/2021 | 1.21 | 1.32 | 1.21 | 1.28 | 1.28 | 237500 |
| 7/30/2021 | 1.26 | 1.27 | 1.22 | 1.25 | 1.25 | 117900 |
| 8/2/2021 | 1.25 | 1.273 | 1.21 | 1.22 | 1.22 | 105200 |
| 8/3/2021 | 1.23 | 1.3 | 1.22 | 1.26 | 1.26 | 236800 |
| 8/4/2021 | 1.22 | 1.25 | 1.18 | 1.22 | 1.22 | 134400 |
| 8/5/2021 | 1.22 | 1.246 | 1.2 | 1.22 | 1.22 | 106900 |
| 8/6/2021 | 1.22 | 1.23 | 1.18 | 1.18 | 1.18 | 107700 |
| 8/9/2021 | 1.18 | 1.21 | 1.17 | 1.18 | 1.18 | 120400 |
| 8/10/2021 | 1.24 | 1.29 | 1.22 | 1.28 | 1.28 | 338400 |
| 8/11/2021 | 1.24 | 1.37 | 1.22 | 1.32 | 1.32 | 555300 |
| 8/12/2021 | 1.3 | 1.303 | 1.21 | 1.25 | 1.25 | 80800 |
| 8/13/2021 | 1.25 | 1.25 | 1.18 | 1.18 | 1.18 | 124400 |
| 8/16/2021 | 1.23 | 1.235 | 1.15 | 1.16 | 1.16 | 166100 |
| 8/17/2021 | 1.17 | 1.18 | 1.11 | 1.13 | 1.13 | 106200 |
| 8/18/2021 | 1.15 | 1.16 | 1.1 | 1.12 | 1.12 | 84200 |
| 8/19/2021 | 1.11 | 1.14 | 1.11 | 1.12 | 1.12 | 70200 |
| 8/20/2021 | 1.09 | 1.12 | 1.05 | 1.05 | 1.05 | 286500 |
| 8/23/2021 | 1.06 | 1.12 | 1.06 | 1.09 | 1.09 | 166500 |
| 8/24/2021 | 1.09 | 1.16 | 1.09 | 1.13 | 1.13 | 95400 |
| 8/25/2021 | 1.12 | 1.141 | 1.11 | 1.13 | 1.13 | 53900 |
| 8/26/2021 | 1.1 | 1.17 | 1.1 | 1.12 | 1.12 | 77300 |
| 8/27/2021 | 1.13 | 1.21 | 1.12 | 1.19 | 1.19 | 168500 |
| 8/30/2021 | 1.16 | 1.26 | 1.14 | 1.18 | 1.18 | 458000 |
| 8/31/2021 | 1.2 | 1.218 | 1.18 | 1.2 | 1.2 | 56900 |
| 9/1/2021 | 1.196 | 1.31 | 1.16 | 1.25 | 1.25 | 428400 |
| 9/2/2021 | 1.26 | 1.29 | 1.23 | 1.24 | 1.24 | 139200 |
| 9/3/2021 | 1.26 | 1.4 | 1.24 | 1.37 | 1.37 | 760900 |
| 9/7/2021 | 1.35 | 1.36 | 1.28 | 1.29 | 1.29 | 181500 |
| 9/8/2021 | 1.27 | 1.29 | 1.2 | 1.24 | 1.24 | 339500 |

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/9/2021 | 1.24 | 1.25 | 1.17 | 1.22 | 1.22 | 498200 |
| 9/10/2021 | 1.21 | 1.27 | 1.2 | 1.24 | 1.24 | 258300 |
| 9/13/2021 | 1.24 | 1.29 | 1.21 | 1.26 | 1.26 | 276700 |
| 9/14/2021 | 1.25 | 1.25 | 1.165 | 1.17 | 1.17 | 479800 |
| 9/15/2021 | 1.18 | 1.27 | 1.18 | 1.261 | 1.261 | 664600 |
| 9/16/2021 | 1.26 | 1.26 | 1.17 | 1.2 | 1.2 | 240300 |
| 9/17/2021 | 1.22 | 1.22 | 1.17 | 1.19 | 1.19 | 140300 |
| 9/20/2021 | 1.12 | 1.17 | 1.12 | 1.15 | 1.15 | 207500 |
| 9/21/2021 | 1.158 | 1.158 | 1.12 | 1.12 | 1.12 | 103200 |
| 9/22/2021 | 1.13 | 1.16 | 1.09 | 1.13 | 1.13 | 344400 |
| 9/23/2021 | 1.12 | 1.26 | 1.1 | 1.25 | 1.25 | 1141600 |
| 9/24/2021 | 1.18 | 1.24 | 1.18 | 1.22 | 1.22 | 244100 |
| 9/27/2021 | 1.22 | 1.32 | 1.22 | 1.29 | 1.29 | 631500 |
| 9/28/2021 | 1.3 | 1.36 | 1.25 | 1.31 | 1.31 | 419200 |
| 9/29/2021 | 1.33 | 1.42 | 1.27 | 1.4 | 1.4 | 965800 |
| 9/30/2021 | 1.41 | 1.61 | 1.41 | 1.43 | 1.43 | 1800500 |
| 10/1/2021 | 1.44 | 1.48 | 1.33 | 1.47 | 1.47 | 893100 |
| 10/4/2021 | 1.45 | 1.82 | 1.45 | 1.69 | 1.69 | 3737300 |
| 10/5/2021 | 1.8 | 1.84 | 1.51 | 1.58 | 1.58 | 1685100 |
| 10/6/2021 | 1.52 | 1.54 | 1.35 | 1.41 | 1.41 | 557000 |
| 10/7/2021 | 1.41 | 1.54 | 1.41 | 1.51 | 1.51 | 454200 |
| 10/8/2021 | 1.48 | 1.57 | 1.414 | 1.48 | 1.48 | 305000 |
| 10/11/2021 | 1.5 | 1.55 | 1.41 | 1.43 | 1.43 | 203800 |
| 10/12/2021 | 1.43 | 1.5 | 1.4 | 1.429 | 1.429 | 114800 |
| 10/13/2021 | 1.42 | 1.46 | 1.38 | 1.42 | 1.42 | 127200 |
| 10/14/2021 | 1.42 | 1.422 | 1.36 | 1.37 | 1.37 | 166400 |
| 10/15/2021 | 1.41 | 1.42 | 1.38 | 1.41 | 1.41 | 169700 |
| 10/18/2021 | 1.41 | 1.45 | 1.4 | 1.42 | 1.42 | 102600 |
| 10/19/2021 | 1.4 | 1.42 | 1.34 | 1.36 | 1.36 | 139300 |
| 10/20/2021 | 1.37 | 1.4 | 1.36 | 1.39 | 1.39 | 66300 |
| 10/21/2021 | 1.37 | 1.399 | 1.199 | 1.27 | 1.27 | 996300 |
| 10/22/2021 | 1.26 | 1.28 | 1.17 | 1.19 | 1.19 | 493900 |
| 10/25/2021 | 1.22 | 1.25 | 1.18 | 1.19 | 1.19 | 312100 |
| 10/26/2021 | 1.22 | 1.25 | 1.18 | 1.22 | 1.22 | 500000 |
| 10/27/2021 | 1.22 | 1.228 | 1.19 | 1.21 | 1.21 | 170500 |
| 10/28/2021 | 1.19 | 1.2 | 1.15 | 1.17 | 1.17 | 305400 |
| 10/29/2021 | 1.17 | 1.19 | 1.15 | 1.16 | 1.16 | 101900 |
| 11/1/2021 | 1.16 | 1.2 | 1.16 | 1.17 | 1.17 | 172000 |
| 11/2/2021 | 1.21 | 1.21 | 1.17 | 1.18 | 1.18 | 137800 |
| 11/3/2021 | 1.21 | 1.23 | 1.175 | 1.23 | 1.23 | 195900 |
| 11/4/2021 | 1.27 | 1.37 | 1.23 | 1.37 | 1.37 | 559300 |
| 11/5/2021 | 1.4 | 1.42 | 1.25 | 1.31 | 1.31 | 464300 |
| 11/8/2021 | 1.37 | 1.4 | 1.32 | 1.37 | 1.37 | 308400 |
| 11/9/2021 | 1.35 | 1.393 | 1.31 | 1.37 | 1.37 | 171500 |
| 11/10/2021 | 1.36 | 1.37 | 1.31 | 1.33 | 1.33 | 132100 |
| 11/11/2021 | 1.3 | 1.35 | 1.3 | 1.33 | 1.33 | 59400 |
| 11/12/2021 | 1.31 | 1.345 | 1.31 | 1.33 | 1.33 | 94500 |
| 11/15/2021 | 1.32 | 1.33 | 1.28 | 1.28 | 1.28 | 187200 |
| 11/16/2021 | 1.28 | 1.299 | 1.19 | 1.19 | 1.19 | 289700 |
| 11/17/2021 | 1.18 | 1.21 | 1.17 | 1.18 | 1.18 | 155200 |
| 11/18/2021 | 1.17 | 1.2 | 1.15 | 1.19 | 1.19 | 133600 |
| 11/19/2021 | 1.18 | 1.19 | 1.1 | 1.12 | 1.12 | 207300 |
| 11/22/2021 | 1.14 | 1.16 | 1.04 | 1.05 | 1.05 | 360000 |
| 11/23/2021 | 1.07 | 1.14 | 1.07 | 1.09 | 1.09 | 160100 |
| 11/24/2021 | 1.08 | 1.14 | 1.08 | 1.14 | 1.14 | 83100 |
| 11/26/2021 | 1.1 | 1.11 | 1.07 | 1.09 | 1.09 | 77700 |
| 11/29/2021 | 1.12 | 1.12 | 1.08 | 1.09 | 1.09 | 130100 |
| 11/30/2021 | 1.07 | 1.09 | 1.02 | 1.05 | 1.05 | 130800 |
| 12/1/2021 | 1.04 | 1.08 | 0.965 | 0.989 | 0.989 | 316200 |

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/2/2021 | 0.95 | 0.95 | 0.82 | 0.947 | 0.947 | 280600 |
| 12/3/2021 | 0.911 | 0.95 | 0.85 | 0.861 | 0.861 | 240700 |
| 12/6/2021 | 0.832 | 0.95 | 0.832 | 0.937 | 0.937 | 269400 |
| 12/7/2021 | 0.93 | 1.04 | 0.911 | 0.988 | 0.988 | 874300 |
| 12/8/2021 | 0.95 | 1.1 | 0.95 | 1.09 | 1.09 | 196600 |
| 12/9/2021 | 1.05 | 1.09 | 1.003 | 1.02 | 1.02 | 70300 |
| 12/10/2021 | 1.01 | 1.06 | 1 | 1 | 1 | 31100 |
| 12/13/2021 | 0.993 | 1.02 | 0.973 | 0.973 | 0.973 | 51200 |
| 12/14/2021 | 0.974 | 1.02 | 0.93 | 0.938 | 0.938 | 73400 |
| 12/15/2021 | 0.96 | 0.99 | 0.881 | 0.96 | 0.96 | 121100 |
| 12/16/2021 | 0.95 | 1 | 0.942 | 0.979 | 0.979 | 32900 |
| 12/17/2021 | 0.965 | 1 | 0.934 | 0.995 | 0.995 | 112500 |
| 12/20/2021 | 0.96 | 0.995 | 0.936 | 0.99 | 0.99 | 159300 |
| 12/21/2021 | 0.99 | 1.02 | 0.974 | 0.988 | 0.988 | 81300 |
| 12/22/2021 | 0.99 | 1.02 | 0.97 | 0.997 | 0.997 | 63200 |
| 12/23/2021 | 0.99 | 1.03 | 0.9 | 1.01 | 1.01 | 202400 |
| 12/27/2021 | 0.99 | 0.992 | 0.933 | 0.946 | 0.946 | 84600 |
| 12/28/2021 | 0.951 | 0.98 | 0.93 | 0.93 | 0.93 | 78000 |
| 12/29/2021 | 0.93 | 0.931 | 0.851 | 0.867 | 0.867 | 157700 |
| 12/30/2021 | 0.86 | 0.898 | 0.855 | 0.86 | 0.86 | 185500 |
| 12/31/2021 | 0.9 | 0.902 | 0.853 | 0.853 | 0.853 | 292500 |
| 1/3/2022 | 0.854 | 0.95 | 0.85 | 0.91 | 0.91 | 157400 |
| 1/4/2022 | 0.884 | 0.928 | 0.861 | 0.91 | 0.91 | 112600 |
| 1/5/2022 | 0.909 | 0.925 | 0.87 | 0.877 | 0.877 | 63800 |
| 1/6/2022 | 0.886 | 0.92 | 0.849 | 0.91 | 0.91 | 152500 |
| 1/7/2022 | 0.914 | 0.918 | 0.87 | 0.885 | 0.885 | 42600 |
| 1/10/2022 | 0.885 | 0.916 | 0.85 | 0.86 | 0.86 | 207000 |
| 1/11/2022 | 0.85 | 0.92 | 0.85 | 0.874 | 0.874 | 123400 |
| 1/12/2022 | 0.87 | 0.95 | 0.87 | 0.87 | 0.87 | 157900 |
| 1/13/2022 | 0.86 | 0.915 | 0.827 | 0.827 | 0.827 | 177500 |
| 1/14/2022 | 0.84 | 0.85 | 0.767 | 0.788 | 0.788 | 302800 |
| 1/18/2022 | 0.78 | 0.839 | 0.762 | 0.778 | 0.778 | 168900 |
| 1/19/2022 | 0.81 | 0.83 | 0.762 | 0.8 | 0.8 | 112400 |
| 1/20/2022 | 0.776 | 0.83 | 0.721 | 0.728 | 0.728 | 263400 |
| 1/21/2022 | 0.759 | 0.766 | 0.651 | 0.67 | 0.67 | 179900 |
| 1/24/2022 | 0.645 | 0.7 | 0.57 | 0.66 | 0.66 | 318800 |
| 1/25/2022 | 0.66 | 0.79 | 0.619 | 0.7 | 0.7 | 88700 |
| 1/26/2022 | 0.713 | 0.762 | 0.69 | 0.7 | 0.7 | 159000 |
| 1/27/2022 | 0.666 | 0.74 | 0.586 | 0.586 | 0.586 | 294700 |
| 1/28/2022 | 0.65 | 0.836 | 0.6 | 0.65 | 0.65 | 2858000 |
| 1/31/2022 | 0.65 | 0.72 | 0.636 | 0.673 | 0.673 | 460700 |
| 2/1/2022 | 0.67 | 0.695 | 0.633 | 0.652 | 0.652 | 356000 |
| 2/2/2022 | 0.671 | 0.7 | 0.641 | 0.66 | 0.66 | 311100 |
| 2/3/2022 | 0.66 | 0.671 | 0.63 | 0.64 | 0.64 | 259500 |
| 2/4/2022 | 0.63 | 0.665 | 0.629 | 0.633 | 0.633 | 544500 |
| 2/7/2022 | 0.627 | 0.651 | 0.613 | 0.628 | 0.628 | 76300 |
| 2/8/2022 | 0.62 | 0.663 | 0.603 | 0.603 | 0.603 | 198000 |
| 2/9/2022 | 0.609 | 0.63 | 0.6 | 0.628 | 0.628 | 292400 |
| 2/10/2022 | 0.617 | 0.62 | 0.574 | 0.6 | 0.6 | 254100 |
| 2/11/2022 | 0.61 | 0.639 | 0.602 | 0.63 | 0.63 | 454200 |
| 2/14/2022 | 0.635 | 0.649 | 0.612 | 0.63 | 0.63 | 191700 |
| 2/15/2022 | 0.62 | 0.663 | 0.61 | 0.635 | 0.635 | 117500 |
| 2/16/2022 | 0.63 | 0.67 | 0.624 | 0.631 | 0.631 | 74700 |
| 2/17/2022 | 0.632 | 0.67 | 0.568 | 0.59 | 0.59 | 346100 |
| 2/18/2022 | 0.6 | 0.624 | 0.55 | 0.563 | 0.563 | 223600 |
| 2/22/2022 | 0.554 | 0.634 | 0.554 | 0.585 | 0.585 | 837400 |
| 2/23/2022 | 0.61 | 1.08 | 0.6 | 0.835 | 0.835 | 21808200 |
| 2/24/2022 | 1 | 1.28 | 0.881 | 1.02 | 1.02 | 35501700 |
| 2/25/2022 | 0.969 | 1.06 | 0.83 | 1.05 | 1.05 | 4478600 |

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2/28/2022 | 1.06 | 1.13 | 0.955 | 1.08 | 1.08 | 3855800 |
| 3/1/2022 | 1.1 | 1.22 | 1.02 | 1.18 | 1.18 | 2443100 |
| 3/2/2022 | 1.18 | 1.28 | 1.1 | 1.27 | 1.27 | 2400200 |
| 3/3/2022 | 1.29 | 1.36 | 1.14 | 1.14 | 1.14 | 2095600 |
| 3/4/2022 | 1.1 | 1.38 | 1.07 | 1.35 | 1.35 | 2921500 |
| 3/7/2022 | 1.64 | 2.77 | 1.541 | 2.5 | 2.5 | 25743600 |
| 3/8/2022 | 4.45 | 8.76 | 3.71 | 4.2 | 4.2 | 115257100 |
| 3/9/2022 | 3.22 | 4.07 | 2.55 | 3.02 | 3.02 | 16551500 |
| 3/10/2022 | 4 | 4.862 | 3.59 | 4.32 | 4.32 | 49356200 |
| 3/11/2022 | 3.65 | 3.96 | 3.05 | 3.2 | 3.2 | 7491200 |
| 3/14/2022 | 2.71 | 3.64 | 2.7 | 3.23 | 3.23 | 6800500 |
| 3/15/2022 | 2.78 | 3.2 | 2.78 | 3.07 | 3.07 | 2913400 |
| 3/16/2022 | 3.04 | 3.35 | 2.67 | 2.72 | 2.72 | 3171900 |
| 3/17/2022 | 3.2 | 3.44 | 3 | 3 | 3 | 4830400 |
| 3/18/2022 | 3.07 | 3.14 | 2.87 | 2.88 | 2.88 | 2128100 |
| 3/21/2022 | 3.1 | 3.47 | 2.98 | 3.39 | 3.39 | 6053800 |
| 3/22/2022 | 4.1 | 4.25 | 3.4 | 4.06 | 4.06 | 8858600 |
| 3/23/2022 | 4.2 | 4.3 | 3.67 | 4.26 | 4.26 | 5445200 |
| 3/24/2022 | 4.09 | 4.13 | 3.6 | 3.65 | 3.65 | 2254300 |
| 3/25/2022 | 3.43 | 3.78 | 3.22 | 3.66 | 3.66 | 2461800 |
| 3/28/2022 | 3.36 | 3.55 | 3.11 | 3.21 | 3.21 | 1634300 |
| 3/29/2022 | 2.89 | 3.21 | 2.8 | 3.09 | 3.09 | 1252200 |
| 3/30/2022 | 3.12 | 3.35 | 3 | 3.03 | 3.03 | 1634200 |
| 3/31/2022 | 2.95 | 3.128 | 2.7 | 2.7 | 2.7 | 932200 |
| 4/1/2022 | 2.67 | 2.833 | 2.43 | 2.49 | 2.49 | 903300 |
| 4/4/2022 | 2.62 | 2.68 | 2.47 | 2.54 | 2.54 | 893400 |
| 4/5/2022 | 2.5 | 2.57 | 2.27 | 2.35 | 2.35 | 780100 |
| 4/6/2022 | 2.46 | 2.5 | 2.14 | 2.27 | 2.27 | 947400 |
| 4/7/2022 | 2.28 | 2.32 | 1.9 | 2.14 | 2.14 | 887200 |
| 4/8/2022 | 2.13 | 2.17 | 2.01 | 2.1 | 2.1 | 489300 |
| 4/11/2022 | 2.06 | 2.06 | 1.84 | 1.86 | 1.86 | 468200 |
| 4/12/2022 | 1.95 | 2.5 | 1.94 | 2.22 | 2.22 | 2804200 |
| 4/13/2022 | 2.12 | 2.4 | 2.03 | 2.35 | 2.35 | 1039200 |
| 4/14/2022 | 2.27 | 2.89 | 2.22 | 2.63 | 2.63 | 3193900 |
| 4/18/2022 | 2.95 | 3.85 | 2.76 | 3.63 | 3.63 | 16486200 |
| 4/19/2022 | 3.08 | 3.29 | 2.77 | 3.25 | 3.25 | 3924400 |
| 4/20/2022 | 3.15 | 3.28 | 2.95 | 3.24 | 3.24 | 1633100 |
| 4/21/2022 | 3.22 | 3.45 | 2.9 | 2.99 | 2.99 | 1497400 |
| 4/22/2022 | 2.89 | 3.02 | 2.62 | 2.8 | 2.8 | 1271600 |
| 4/25/2022 | 2.56 | 2.7 | 2.42 | 2.66 | 2.66 | 876900 |
| 4/26/2022 | 2.53 | 2.8 | 2.52 | 2.57 | 2.57 | 836800 |
| 4/27/2022 | 2.54 | 2.8 | 2.44 | 2.68 | 2.68 | 426300 |
| 4/28/2022 | 2.64 | 2.82 | 2.49 | 2.78 | 2.78 | 978200 |
| 4/29/2022 | 2.76 | 2.93 | 2.6 | 2.68 | 2.68 | 625600 |
| 5/2/2022 | 2.6 | 2.788 | 2.55 | 2.72 | 2.72 | 458300 |
| 5/3/2022 | 2.66 | 2.91 | 2.65 | 2.79 | 2.79 | 633100 |
| 5/4/2022 | 3 | 3.15 | 2.81 | 2.96 | 2.96 | 1139600 |
| 5/5/2022 | 3.15 | 3.2 | 2.7 | 2.73 | 2.73 | 1129000 |
| 5/6/2022 | 2.74 | 2.93 | 2.62 | 2.93 | 2.93 | 477400 |
| 5/9/2022 | 2.77 | 2.86 | 2.46 | 2.49 | 2.49 | 531600 |
| 5/10/2022 | 2.55 | 2.7 | 2.32 | 2.5 | 2.5 | 278600 |
| 5/11/2022 | 2.53 | 2.699 | 2.36 | 2.39 | 2.39 | 521000 |
| 5/12/2022 | 2.25 | 2.47 | 2.2 | 2.38 | 2.38 | 319900 |
| 5/13/2022 | 2.4 | 2.5 | 2.27 | 2.33 | 2.33 | 501700 |
| 5/16/2022 | 2.33 | 2.73 | 2.307 | 2.56 | 2.56 | 1194400 |
| 5/17/2022 | 2.6 | 2.78 | 2.481 | 2.55 | 2.55 | 592400 |
| 5/18/2022 | 2.66 | 2.7 | 2.1 | 2.1 | 2.1 | 1090800 |
| 5/19/2022 | 2.16 | 2.3 | 2.11 | 2.17 | 2.17 | 619400 |
| 5/20/2022 | 2.15 | 2.31 | 2.14 | 2.19 | 2.19 | 412200 |

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/23/2022 | 2.21 | 2.232 | 1.99 | 2.1 | 2.1 | 326700 |
| 5/24/2022 | 2.02 | 2.07 | 1.8 | 1.93 | 1.93 | 516400 |
| 5/25/2022 | 1.89 | 2.1 | 1.89 | 1.96 | 1.96 | 370900 |
| 5/26/2022 | 1.96 | 2.2 | 1.96 | 2.06 | 2.06 | 506100 |
| 5/27/2022 | 1.98 | 2.28 | 1.98 | 2.21 | 2.21 | 518800 |
| 5/31/2022 | 2.55 | 2.72 | 2.28 | 2.41 | 2.41 | 2479300 |
| 6/1/2022 | 2.42 | 2.564 | 2.22 | 2.31 | 2.31 | 522400 |
| 6/2/2022 | 2.18 | 2.38 | 2.18 | 2.37 | 2.37 | 406400 |
| 6/3/2022 | 2.32 | 2.6 | 2.28 | 2.57 | 2.57 | 950900 |
| 6/6/2022 | 2.6 | 2.615 | 2.3 | 2.34 | 2.34 | 565200 |
| 6/7/2022 | 2.27 | 3.1 | 2.26 | 2.98 | 2.98 | 3701900 |
| 6/8/2022 | 3.04 | 3.4 | 2.77 | 3.09 | 3.09 | 2086500 |
| 6/9/2022 | 3 | 3.09 | 2.59 | 2.63 | 2.63 | 1052600 |
| 6/10/2022 | 2.61 | 3.35 | 2.55 | 3.09 | 3.09 | 1868300 |
| 6/13/2022 | 2.75 | 3.08 | 2.64 | 2.8 | 2.8 | 1138100 |
| 6/14/2022 | 3.02 | 3.32 | 2.32 | 2.52 | 2.52 | 2533800 |
| 6/15/2022 | 2.5 | 2.58 | 2.36 | 2.46 | 2.46 | 568400 |
| 6/16/2022 | 2.29 | 2.47 | 2.2 | 2.47 | 2.47 | 818000 |
| 6/17/2022 | 2.47 | 2.47 | 2.25 | 2.38 | 2.38 | 338300 |
| 6/21/2022 | 2.32 | 2.49 | 2.27 | 2.42 | 2.42 | 316100 |
| 6/22/2022 | 2.25 | 2.36 | 2.15 | 2.25 | 2.25 | 486600 |
| 6/23/2022 | 2.24 | 2.29 | 2 | 2.11 | 2.11 | 254900 |
| 6/24/2022 | 2.1 | 2.288 | 2.1 | 2.23 | 2.23 | 431400 |
| 6/27/2022 | 2.23 | 2.29 | 2.11 | 2.22 | 2.22 | 193200 |
| 6/28/2022 | 2.28 | 2.28 | 2.029 | 2.09 | 2.09 | 282400 |
| 6/29/2022 | 2.19 | 2.19 | 1.97 | 2.13 | 2.13 | 163400 |
| 6/30/2022 | 2.04 | 2.1 | 1.95 | 1.96 | 1.96 | 158900 |
| 7/1/2022 | 2.01 | 2.07 | 1.86 | 1.97 | 1.97 | 191900 |
| 7/5/2022 | 1.98 | 1.98 | 1.83 | 1.86 | 1.86 | 166600 |
| 7/6/2022 | 1.81 | 1.853 | 1.63 | 1.75 | 1.75 | 302900 |
| 7/7/2022 | 1.86 | 2.04 | 1.858 | 1.93 | 1.93 | 189000 |
| 7/8/2022 | 1.94 | 2.06 | 1.866 | 1.98 | 1.98 | 94900 |
| 7/11/2022 | 1.96 | 2.09 | 1.85 | 1.99 | 1.99 | 249000 |
| 7/12/2022 | 1.97 | 2.01 | 1.783 | 1.81 | 1.81 | 208900 |
| 7/13/2022 | 1.81 | 1.85 | 1.77 | 1.78 | 1.78 | 100700 |
| 7/14/2022 | 1.72 | 1.82 | 1.61 | 1.69 | 1.69 | 216000 |
| 7/15/2022 | 1.69 | 1.77 | 1.65 | 1.7 | 1.7 | 78600 |
| 7/18/2022 | 1.75 | 1.839 | 1.71 | 1.78 | 1.78 | 99100 |
| 7/19/2022 | 1.77 | 1.93 | 1.761 | 1.88 | 1.88 | 390800 |
| 7/20/2022 | 1.75 | 1.93 | 1.75 | 1.89 | 1.89 | 89400 |
| 7/21/2022 | 1.81 | 1.89 | 1.75 | 1.81 | 1.81 | 80700 |
| 7/22/2022 | 1.8 | 1.83 | 1.66 | 1.75 | 1.75 | 106800 |
| 7/25/2022 | 1.72 | 1.81 | 1.693 | 1.76 | 1.76 | 116600 |
| 7/26/2022 | 1.83 | 1.83 | 1.66 | 1.72 | 1.72 | 151900 |
| 7/27/2022 | 1.68 | 1.8 | 1.67 | 1.72 | 1.72 | 76500 |
| 7/28/2022 | 1.79 | 1.79 | 1.66 | 1.68 | 1.68 | 81000 |
| 7/29/2022 | 1.69 | 1.79 | 1.68 | 1.7 | 1.7 | 186300 |
| 8/1/2022 | 1.7 | 1.712 | 1.6 | 1.66 | 1.66 | 171300 |
| 8/2/2022 | 1.63 | 1.7 | 1.63 | 1.63 | 1.63 | 125900 |
| 8/3/2022 | 1.63 | 1.63 | 1.48 | 1.51 | 1.51 | 301600 |
| 8/4/2022 | 1.45 | 1.549 | 1.45 | 1.49 | 1.49 | 100500 |
| 8/5/2022 | 1.48 | 1.54 | 1.46 | 1.48 | 1.48 | 149000 |
| 8/8/2022 | 1.48 | 1.5 | 1.42 | 1.44 | 1.44 | 123200 |
| 8/9/2022 | 1.44 | 1.5 | 1.44 | 1.46 | 1.46 | 121600 |
| 8/10/2022 | 1.5 | 1.617 | 1.425 | 1.55 | 1.55 | 183900 |
| 8/11/2022 | 1.5 | 1.65 | 1.5 | 1.65 | 1.65 | 327000 |
| 8/12/2022 | 1.61 | 1.659 | 1.52 | 1.54 | 1.54 | 233800 |
| 8/15/2022 | 1.65 | 1.65 | 1.4 | 1.49 | 1.49 | 230000 |
| 8/16/2022 | 1.49 | 1.51 | 1.44 | 1.45 | 1.45 | 131000 |

**ENSV Stock Historical Prices Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 8/17/2022 | 1.4 | 1.5 | 1.4 | 1.45 | 1.45 | 105300 |
| 8/18/2022 | 1.42 | 1.84 | 1.42 | 1.74 | 1.74 | 2283300 |
| 8/19/2022 | 1.65 | 1.76 | 1.6 | 1.64 | 1.64 | 300700 |
| 8/22/2022 | 1.69 | 1.79 | 1.6 | 1.68 | 1.68 | 470700 |
| 8/23/2022 | 1.82 | 2.2 | 1.77 | 1.95 | 1.95 | 7300200 |
| 8/24/2022 | 1.92 | 1.995 | 1.83 | 1.99 | 1.99 | 846600 |
| 8/25/2022 | 1.97 | 2.12 | 1.88 | 2.05 | 2.05 | 335100 |
| 8/26/2022 | 2.06 | 2.1 | 1.938 | 1.95 | 1.95 | 256200 |
| 8/29/2022 | 1.97 | 2.1 | 1.95 | 1.97 | 1.97 | 271000 |
| 8/30/2022 | 1.98 | 1.98 | 1.67 | 1.68 | 1.68 | 240100 |
| 8/31/2022 | 1.64 | 1.73 | 1.6 | 1.64 | 1.64 | 112100 |
| 9/1/2022 | 1.62 | 1.636 | 1.47 | 1.5 | 1.5 | 99100 |
| 9/2/2022 | 1.55 | 1.739 | 1.52 | 1.7 | 1.7 | 290400 |
| 9/6/2022 | 1.72 | 1.79 | 1.65 | 1.71 | 1.71 | 97000 |