# Exhibit 5





# Enservco Corporation Announces it Will Amend its Financial Statements for First, Second and Third Quarters of 2021

March 28, 2022 08:15 ET | Source: **Enservco**

**Amendments are not related to operating matters and will not impact the Company's revenues, operating expenses, operating loss or adjusted EBITDA**

**Company also announced it will extend its Form 10-K filing date for up to 15 days to incorporate the Form 10-Q amendments and the recent debt refinancing that significantly strengthened its balance sheet**

DENVER, March 28, 2022 (GLOBE NEWSWIRE) -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will restate its financial statements on three Form 10-Q filings from 2021. The amendments are not related to operating matters and will not affect the Company's reported revenue, operating expenses, operating loss, or adjusted EBITDA. In addition, the Company intends to extend the filing date of its 2021 Form 10-K for up to 15 days to incorporate the restatements and the successful debt refinancing transactions announced today.

"The restatements were required for two reasons: First, our auditors believe that the Company was not eligible for the full amount of employee retention tax credits that we recorded pursuant to the CARES Act; and second, the Company erred in accounting for a warrant issuance in connection with the February 2021 conversion of subordinated debt to equity," said Rich Murphy, Chairman and CEO. "It's important to note that these restatements are not related to operating matters and do not impact



The Company said it applied for the employee retention tax credits based on third-party expert advice at the time and further based on management's understanding of the CARES Act, the rules for which were subsequently clarified.

Murphy added, "The pending amendments did not impact the successful refinancing that we also announced today that substantially reduced our total debt, converted the majority of our debt from current to long-term liabilities and provided increased working capital liquidity. This refinancing strengthens and stabilizes our balance sheet and increases our financial flexibility."

**About Enservco**

Through its various operating subsidiaries, Enservco provides a range of oilfield services, including hot oiling, acidizing, frac water heating, and related services. The Company has a broad geographic footprint covering seven major domestic oil and gas basins and serves customers in Colorado, Montana, New Mexico, North Dakota, Oklahoma, Pennsylvania, Ohio, Texas, Wyoming, West Virginia, Utah, Michigan, Illinois, Florida, New Mexico and Louisiana. Additional information is available at www.enservco.com.

**Cautionary Note Regarding Forward-Looking Statements**

This news release contains information that is "forward-looking" in that it describes events and conditions Enservco reasonably expects to occur in the future. Expectations for the future performance of Enservco are dependent upon a number of factors, and there can be no assurance that Enservco will achieve the results as contemplated herein. Certain statements contained in this release using the terms "may," "intends," "expects to," and other terms denoting future possibilities, are forward-looking statements. The accuracy of these statements cannot be guaranteed as they are subject to a variety of risks, which are beyond Enservco's ability to predict, or control and which may cause actual results to differ materially from the projections or estimates contained herein. Among these risks are those set forth in Enservco's annual report on Form 10-K for the year ended December 31, 2020, and subsequently filed documents with the SEC. Forward looking statements in this news release include ability of the Company to filed amended Form 10-Qs and its 2021 Form 10-K, achieve its growth objectives, the sustainability of higher oil



additional equity. Enservco disclaims any obligation to update any forward-

looking statement made herein, except as required by law.

**Contact:**

Marjorie Hargrave

President and CFO

Enservco Corporation

mhargrave@enservco.com

Pfeiffer High Investor Relations, Inc.

Jay Pfeiffer

Phone: 303-880-9000

Email: jay@pfeifferhigh.com

# Recommended Reading

January 09, 2023 16:55 ET

Source: Enservco

**Enservco Corporation Receives Notice of Noncompliance from NYSE American Exchange**

LONGMONT, Colo., Jan. 09, 2023 (GLOBE NEWSWIRE) -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional...



December 23, 2022 17:45 ET

Source: Enservco

**Enservco Corporation Reports 2022 Third Quarter Financial Results**

Q3 revenue up 3% YOY to $3.1 million from $3.0 million Q3 net loss of $3.1 million compared to net income of $0.4 million in the prior year primarily due to the Company receiving $2.0 million in PPP...



# Explore



ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN

REGISTER



### [Global Customized Premixes Market Report to 2027 -...](#)

February 08, 2023 12:28 ET

### [Physicians' Education Resource Announces 40th Annu...](#)

February 08, 2023 12:27 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· [Home](#)

· [RSS Feeds](#)

· [Newsroom](#)

· [Legal](#)

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.