# Exhibit 15

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 8-K**

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report March 29, 2022**
*(Date of earliest event reported)*



**Enservco Corporation**
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **001-36335** | **84-0811316** |
|:---:|:---:|:---:|
| *(State or other jurisdiction of incorporation)* | *(Commission File Number)* | *(IRS Employer Identification No.)* |

**14133 County Road 9½**
**Longmont, Colorado 80504**

*(Address of principal executive offices) (Zip Code)*

**(303) 333-3678**
*(Registrant's telephone number, including area code)*

*(Former name or former address, if changed since last report)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock, $0.005 par value | ENSV | NYSE American |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 or Rule 12b-2 of the Securities Exchange Act of 1934. ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

| | |
|---|---|
| **Item 5.02(b).** | Majorie Hargrave, the President and Chief Financial Officer of Enservco Corporation (the "Company"), is departing the Company and will no longer be an executive officer and employee of the Company effective April 22, 2022. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Company caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on April 4, 2022.

**Enservco Corporation**

By: /s/ Richard A. Murphy
      Richard A. Murphy, Executive Chairman