# Exhibit 17

# buysellsignals

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## ENSERVCO (ENSV) up 172% YTD                                   $2.31

### ENSERVCO in top 1% performers of AMEX market in past quarter, Blackrock increases

ENSERVCO Corporation, the AMEX's 9th largest Energy company by market cap, has soared $1.13 (or 95.8%) in the past quarter to close at $2.31 on Wednesday.

This makes ENSERVCO stock the second highest performer in the AMEX market.

Compared with the Amex Composite Index of 150 stocks which rose 295.4 points (or 7.4%) in the past quarter, a relative price increase of 88.4%.

In the past quarter the market cap has jumped $5.3 million.

The volume was 2.8 times average trading per quarter of 114.6 million shares.

## Fig 1: ENSERVCO Stock Dashboard [traded in US Dollars, USD]

| | |
|---|---|
| **Exchange** | AMEX |
| **Jun 01, 2022** | $2.31 |
| **EPS (FY2019)** | (14c) |
| **Ave Daily Volume** | 1,790,540 shares |
| **52-Week Range** | 0.55 - 8.76 |
| **Sector** | Energy |
| **Market Cap** | $12 million |
| **Shares Outstanding** | 5,142,507 |
| **Institutional Ownership** | 826,885 |
| **% of shares outstanding** | 16.1% |
| **% Held by 2 Insiders** | 26.4% |

Institutional ownership updated after last SEC Filing on May 18

**Includes analysis of SEC Filings Form 13F as of Dec 31**
Form 13F is a quarterly equity holding report for all institutional investment managers with at least $100 million in AUM. Our analysis covers about 5,500 such institutions.
Next quarterly update - Inst ownership analysis March 31: May 16, 2022

## In this Report:

| Highlights: (Click tab for direct access) | Page |
|---|---|
| **DATA & ARCHIVE DOWNLOAD CENTER** | 1 |
| **The Past Quarter** | |
| **SEC Filings** | 2 |
| **Financials** | 3 |
| **Press Releases and Corporate Wire** | 3 |
| **Institutional Ownership as at Mar 31, 2022** | 5 |
| **Bullish Signals** | 8 |
| **Ongoing Bullish Parameters** | 9 |
| **Bearish Signals** | 13 |
| **Ongoing Bearish Parameters** | 15 |
| **Corporate Profile** | 18 |
| **Tax** | 18 |
| **Top Management** | 19 |
| **Board of Directors** | 19 |
| **Insider Ownership** | 20 |
| **Download ENSERVCO Financials Past 7 Years** | 20 |
| **Top shareholders** | 21 |
| **Peer Comparison & Ranking of ENSV** | 21 |
| **Stock Identifiers** | 23 |
| **Index** | 24 |
| **Glossary** | 26 |

**Note also:**

Section Headers and Figures are mapped as Bookmarks in the PDF menu (left, top)
Last Updated: Thursday, March 31, 2022

## DATA & ARCHIVE DOWNLOAD CENTER

**ENSV: EXCEL TABLES ARE AVAILABLE TO EXPORT DATA:**
- PRICE VOLUME - 5-YEAR HISTORY
- FINANCIALS - 8-YEAR HISTORY
- INSTITUTIONAL SHAREHOLDERS - CATEGORISED AND COMPLETE LIST OF 14 INSTITUTIONS AS AT Mar 31, 2022
- PATENTS - CATEGORISED LIST OF 5-YEAR HISTORY OF 1

**ENSV: LINKS IN HTML TO FURTHER INFORMATION:**
- NEWS ARCHIVES - ENSV PAST 4 YEARS IN HTML
- PRICE VOLUME CHARTS IN HTML

# buysellsignals

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## Fig 2: Past Quarter Snapshot

| | Beginning of Quarter (01 Mar, 2022) | End-of Quarter (01 Jun, 2022) | Change | |
| --- | --- | --- | --- | --- |
| | | | USD | % |
| Price | $1.18 | $2.31 | 1.1 | 95.8 |
| Market Cap | $6.1 million | $11.9 million | 5.8 million | 95.8 |

| | |
| --- | --- |
| Low During Quarter | 1.07 on Fri 04 Mar, 2022 |
| High During Quarter | 8.76 on Tue 08 Mar, 2022 |
| VWP | 3.6 |

## Fig 3: LONG-TERM FUNDAMENTAL RANKING: 3 OUT OF 5 [5 is best]

ENSERVCO is ranked number 11 out of 16 listed energy companies in the United States with a market capitalization of $11.9 million.

Stocks are scored on a set of parameters reflecting fundamental analytical tools involving valuation, size and financial performance. They are ranked according to the average values of those parameters. The highest ranking is 5 and the lowest ranking is 1.



## The Past Quarter: SEC Filings

## Fig 4: SEC Form 4 Filing: Insider Options Awarded

Tue Mar 08, 2022
ENSERVCO director Robert Herlin awarded shares
Tuesday March 08, 2022ENSERVCO (AMEX:ENSV) Director Robert Herlin, was awarded 35,170 shares worth $87,925 on March 07.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com  For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## The Past Quarter: Financials

### Fig 5: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019 [ y.e. 31 Dec 2019]

Net Loss deteriorated from a loss of $5.9 million in FY2018 to a loss of $7.7 million in FY2019.
Earnings Per Share (EPS) deteriorated from -$1.65 in FY2018 to -$2.10 in FY2019.

| Year ended Dec | FY2019 | FY2018 | FY2017 |
|---|---|---|---|
| Sales ($ M) | 43 | 42.8 | 37.1 |
| Pretax ($ M) | (5.3) | (4) | (6.5) |
| Net ($ M) | (7.7) | (5.9) | (6.9) |
| EPS ($) | (2.1) | (1.65) | (2.1) |

## The Past Quarter: Press Releases and Corporate Wire

April 18: ENSERVCO Enservco Corporation Delays Filing of Form 10-K to Restate 2021 Form 10-Qs to Account for the Companys Utilization of Deferred Tax Liabilities

Earnings conference call originally scheduled for April 18, 2022, will be rescheduled

Company expects to report Q4 revenue 71% higher than prior year with similar revenue increase anticipated for first quarter of 2022

LONGMONT, Colo., April 18, 2022 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will delay the filing of its 2021 Form 10-K to restate the Companys financial statements on three Form 10-Qs for 2021 to adjust for its utilization of certain deferred tax liabilities in 2021. These restatements are not related to operating matters and will not affect the Companys reported revenue or operating expenses.

The Company also announced it generated a 71% increase in fourth quarter 2021 revenues compared to the prior year fourth quarter due to gains across all service offerings based on increased customer activity driven by higher commodity prices and the addition of new customers.

We are eager to report our full fourth quarter results from 2021 because they will show improvements year over year, said Rich Murphy, Executive Chairman. Our first quarter of 2022 is also expected to show improved results, which will give the Company four consecutive quarters of year-over-year revenue growth. We believe the outlook for the oil and gas industry is favorable, and we remain excited about our prospects going forward.

We apologize to our stockholders for the delay in our filings and earnings call, but we want to ensure that our amended Form 10-Qs and Form 10-K accurately reflect the appropriate tax treatment that was impacted by the financing completed early in 2021, Murphy added. Our auditors and third-party tax advisors are working diligently to complete these calculations as quickly as possible, and we expect to complete our 2021 filings as soon as practicable.

April 13: ENSERVCO Enservco Corporation Schedules 2021 Fourth Quarter and Year-End Conference Call

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

LONGMONT, Colo., April 13, 2022 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2021 fourth quarter and full year financial results after the market closes on Monday, April 18, 2022. Management will then host a conference call and webcast to discuss the results and subsequent operational developments.

The conference call will begin at 2:30 p.m. Mountain Time (4:30 p.m. Eastern) and will be accessible by dialing 888-506-0062 (973-528-0011 for international callers). A telephonic replay will be available through May 2, 2022, by calling 877-481-4010 (919-882-2331 for international callers) and entering the Replay ID # 45172.

To listen to the webcast, participants should access the Enservco website, located at www.enservco.com, and link to the Investors page at least 10 minutes early to register. Participants can also connect directly at https://www.webcaster4.com/Webcast/Page/2228/45172. A replay of the webcast will be available until May 18, 2022.

March 28: ENSERVCO Enservco Corporation Reduces Debt and Strengthens Balance Sheet

DENVER, March 28, 2022 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it has retired its $13.8 million senior revolving credit facility with East West Bank for total consideration of approximately $9.4 million, which includes an initial payment of $8.4 million in cash and future payments of up to $1.0 million from a limited portion of net proceeds from receivables financing.

As a result of the refinancing, Enservcos debt was substantially reduced and predominantly reclassified as long-term liabilities with four- to six-year terms. Equally important, the refinancing will have minimal impact on aggregate monthly debt and lease obligations, thus substantially improving and stabilizing the Companys capitalization.

We appreciate East West Banks support over recent years and willingness to work with the Company to de-lever the business and strengthen our balance sheet, said Executive Chairman Rich Murphy. Over the past 18 months we have significantly reduced our total debt while substantially reducing costs, relocating equipment to optimize margins and increasing market share, putting the Company in a stronger position to pursue its growth objectives as our industry improves. We believe that the higher commodity price environment bodes well for the Company in the foreseeable future.

**The refinancing included:**

A $6.225 million master equipment leaseA receivables factoring line of up to $10 millionA $1.2 million convertible subordinated note Specifically, the Companys Heat Wave Hot Oil Service unit entered into a Master Lease Agreement with Utica Leaseco, LLC, whereby Utica provided a $6,225,000 master equipment lease collateralized by Enservco equipment.

March 28: ENSERVCO Enservco Corporation Announces it Will Amend its Financial Statements for First, Second and Third Quarters of 2021

Amendments are not related to operating matters and will not impact the Companys revenues, operating expenses, operating loss or adjusted EBITDA

Company also announced it will extend its Form 10-K filing date for up to 15 days to incorporate the Form 10-Q amendments and the recent debt refinancing that significantly strengthened its balance sheet

DENVER, March 28, 2022 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will restate its financial statements on three Form 10-Q filings from 2021. The amendments are not related to operating matters and will not affect the Companys reported revenue, operating expenses, operating loss, or adjusted EBITDA. In addition, the Company intends to extend the filing date of its 2021 Form 10-K for up to 15 days to incorporate the restatements and the successful debt refinancing transactions announced today.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



United States Edition     Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

The restatements were required for two reasons: First, our auditors believe that the Company was not eligible for the full amount of employee retention tax credits that we recorded pursuant to the CARES Act; and second, the Company erred in accounting for a warrant issuance in connection with the February 2021 conversion of subordinated debt to equity, said Rich Murphy, Chairman and CEO. Its important to note that these restatements are not related to operating matters and do not impact revenue, operating expenses, operating loss or adjusted EBITDA. We expect to file three amended Form 10-Qs and our 2021 Form 10-K as soon practicable.

The Company said it applied for the employee retention tax credits based on third-party expert advice at the time and further based on managements understanding of the CARES Act, the rules for which were subsequently clarified.

Murphy added, The pending amendments did not impact the successful refinancing that we also announced today that substantially reduced our total debt, converted the majority of our debt from current to long-term liabilities and provided increased working capital liquidity.

March 29: Agreement to Accept Short Pay and Release Liens

Reference is hereby made to all amounts owing by Enservco Corporation, a Delaware corporation, Dillco Fluid Service, Inc., a Kansas corporation, Heat Waves Hot Oil Service, LLC and Heat Waves Water Management LLC, each a Colorado limited liability company (each a "Borrower," and collectively, the "Borrowers"), to East West Bank, a California corporation (the "Lender"), including but not limited to those amounts owing pursuant to that certain Loan and Security Agreement dated August 10, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Loan Agreement") executed by Borrowers in favor of Lender, and all security agreements, mortgages, guarantees and documents related thereto (collectively, the "Security Documents"). The Security Documents, Loan Agreement, and the other documents executed in connection therewith are collectively referred to as the "Loan Documents" and sums due by Borrowers to Lender under the Loan Documents, are referred to as the "Indebtedness."

Source: SEC

# Institutional Ownership as at Mar 31, 2022

14 Institutional shareholders Mar 31, 2022 in xls

Institutional ownership updated after last SEC Filing on May 14

## Fig 6: Reported holdings of institutions end of quarter

As at March 31, 2022 institutions had increased their holdings to 16.1% of issued capital, up from 0.03% three months ago.

| Quarter - ended | Mar 31 | Dec 31, 2021 |
|---|---|---|
| % of issued capital | 16.1 | 0.03 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



# Fig 7: Top 14 Institutional Ownership of ENSERVCO as at March 31, 2022

As at March 31, 2022, 14 Institutions held investments in shares of ENSERVCO. Institutions increased their holdings to 16.1% of issued capital, up from 0.03% as at Dec 31. The largest shareholder was Vanguard Group Inc. with 3.5% of ENSERVCO. The second largest shareholder was Geode Capital Management, LLC with 2.0%.

*Note: Minimum Core Shareholding is computed on the basis of SEC filings over the last 12 quarters (3 years). A higher % of shareholding above the minimum core holding may be indicative of a potential positioning by an active institution to overweight.

ENSERVCO Top 7 Active Funds (in desc order of Shares) hold 9.0% [last column shows % above minimum core shareholding]. Please download the spreadsheet to view full list of 7 Active Funds holding 9.0% of ENSERVCO as at March 31, 2022.

| Institution | Shares | % of Total | Value $ | % above Core* |
|---|---|---|---|---|
| Vanguard Group Inc. | 181,709 | 3.5 | 490,614 | 505 |
| Geode Capital Management, LLC | 105,387 | 2.0 | 284,545 | 1,508 |
| Virtu Financial LLC | 88,437 | 1.7 | 238,780 | 4,504 |
| United Asset Strategies, Inc. | 47,455 | 0.92 | 128,128 | 2,273 |
| Northern Trust Corp | 18,920 | 0.37 | 51,084 | 443 |
| Jane Street Group, LLC | 16,927 | 0.33 | 45,703 | 323 |
| Blackrock Inc. | 2,605 | 0.05 | 7,034 | 81 |
| **% Held by Top 7 Institutional shareholders** | **461,440** | **9.0** | **1.2 M** | |

ENSERVCO Top 7 Index Funds (in desc order of Shares) hold 3.4% [last column shows % above minimum core shareholding]. Please download the spreadsheet to view full list of 7 Index Funds holding 3.4% of ENSERVCO as at March 31, 2022.

| Institution | Shares | % of Total | Value $ | % above Core* |
|---|---|---|---|---|
| Dimensional Fund Advisors LP | 95,207 | 1.9 | 257,059 | [0] |
| Advisory Alpha, LLC | 58,404 | 1.1 | 157,691 | [0] |
| National Asset Management, Inc. | 20,000 | 0.39 | 54,000 | [0] |
| Cutler Group LP | 1,028 | 0.02 | 2,776 | [0] |
| Morgan Stanley | 600 | 0.01 | 1,620 | [0] |
| Citigroup Inc. | 330 | | 891 | [0] |
| Tower Research Capital LLC (TRC) | 211 | | 570 | [0] |
| **% Held by Top 7 Institutional shareholders** | **175,780** | **3.4** | **474,606** | |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



# Fig 8: Institutional ownership of ENSV at Mar 31: Blackrock top increase of 81%

As at March 31, 2022, 1 institution or 7.1% of ENSV's institutional shareholders had increased their holding of shares in ENSERVCO from December 31. The top increase was by Blackrock which increased its holding by 1,166 shares, or 81.0% to 2,605 shares.

Top 1 Increases [March 31, 2022 vs December 31, 2021]

Value is shown in the table below at March 31 ENSV share price of $2.70.

| Institution (CIK) | Shares | Value, $ | % increase |
|---|---|---|---|
| Blackrock Inc. (0001364742) | 1,166 | 3,627 | 81.0 |
| **Total** | **1,166** | **3,627** | |

# Fig 9: Institutional ownership of ENSV at Mar 31: Dimensional Fund Advisors top new shareholder

An analysis conducted after the mid - quarter deadline of May 14 for Q1 SEC filings by 6516 institutions shows that there were 8 new institutional shareholders. Dimensional Fund Advisors (354204) was the largest new shareholder with 95,207 shares valued at $257,059 as at March 31.

Top 8 New shareholders as at March 31, 2022

Value is shown at price of March 31, 2022 (in desc order of Shares)

| Institution (CIK) | Shares | Value, $ |
|---|---|---|
| Dimensional Fund Advisors LP (0000354204) | 95,207 | 257,059 |
| Advisory Alpha, LLC (0001576762) | 58,404 | 157,691 |
| State Street Corporation (0000093751) | 28,258 | 76,297 |
| National Asset Management, Inc. (0001464811) | 20,000 | 54,000 |
| Cutler Group LP (0001534270) | 1,028 | 2,776 |
| Morgan Stanley (0000895421) | 600 | 1,620 |
| Citigroup Inc. (0000831001) | 330 | 891 |
| Tower Research Capital LLC (TRC) (0001533421) | 211 | 570 |
| **Total** | **204,038** | **550,903** |

# Fig 10: Drop Outs

There were no Drop Outs in Q1/2022 from the list of Institutional shareholders as at December 31, 2021. This is a bullish parameter.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## Bullish Signals

## PAST WEEK: WEAK MOMENTUM UP - ENSV jumps 17.9% on volume 0.6 times average

ENSERVCO (ENSV) outperformed the Amex Composite Index in 3 out of 5 days. The price ranged between a low of $1.96 on Wednesday May 25 and a high of $2.41 on Tuesday May 31.

| Date | ENSERVCO | Close [$] | Change % | RPC % * | Comment |
|---|---|---|---|---|---|
| Wed May 25 | Increases 1.6% strengthening above moving average price | 1.96 | 1.6 | -0.8 | Week-low of 1.96 |
| Thu May 26 | Soars 5.1% | 2.06 | 5.1 | 4.4 | Oversold: close to 14-day low |
| Fri May 27 | Inches higher, resistance at 12-day EMA | 2.21 | 7.3 | 5.8 | Rises for a third consecutive day |
| Tue May 31 | Accelerates rise, up 23% in 3 days | 2.41 | 9.0 | 8.7 | Week-high of 2.41; Top Rise; VI*=1.4 |
| Wed Jun 01 | Price 5.3% below VWAP | 2.31 | -4.1 | -3.5 | Steepest Fall |

* RPC - Relative Price Change is % price change of stock less % change of the Amex Composite Index.
[Volume Index (VI); 1 is average]

## Fig 11: Rank in the top 13% by Price Performance in the AMEX market

| Description | Value | Rank |
|---|---|---|
| Rel Strength 6 mo | 98 | In Top 3% |
| 1-week Price Change % | 17.9 | In Top 5% |
| PV1000 [1 yr] $ | 1,582 | In Top 13% |

## Uptrend

Beta > 1 combined with price rise. The Beta of the stock is 1.8.

**Price/Moving Average Price of 1.48:**
- The Price/MAP 200 for ENSERVCO is 1.48. Being higher than 1 is a bullish indicator. It is higher than the Price/MAP 200 for the Amex Composite Index of 1.17, a second bullish indicator. The stock is trading above both its MAPs and the 50-day MAP of $2.65 is higher than the 200-day MAP of $1.57, a third bullish indicator.

**Past Quarter:**
- In the last three months the stock has hit a new 52-week high twice.

**Relative Strength (6 months) 98 percentile:**
- The stock has a 6-month relative strength of 98 in the AMEX market of 212 stocks, 1 unit and 7 preference stocks which means it is beating 98% of the market.

## Undervaluation

**MCap/Total Assets:**
- Tobin's Q Ratio, defined as MCap divided by Total Assets, is 0.3. Compared with the rest of the market the stock is undervalued

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

and ranks in the top 9% of stocks by value of Q Ratio.

# Ongoing Bullish Parameters

## Fig 12: Rank in the top 16% by Size in the AMEX market

| Description | Value | Rank |
|---|---|---|
| Ave daily Turnover | $1.2 million | In Top 16% |

## Fig 13: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Best Periods with PV$1000 > 1,581

| PV$1,000 | 3 mo ago | 1 yr ago |
|---|---|---|
| ENSV.AMEX | $1,958 | $1,582 |
| Energy sector | $1,114 | $1,539 |
| Amex Composite Index | $1,082 | $1,306 |



## Fig 14: The Best Periods [3 Mo, 1 Yr] with Price Change % > 58.1

1-Year price change of 58.2% for ENSERVCO outperformed the change of 33.4% in the Amex Composite Index for a relative price change of 24.9%.

| Price Change % | Quarter | Year |
|---|---|---|
| ENSERVCO | 95.8 | 58.2 |
| Energy sector | 11.4 | 58.2 |
| Amex Composite Index | 7.4 | 33.4 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Fig 15: Moving Annual Return of 58.2% in the past year

Moving Annual Return was 58.2% in the past year. Based on a dynamic start date of 5 years ago, the real rate of return has averaged 33.9%. The Moving Annual Return has been negative in 3 of the last 5 years.

| ENSV | Close ($) | Annual Return % |
|---|---|---|
| Jun 01 | 2.31 | 58.2 |
| 1 Yr ago | 1.46 | (36.4) |
| 2 Yrs ago | 2.3 | (66.7) |
| 3 Yrs ago | 6.9 | (65.4) |
| 4 Yrs ago | 19.95 | 280.0 |

Close 5 years ago $5.25

Prices are adjusted after share consolidation. On November 23, 2020 shareholders received 1 share for every 15 shares held prior to that date.



Quotes from Legends: Annual Return

# Fig 16: Annualised Period-based Total Shareholder Returns [TSR %]: The Best Period with TSR > 58.1%



| TSR % | 1 yr |
|---|---|
| ENSV.AMEX | 58.2 |



# Fig 17: Increased Volume, up 1,018% in 5 years

In the past five years, Average Daily Volume of Trading (ADVT) has increased 1017.9% to 1.8 million shares.
Avg. Daily Volume Traded 12 months ended Jun 01, million shares

| Year | ADVT |
|---|---|
| 2022 | 1.8 |
| 2021 | 3.0 |
| 2020 | 2.1 |
| 2019 | 0.13 |
| 2018 | 0.16 |



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

United States Edition     Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Fig 18: Increased share turnover, up 4,033% in 5 years

In the past five years, average daily share turnover has increased 4033.2% to $5.2 million. This suggests increased liquidity.

Past five years, 12 months ended Jun 01 (USD million)

| Year | Average Daily Turnover |
|------|------------------------|
| 2022 | 5.2 |
| 2021 | 1.6 |
| 2020 | 0.36 |
| 2019 | 0.09 |
| 2018 | 0.13 |



# Fig 19: Satisfies one criterion of Benjamin Graham

- "Total debt equal or less than twice the net quick liquidation value"; total debt of USD604,000 is 0.1 times the net liquidation value of USD8.13 million.

# Fig 20: % Change (Tr. 12 Mo): Stock (58.2%) v Index (33.4%)

In the past 12 months ENSERVCO has outperformed the Amex Composite Index by 24.9%.



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## Fig 21: Price > Moving Avg Price

In the last 30 days the share price has exceeded the 200-day Moving Avg Price on 14/23 days; a bullish signal.



Quotes from Legends: Moving Average Price

Last Price: $2.41, Today's MAP200: $1.56

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Bearish Signals

### Fig 22: PAST MONTH: WEAK MOMENTUM DOWN - ENSV plunges 15.1% on volume 0.4 times average

⬇ **[down 41.0c]**

**ENSERVCO underperformed the Amex Composite Index on 11 days and outperformed it on 10 days. The price ranged between a high of 2.96 on Wednesday, 4 May and a low of 1.93 on Tuesday, 24 May.**

| Day | Headline | Price [USD] | Change % | RPC % * | Momentum | Comment |
|-----|----------|------------|----------|---------|----------|---------|
| May 03 | Two-bagger  (ENSV: $2.79) lifts 2.6% | 2.79 | 2.6 | -0.6 | ⬆ | Rises for a second consecutive day |
| May 04 | Rises in 4 out of last 5 days; 5-day rise of 10% | 2.96 | 6.1 | 4 | ⬆ | Month-high of 2.96 |
| May 05 | Drops 7.8% on increasing volatility | 2.73 | -7.8 | -5.2 | ⬇ | Price fall on slipping relative strength |
| May 06 | Two-bagger  (ENSV: $2.93) surges 7.3% | 2.93 | 7.3 | 6.2 | ⬆ | Up 29.07% in the past month |
| May 09 | Plunges 15% | 2.49 | -15.0 | -8.1 | ⬇ | Price fall on slipping relative strength |
| May 10 | Rises on increasing volatility | 2.5 | 0.4 | 1.6 | ⬆ | Price/PMAP200 above 1 and rising |
| May 11 | Price 23% below VWAP | 2.39 | -4.4 | -4 | ⬇ | Price/MAP50 below 1 |
| May 12 | Falls, hits 29-day low | 2.38 | -0.4 | 0.1 | ⬇ | Price fall on slipping relative strength |
| May 13 | Loses $257,125 (2.1%) in MCap, steepest heavyweight fall in Energy sector | 2.33 | -2.1 | -5.9 | ⬇ | Price fall on slipping relative strength |
| May 16 | Two-bagger  (ENSV: $2.56) gains 9.9% | 2.56 | 9.9 | 8.6 | ⬆ | Top Rise |
| May 17 | Price 21% below VWAP | 2.55 | -0.4 | -0.7 | ⬇ | Price fall on slipping relative strength |
| May 18 | Drops to two-month low | 2.1 | -17.6 | -16 | ⬇ | Steepest Fall |
| May 19 | Climbs 3.3% strengthening above moving average price | 2.17 | 3.3 | 3.2 | ⬆ | Oversold: close to 14-day low |
| May 20 | In 2nd consecutive rise | 2.19 | 0.9 | 0.2 | ⬆ | Oversold: close to 14-day low |
| May 23 | Drops to two-month low | 2.1 | -4.1 | -5.1 | ⬇ | Price fall on slipping relative strength |
| May 24 | Down 12% in 2 days, hits 78-day low | 1.93 | -8.1 | -7.9 | ⬇ | Month-low of 1.93 |
| May 25 | Increases 1.6% strengthening above moving average price | 1.96 | 1.6 | -0.8 | ⬆ | Oversold: close to 14-day low |
| May 26 | Soars 5.1% | 2.06 | 5.1 | 4.4 | ⬆ | Oversold: close to 14-day low |
| May 27 | Inches higher, resistance at 12-day EMA | 2.21 | 7.3 | 5.8 | ⬆ | Rises for a third consecutive day |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

| May 31 | Accelerates rise, up 23% in 3 days | 2.41 | 9.0 | 8.7 ↑ | | VI*=1.4 |
| Jun 01 | Price 5.3% below VWAP | 2.31 | -4.1 | -3.5 ⇩ | | Price fall on slipping relative strength |

\* RPC - Relative Price Change is % price change of stock less % change of the Amex Composite Index.

VI= Volume Index, 1 is avg.

## Fig 23: Rank in the bottom 17% by Price Performance in the AMEX market

| Description | Value | Rank |
|---|---|---|
| 1-month Price Change % | -15.1 | In Bottom 17% |

## Downtrend

**Negative MACD:**

- The Moving Average Convergence Divergence (MACD) indicator of 12-day Exponential Moving Average (EMA) of 2.25 minus the 26-day EMA of 2.37 is negative, suggesting a bearish signal.

**Past Quarter:**

The Worst 3 weeks in the past quarter

In the past quarter the steepest fall of 32.0% took place in the week beginning Monday March 28.

| Mon-Fri | Change % | Amex Composite Index Change % | RPC % | Vol Ind [1 is avg] |
|---|---|---|---|---|
| Mar 28-Apr 01 | -32 | -0.2 | -31.8 | 0.8 |
| May 09-13 | -20.5 | -6 | -14.4 | 0.2 |
| Apr 04-08 | -15.7 | 1.8 | -17.4 | 0.5 |

## Other Bearish Signals

- Total Liabilities/EBITDA of 113 is more than 5, this compares unfavourably with the Joseph Piotroski benchmark of 5.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

![buysellsignals]

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Ongoing Bearish Parameters

## Fig 24: Rank in the bottom 3% by Size in the AMEX market

| Description | Value | Rank |
|---|---|---|
| MCap | $12 million | In Bottom 3% |

## Fig 25: Present Value of $1000 Invested in the Past 3 Years; The Worst Period with PV$1000 < 336

| PV$1,000 | 3 yrs ago |
|---|---|
| ENSV.AMEX | $335 |
| Energy sector | $1,980 |
| Amex Composite Index | $1,759 |



## Fig 26: Past 3 years: price fall of 66.5%

3-Year price change of -66.5% for ENSERVCO underperformed the change of 75.9% in the Amex Composite Index for a relative price change of -142.4%.

| Price Change % | 3 Years |
|---|---|
| ENSERVCO | -66.5 |
| Energy sector | 98 |
| Amex Composite Index | 75.9 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition     Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## Fig 27: MCap: 4-Year Decrease of $56 million (83%)

In the past 4 years Market Capitalization has decreased by $56.3 million (83%) from $68.2 million to $11.9 million. Based on a dynamic start date of 4 years ago, there have been declines in MCap in 3 out of 4 years.

| | Price | MCap ($ M) |
|---|---|---|
| Last | $2.31 | 11.9 |
| 1 Year ago | $1.46 | 7.5 |
| 2 Years ago | $2.30 | 8.5 |
| 3 Years ago | $6.90 | 25.1 |
| 4 Years ago | $19.95 | 68.2 |



## Fig 28: Total Shares on Issue: 5-Year Increase of 50.8%

In the past 5 years total shares on issue have increased by 18.5 million (50.8%) from 36.5 million to 55.1 million. Based on a dynamic start date of 5 years ago, there has been no decline in issued capital over the last 5 years. An increase in total shares on issue is an unfavourable indicator in Joseph Piotroski's 9 indicators.

| Year End (Dec 31) | Total Shares on Issue |
|---|---|
| 2019 | 55,071,000 |
| 2018 | 52,865,000 |
| 2017 | 51,070,000 |
| 2016 | 39,117,000 |
| 2015 | 37,835,637 |
| 2014 | 36,529,906 |

## Fig 29: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -15%

| TSR % | 3 yrs | 5 yrs |
|---|---|---|
| ENSV.AMEX | -30.3 | -15.1 |



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# Fig 30: Declining VWAP, down 75% in 5 years

In the past five years Volume Weighted Average Price (VWAP) has decreased by 75.1% to $2.91. Based on a dynamic start date of five years ago, there have been declines in VWAP in 4 out of 5 years.

Past five years, 12 months ended Jun 01 (USD)

| Year | High Price | VWAP | Low Price |
|------|-----------|------|-----------|
| 2022 | 8.76 | 2.91 | 0.55 |
| 2021 | 4.5 | 2.31 | 1.15 |
| 2020 | 7.58 | 2.55 | 1.12 |
| 2019 | 20.7 | 11.07 | 4.95 |
| 2018 | 22.5 | 11.68 | 4.2 |



# Fig 31: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5]

- Positive operating cashflow.
- Good quality of earnings [operating cashflow exceeds net income].

**But does not meet the following 7 criteria of Joseph Piotroski:**
- Positive net income.
- Return on Assets improvement.
- Improvement in long-term debt to total assets.
- Improvement in current ratio.
- Total shares on issue unchanged (or reduction in total shares on issue).
- Improvement in gross margin.
- Improvement in asset turnover.

# Fig 32: Rank in the American Region [out of 11,936 stocks]

| Description | Value | Rank | Quartile |
|-------------|-------|------|----------|
| MCap ($ M) | 11.9 | 8,823 | Third |
| Total Assets ($ M) | 43 | 6,454 | Third |
| Revenue ($ M) | 43 | 4,521 | Second |
| Net Profit ($ M) | (7.7) | 7,111 | Third |
| Net Profit Margin % | (12.4) | 4,797 | Second |
| PV$1000 (1Year) $ | 1,582 | 565 | Top |
| $ Change (1Year) % | 81.2 | 525 | Top |
| Rel Strength 6 Mo ($) | 98 | 183 | Top |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## Corporate Profile

## Fig 33: Activities

Enservco Corporation offers fluid-related services to the oil and natural gas production industry. The Company offers hot oiling, frac heating, and water hauling services. Enservco operates in Colorado, Kansas, New Mexico, Oklahoma, Pennsylvania, Texas, Utah, West Virginia and Wyoming.  It is the AMEX's 9th largest Energy company by market capitalisation.

## Fig 34: Contact Details

| Website | http://www.enservco.com |
|---|---|
| Physical Address | 501 South Cherry Street,Suite 320,Denver,CO,80246 |
| Phone | +1 303 333-3678 |

## Fig 35: U.S. Industry & Sector

| Classification Level | Name of Sector |
|---|---|
| Economic Sector | Energy |

## Fig 36: North American Industry Classification System [NAICS]

Code: 211111
Industry Title: Crude Petroleum and Natural Gas Extraction

## Tax

## Fig 37: Footprint of Subsidiaries

| Subsidiary | Incorporated in | Corporate Tax Rate (%) |
|---|---|---|
| Dillco Fluid Service, Inc | Kansas | 21+7 |
| Heat Waves Hot Oil Service LLC | Colorado | 21+4.6 |
| Real GC, LLC | Colorado | 21+4.6 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition   Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Top Management

## Fig 38: Top Management

| Name | Designation | Since Appointment |
| --- | --- | --- |
| Richard A. Murphy | Executive Chairman | 1 Yr, 11 Mos |
| Marjorie Anne Hargrave | Chief Financial Officer | |

# Board of Directors

## Fig 39: Board Of Directors

| Name | Since Appointment |
| --- | --- |
| Keith J. Behrens | 1 Yr, 11 Mos |
| William A. Jolly | 1 Yr, 11 Mos |
| Robert S. Herlin | 1 Yr, 11 Mos |

**Robert Herlin**

## Fig 40: Profiles of Board of Directors

## Robert Herlin (Director)

Robert S. Herlin, Age 63 Mr. Herlin was appointed to the Company's Board of Directors on January 15, 2015. Mr. Herlin is also Chairman of Evolution Petroleum Corporation, Houston, Texas, a company with a class of securities registered pursuant to Section 12 of the Exchange Act. He has served as a director of Evolution Petroleum since its inception in 2003, was elected Chairman of its Board of Directors in 2009 and served as Chief Executive Officer from inception through 2015. Mr. Herlin also serves on the Board of Directors of Well Lift Inc., a private company that was spun off from Evolution Petroleum and is the owner and marketer of the GARP artificial lift technology. Mr. Herlin is also President of AVL Resources, LLC, a private energy company, and is actively engaged in new venture funding and advising. Mr. Herlin has 30 years of experience in engineering, energy transactions, operations and finance with small independents, larger independents and major integrated oil companies. Since 2003 until early 2010, Mr. Herlin also served as a non-active Partner with Tatum CFO, a financial advisory firm that provides executive officers on a part-time or full-time basis to clients. From 2001 to 2003, Mr. Herlin served as Senior Vice President and Chief Financial Officer of Intercontinental Towers Corporation, an international wireless infrastructure venture. Mr. Herlin also served on the Board of Directors of Boots and Coots, Inc., an oil field services company, from 2003 until its sale to Halliburton Company in September 2010. Prior to 2001, Mr. Herlin served in various officer capacities for upstream and downstream oil and gas companies, both private and public. Mr. Herlin served on the Engineering Advisory Board for the Brown School of Engineering at Rice University from 2013 to 2016. Mr. Herlin graduated with honors from Rice University with B.S. and M.E. degrees in chemical engineering and earned an MBA from Harvard University.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

## Fig 41: Resignations in the past 4 years

| Name | Designation | Date of Resignation |
|---|---|---|
| Ian Dickinson | Chief Executive Officer | 02 June 2020 |
| Ian Dickinson | President | 29 May 2020 |
| Kevin Kersting | Chief Operating Officer | 14 February 2020 |
| Dustin Bradford | Director | 24 July 2019 |
| Tucker Franciscus | Chief Financial Officer | 31 January 2018 |
| Robert Devers | Chief Financial Officer | 04 August 2017 |

## Insider Ownership

Insider Ownership

## Download ENSERVCO Financials Past 7 Years

| Description (December 31) | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | |
| Revenue per share | 0.78 | 0.81 | 0.73 | 0.63 | 1.03 | 1.55 | 1.44 |
| Other Revenue | 43 M | 42.8 M | 37.1 M | | 54,495 | 220,373 | 205,577 |
| EBITDA | 404,000 | 845,000 | (648,000) | (3.9 M) | 5.2 M | 10.8 M | 10.9 M |
| Depreciation (M) | 5.7 | 4.9 | 5.8 | 6.9 | 5.8 | 3.7 | 2.4 |
| EBIT | | | | (10.7 M) | (565,731) | 7.2 M | 8.5 M |
| Interest | | | | 1.8 M | 1.1 M | 791,159 | 1.1 M |
| Profit before tax | | | | (12.5 M) | (1.7 M) | 6.4 M | 7.4 M |
| Tax | (32,000) | (32,000) | 561,000 | 3.9 M | (418,253) | 2.4 M | 3.1 M |
| Net profit | (7.7 M) | (5.9 M) | (6.9 M) | (8.6 M) | (1.3 M) | 4 M | 4.3 M |
| EPS | (2.1) | (1.65) | (2.1) | (3.3) | (0.45) | 1.5 | 1.8 |
| **Balance Sheet** | | | | | | | |
| Equity Share Capital (M) | (2.7) | 4.6 | 8.2 | 14.4 | 17.9 | 18 | 12.8 |
| Retained Earnings (M) | (25) | (17.5) | (11.6) | (4.7) | 3.8 | 5.1 | 1.1 |
| Total Debt | 604,000 | 461,000 | 434,000 | 23.8 M | 314,263 | 340,520 | 13.8 M |
| Total Assets (M) | 43 | 49 | 44.2 | 42.4 | 47 | 58.3 | 33.4 |
| Current Asset (M) | 8.7 | 13.5 | 13.7 | 7 | 9.6 | 19.5 | 15.1 |
| Fixed Asset (M) | 26.6 | 30.9 | 28.3 | 34.6 | 36.5 | 37.8 | 17.4 |
| Working Capital (M) | (31) | 6.1 | 8 | 3 | 6.2 | 13.7 | 8.2 |
| **Cash Flow** | | | | | | | |
| Operating Cash Flow (M) | 4.5 | 1.3 | (4) | (2) | 12.1 | 6.2 | 5.3 |
| Investing Cash Flow (M) | (4.1) | (1.5) | (1.3) | (4.7) | (4.5) | (23.6) | (3.8) |
| Financing Cash Flow | | | | 5.1 M | 6.6 M | (7.8 M) | 16.4 M | (206,779) |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



United States Edition   Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

| Net Cash Flow | (230,000) | (184,000) | (149,321) | (914,132) | 1.3 M |
|---|---|---|---|---|---|

# Top shareholders

Top 5 shareholders

| Name of the Share Holder | % of Capital |
|---|---|
| AWM INVESTMENT COMPANY INC. | 7.5 |
| PUTNAM INVESTMENTS LLC | 4.8 |
| PERKINS CAPITAL MANAGEMENT INC | 2.4 |
| HUNTER ASSOCIATES INVESTMENT MANAGEMENT LLC | 2.2 |
| VANGUARD GROUP INC | 1.1 |

% held by Top 5 shareholders 18.0%

# Peer Comparison & Ranking of ENSV

## Fig 42: Global Peer Group - Price Performance



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Fig 43: Global Peer Group - Total Shareholder Returns [TSR in $]



# Fig 44: BUYSELLSIGNALS FUNDAMENTALS VALUATION RANKING

ENSERVCO vs AMEX Market

Out of 212 stocks and 1 unit in the AMEX Market, ENSERVCO is ranked Thirtieth(30) by Discount to 52-Wk High, Ninety-first(91) by EBITDA Margin%, 156th(156) by Total Assets and 164th(164) by Net Profit $.

|  | AMEX Avg | ENSV | ENSV Rank |
|---|---|---|---|
| Discount to 52-Wk High (%) | 9.7 | 73.6 | 30 |
| EBITDA Margin% | 15.8 | 0.9 | 91 |
| Total Assets $ |  | 43 M | 156 |
| Net Profit $ |  | (7.7 M) | 164 |
| Premium to 52-Wk Low (%) | 22.1 | 319.9 | 188 |
| Market Cap $ |  | 11.9 M | 202 |

Negative values are shown in brackets.

# Fig 45: GLOBAL RANK [out of 48,280 stocks] AND RANK OF ENSERVCO IN THE AMERICAN REGION [out of 11,940 stocks]

| Description | Value | Global Rank | In Am Region |
|---|---|---|---|
| MCap ($) | 11.9M | 38,566 | 8,823 |
| Total Assets ($) | 43M | 30,717 | 6,454 |
| Revenue ($) | 43M | 24,658 | 4,521 |
| Net Profit ($) | (7.7M) | 37,349 | 7,111 |
| Net Profit Margin % | (12.4) | 31,717 | 4,797 |
| PV1000 (1Year) $ | 1,582 | 2,933 | 565 |
| $ Change (1Year) % | 81.2 | 2,775 | 525 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Fig 46: RANK OF ENSERVCO IN THE AMEX MARKET [out of 183 stocks] AND IN THE ENERGY SECTOR [out of 10 stocks]

| Description | Value | In AMEX Market | In Energy sector |
|---|---|---|---|
| MCap ($) | 11.9M | 186 | 11 |
| Total Assets ($) | 43M | 129 | 8 |
| Revenue ($) | 43M | 65 | 6 |
| Net Profit ($) | (7.7M) | 125 | 7 |
| Net Profit Margin % | (12.4) | 101 | 8 |
| PV1000 (1Year) $ | 1,582 | 8 | 7 |

# Stock Identifiers

ISIN: US29358Y1029
PermID: 4295912564
Central Index Key (CIK): 319458
CUSIP: 29358Y201
RIC: ENSV.A

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

# INDEX (Click tab for direct access)

**Section 1 ENSERVCO (ENSV)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1
    Fig 2: Past Quarter Snapshot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
    Fig 3: LONG-TERM FUNDAMENTAL RANKING: 3 OUT OF 5 [5 is best] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
**Section 2  The Past Quarter: SEC Filings** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**
    Fig 4: SEC Form 4 Filing: Insider Options Awarded . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
**Section 3  The Past Quarter: Financials** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**
    Fig 5: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019 [ y.e. 31 Dec 2019] . . . . . . . . . . . . . . . . . . . . . . . .3
**Section 4  The Past Quarter: Press Releases and Corporate Wire** . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**
**Section 5  Institutional Ownership as at Mar 31, 2022** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**
    Fig 6: Reported holdings of institutions end of quarter . . . . . . . . . . . . . . . . . . . . . . . . . . .5
    Fig 7: Top 14 Institutional Ownership of ENSERVCO as at March 31, 2022 . . . . . . . . . . . . . . . . . . . . . . . . .6
    Fig 8: Institutional ownership of ENSV at Mar 31: Blackrock top increase of 81% . . . . . . . . . . . . . . . . . . . . . . .7
    Fig 9: Institutional ownership of ENSV at Mar 31: Dimensional Fund Advisors top new shareholder . . . . . . . . . . . . . . . . . .7
    Fig 10: Drop Outs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
**Section 6  Bullish Signals** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8**
    PAST WEEK: WEAK MOMENTUM UP - ENSV jumps 17.9% on volume 0.6 times average . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Fig 11: Rank in the top 13% by Price Performance in the AMEX market . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
    Uptrend . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
    Undervaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
**Section 7  Ongoing Bullish Parameters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**
    Fig 12: Rank in the top 16% by Size in the AMEX market . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
    Fig 13: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Best Periods with PV$1000 > 1,581 . . . . . . . . . . . . . . . .9
    Fig 14: The Best Periods [3 Mo, 1 Yr] with Price Change % > 58.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
    Fig 15: Moving Annual Return of 58.2% in the past year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
    Fig 16: Annualised Period-based Total Shareholder Returns [TSR %]: The Best Period with TSR > 58.1% . . . . . . . . . . . . . . .10
    Fig 17: Increased Volume, up 1,018% in 5 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
    Fig 18: Increased share turnover, up 4,033% in 5 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
    Fig 19: Satisfies one criterion of Benjamin Graham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
    Fig 20: % Change (Tr. 12 Mo): Stock (58.2%) v Index (33.4%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Fig 21: Price > Moving Avg Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
**Section 8  Bearish Signals** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13**
    Fig 23: Rank in the bottom 17% by Price Performance in the AMEX market . . . . . . . . . . . . . . . . . . . . . . . . . .14
    Downtrend . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Other Bearish Signals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
**Section 9  Ongoing Bearish Parameters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15**
    Fig 24: Rank in the bottom 3% by Size in the AMEX market . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
    Fig 25: Present Value of $1000 Invested in the Past 3 Years; The Worst Period with PV$1000 < 336 . . . . . . . . . . . . . . . . .15
    Fig 26: Past 3 years: price fall of 66.5% . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Fig 27: MCap: 4-Year Decrease of $56 million (83%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
    Fig 28: Total Shares on Issue: 5-Year Increase of 50.8% . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
    Fig 29: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -15% . . . . . . . . . . . . . . .16
    Fig 30: Declining VWAP, down 75% in 5 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
    Fig 31: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5] . . . . . . . . . . . . . . . . . . . . . . . . . .17
    Fig 32: Rank in the American Region [out of 11,936 stocks] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
**Section 10  Corporate Profile** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18**
    Fig 33: Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

United States Edition          Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

Fig 34: Contact Details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Fig 35: U.S. Industry & Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Fig 36: North American Industry Classification System [NAICS] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

**Section 11    Tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18**

Fig 37: Footprint of Subsidiaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

**Section 12    Top Management** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19**

Fig 38: Top Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

**Section 13    Board of Directors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19**

Fig 39: Board Of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Fig 40: Profiles of Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Robert Herlin (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

Fig 41: Resignations in the past 4 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

**Section 14    Insider Ownership** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20**

**Section 15    Download ENSERVCO Financials Past 7 Years** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20**

**Section 16    Top shareholders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21**

**Section 17    Peer Comparison & Ranking of ENSV** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21**

Fig 42: Global Peer Group - Price Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

Fig 43: Global Peer Group - Total Shareholder Returns [TSR in $] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

Fig 44: BUYSELLSIGNALS FUNDAMENTALS VALUATION RANKING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

Fig 45: GLOBAL RANK [out of 48,280 stocks] AND RANK OF ENSERVCO IN THE AMERICAN REGION [out of 11,940 stocks] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Fig 46: RANK OF ENSERVCO IN THE AMEX MARKET [out of 183 stocks] AND IN THE ENERGY SECTOR [out of 10 stocks] . . 23

**Section 18    Stock Identifiers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



United States Edition    Wednesday, June 01, 2022
Includes **SEC Filings analysis Jan-March 2022**

# Glossary

**Annual Return (Fig 15):**
Dividends Paid In a 12-Month Period/Price at the Beginning of the Period + Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)
**Capital Gain/Loss from n Years Ago to n-1 Years Ago:**
Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)
**Moving Average Price (n periods):**
Sum of Prices for each Period/Number of Periods
**PV$1000 (Fig 11, 45, 46, 13, 25, 32):**
Present value of $1000 invested 1 year/'n' years ago
**Price Close/Moving Avg Price:**
Latest Price/Moving Average Price
**Relative Price Change [RPC]:**
Relative price change is price change of stock with respect to Benchmark Index
**Relative Strength (n-th Period) (Fig 11, 32):**
Price close today/Price close 'n' periods ago, then ranked by percentile within the entire market.

**TSR (Fig 16, 29):**
Total Shareholder Returns is expressed as an annualized rate of return for shareholders after allowing for capital appreciation and dividend
**TTM:**
Trailing 12 Months
**Volatility:**
Highest Price minus Lowest Price/Lowest Price (%)
**Volume Index (VI):**
Number of shares traded in the period/Average number of shares traded for the period
**Volume Weighted Average Price (VWAP) (Fig 30):**
The Volume Weighted Average Price (VWAP) is the summation of turnover divided by total volume in the same period.

| | | |
|---|---|---|
| **Momentum Up** | ⬆ | **Price increase fuelled by above average Volume** |
| **Weak Momentum Up** | ⇧ | **Price increase on below average Volume** |
| **Momentum Down** | ⬇ | **Price decrease fuelled by above average Volume** |
| **Weak Momentum Down** | ⇩ | **Price decrease on below average Volume** |

BuySellSignals Financial Research provides equity research on over 48,000 companies listed in more than 90 countries and 120 markets across the world. BuySellSignals believes that every stock has a story to tell and that this story changes every day. To capture this story, BuySellSignals offers the latest pertinent and comprehensive information so that investors can make well-informed investment decisions.

For further details on definitions and quotations from investing legends, Click here

For any enquiries, please email: feedback@buysellsignals.com

Disclaimer: While this document is based on information sources which are considered reliable, it has been prepared without consideration of your specific investment objectives, financial situation or needs, so you should carry out your own analysis or seek professional investment advice before an investment decision is made. The document contains unbiased, independent equities data from BuySellSignals (AFS Licence 222756), who provide round the clock analysis on every stock, every sector, every market, every day. BuySellSignals is not a broker, and does not have an executing, corporate advisory or investment banking function. BuySellSignals, its directors, employees and consultants do not represent, warrant or guarantee, expressly or impliedly, that the information contained in this document is complete or accurate.
Data for the BuySellSignals algorithms is sourced from annual reports and company releases and may not be fully up to date. It should be used as a guide only.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com