# Exhibit 18



Research Report: **ENSERVCO**
United States Edition    Wednesday, March 31, 2021
Last Updated: Tuesday, March 02, 2021

# ENSERVCO (ENSV)                                               $1.73

## ENSERVCO tumbles 7.5% in past quarter

ENSERVCO Corporation, the AMEX's 12th largest Energy company by market cap, has tumbled 14.0c (or 7.5%) in the past quarter to close at $1.73. Compared with the Amex Composite Index which rose 354.4 points (or 15.0%) in the past quarter, this represented a relative price change of -22.5%.

The volume was 2.1 times average trading per quarter of 45.1 million shares.

## Fig 1: ENSV Stock Dashboard [traded in US Dollars, USD]

| | |
|---|---|
| **Mar 31 close** | $1.73 |
| **Ave Daily Volume** | 738,883 shares |
| **52-Week Range (In USD)** | 1.50 - 5.85 |
| **Sector** | Energy |
| **Market Cap** | $8.9 million |
| **EPS (FY2019)** | (14c) |
| **Shares Outstanding** | 5,142,507 |
| **No. Held by Institutions** | 2,931,095 |
| **% of shares outstanding** | 5.3% |
| **% Held by 3 Insiders** | 26.6% |

## Fig 2: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019

Net Loss deteriorated from a loss of $5.9 million in FY2018 to a loss of $7.7 million in FY2019.

Earnings Per Share (EPS) deteriorated from -$1.65 in FY2018 to -$2.10 in FY2019.

| Year ended Dec | FY2019 | FY2018 | FY2017 |
|---|---|---|---|
| Sales ($ M) | 43 | 42.8 | 37.1 |
| Pretax ($ M) | (5.3) | (4) | (6.5) |
| Net ($ M) | (7.7) | (5.9) | (6.9) |
| EPS ($) | (2.1) | (1.65) | (2.1) |

## Fig 3: Analyst Recommendations: Past Month

| Date | Brokerage | Current Rating | Prev Target | Price Target |
|---|---|---|---|---|
| Mar 30, 2021 | JMP Securities | Outperform | 38 | 48 |
| Mar 29, 2021 | Ascendant Capital Markets | Buy | 7 | 7.25 |

## In this Report:

| Highlights: (Click tab for direct access) | Page |
|---|---|
| **DATA & ARCHIVE DOWNLOAD CENTER** | 1 |
| **Recent News** | 2 |
| **Corporate Profile** | 3 |
| **Bearish Signals** | 4 |
| **Ongoing Bearish Parameters** | 5 |
| **Bullish Signals** | 10 |
| **Ongoing Bullish Parameters** | 11 |
| **Insider Ownership** | 12 |
| **Board of Directors** | 13 |
| **Tax** | 16 |
| **Download ENSERVCO Financials Past 8 Years** | 16 |
| **Peer Group Analysis & Ranking** | 17 |
| **News Archives (May 2017 - Nov 2020)** | 20 |
| **Index** | 27 |
| **Glossary** | 29 |

**Note also:**

Section Headers and Figures are mapped as Bookmarks in the PDF menu (left, top)

# DATA & ARCHIVE DOWNLOAD CENTER

**ENSV: EXCEL TABLES ARE AVAILABLE TO EXPORT DATA:**

- PRICE VOLUME - 5-YEAR HISTORY
- FINANCIALS - 8-YEAR HISTORY
- INSTITUTIONAL SHAREHOLDERS - CATEGORISED AND COMPLETE LIST OF INSTITUTIONS
- PATENTS - CATEGORISED LIST OF 5-YEAR HISTORY OF 1 [INCLUDING IN CURRENT WEEK]

**ENSV: LINKS IN HTML TO FURTHER INFORMATION:**

- NEWS ARCHIVES - ENSV PAST 4 YEARS IN HTML
- PRICE VOLUME CHARTS IN HTML



# Fig 4: Long-Term Fundamental Ranking: 3 out of 5 [5 is best]

ENSERVCO is ranked number 13 out of 16 listed energy companies in the United States with a market capitalization of $8.9 million.

In the energy companies it has the 8th highest total assets and 6th highest revenues.

Within its sector it has a relatively low Price/Sales of 0.2.

Stocks are scored on a set of parameters reflecting fundamental analytical tools involving valuation, size and financial performance. They are ranked according to the average values of those parameters. The highest ranking is 5 and the lowest ranking is 1.



# Recent News

# Fig 5: Press Releases

March 24: ENSERVCO Enservco Reports 2020 Fourth Quarter and Full Year Financial Results
Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today reported financial results for its fourth quarter and full year ended December 31, 2020.
Source: West Corporation

March 22: Events Calendar: ENSERVCO Enservco Schedules 2020 Fourth Quarter and Year End Conference Call
Enservco Corporation (NYSE American ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2020 fourth quarter and full year financial results after the market closes on Tuesday, March 23, 2021. Management will then host a conference call and webcast to discuss the results and subsequent operational developments.
Source: West Corporation

February 09: ENSERVCO Enservco Corporation Announces Pricing of $8.4 Million Public Offering
Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced the pricing of its public offering of 3,652,173 shares of common stock at a price to the public of $2.30 per share. Enservco expects to receive gross proceeds of approximately $8.4 million, before deducting underwriting discounts and commissions and other estimated offering expenses.
Source: West Corporation

February 04: ENSERVCO Enservco Executive Chairman Rich Murphy?s Investment Firm Cross River Partners to Convert Remaining $1.25 Million Sub-Debt to Equity
Specifically, Cross River will exchange $1.25 million in sub-debt plus approximately $62,000 in accrued interest for 601,674 shares of common stock, based on a price of $2.18, which is the most recent closing sales price. In consideration for the exchange, Enservco will issue to Cross River 150,418 common stock purchase warrants exercisable at $2.507 per warrant share, a 15% premium to the exchange price.
Source: West Corporation

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



Research Report: **ENSERVCO**

United States Edition    Wednesday, March 31, 2021

February 02: ENSERVCO Enservco Lender East West Bank Extends Maturity Date of Company's Term Loan and Working Capital Line of Credit

Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced that its lender, East West Bank, has extended the maturity date of the CompanyaEUR(TradeMark)s $17 million term loan and $1 million working capital line of credit by one year aEUR" from October 15, 2021, to October 15, 2022.

Source: West Corporation

# Corporate Profile

## Fig 6: Activities

Enservco Corporation offers fluid-related services to the oil and natural gas production industry. The Company offers hot oiling, frac heating, and water hauling services. Enservco operates in Colorado, Kansas, New Mexico, Oklahoma, Pennsylvania, Texas, Utah, West Virginia and Wyoming.

## Fig 7: Contact Details

| Website | http://www.enservco.com |
|---|---|
| Physical Address | 501 South Cherry Street,Suite 320,Denver,CO,80246 |
| Phone | +1 303 333-3678 |

## Fig 8: Industry & Sector

| Classification Level | Name of Sector |
|---|---|
| Economic Sector | Energy |

## Fig 9: North American Industry Classification System [NAICS]

Code: 211111

Industry Title: Crude Petroleum and Natural Gas Extraction

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Bearish Signals

# Fig 10: Rank in the bottom 22% by Price Performance in the AMEX market

| Description | Value | Rank |
| --- | --- | --- |
| 1-month Price Change % | -14.4 | In Bottom 22% |
| PV1000 [1 yr] $ | 985 | In Bottom 21% |
| Rel Strength 6 mo | 6 | In Bottom 5% |

# Downtrend

**Price/Moving Average Price of 0.77 and negative MACD:**

- The Price/MAP 200 of 0.77 for ENSERVCO is lower than the Price/MAP 200 for the Amex Composite Index of 1.3.
- The price to 200-day MAP ratio is 0.77, a bearish indicator. In the past 200 days this ratio has been under 0.77, just eight times suggesting a support level. The stock is trading below both its MAPs and the 50-day MAP of $2.14 is lower than the 200-day MAP of $2.25, a bearish indicator. The 200-day MAP has decreased to $2.25. A decrease is another bearish indicator.
- The Moving Average Convergence Divergence (MACD) indicator of 12-day Exponential Moving Average (EMA) of 1.83 minus the 26-day EMA of 1.95 is negative, suggesting a bearish signal. Both the 12-day EMA as well as the 26-day EMA are falling, another bearish signal.
- The price to 50-day EMAP ratio is 0.8, a bearish indicator. In the past 50 days this ratio has been under 0.8 just five times suggesting a support level. The 50-day EMAP has decreased to $2.04. A decrease is another bearish indicator.

**Past Quarter:**

The Worst 3 weeks in the past quarter

The past month witnessed the worst 2 weeks in the past quarter. In the past quarter the steepest fall of 19.8% took place in the week beginning Monday February 22. The fall was exacerbated by volume of 1.6 times average.

| Mon-Fri | Change % | Amex Composite Index Change % | RPC % | Vol Ind [1 is avg] |
| --- | --- | --- | --- | --- |
| Feb 22-26 | -19.8 | -1.4 | -18.4 | 1.6 |
| Mar 01-05 | -9.9 | 3.9 | -13.8 | 1 |
| Mar 15-19 | -8.3 | -3.4 | -4.9 | 0.4 |

**Trailing Relative Strength (6 months) at 6 percentile:**

- The stock has a 6-month relative strength of 6 in the AMEX market of 209 stocks, 2 units and 3 preference stocks indicating it is trailing 94% of the market.

# Other Bearish Signals

- Total Liabilities/EBITDA of 113 is more than or equal to 5, this compares unfavourably with the Joseph Piotroski benchmark of 5.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Ongoing Bearish Parameters

## Fig 11: Past three-years

- ENSERVCO fell for a third consecutive year. In the past three years it has fallen $11.92 (87.3%).

## Fig 12: Rank in the bottom 1% by Size in the AMEX market

| Description | Value | Rank |
|---|---|---|
| MCap | $8.9 million | In Bottom 1% |

## Fig 13: Rank in the bottom 3% by Performance in the AMEX market

| Description | Value | Rank |
|---|---|---|
| EBITDA Margin % | 0.9 | In Bottom 3% |

## Fig 14: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Worst Periods with PV$1000 < 986

| PV$1,000 | 3 mo ago | 1 yr ago |
|---|---|---|
| ENSV.AMEX | $925 | $985 |
| Energy sector | $1,246 | $2,145 |
| Amex Composite Index | $1,155 | $1,767 |





## Fig 15: The Worst Periods [3 Mo, 1 Yr, 3 Yrs] with Price Change % < -1.4

3-Year price change of -87.3% for ENSERVCO underperformed the change of 10.5% in the Amex Composite Index for a relative price change of -97.9%.

| Price Change % | Quarter | Year | 3 Years |
|---|---|---|---|
| ENSERVCO | -7.5 | -1.5 | -87.3 |
| Energy sector | 24.6 | 125.5 | 1.7 |
| Amex Composite Index | 15 | 79.4 | 10.5 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



Research Report: **ENSERVCO**
United States Edition    Wednesday, March 31, 2021

# Fig 16: Moving Annual Return of -1.5% in the past year:

Moving Annual Return was -1.5% in the past year. Based on a dynamic start date of 5 years ago, the real rate of return has averaged 9.1%. The Moving Annual Return has been negative in 4 out of 5 years.

| ENSV | Close ($) | Annual Return % |
|---|---|---|
| Mar 31 | 1.73 | (1.5) |
| 1 Yr ago | 1.76 | (77.9) |
| 2 Yrs ago | 7.95 | (41.8) |
| 3 Yrs ago | 13.65 | 225.0 |
| 4 Yrs ago | 4.2 | (58.2) |

Close 5 years ago $10.05

Prices are adjusted after share consolidation. On November 23, 2020 shareholders received 1 share for every 15 shares held prior to that date.



Quotes from Legends: Annual Return

# Fig 17: Total Shares on Issue: 5-Year Increase of 50.8%

In the past 5 years total shares on issue have increased by 18.5 million (50.8%) from 36.5 million to 55.1 million. Based on a dynamic start date of 5 years ago, there has been no decline in issued capital over the last 5 years. An increase in total shares on issue is an unfavourable indicator in Joseph Piotroski's 9 indicators.

| Year End (Dec 31) | Total Shares on Issue |
|---|---|
| 2019 | 55,071,000 |
| 2018 | 52,865,000 |
| 2017 | 51,070,000 |
| 2016 | 39,117,000 |
| 2015 | 37,835,637 |
| 2014 | 36,529,906 |

# Fig 18: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -1.4%

| TSR % | 1 yr | 3 yrs | 5 yrs |
|---|---|---|---|
| ENSV.AMEX | -1.5 | -49.4 | -29.7 |



---

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

---



## Fig 19: Deteriorated EBIT Margins:

EBIT margin is negative and has deteriorated from -9.4% to -12.3% in the past year.

| FY | EBIT Margins (%) |
|---|---|
| 2019 | -12.3 |
| 2018 | -9.4 |
| 2017 | -17.5 |
| 2016 | -43.6 |
| 2015 | -1.5 |

Quotes from Legends: EBIT Margin



## Fig 20: A 98.3% Decrease in Insider Buying

In the past 5 years a total of 1,468,805 ENSERVCO shares (or 28.6% of the total shares on issue) worth $641,163 were bought by insiders. Based on a dynamic start date of 5 years ago, insider buying has averaged 293,761 shares per year. In the past year, insiders bought 20,183 shares, a decrease of 98.3% from the previous year.

| Year | No. of Shares | Value, $ |
|---|---|---|
| 1 Yr ago | 20,183 | 8,680 |
| 3 Yrs ago | 1,213,622 | 500,656 |
| 4 Yrs ago | 235,000 | 131,827 |
| Total | 1,468,805 | 641,163 |



## Fig 21: Declining VWAP, down 68% in 5 years

In the past five years Volume Weighted Average Price (VWAP) has decreased by 68.5% to $2.45. .
Past five years, 12 months ended Mar 31 (USD)

| Year | High Price | VWAP | Low Price |
|---|---|---|---|
| 2021 | 5.85 | 2.45 | 1.5 |
| 2020 | 10.8 | 2.55 | 1.12 |
| 2019 | 22.5 | 14.23 | 4.95 |
| 2018 | 18.0 | 7.93 | 3.15 |
| 2017 | 13.35 | 7.77 | 3.9 |



## Fig 22: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5]:

- Positive operating cashflow.
- Good quality of earnings [operating cashflow exceeds net income].

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



Research Report: **ENSERVCO**

United States Edition          Wednesday, March 31, 2021

## Fig 23: % Change (Tr. 12 Mo): Stock (-1.5%) v Index (79.4%)

In the past 12 months ENSERVCO has underperformed the Amex Composite Index by 80.9%.



## Fig 24: Past 12 Mo Stock Sector Index (%)



Sector Name:Energy Sector

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

Research Report: **ENSERVCO**

United States Edition    Wednesday, March 31, 2021

# Fig 25: Price < Moving Avg Price

In the last 30 days the 200-day Moving Avg Price has exceeded the share price on 24/24 days; a bearish signal.



Quotes from Legends: Moving Average Price

Last Price: $1.70, Today's MAP200: $2.27

P/MAP200

# Fig 26: Turnover Period Below Average

1. Annual Share Turnover USD110 million
2. MCap USD12 million
3. Share Turnover Rate (1/2) =932.1%
4. Share Turnover Period (1/3) =40 days



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Fig 27: Rank in the American Region [out of 11,988 stocks]

| Description | Value | Rank | Quartile |
|---|---|---|---|
| MCap ($ M) | 8.9 | 8,447 | Third |
| Total Assets ($ M) | 43 | 6,133 | Third |
| Revenue ($ M) | 43 | 4,463 | Second |
| Net Profit ($ M) | (7.7) | 7,415 | Third |
| Net Profit Margin % | (12.4) | 4,696 | Second |
| PV$1000 (1Year) $ | 985 | 7,577 | Third |
| $ Change (1Year) % | 0.6 | 7,744 | Third |
| Rel Strength 6 Mo ($) | 28 | 8,602 | Third |

## Bullish Signals

## Fig 28: Rank in the top 15% by Relative Valuation in the AMEX market

| Description | Value | Rank |
|---|---|---|
| Price to Sales | 0.2 | In Top 9% |
| EV/EBITDA | 23.5 | In Top 15% |

## Undervaluation

**MCap/Total Assets:**
- Tobin's Q Ratio, defined as MCap divided by Total Assets, is 0.2. Compared with the rest of the market the stock is undervalued and ranks in the top 8% of stocks by value of Q Ratio.

## Oversold/Bullish Signals:

- The Relative Strength Index (RSI) of 26.8 has breached the oversold line of 30, suggesting the price decrease of 16% in the last 14 days is unusually high.
- The stock is oversold according to the Williams % R indicator of -84.1, suggesting the price is close to its 14-day low of $1.66.
- The Money Flow Index [MFI] is 13.6 suggesting an oversold 14-day trend, being under 20. The Money Ratio of 0.2 suggests positive money flow was 0.2 times negative money flow.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Ongoing Bullish Parameters

# Fig 29: Increased Volume, up 806% in 5 years

In the past five years, Average Daily Volume of Trading (ADVT) has increased 806.5% to 738,883 shares.

Avg. Daily Volume Traded 12 months ended Mar 31, thousand shares

| Year | ADVT |
|------|------|
| 2021 | 738.9 |
| 2020 | 701.1 |
| 2019 | 139.3 |
| 2018 | 159.2 |
| 2017 | 81.5 |



# Fig 30: Increased share turnover, up 4,119% in 5 years

In the past five years, average daily share turnover has increased 4119.0% to $1.8 million. This suggests increased liquidity.

Past five years, 12 months ended Mar 31 (USD million)

| Year | Average Daily Turnover |
|------|------------------------|
| 2021 | 1.8 |
| 2020 | 0.12 |
| 2019 | 0.13 |
| 2018 | 0.08 |
| 2017 | 0.04 |



# Fig 31: Quarterly Trend in Revenue and Net Profit Margin:

• Net Profit margin has shown signs of recovery in recent quarters. [All figures in %]

| Qtr-ended | Revenue Growth | Net Profit Margin |
|-----------|----------------|-------------------|
| Sep 20 [Q3 vs Q2] | -17.6 | 476.9 |
| Jun 20 [Q2 vs Q1] | -77.2 | -205 |

# Fig 32: Satisfies one criteria of Benjamin Graham

• "Total debt equal or less than twice the net quick liquidation value"; total debt of USD604,000 is 0.1 times the net liquidation value of USD8.13 million.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Insider Ownership

## Fig 33: Shares Held by Insiders as on Mar 31, 2021

| Name | Shares Held | Value, $ |
|---|---|---|
| Richard A. Murphy | 1,273,510 | 2,203,172 |
| Robert Herlin | 47,789 | 82,675 |
| William Jolly | 47,455 | 82,097 |
| **Total** | **1,368,754** | **2,367,944** |

## Fig 34: William Jolly Shares Held

(Value computed at price $1.73)
William Jolly now has a beneficial interest in 47,455 ENSERVCO shares worth $82,097.

## Fig 35: Robert Herlin Shares Held

(Value computed at price $1.73)
Robert Herlin now has a beneficial interest in 47,789 ENSERVCO shares worth $82,675.

## Fig 36: Richard A. Murphy Shares Held

(Value computed at price $1.73)
Richard A. Murphy now has a beneficial interest in 1,273,510 (or 24.8% of) ENSERVCO shares worth $2.2 million.

| Nature of Ownership | Shares Held | Value, $ |
|---|---|---|
| | Equity-Non-Derivative Securities | |
| By Cross River Partners LP | 1,223,128 | 2,116,011 |
| NA | 50,382 | 87,161 |
| Total (Equity) | 1,273,510 | 2,203,172 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



# Board of Directors

## Fig 37: Board and Management

| Name | Designation | Since Appointment |
|---|---|---|
| Ian E. Dickinson | Chief Executive Officer, President | 10 Mos |
| Rick D. Kasch | Chairman | |
| Marjorie Anne Hargrave | Chief Financial Officer | |
| William Jolly | Director | |
| Richard A. Murphy | Director | 9 Mos |
| Robert Herlin | Director | |
| Keith Behrens | Director | |
| William A. Jolly | Director | 9 Mos |
| Robert S. Herlin | Director | 9 Mos |
| Keith J. Behrens | Director | 9 Mos |
| Christopher D. Haymons | Independent Director | 4 Yrs, 2 Mos |

## Fig 38: Resignations in the past 3 years

| Name | Designation | Date of Resignation |
|---|---|---|
| Ian Dickinson | Chief Executive Officer | 02 June 2020 |
| Ian Dickinson | President | 29 May 2020 |
| Kevin Kersting | Chief Operating Officer | 14 February 2020 |
| Dustin Bradford | Director | 24 July 2019 |
| Tucker Franciscus | Chief Financial Officer | 31 January 2018 |
| Robert Devers | Chief Financial Officer | 04 August 2017 |
| Rick D. Kasch | Chief Executive Officer,President | 10 May 2017 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



# Fig 39: Profiles

## Rick D. Kasch (Chairman)

Rick D. Kasch. Mr. Kasch was appointed to the Company's Board of Directors on July 25, 2012 and has served as Chairman of the Board of Directors since December 2, 2014. Mr. Kasch was appointed as the Company's Chief Executive Officer on April 16, 2014 and has served as President since April 2013. Between July 2012 and April 2013, Mr. Kasch served as Chief Financial Officer of the Company. Mr. Kasch served as the principal financial officer of Enservco Corporation's predecessor (Enservco LLC) since its inception in May 2007. Mr. Kasch served as the principal financial officer, Secretary and Treasurer of Dillco Fluid Services, Inc. from December 2007 until June 2014, and currently serves as the President and Chief Executive Officer. Further, he has served as a manager and the principal financial officer for Heat Waves Hot Oil Service LLC since March 2006, and currently serves as the President. Additionally, Mr. Kasch has served as President or Chief Financial Officer for various other companies, including software development, hospitality, and internet-based companies. Mr. Kasch served on the board of directors of Pyramid Oil Company, a publicly held corporation traded on the NYSE MKT, until his resignation on September 10, 2014 in connection with its merger and name change to Yuma Energy, Inc. Mr. Kasch is not on the board of directors of any other company with its securities registered under the Securities Exchange Act of 1934. Mr. Kasch received a BBA - Accounting degree from the University of South Dakota. Mr. Kasch is a certified public accountant, but does not hold an active license.

## William Jolly (Director)

William A. Jolly, Age 64 Mr. Jolly was appointed to the Company's Board of Directors on January 15, 2015. Mr. Jolly serves as an area chairman for the C12 group, which provides peer advisory services for middle market companies. Mr. Jolly served as a principal with Scarsdale Equities, a FINRA member broker/dealer in New York City where he focused on providing innovative banking solutions for small cap companies for 10 years. Mr. Jolly spent over 15 years with Procter & Gamble managing brands and subsidiaries in the U.S. and throughout Asia. Mr. Jolly then became Vice President for the Consumer Division of Scott Paper in Asia Pacific until it was acquired by Kimberly Clark. Mr. Jolly serves on the advisory board of ZetrOZ Systems, which develops non-invasive medical devices to accelerate tissue healing and relieve pain. Mr. Jolly received his undergraduate degree from Duke University and his M.B.A. from the Kenan-Flagler Business School at the University of North Carolina at Chapel Hill.

## Keith Behrens (Director)

Keith J. Behrens, Age 52 Mr. Behrens was appointed to the Company's Board of Directors on June 20, 2014. Mr. Behrens joined Stephens, Inc. in May 2009 as a Managing Director. Prior to joining Stephens, Inc. Mr. Behrens was a Co-Founder and a Managing Partner of Energy Capital Solutions. Mr. Behrens has over 25 years of investment banking experience with major investment banking firms including Bear Stearns and Wasserstein Perella. He has focused most of his career in covering primarily exploration and production companies as well as other energy-related companies. Mr. Behrens has generated and led the execution of various M&A, public & private equity and senior & mezzanine debt transactions representing in excess of 170 transactions and approximately $35 billion in transaction volume. In addition to his extensive transaction experience, Mr. Behrens served as Chairman of the IPAA's 2013 Private Capital Conference and is active in several energy industry organizations. He was formerly on the Advisory Council for the Energy Management and Innovation Center at the University of Texas at Austin McCombs School of Business. Mr. Behrens received his BBA and MBA from the University of Texas at Austin.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



# Robert Herlin (Director)

Robert S. Herlin, Age 63 Mr. Herlin was appointed to the Company's Board of Directors on January 15, 2015. Mr. Herlin is also Chairman of Evolution Petroleum Corporation, Houston, Texas, a company with a class of securities registered pursuant to Section 12 of the Exchange Act. He has served as a director of Evolution Petroleum since its inception in 2003, was elected Chairman of its Board of Directors in 2009 and served as Chief Executive Officer from inception through 2015. Mr. Herlin also serves on the Board of Directors of Well Lift Inc., a private company that was spun off from Evolution Petroleum and is the owner and marketer of the GARP artificial lift technology. Mr. Herlin is also President of AVL Resources, LLC, a private energy company, and is actively engaged in new venture funding and advising. Mr. Herlin has 30 years of experience in engineering, energy transactions, operations and finance with small independents, larger independents and major integrated oil companies. Since 2003 until early 2010, Mr. Herlin also served as a non-active Partner with Tatum CFO, a financial advisory firm that provides executive officers on a part-time or full-time basis to clients. From 2001 to 2003, Mr. Herlin served as Senior Vice President and Chief Financial Officer of Intercontinental Towers Corporation, an international wireless infrastructure venture. Mr. Herlin also served on the Board of Directors of Boots and Coots, Inc., an oil field services company, from 2003 until its sale to Halliburton Company in September 2010. Prior to 2001, Mr. Herlin served in various officer capacities for upstream and downstream oil and gas companies, both private and public. Mr. Herlin served on the Engineering Advisory Board for the Brown School of Engineering at Rice University from 2013 to 2016. Mr. Herlin graduated with honors from Rice University with B.S. and M.E. degrees in chemical engineering and earned an MBA from Harvard University.

# Christopher D. Haymons (Independent Director)

Christopher D. Haymons, Age 47 Mr. Haymons was appointed to the Company's Board of Directors on January 27, 2017. Mr. Haymons is co-founder and Partner of Industria Partners, LLC, a strategic advisory and merchant banking firm focused on providing capital, restructuring, and M&A services to energy and industrial companies. Prior to co-founding Industria, Mr. Haymons was a Partner at St. Charles Capital, LLC, where he played a senior leadership role as the founder and managing director of the Energy Services & Technology Group, until St. Charles Capital, LLC was acquired by KPMG LLP in 2014. Previously, he was senior managing director, head of Investment Banking and head of the Industrials Group for Headwaters MB. He began his career with Dain Bosworth and Green Manning & Bunch. Mr. Haymons brings to Enservco 25 years of experience in investment banking, corporate finance, M&A, and merchant banking transactions. He is a graduate of The Colorado College.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Tax

## Fig 40: Footprint of Subsidiaries

| Subsidiary | Incorporated in | Corporate Tax Rate (%) |
|---|---|---|
| Dillco Fluid Service, Inc | Kansas | 21+7 |
| Heat Waves Hot Oil Service LLC | Colorado | 21+4.6 |
| Real GC, LLC | Colorado | 21+4.6 |

## Download ENSERVCO Financials Past 8 Years

| Description (December 31) | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | |
| Revenue per share | 0.78 | 0.81 | 0.73 | 0.63 | 1.03 | 1.55 | 1.44 | 1.35 |
| Other Revenue | 43 M | 42.8 M | 37.1 M | | 54,495 | 220,373 | 205,577 | 29,784 |
| EBITDA | 404,000 | 845,000 | (648,000) | (3.9 M) | 5.2 M | 10.8 M | 10.9 M | 4.7 M |
| Depreciation (M) | 5.7 | 4.9 | 5.8 | 6.9 | 5.8 | 3.7 | 2.4 | 3 |
| EBIT | | | | (10.7 M) | (565,731) | 7.2 M | 8.5 M | 1.7 M |
| Interest | | | | 1.8 M | 1.1 M | 791,159 | 1.1 M | 902,152 |
| Profit before tax | | | | (12.5 M) | (1.7 M) | 6.4 M | 7.4 M | 828,267 |
| Tax | (32,000) | (32,000) | 561,000 | 3.9 M | (418,253) | 2.4 M | 3.1 M | (426,779) |
| Net profit | (7.7 M) | (5.9 M) | (6.9 M) | (8.6 M) | (1.3 M) | 4 M | 4.3 M | (85,070) |
| EPS | (2.1) | (1.65) | (2.1) | (3.3) | (0.45) | 1.5 | 1.8 | |
| **Balance Sheet** | | | | | | | | |
| Equity Share Capital (M) | (2.7) | 4.6 | 8.2 | 14.4 | 17.9 | 18 | 12.8 | 6.8 |
| Retained Earnings (M) | (25) | (17.5) | (11.6) | (4.7) | 3.8 | 5.1 | 1.1 | |
| Total Debt | 604,000 | 461,000 | 434,000 | 23.8 M | 314,263 | 340,520 | 13.8 M | 10.6 M |
| Total Assets (M) | 43 | 49 | 44.2 | 42.4 | 47 | 58.3 | 33.4 | 25.9 |
| Current Asset (M) | 8.7 | 13.5 | 13.7 | 7 | 9.6 | 19.5 | 15.1 | 9.6 |
| Fixed Asset (M) | 26.6 | 30.9 | 28.3 | 34.6 | 36.5 | 37.8 | 17.4 | 15 |
| Working Capital (M) | (31) | 6.1 | 8 | 3 | 6.2 | 13.7 | 8.2 | 1.5 |
| **Cash Flow** | | | | | | | | |
| Operating Cash Flow (M) | 4.5 | 1.3 | (4) | (2) | 12.1 | 6.2 | 5.3 | 1.2 |
| Investing Cash Flow (M) | (4.1) | (1.5) | (1.3) | (4.7) | (4.5) | (23.6) | (3.8) | (2.5) |
| Financing Cash Flow | | | 5.1 M | 6.6 M | (7.8 M) | 16.4 M | (206,779) | 1.4 M |
| Net Cash Flow | | | (230,000) | (184,000) | (149,321) | (914,132) | 1.3 M | 116,622 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



Research Report: **ENSERVCO**
United States Edition    Wednesday, March 31, 2021

## Peer Group Analysis & Ranking

# Fig 41: Global Peer Group (all figures in $): Key Financials

In its Global Peer Group of 9 companies ENSV is ranked third by Revenue, Total Assets, fifth by MCap, seventh by PV $1000 (1 yr), eighth by Net Profit and ninth by Relative Str. (6 mo).

| Name (Code) | Relative Str. (6 mo) | MCap | PV $1000 (1 yr) | Revenue | Net Profit | Total Assets |
|---|---|---|---|---|---|---|
| Rank of ENSV | 9 | 5 | 7 | 3 | 8 | 3 |
| ENSERVCO (ENSV) | 19 | 8.9M | 984.9 | 43M | (7.7M) | 43M |
| MRS Oil Nigeria (MRS) | 27 | 9.7M | 941.9 | 105.9M | (4.6M) | 92.9M |
| Hempstract (HPST) | 24 | 9.5M | 1,087.9 | | | |
| Hero Technologies (HENC) | 94 | 9.4M | 1,847.5 | | 323,836 | 16.3M |
| Panasian Power (PAP) | 25 | 9.3M | | 2.8M | 725,295.3 | 19.2M |
| Enertronica (ENT) | 22 | 8.8M | 1,218.4 | 10.7M | (970,858.6) | 16.5M |
| Strategic Energy Resources (SER) | 27 | 8.7M | 2,240.9 | | (325,671.7) | 2.1M |
| Vinacomin - Ha Tu Coal (THT) | 51 | 8.7M | 1,584.0 | 105.3M | 2.8M | 61.5M |
| African Energy Resources (AFR) | 26 | 8.1M | 1,244.9 | 24,783 | (3.4M) | 8.7M |

# Global Peer Group: Relative Value Indicators

ENSV is ranked first by Turnover Rate and third by P/S.

| Name (Code) | Country Code | Last Price | P/S | Turnover Rate (%) | % Disc to 52-w Hi |
|---|---|---|---|---|---|
| Rank of ENSV | | | 3 | 1 | |
| ENSERVCO (ENSV) | US | $1.73 | 0.2 | 4,640.8 | 70.9 |
| MRS Oil Nigeria (MRS) | NG | NGN12.10 | 0.1 | 3.1 | 19.3 |
| Hempstract (HPST) | US | 35.90c | | 58.4 | 83.4 |
| Hero Technologies (HENC) | US | 7.39c | | -53.8 | 50.7 |
| Panasian Power (PAP) | LK | LKR3.70 | 3.3 | 128.5 | 23.4 |
| Enertronica (ENT) | IT | 96.0c | | -16.5 | 40.4 |
| Strategic Energy Resources (SER) | AU | 5.40c | | 51.5 | 46.0 |
| Vinacomin - Ha Tu Coal (THT) | VN | VND8,200.0 | 0.1 | 19.4 | 8.9 |
| African Energy Resources (AFR) | AU | 1.70c | 328.8 | 23.2 | 46.9 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



# Fig 42: Global Peer Group - Price Performance



# Fig 43: Global Peer Group - Total Shareholder Returns [TSR in $]



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Fig 44: BuySellSignals Fundamentals Valuation Ranking: ENSERVCO vs AMEX Market

Out of 209 stocks and 2 units in the AMEX Market, ENSERVCO is ranked sixth by Premium to 52-Wk Low, eighth by Discount to 52-Wk High, ninth by P/Sales and Fifty-seventh by Revenue.

| | AMEX Avg | ENSV | Rank | Rank 1 | Rank 2 | Rank 3 | Lowest Rank |
|---|---|---|---|---|---|---|---|
| Premium to 52-Wk Low (%) | 83.4 | 15.3 | 6 | 4.9 ESP | 6.7 GORO | 7.8 APT | 4300.7 TKAT |
| Discount to 52-Wk High (%) | 6.6 | 70.4 | 8 | 83.6 ACY | 80.6 TMBR | 79.3 IBIO | 0.02 CET |
| P/Sales | 0.3x | 0.2x | 9 | | 0.1x AINC | 0.1x NEN | |
| Revenue $ | | 43 M | 57 | 113 B BDL | 62.1 B NEN | 9.4 B LNG | 75,387 HMG |
| EBITDA Margin% | 0.3 | 0.9 | 83 | 87.4 AEF | 80.9 DHY | 77.7 NHS | (76.2) BTX |
| Total Assets $ | | 43 M | 137 | 291.7 B NEN | 112.5 B BDL | 35.7 B LNG | 485,857 NBH |
| Net Profit $ | | (7.7 M) | 157 | 3 B IMO | 1.4 B NEN | 1.2 B CQP | |
| Market Cap $ | | 8.9 M | 209 | 18.2 B LNG | 17.9 B IMO | 14.5 B CQP | 2.4 M NSPR |

Negative values are shown in brackets.

## Fig 45: Global Rank [out of 47,977 stocks] and Rank of ENSERVCO in the American Region [out of 11,988 stocks]

| Description | Value | Global Rank | In Am Region |
|---|---|---|---|
| MCap ($) | 8.9M | 39,112 | 8,447 |
| Total Assets ($) | 43M | 30,295 | 6,133 |
| Revenue ($) | 43M | 24,661 | 4,463 |
| Net Profit ($) | (7.7M) | 37,005 | 7,415 |
| Net Profit Margin % | (12.4) | 31,086 | 4,696 |
| PV1000 (1Year) $ | 985 | 33,948 | 7,577 |
| $ Change (1Year) % | 0.6 | 33,777 | 7,744 |

## Fig 46: Rank of ENSERVCO in the Total AMEX Market [out of 177 stocks] and in the Energy sector [out of 12 stocks]

| Description | Value | In Total AMEX Market | In Energy sector |
|---|---|---|---|
| MCap ($) | 8.9M | 182 | 12 |
| Total Assets ($) | 43M | 125 | 8 |
| Revenue ($) | 43M | 73 | 6 |
| Net Profit ($) | (7.7M) | 125 | 7 |
| Net Profit Margin % | (12.4) | 100 | 4 |
| PV1000 (1Year) $ | 985 | 155 | 11 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com



## News Archives (May 2017 - Nov 2020)

## Fig 47: Changes in Board (TTM)

| | |
|---|---|
| **June 29 2020** | **ENSERVCO appoints Director** <br> ENSERVCO has appointed Keith J. Behrens as a Director. The effective date is Monday, June 29. |
| **June 03 2020** | **ENSERVCO President resigns** <br> ENSERVCO Ian Dickinson,President has resigned. The effective date is May 29, 2020. |
| **June 02 2020** | **ENSERVCO CEO resigns** <br> ENSERVCO Ian Dickinson,CEO has resigned. The effective date is June 02, 2020. |
| **June 02 2020** | **ENSERVCO appoints Chief Executive Officer** <br> ENSERVCO has appointed Ian E. Dickinson as Chief Executive Officer. The effective date is Friday, May 29. |
| **February 14 2020** | **ENSERVCO COO resigns** <br> ENSERVCO Kevin Kersting,COO has resigned. The effective date is February 14, 2020. |
| **July 24 2019** | **ENSERVCO appoints Chief Financial Officer** <br> ENSERVCO has appointed Marjorie A. Hargrave as Chief Financial Officer. The effective date is Wednesday, July 24. |
| **July 24 2019** | **ENSERVCO Director resigns** <br> ENSERVCO Dustin Bradford,Director has resigned. The effective date is July 24, 2019. |
| **July 13 2017** | **ENSERVCO appoints Chief Financial Officer** <br> ENSERVCO has appointed Tucker Franciscus as Chief Financial Officer. The effective date is Thursday, July 13. |
| **June 08 2017** | **ENSERVCO Chief Financial Officer will resign** <br> ENSERVCO Robert Devers,Chief Financial Officer will resign. The effective date is Friday, August 04. |
| **May 10 2017** | **ENSERVCO Announces Appointment of Ian Dickinson as President and Chief Executive Officer, Replacing Retiring Rick Kasch** <br> DENVER, CO -- (Marketwired) -- 05/10/17 -- ENSERVCO Corporation (NYSE MKT:ENSV), a diversified national provider of well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced the appointment of Ian Dickinson as president, CEO and a member of the Board of Directors. Dickinson succeeds Rick Kasch, who is retiring from his positions as president, CEO and board member. <br> Dickinson is a well-rounded senior executive who brings a strong track record in the areas of private equity, oilfield service equipment, M&A and finance. He was previously president and CEO of Premier Oilfield Equipment, where he expanded the geographic reach and product offerings of the business via strategic partnerships and strong relationships with oil and gas exploration and production companies throughout the U.S. He is a former partner with Caddis Capital Investments, a private equity firm where he had asset management responsibilities, including acquisitions, asset optimization and divestitures. Prior assignments include CFO and vice president of finance positions with a number of emerging growth companies. <br> "I'm pleased and honored with my appointment as CEO of ENSERVCO," said Ian Dickinson. "I'm joining the Company at an exciting time in its history. Industry activity is rebounding, our financial performance is improving, our core well enhancement service segment is once again growing, and demand is very strong for our new water transfer service, which is an exciting extension of our service offerings. In my view, the Company's market value does not accurately reflect the intrinsic value of the Company, our growth prospects and the resurgence we're beginning to see in the industry. I intend to take a very active role in managing the business for continued profitable growth. |
| **May 10 2017** | **ENSERVCO appoints Chief Executive Officer** <br> ENSERVCO has appointed Ian Dickinson as Chief Executive Officer. The effective date is Wednesday, May 10. |
| **May 10 2017** | **ENSERVCO Announces Appointment of Ian Dickinson as President and Chief Executive Officer, Replacing Retiring Rick Kasch** <br> DENVER, CO -- (Marketwired) -- 05/10/17 -- ENSERVCO Corporation (NYSE MKT:ENSV), a diversified national provider of well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced the appointment of Ian Dickinson as president, CEO and a member of the Board of Directors. Dickinson succeeds Rick Kasch, who is retiring from his positions as president, CEO and board member. |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com



Dickinson is a well-rounded senior executive who brings a strong track record in the areas of private equity, oilfield service equipment, M&A and finance. He was previously president and CEO of Premier Oilfield Equipment, where he expanded the geographic reach and product offerings of the business via strategic partnerships and strong relationships with oil and gas exploration and production companies throughout the U.S. He is a former partner with Caddis Capital Investments, a private equity firm where he had asset management responsibilities, including acquisitions, asset optimization and divestitures. Prior assignments include CFO and vice president of finance positions with a number of emerging growth companies.
"I'm pleased and honored with my appointment as CEO of ENSERVCO," said Ian Dickinson. "I'm joining the Company at an exciting time in its history. Industry activity is rebounding, our financial performance is improving, our core well enhancement service segment is once again growing, and demand is very strong for our new water transfer service, which is an exciting extension of our service offerings. In my view, the Company's market value does not accurately reflect the intrinsic value of the Company, our growth prospects and the resurgence we're beginning to see in the industry. I intend to take a very active role in managing the business for continued profitable growth.

**May 10 2017**  **ENSERVCO appoints President**
ENSERVCO has appointed Ian Dickinson as President. The effective date is Wednesday, May 10.

# Fig 48: Share Capital

**November 11 2020**  **ENSERVCO announces consolidation of shares**
ENSERVCO has announced a 15 for 1 share consolidation, on Monday, November 23. The shares last traded at 13.50c.

# Fig 49: Meetings

**February 21 2020**  **ENSERVCO: Regulation FD Disclosure.**
On February 19, 2020 Enservco Corporation (the "Company") issued a press release announcing that that the NYSE American LLC ("NYSE American") has approved the Company's plan to regain compliance with the NYSE's continued listing standard related to stockholders' equity.
Source: SEC

**June 12 2019**  **ENSERVCO: Regulation FD Disclosure.**
On June 10, 2019, the Company posted to its website a company presentation (the "Presentation Materials") about Enservco's operations and performance that management intends to use from time to time. Enservco may use the Presentation Materials, possibly with modifications, in presentations to current and potential investors, lenders, creditors, vendors, customers and others with an interest in Enservco and its business.
Source: SEC

**May 28 2019**  **ENSERVCO: Regulation FD Disclosure**
On May 28, 2019, the Company posted to its website a company presentation (the "Presentation Materials") about Enservco's operations and performance that management intends to use from time to time. Enservco may use the Presentation Materials, possibly with modifications, in presentations to current and potential investors, lenders, creditors, vendors, customers and others with an interest in Enservco and its business.
The information contained in the Presentation Materials is summary information that should be considered in the context of Enservco's filings with the Securities and Exchange Commission and other public announcements that Enservco may make by press release or otherwise from time to time. The Presentation Materials speak as of the date of this Current Report on Form 8-K. While Enservco may elect to update the Presentation Materials in the future to reflect events and circumstances occurring or existing after the date of this Current Report on Form 8-K, Enservco specifically disclaims any obligation to do so. The Presentation Materials are furnished as Exhibit 99.1 to this Current Report on Form 8-K and are incorporated herein by reference.
Source: SEC

**April 11 2019**  **ENSERVCO: Regulation FD Disclosure.**
On April 4, 2019, the Company posted to its website a company presentation (the "Presentation Materials") about Enservco's operations and performance that management intends to use from time to time. Enservco may use the Presentation Materials, possibly with modifications, in presentations to current and potential investors, lenders, creditors, vendors, customers and others with an interest in Enservco and its business.
Source: SEC

**April 11 2019**  **ENSERVCO: Regulation FD Disclosure.**

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



On April 4, 2019, the Company posted to its website a company presentation (the "Presentation Materials") about Enservco's operations and performance that management intends to use from time to time. Enservco may use the Presentation Materials, possibly with modifications, in presentations to current and potential investors, lenders, creditors, vendors, customers and others with an interest in Enservco and its business.
Source: SEC

# Fig 50: Press Releases

| | |
|---|---|
| November 13 2020 | **ENSERVCO Enservco Reports 2020 Third Quarter and Nine-Month Financial Results**<br>LONGMONT, Colo., Nov. 12, 2020 (GLOBE NEWSWIRE) -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today reported financial results for its third quarter and nine-month period ended September 30, 2020.<br>Source: West Corporation |
| November 11 2020 | **Events Calendar: ENSERVCO Enservco Schedules 2020 Third Quarter Conference Call**<br>Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2020 third quarter financial results after the market closes on Thursday, November 12, 2020. Management will then host a conference call and webcast to discuss the results and subsequent operational developments.<br>Source: West Corporation |
| October 14 2020 | **ENSERVCO: Entry into a Material Definitive Agreement.**<br>On October 6, 2020, Marjorie Hargrave, Chief Financial Officer of Enservco Corporation (the "Company"), was appointed as the Company's President, in addition to her position as the Company's Chief Financial Officer.<br>Ms. Hargrave, age 56, previously provided consulting services to various companies in the areas of finance, administration, accounting, risk mitigation, human resources, and investor relations from 2016 until joining the Company as Chief Financial Officer in July 2019. Prior to her consulting work, Ms. Hargrave served as Chief Financial Officer and Senior Vice President of Strategic Planning for CTAP, LLC, a privately held distributor of tubing and casing throughout the United States, from 2010 to 2016. Ms. Hargrave also served as Chief Financial Officer of High Sierra Energy, LP, a start-up energy company that focused on midstream acquisitions, from 2005 to 2009. Ms. Hargrave's previous experience also includes management and associate roles with Black Hills Corporation, Xcel Energy, and Merrill Lynch & Co. Ms. Hargrave earned a bachelor's degree in economics from Boston University, and a master's degree in economics from New York University.<br>Source: SEC |
| September 29 2020 | **ENSERVCO Enservco Closes Agreement with Lender to Amend its Senior Revolving Credit Facility, Substantially Reduce Debt and Strengthen its Balance Sheet**<br>DENVER, Sept. 28, 2020 (GLOBE NEWSWIRE) -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it has closed its refinancing agreement with East West Bank (aEURoeEWBaEUR ).<br>Source: West Corporation |
| September 22 2020 | **ENSERVCO: Other Events**<br>On September 17, 2020, Enservco Corporation published the press release which is attached hereto as Exhibit 99.1 and is incorporated herein by reference.<br>This information is intended to be furnished under Item 8.01 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.<br>Source: SEC |
| September 17 2020 | **ENSERVCO: Unregistered Sales of Equity Securities**<br>Effective September 15, 2020, Cross River Partners L.P. converted subordinated notes in the principal amount of $1,250,000 and $264,737 of accrued interest due to it from Enservco Corporation (the "Company") for a total of $1,514,737, into 6,054,022 shares of common stock of the Company at approximately $0.25 per share. |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



Cross River Partners L.P. is a related party of the Company by virtue of its significant ownership in the Company and Richard A. Murphy, the Principal Executive Officer of the Company and Chairman of the Board, is also the managing partner of Cross River Partners, L.P. After the issuance described in this report, Cross River Partners L.P. (and its affiliates) owned approximately 30% of the outstanding common stock of the Company.
Source: SEC

**September 17 2020**    **ENSERVCO Enservco Signs Non-Binding Letter of Intent with Lender to Amend its Senior Revolving Credit Facility for Substantial Debt Reduction, New Working Capital Revolver and Equity**
DENVER, Sept. 17, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it has signed a non-binding letter of intent ("LOI") with East West Bank ("EWB") to amend its existing senior revolving credit facility to reduce bank debt by $16 million, amend the current facility into a term loan and provide a new working capital revolving line of credit in exchange for equity in Enservco.
Under the LOI, the parties will seek to enter into a definitive agreement providing that:
EWB would reduce the current loan balance by $16 million in exchange for eight million shares of Enservco restricted common stock and 15 million common stock purchase warrants. The current credit facility would be amended to reflect a term loan with a balance of approximately $17 million and a new working capital revolving line of credit with no initial balance and a limit of $1 million, both bearing interest at an annual rate of 8.25%, of which 3% will accumulate and be paid at maturity on October 15, 2021. The term loan would be interest only with potential for principal payments in the event Enservco reaches certain profit metrics and would mature in October 2021. The revolving line of credit would be based on Enservco's eligible receivables.
The restricted common stock issued to EWB will be registered for resale by Enservco with the SEC to be tradeable within six months. The warrants will be exercisable beginning October 15, 2021, at a price of $0.25 per common share, an approximate 92% premium to Enservco's closing stock price on September 16, 2020.
Source: West Corporation

**September 03 2020**    **ENSERVCO: Results of Operations and Financial Condition.**
On August 14, 2020, Enservco Corporation (the "Company") issued a press release providing updates regarding its operations and other matters. A copy of the press release is furnished herewith as Exhibit 99.1.
Source: SEC

**August 14 2020**    **ENSERVCO Enservco Reports 2020 Second Quarter and Six-Month Financial Results**
Company Updates Investors on Progress Toward Refinancing Debt, Including Recent East West Bank Grant of 45 Day Extension to Senior Secured Revolving Credit Facility
Chairman Rich Murphy's Investment Fund Plans to Convert Approximately $1.5 Million of Subordinated Debt into Enservco Common Stock
DENVER, Aug. 14, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today reported financial results for its second quarter and six-month period ended June 30, 2020.
"As expected, second quarter results reflected reduced customer activity due to lower commodity prices and the economic slowdown related to the COVID-19 pandemic. We have taken decisive steps to bring our cost structure in line with lower revenue levels and year to date have taken more than $4.0 million in annualized costs out of the business," said Rich Murphy, chairman and acting CEO. "The slowdown has continued into the third quarter, but we are now preparing for an expected increase in customer activity in our upcoming heating season and have taken advantage of the downturn to redeploy assets to stronger markets. Consequently, we are well positioned to meet demand from our customer base.
"We continue our efforts to refinance our bank debt in seeking to strengthen our balance sheet," Murphy added. "We have been working diligently with East West Bank and potential new funding sources to secure a debt refinancing package that would include a combination of debt and equity with the goal of substantially reducing our overall debt and increasing shareholders' equity," Murphy continued. "This refinancing process is ongoing and there is no assurance of a successful outcome.

**August 11 2020**    **ENSERVCO Enservco Schedules 2020 Second Quarter Conference Call**
DENVER, Aug. 11, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2020 second quarter financial results before the market opens on Friday, August 14, 2020. Management will then host a conference call and webcast to discuss the results and subsequent operational developments.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



The conference call will begin at 7:00 a.m. Mountain Time (9:00 a.m. Eastern) and will be accessible by dialing 844-369-8770 (862-298-0840 for international callers). No passcode is necessary. A telephonic replay will be available through August 28, 2020, by calling 877-481-4010 (919-882-2331 for international callers) and entering the Replay ID #35807.

To listen to the webcast, participants should access the Enservco website, located at www.enservco.com, and link to the "Investors" page at least 10 minutes early to register. Participants can also connect directly at https://www.webcaster4.com/Webcast/Page/2228/35807. A replay of the webcast will be available until September 14, 2020.

About EnservcoThrough its various operating subsidiaries, Enservco provides a range of oilfield services, including hot oiling, acidizing, frac water heating, and related services. The Company has a broad geographic footprint covering seven major domestic oil and gas basins and serves customers in Colorado, Montana, New Mexico, North Dakota, Oklahoma, Pennsylvania, Ohio, Texas, Wyoming and West Virginia. Additional information is available at www.enservco.com

Source: West Corporation

| | |
|---|---|
| **June 30 2020** | **Quarterly Activities Report: ENSERVCO Cash Balance decreases 35%**<br>The Cash Burn of operating activities was USD882,000 for the six months ended June 30, 2020. This corresponds to an average Cash Burn Rate of USD147,000 per month. To support this Cash Burn Rate, the cash balance of USD429,000 as at June 30, 2020 should be adequate till September 26, 2020. |
| **May 22 2020** | **ENSERVCO Reports 2020 First Quarter Financial Results**<br>Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today reported financial results for its first quarter ended March 31, 2020.<br>"The sharp reduction in customer drilling and completion and activity in the fourth quarter carried into the first quarter and was exacerbated by the Saudi-Russia price war and the worldwide economic slowdown due to the Covid-19 pandemic," said Ian Dickinson, President and CEO. "We continue to take steps to right size our cost structure. Since the first of the year we have taken approximately $2.0 million in annualized costs out of the business. This includes a significant headcount reduction, compensation cuts across the organization, closure of our Oklahoma facility and a temporary scaling back of operations at two other facilities. In addition, we have reduced our 2020 maintenance Capex budget by approximately $600,000 due to lower expected activity levels. These moves were difficult but necessary as we manage through the immediate challenges facing our industry.<br>Source: SEC |
| **May 15 2020** | **Events Calendar: ENSERVCO Schedules 2020 First Quarter Conference Call**<br>Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2020 first quarter financial results after the market closes on Friday, May 15, 2020. Following the release, management will host a conference call and webcast to discuss the results and subsequent operational developments.<br>The conference call will begin at 2:30 p.m. Mountain Time (4:30 p.m. Eastern) and will be accessible by dialing 844-369-8770 (862-298-0840 for international callers). No passcode is necessary. A telephonic replay will be available through May 29, 2020, by calling 877-481-4010 (919-882-2331 for international callers) and entering the Replay ID #34739.<br>Source: SEC |
| **May 15 2020** | **ENSERVCO Enservco Reports 2020 First Quarter Financial Results**<br>DENVER, May 15, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today reported financial results for its first quarter ended March 31, 2020.<br>"The sharp reduction in customer drilling and completion and activity in the fourth quarter carried into the first quarter and was exacerbated by the Saudi-Russia price war and the worldwide economic slowdown due to the Covid-19 pandemic," said Ian Dickinson, President and CEO. "We continue to take steps to right size our cost structure. Since the first of the year we have taken approximately $2.0 million in annualized costs out of the business. This includes a significant headcount reduction, compensation cuts across the organization, closure of our Oklahoma facility and a temporary scaling back of operations at two other facilities. In addition, we have reduced our 2020 maintenance Capex budget by approximately $600,000 due to lower expected activity levels. These moves were difficult but necessary as we manage through the immediate challenges facing our industry. |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com



"On a brighter note, we continue to build on the market share gains we achieved in 2019. We have won and are pursuing additional incremental business with new customers across our footprint, with a particular focus in Texas, Colorado, Pennsylvania and North Dakota," Dickinson added. "We also continue to focus on strengthening our balance sheet and are in ongoing discussions with our lender and advisors regarding debt restructuring options."
Source: West Corporation

| | |
|---|---|
| **May 08 2020** | **ENSERVCO Enservco Schedules 2020 First Quarter Conference Call**<br>DENVER, May 08, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2020 first quarter financial results after the market closes on Friday, May 15, 2020. Following the release, management will host a conference call and webcast to discuss the results and subsequent operational developments.<br>The conference call will begin at 2:30 p.m. Mountain Time (4:30 p.m. Eastern) and will be accessible by dialing 844-369-8770 (862-298-0840 for international callers). No passcode is necessary. A telephonic replay will be available through May 29, 2020, by calling 877-481-4010 (919-882-2331 for international callers) and entering the Replay ID #34739.<br>To listen to the webcast, participants should access the Enservco website, located at www.enservco.com, and link to the "Investors" page at least 10 minutes early to register. Participants can also connect directly at https://www.webcaster4.com/Webcast/Page/2228/34739. A replay of the webcast will be available until June 15, 2020.<br>About EnservcoThrough its various operating subsidiaries, Enservco provides a range of oilfield services, including hot oiling, acidizing, frac water heating, and related services. The Company has a broad geographic footprint covering seven major domestic oil and gas basins and serves customers in Colorado, Montana, New Mexico, North Dakota, Oklahoma, Pennsylvania, Ohio, Texas, Wyoming and West Virginia. Additional information is available at www.enservco.com<br>Source: West Corporation |
| **April 21 2020** | **ENSERVCO Enservco Receives Extension from NYSE American Regarding Cure Period for Low Stock Price**<br>DENVER, April 21, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced that the NYSE American has extended the period during which the Company can cure its low stock price beyond the previous May 6, 2020, deadline so that the Company can seek shareholder approval for a reverse stock split at its June 26, 2020, annual meeting. In November 2019 the NYSE American notified Enservco that the Company's common stock had been selling for a low price per share for a substantial period of time and that continued NYSE American listing was predicated on the Company effecting a reverse stock split of its Common Stock or otherwise demonstrating sustained price improvement no later than May 6, 2020.<br>About EnservcoThrough its various operating subsidiaries, Enservco provides a wide range of oilfield services, including hot oiling, acidizing, frac water heating, and related services. The Company has a broad geographic footprint covering seven major domestic oil and gas basins and serves customers in Colorado, Montana, New Mexico, North Dakota, Oklahoma, Pennsylvania, Ohio, Texas, Wyoming and West Virginia. Additional information is available at www.enservco.com<br>Cautionary Note Regarding Forward-Looking StatementsThis news release contains information that is "forward-looking" in that it describes events and conditions Enservco reasonably expects to occur in the future. Expectations for the future performance of Enservco are dependent upon a number of factors, and there can be no assurance that Enservco will achieve the results as contemplated herein. Certain statements contained in this release using the terms "may," "intends," "expects to," and other terms denoting future possibilities, are forward-looking statements. |
| **April 17 2020** | **Enservco Receives Audit Opinion with Going Concern Qualification**<br>Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced that, as previously disclosed in its recently filed Form 10-K for the year ending December 31, 2019, the Company has received an audit opinion with a going concern qualification. This additional disclosure is required pursuant to NYSE American listing requirements.<br>Source: SEC |
| **April 16 2020** | **ENSERVCO Enservco Updates Stockholders on Preliminary First Quarter Financial Results** |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

DENVER, April 16, 2020 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it expects 2020 first quarter revenue to be between $9.3 million and $9.4 million versus revenue of $24.8 million in the first quarter last year. These preliminary revenue estimates have been adjusted to reflect the discontinuation of water transfer operations in the fourth quarter of 2019. In addition, net income and adjusted EBITDA for the first quarter are expected to decrease significantly compared to prior-year levels.

Ian Dickinson, President and CEO, said the results reflect ongoing weakness in domestic oil and gas activity levels driven by lower commodity prices, related pricing pressures, and the more recent and broader impact of the COVID-19 pandemic. In response to the challenging market environment, we have taken meaningful action to right size the cost structure and win additional market share. He added that it is too early in the first quarter close process to provide adjusted EBITDA information.

Enservco also announced it has entered into a $1.9 million promissory note with East West Bank pursuant to the Paycheck Protection Program under Division A, Title I of the CARES Act, which was enacted March 27, 2020. The note bears interest at 1% annually and matures April 10, 2022, although amounts of the note may be forgiven if proceeds are used for qualifying expenses such as payroll and group healthcare benefits, mortgages and mortgage interest, rent and utilities. Enservco intends to use all proceeds for qualifying expenses.

Source: West Corporation

| | |
|---|---|
| **March 31 2020** | **Quarterly Activities Report: ENSERVCO Cash Balance decreases 67.3%**<br>The Cash Burn of operating activities was USD969,000 in the quarter ended March 31, 2020. This corresponds to an average Cash Burn Rate of USD323,000 per month. |
| **March 27 2020** | **Events Calendar: ENSERVCO Schedules Fourth Quarter and Year-End Earnings Release and Conference Call**<br>Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will release its 2019 fourth quarter and year-end financial results after the market closes on Friday, March 20, 2020. Following the release, management will host a conference call and webcast to discuss the results and subsequent operational developments.<br>Source: SEC |

# Fig 51: 8-K other news

To view all 8-K Other news click here,

http://www.buysellsignals.net/BuySellSignals/report/Amex/Stock/Daily/Link/Announcements_8K_othersnews4623.html

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



Research Report: **ENSERVCO**

United States Edition    Wednesday, March 31, 2021

# INDEX (Click tab for direct access)

**Section 1 ENSERVCO (ENSV)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

Fig 4: Long-Term Fundamental Ranking: 3 out of 5 [5 is best] . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**Section 2    Recent News** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

Fig 5: Press Releases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**Section 3    Corporate Profile** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

Fig 6: Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Fig 7: Contact Details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Fig 8: Industry & Sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

Fig 9: North American Industry Classification System [NAICS] . . . . . . . . . . . . . . . . . . . . . . . 3

**Section 4    Bearish Signals** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

Fig 10: Rank in the bottom 22% by Price Performance in the AMEX market . . . . . . . . . . . . . . . . . . . . .4

Downtrend . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Other Bearish Signals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**Section 5    Ongoing Bearish Parameters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**

Fig 11: Past three-years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Fig 12: Rank in the bottom 1% by Size in the AMEX market . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

Fig 13: Rank in the bottom 3% by Performance in the AMEX market . . . . . . . . . . . . . . . . . . . . . . .5

Fig 14: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Worst Periods with PV$1000 < 986 . . . . . . . . . . . . . . .5

Fig 15: The Worst Periods [3 Mo, 1 Yr, 3 Yrs] with Price Change % < -1.4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Fig 16: Moving Annual Return of -1.5% in the past year: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Fig 17: Total Shares on Issue: 5-Year Increase of 50.8% . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Fig 18: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -1.4% . . . . . . . . . . . . . .6

Fig 19: Deteriorated EBIT Margins: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Fig 20: A 98.3% Decrease in Insider Buying . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Fig 21: Declining VWAP, down 68% in 5 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Fig 22: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5]: . . . . . . . . . . . . . . . . . . . . . . .7

Fig 23: % Change (Tr. 12 Mo): Stock (-1.5%) v Index (79.4%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

Fig 24: Past 12 Mo Stock Sector Index (%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Fig 25: Price < Moving Avg Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Fig 26: Turnover Period Below Average . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Fig 27: Rank in the American Region [out of 11,988 stocks] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

**Section 6    Bullish Signals** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**

Fig 28: Rank in the top 15% by Relative Valuation in the AMEX market . . . . . . . . . . . . . . . . . . . . . . .10

Undervaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

Oversold/Bullish Signals: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

**Section 7    Ongoing Bullish Parameters** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

Fig 29: Increased Volume, up 806% in 5 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Fig 30: Increased share turnover, up 4,119% in 5 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Fig 31: Quarterly Trend in Revenue and Net Profit Margin: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Fig 32: Satisfies one criteria of Benjamin Graham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

**Section 8    Insider Ownership** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12**

Fig 33: Shares Held by Insiders as on Mar 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Fig 34: William Jolly Shares Held . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Fig 35: Robert Herlin Shares Held . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Fig 36: Richard A. Murphy Shares Held . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

**Section 9    Board of Directors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13**

Fig 37: Board and Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Fig 38: Resignations in the past 3 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Fig 39: Profiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Rick D. Kasch (Chairman) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

William Jolly (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Keith Behrens (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Robert Herlin (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

Christopher D. Haymons (Independent Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

**Section 10    Tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

Fig 40: Footprint of Subsidiaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**Section 11    Download ENSERVCO Financials Past 8 Years** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

**Section 12    Peer Group Analysis & Ranking** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17**

Fig 41: Global Peer Group (all figures in $): Key Financials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

Global Peer Group: Relative Value Indicators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

Fig 42: Global Peer Group - Price Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Fig 43: Global Peer Group - Total Shareholder Returns [TSR in $] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Fig 44: BuySellSignals Fundamentals Valuation Ranking: ENSERVCO vs AMEX Market . . . . . . . . . . . . . . . . .19

Fig 45: Global Rank [out of 47,977 stocks] and Rank of ENSERVCO in the American Region [out of 11,988 stocks] . . . . .19

Fig 46: Rank of ENSERVCO in the Total AMEX Market [out of 177 stocks] and in the Energy sector [out of 12 stocks] . . . 19

**Section 13    News Archives (May 2017 - Nov 2020)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20**

Fig 47: Changes in Board (TTM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

Fig 48: Share Capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Fig 49: Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Fig 50: Press Releases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Fig 51: 8-K other news . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com



# Glossary

**Annual Return (Fig 16):**
Dividends Paid In a 12-Month Period/Price at the Beginning of the Period + Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)
**EBIT Margin  (Fig 19):**
Earnings Before Interest and Tax/Revenue (%)
**Moving Average Price (n periods):**
Sum of Prices for each Period/Number of Periods
**PV$1000 (Fig 10, 45, 46, 14, 27):**
Present value of $1000 invested 1 year/'n' years ago
**Price Close/Moving Avg Price:**
Latest Price/Moving Average Price
**Price/Sales (Fig 44):**
Share Price/Sales Per Share (times)
**Relative Price Change [RPC]:**
Relative price change is price change of stock with respect to Benchmark Index
**Relative Strength (n-th Period) (Fig 10, 27):**
Price close today/Price close 'n' periods ago, then ranked by percentile within the entire market.

**TSR (Fig 18):**
Total Shareholder Returns is expressed as an annualized rate of return for shareholders after allowing for capital appreciation and dividend
**TTM (Fig 47):**
Trailing 12 Months
**Turnover Period (Fig 26):**
Time Period required for trading all Outstanding Shares
**Turnover Rate (Fig 26):**
US Dollars value of annual trading volume as a percentage of market capitalisation
**Volatility:**
Highest Price minus Lowest Price/Lowest Price (%)
**Volume Index (VI):**
Number of shares traded in the period/Average number of shares traded for the period
**Volume Weighted Average Price (VWAP) (Fig 21):**
The Volume Weighted Average Price (VWAP) is the summation of turnover divided by total volume in the same period.

| | | |
|---|---|---|
| **Momentum Up** | ⬆ | **Price increase fuelled by above average Volume** |
| **Weak Momentum Up** | ⇧ | **Price increase on below average Volume** |
| **Momentum Down** | ⬇ | **Price decrease fuelled by above average Volume** |
| **Weak Momentum Down** | ⇩ | **Price decrease on below average Volume** |

BuySellSignals Financial Research provides equity research on over 48,000 companies listed in more than 90 countries and 120 markets across the world. BuySellSignals believes that every stock has a story to tell and that this story changes every day. To capture this story, BuySellSignals offers the latest pertinent and comprehensive information so that investors can make well-informed investment decisions.

For further details on definitions and quotations from investing legends, Click here

For any enquiries, please email: feedback@buysellsignals.com

Disclaimer: While this document is based on information sources which are considered reliable, it has been prepared without consideration of your specific investment objectives, financial situation or needs, so you should carry out your own analysis or seek professional investment advice before an investment decision is made. The document contains unbiased, independent equities data from BuySellSignals (AFS Licence 222756), who provide round the clock analysis on every stock, every sector, every market, every day. BuySellSignals is not a broker, and does not have an executing, corporate advisory or investment banking function. BuySellSignals, its directors, employees and consultants do not represent, warrant or guarantee, expressly or impliedly, that the information contained in this document is complete or accurate.
Data for the BuySellSignals algorithms is sourced from annual reports and company releases and may not be fully up to date. It should be used as a guide only.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com