# Exhibit 19

# buysellsignals

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

## ENSERVCO (ENSV) up 24% YTD                    $1.05

## ENSERVCO falls for a fourth consecutive year, a four-year fall of 92%

ENSERVCO Corporation, the AMEX's 10th largest Energy company by market cap, extended its fall from 66.6% three years ago to 13.0% two years ago to 49.0% a year ago. In the past four years it has fallen $11.70 (91.8%), compared with the Amex Composite Index which rose 1,393.1 points (55.6%) in the four years for a relative price change of -147.4%.

The average daily turnover in the past year was $722,257, down 57.8% year-over-year.

## Fig 1: Past Quarter Snapshot

|  | Beginning of Quarter (24 Nov, 2021) | End-of Quarter (25 Feb, 2022) | Change | |
|---|---|---|---|---|
|  |  |  | USD | % |
| Price | $1.14 | $1.05 | -0.04 | -3.7 |
| Market Cap | $5.9 million | $5.4 million | -462,826 | -3.7 |

| Low During Quarter | 0.55 on Fri 18 Feb, 2022 |
|---|---|
| High During Quarter | 1.28 on Thu 24 Feb, 2022 |
| VWP | 0.9 |

## Fig 2: Activities

Enservco Corporation offers fluid-related services to the oil and natural gas production industry. The Company offers hot oiling, frac heating, and water hauling services. Enservco operates in Colorado, Kansas, New Mexico, Oklahoma, Pennsylvania, Texas, Utah, West Virginia and Wyoming.  It is the AMEX's 10th largest Energy company by market capitalisation.

## In this Report:

| Highlights: (Click tab for direct access) | Page |
|---|---|
| **DATA & ARCHIVE DOWNLOAD CENTER** | 1 |
| **The Past Quarter** |  |
| **Financials** | 3 |
| **Bearish Signals** | 3 |
| **Ongoing Bearish Parameters** | 4 |
| **Bullish Signals** | 9 |
| **Ongoing Bullish Parameters** | 11 |
| **Corporate Profile** | 13 |
| **Tax** | 13 |
| **Top Management** | 14 |
| **Board of Directors** | 14 |
| **Insider Ownership** | 16 |
| **Download ENSERVCO Financials Past 7 Years** | 16 |
| **Top shareholders** | 17 |
| **Peer Comparison & Ranking of ENSV** | 17 |
| **Stock Identifiers** | 19 |
| **Index** | 20 |
| **Glossary** | 22 |

**Note also:**

Section Headers and Figures are mapped as Bookmarks in the PDF menu (left, top)
Last Updated: Friday, December 31, 2021

## DATA & ARCHIVE DOWNLOAD CENTER

**ENSV: EXCEL TABLES ARE AVAILABLE TO EXPORT DATA:**
- PRICE VOLUME - 5-YEAR HISTORY
- FINANCIALS - 8-YEAR HISTORY [INCLUDING Q3/2021]
- INSTITUTIONAL SHAREHOLDERS - CATEGORISED AND COMPLETE LIST OF INSTITUTIONS
- PATENTS - CATEGORISED LIST OF 5-YEAR HISTORY OF 1

**ENSV: LINKS IN HTML TO FURTHER INFORMATION:**
- NEWS ARCHIVES - ENSV PAST 4 YEARS IN HTML
- PRICE VOLUME CHARTS IN HTML

# Fig 3: ENSERVCO Stock Dashboard [traded in US Dollars, USD]

| | |
|---|---|
| **Exchange** | AMEX |
| **Feb 25, 2022** | $1.05 |
| **EPS (FY2019)** | (14c) |
| **Ave Daily Volume** | 604,687 shares |
| **52-Week Range** | 0.55 - 2.25 |
| **Sector** | Energy |
| **Market Cap** | $5 million |
| **Shares Outstanding** | 5,142,507 |
| **Institutional Ownership** | 2,931,095 |
| **% of shares outstanding** | 5.3% |
| **% Held by 2 Insiders** | 25.7% |

Institutional ownership updated after last SEC Filing on Feb 18

# Fig 4: LONG-TERM FUNDAMENTAL RANKING: 3 OUT OF 5 [5 is best]

ENSERVCO is ranked number 11 out of 16 listed energy companies in the United States with a market capitalization of $5.4 million.

Stocks are scored on a set of parameters reflecting fundamental analytical tools involving valuation, size and financial performance. They are ranked according to the average values of those parameters. The highest ranking is 5 and the lowest ranking is 1.



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

## The Past Quarter: Financials

## Fig 5: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019 [ y.e. 31 Dec 2019]

Net Loss deteriorated from a loss of $5.9 million in FY2018 to a loss of $7.7 million in FY2019.

Earnings Per Share (EPS) deteriorated from -$1.65 in FY2018 to -$2.10 in FY2019.

| Year ended Dec | FY2019 | FY2018 | FY2017 |
|---|---|---|---|
| Sales ($ M) | 43 | 42.8 | 37.1 |
| Pretax ($ M) | (5.3) | (4) | (6.5) |
| Net ($ M) | (7.7) | (5.9) | (6.9) |
| EPS ($) | (2.1) | (1.65) | (2.1) |

## Bearish Signals

## Downtrend

**Price/Moving Average Price of 0.77:**
- The Price/MAP 200 for ENSERVCO is 0.77. Being less than 1 is a bearish indicator. It is lower than the Price/MAP 200 for the Amex Composite Index of 1.18, a second bearish indicator. The stock is trading below both its MAPs and the 50-day MAP of 87.36c is lower than the 200-day MAP of $1.37, a third bearish indicator.

## Other Bearish Signals

- Total Liabilities/EBITDA of 113 is more than 5, this compares unfavourably with the Joseph Piotroski benchmark of 5.

## Overbought/Bearish/Resistance Signals

- At $1.05 the price has risen above the upper Bollinger band resistance of 94.45c, indicating a downside risk for it to fall back within the band.
- The Relative Strength Index (RSI) of 80.8 has penetrated the overbought line of 70, suggesting the price gain of 67.3% in the last 14 days is unusually high.
- The Money Flow Index [MFI] is 90.9 suggesting an overbought 14-day trend, being above 80. The Money Ratio of 10 suggests positive money flow was 10 times negative money flow.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Ongoing Bearish Parameters

## Fig 6: Past four-years

- ENSERVCO fell for a fourth consecutive year. In the past four years it has fallen $11.70 (91.8%).

## Fig 7: Rank in the bottom 1% by Size in the AMEX market

| Description | Value | Rank |
|---|---|---|
| MCap | $5 million | In Bottom 1% |

## Fig 8: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Worst Periods with PV$1000 < 964

| PV$1,000 | 3 mo ago | 1 yr ago |
|---|---|---|
| ENSV.AMEX | $963 | $510 |
| Energy sector | $1,209 | $1,872 |
| Amex Composite Index | $1,114 | $1,471 |

## Fig 9: The Worst Periods [3 Mo, 1 Yr, 3 Yrs] with Price Change % < -3.6

3-Year price change of -85.5% for ENSERVCO underperformed the change of 54.3% in the Amex Composite Index for a relative price change of -139.8%.

| Price Change % | Quarter | Year | 3 Years |
|---|---|---|---|
| ENSERVCO | -3.7 | -49 | -85.5 |
| Energy sector | 20.9 | 82.3 | 66.1 |
| Amex Composite Index | 14.8 | 43.1 | 54.3 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

# Fig 10: Moving Annual Return of -49.0% in the past year

Moving Annual Return was -49.0% in the past year. Based on a dynamic start date of 5 years ago, the real rate of return has averaged -20.2%. The Moving Annual Return has been negative in 4 out of 5 years.

| ENSV | Close ($) | Annual Return % |
|---|---|---|
| Feb 25 | 1.05 | (49.0) |
| 1 Yr ago | 2.06 | (15.9) |
| 2 Yrs ago | 2.45 | (66.2) |
| 3 Yrs ago | 7.25 | (43.2) |
| 4 Yrs ago | 12.75 | 73.5 |



Quotes from Legends: Annual Return

Close 5 years ago $7.35
Prices are adjusted after share consolidation. On November 23, 2020 shareholders received 1 share for every 15 shares held prior to that date.

# Fig 11: MCap: 5-Year Decrease of $20 million (78%)

In the past 5 years Market Capitalization has decreased by $19.6 million (78%) from $25 million to $5.4 million. Based on a dynamic start date of 5 years ago, there have been declines in MCap in 3 out of 5 years.

| | Price | MCap ($ M) |
|---|---|---|
| Last | $1.05 | 5.4 |
| 1 Year ago | $2.06 | 10.6 |
| 2 Years ago | $2.45 | 9.1 |
| 3 Years ago | $7.25 | 26.3 |
| 4 Years ago | $12.75 | 43.5 |
| 5 Years ago | $7.35 | 25 |



# Fig 12: Total Shares on Issue: 5-Year Increase of 50.8%

In the past 5 years total shares on issue have increased by 18.5 million (50.8%) from 36.5 million to 55.1 million. Based on a dynamic start date of 5 years ago, there has been no decline in issued capital over the last 5 years. An increase in total shares on issue is an unfavourable indicator in Joseph Piotroski's 9 indicators.

| Year End (Dec 31) | Total Shares on Issue |
|---|---|
| 2019 | 55,071,000 |
| 2018 | 52,865,000 |
| 2017 | 51,070,000 |
| 2016 | 39,117,000 |
| 2015 | 37,835,637 |
| 2014 | 36,529,906 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# Fig 13: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -32.1%

| TSR % | 1 yr | 3 yrs | 5 yrs |
|---|---|---|---|
| ENSV.AMEX | -49 | -47.1 | -32.2 |



# Fig 14: Declining VWAP, down 83% in 5 years

In the past five years Volume Weighted Average Price (VWAP) has decreased by 83.2% to $1.20. .

Past five years, 12 months ended Feb 25 (USD)

| Year | High Price | VWAP | Low Price |
|---|---|---|---|
| 2022 | 2.25 | 1.2 | 0.55 |
| 2021 | 5.85 | 2.46 | 1.12 |
| 2020 | 10.8 | 3.4 | 1.8 |
| 2019 | 22.5 | 14.55 | 4.95 |
| 2018 | 18.0 | 7.17 | 3.15 |



# Fig 15: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5]

- Positive operating cashflow.
- Good quality of earnings [operating cashflow exceeds net income].

**But does not meet the following 7 criteria of Joseph Piotroski:**

- Positive net income.
- Return on Assets improvement.
- Improvement in long-term debt to total assets.
- Improvement in current ratio.
- Total shares on issue unchanged (or reduction in total shares on issue).
- Improvement in gross margin.
- Improvement in asset turnover.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com



United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

## Fig 16: % Change (Tr. 12 Mo): Stock (-49.0%) v Index (43.1%)

In the past 12 months ENSERVCO has underperformed the Amex Composite Index by 92.1%.



## Fig 17: Past 12 Mo Stock Sector Index (%)



Sector Name:Energy Sector

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

## Fig 18: Price < Moving Avg Price

In the last 30 days the 200-day Moving Avg Price has exceeded the share price on 23/23 days; a bearish signal.



Quotes from Legends: Moving Average Price
Last Price: $1.02, Today's MAP200: $1.37

## Fig 19: Rank in the American Region [out of 11,267 stocks]

| Description | Value | Rank | Quartile |
|---|---|---|---|
| MCap ($ M) | 5.4 | 8,697 | Bottom |
| Total Assets ($ M) | 43 | 5,987 | Third |
| Revenue ($ M) | 43 | 4,318 | Second |
| Net Profit ($ M) | (7.7) | 6,836 | Third |
| Net Profit Margin % | (12.4) | 4,498 | Second |
| PV$1000 (1Year) $ | 510 | 7,550 | Third |
| $ Change (1Year) % | -49.0 | 7,547 | Third |
| Rel Strength 6 Mo ($) | 56 | 4,920 | Second |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Bullish Signals

### Fig 20: PAST MONTH: STRONG MOMENTUM UP  - ENSV soars 50.0% propelled by week's volume 5.0 times average

⬆ **[up 34.99c]**

**ENSERVCO underperformed the Amex Composite Index on 10 days and outperformed it on 9 days. The price ranged between a low of 0.56 on Friday, 18 Feb and a high of 1.05 on Friday, 25 Feb.**

| Day | Headline | Price [c] | Change % | RPC % * | Momentum | Comment |
|-----|----------|-----------|----------|---------|----------|---------|
| Jan 27 | Plummets 16% weakening below moving average price | 59.0 | -16.3 | -16 | ↓ | Steepest Fall; VI*=1.4 |
| Jan 28 | Soars 11% on spectacular volume | 65.0 | 10.9 | 10.1 | ↑ | Top Rise; VI*=4.8 |
| Jan 31 | Lifts 3.5% on average volume | 67.0 | 3.5 | 3.4 | ⇧ | Rises for a second consecutive day |
| Feb 01 | Drops 3.1% weakening below moving average price | 65.0 | -3.1 | -4.7 | ⇩ | Price fall on falling relative strength |
| Feb 02 | Inches higher, resistance at 12-day EMA | 66.0 | 1.2 | 1.4 | ⇧ | Oversold: close to 14-day low |
| Feb 03 | Drops 3.0% on slipping relative strength | 64.0 | -3.0 | -2.1 | ⇩ | Price fall on falling relative strength |
| Feb 04 | Price 8.7% below VWAP | 63.0 | -1.2 | -0.9 | ⇩ | Price fall on falling relative strength |
| Feb 07 | Falls in 4 out of last 5 days; 5-day fall of 6.7% | 63.0 | -0.8 | -2.5 | ⇩ | Price fall on falling relative strength |
| Feb 08 | Drops 3.9% weakening below moving average price | 60.0 | -3.9 | -2.7 | ⇩ | Price fall on falling relative strength |
| Feb 09 | Climbs 4.1% on robust volume | 63.0 | 4.1 | 3.6 | ⇧ | |
| Feb 10 | Sinks 4.5% on slipping relative strength | 60.0 | -4.5 | -3.9 | ⇩ | Price fall on falling relative strength |
| Feb 11 | Inches higher, resistance at 12-day EMA | 63.0 | 5.0 | 2.9 | ↑ | VI*=1.1 |
| Feb 14 | Trailing 94% of stocks | 63.0 | | 1.6 | ⇔ | Price fall on falling relative strength |
| Feb 15 | Inches higher, resistance at 12-day EMA | 63.0 | 0.8 | 1.4 | ↑ | Price rise on rising relative strength |
| Feb 16 | Decreases | 63.0 | -0.7 | -1.8 | ⇩ | Price/MAP200 below 1 and falling |
| Feb 17 | Hits year-low | 59.0 | -6.4 | -7.4 | ⇩ | Price/MAP200 below 1 and falling |
| Feb 18 | Hits year-low | 56.00000000000001 | -4.6 | -3.8 | ⇩ | Month-low of 56.00000000000001 |
| Feb 22 | Lifts 3.9%, 2 days' volume in a day | 57.99999999999999 | 3.9 | 4.5 | ↑ | VI*=2.2 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

| Feb 25 | Continues significant uptrend; lifts 2.9% | 105.0 | 2.9 | 1.5 ↑ | Month-high of 105.0; VI*=7.4 |

\* RPC - Relative Price Change is % price change of stock less % change of the Amex Composite Index.

VI= Volume Index, 1 is avg.

## PAST WEEK: STRONG MOMENTUM UP - ENSV soars 86.6% propelled by week's volume 25.8 times average

Week 9 of 2022: Up 86.6%; the price ranged between a low of 56.0c on Friday Feb 18 and a high of $1.05 on Friday Feb 25.

| Feb | ENSERVCO | Close [$] | Change % | RPC % * | Comment |
|---|---|---|---|---|---|
| Thu 17 | Hits year-low | 0.59 | -6.4 | -7.4 | Steepest Fall |
| Fri 18 | Hits year-low | 0.56 | -4.6 | -3.8 | Week-low of 0.56 |
| Tue 22 | Lifts 3.9%, 2 days' volume in a day | 0.58 | 3.9 | 4.5 | Top Rise; VI*=2.2 |
| Fri 25 | Continues significant uptrend; lifts 2.9% | 1.05 | 2.9 | 1.5 | VI*=7.4 |

\* RPC - Relative Price Change is % price change of stock less % change of the Amex Composite Index.

[Volume Index (VI); 1 is average]

## Fig 21: Rank in the top 12% by Relative Valuation in the AMEX market

| Description | Value | Rank |
|---|---|---|
| P/E * P/NTA | 4.84 | In Top 12% |

## Fig 22: Rank in the top 5% by Price Performance in the AMEX market

| Description | Value | Rank |
|---|---|---|
| 1-week Price Change % | 86.6 | In Top 2% |
| 1-month Price Change % | 50.0 | In Top 2% |
| Price/MAP50 | 1.2 | In Top 5% |

## Uptrend

**Exponential Moving Average Price of 1.3 and positive MACD:**

- The Moving Average Convergence Divergence (MACD) indicator of 12-day Exponential Moving Average (EMA) of 0.76 minus the 26-day EMA of 0.73 is positive, suggesting a bullish signal. Both the 12-day EMA as well as the 26-day EMA are rising, another bullish signal.
- The price to 50-day EMAP ratio is 1.3, a bullish indicator. The 50-day EMAP has increased to 79.30c. An increase is another bullish indicator.

**Past Month:**

- ENSERVCO stock was the third highest performer in the AMEX market.

**Past Quarter:**

The Best 3 weeks in the past quarter

In the past quarter the week beginning Monday February 21 saw the highest weekly rise of 86.6% for a relative price increase of 82%. The rise was propped up by volume of 25.8 times average.

| Mon-Fri | Change % | Amex Composite Index Change % | RPC % | Vol Ind [1 is avg] |
|---|---|---|---|---|

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



| | | | | |
|---|---|---|---|---|
| Feb 21-25 | 86.6 | 4.5 | 82 | 25.8 |
| Dec 06-10 | 16.3 | 1.6 | 14.7 | 1.7 |
| Jan 03-07 | 4.1 | 3.7 | 0.5 | 1.4 |

## Undervaluation

**MCap/Total Assets:**
- Tobin's Q Ratio, defined as MCap divided by Total Assets, is 0.1. Compared with the rest of the market the stock is undervalued and ranks in the top 3% of stocks by value of Q Ratio.

# Ongoing Bullish Parameters

## Fig 23: Increased Volume, up 269% in 5 years

In the past five years, Average Daily Volume of Trading (ADVT) has increased 268.8% to 604,687 shares.
Avg. Daily Volume Traded 12 months ended Feb 25, thousand shares

| Year | ADVT |
|---|---|
| 2022 | 604.7 |
| 2021 | 4622.7 |
| 2020 | 359.2 |
| 2019 | 144.8 |
| 2018 | 164.0 |



## Fig 24: Increased share turnover, up 825% in 5 years

In the past five years, average daily share turnover has increased 825.1% to $722,257. This suggests increased liquidity.
Past five years, 12 months ended Feb 25 (USD thousand)

| Year | Average Daily Turnover |
|---|---|
| 2022 | 722.3 |
| 2021 | 1731.0 |
| 2020 | 82.1 |
| 2019 | 141.0 |
| 2018 | 78.1 |



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition   Friday, February 25, 2022
Includes **Financials as of 09/2021**

## Fig 25: Quarterly Trend in Revenue and Net Profit Margin

- Revenue growth and Net Profit margin are negative but improving in recent quarters. [All figures in %]

| Qtr-ended | Revenue Growth | Net Profit Margin |
|---|---|---|
| Sep 21 [Q3 vs Q2] | -1.9 | -5.8 |
| Jun 21 [Q2 vs Q1] | -40 | -52 |

## Fig 26: Satisfies one criterion of Benjamin Graham

- "Total debt equal or less than twice the net quick liquidation value"; total debt of USD604,000 is 0.1 times the net liquidation value of USD8.13 million.

## Fig 27: Rising Relative Strength

In the AMEX market, the stock's relative price strength percentile is rising at 60 for 6 months, 67 for 3 months and 98 for 30 days..

Quotes from Legends: Relative Strength



## Fig 28: Growth in Annual Revenue & Net Income

Previous Corresponding Period (PCP) Revenue up 0.6% from $42.8 million in FY2018 to $43 million in FY2019.
Previous Corresponding Period (PCP) Net Profit a deterioration from -$5.9 million in FY2018 to -$7.7 million in FY2019.



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Corporate Profile

## Fig 29: Contact Details

| Website | http://www.enservco.com |
|---|---|
| Physical Address | 501 South Cherry Street,Suite 320,Denver,CO,80246 |
| Phone | +1 303 333-3678 |

## Fig 30: U.S. Industry & Sector

| Classification Level | Name of Sector |
|---|---|
| Economic Sector | Energy |

## Fig 31: North American Industry Classification System [NAICS]

Code: 211111

Industry Title: Crude Petroleum and Natural Gas Extraction

## Tax

## Fig 32: Footprint of Subsidiaries

| Subsidiary | Incorporated in | Corporate Tax Rate (%) |
|---|---|---|
| Dillco Fluid Service, Inc | Kansas | 21+7 |
| Heat Waves Hot Oil Service LLC | Colorado | 21+4.6 |
| Real GC, LLC | Colorado | 21+4.6 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

## Top Management

### Fig 33: Top Management

| Name | Designation | Since Appointment |
|------|-------------|-------------------|
| Richard A. Murphy | Executive Chairman | 1 Yr, 8 Mos |
| Marjorie Anne Hargrave | Chief Financial Officer | |

### Fig 34: Profiles of Top Management

### Richard A. Murphy (Executive Chairman)

### Marjorie Anne Hargrave (CFO)

## Board of Directors

### Fig 35: Board Of Directors

| Name | Since Appointment |
|------|-------------------|
| Keith J. Behrens | 1 Yr, 8 Mos |
| William A. Jolly | 1 Yr, 8 Mos |
| Robert S. Herlin | 1 Yr, 8 Mos |

**Robert Herlin**

### Fig 36: Profiles of Board of Directors

### William A. Jolly (Director)

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

United States Edition     Friday, February 25, 2022
Includes **Financials as of 09/2021**

# Robert Herlin (Director)

Robert S. Herlin, Age 63 Mr. Herlin was appointed to the Company's Board of Directors on January 15, 2015. Mr. Herlin is also Chairman of Evolution Petroleum Corporation, Houston, Texas, a company with a class of securities registered pursuant to Section 12 of the Exchange Act. He has served as a director of Evolution Petroleum since its inception in 2003, was elected Chairman of its Board of Directors in 2009 and served as Chief Executive Officer from inception through 2015. Mr. Herlin also serves on the Board of Directors of Well Lift Inc., a private company that was spun off from Evolution Petroleum and is the owner and marketer of the GARP artificial lift technology. Mr. Herlin is also President of AVL Resources, LLC, a private energy company, and is actively engaged in new venture funding and advising. Mr. Herlin has 30 years of experience in engineering, energy transactions, operations and finance with small independents, larger independents and major integrated oil companies. Since 2003 until early 2010, Mr. Herlin also served as a non-active Partner with Tatum CFO, a financial advisory firm that provides executive officers on a part-time or full-time basis to clients. From 2001 to 2003, Mr. Herlin served as Senior Vice President and Chief Financial Officer of Intercontinental Towers Corporation, an international wireless infrastructure venture. Mr. Herlin also served on the Board of Directors of Boots and Coots, Inc., an oil field services company, from 2003 until its sale to Halliburton Company in September 2010. Prior to 2001, Mr. Herlin served in various officer capacities for upstream and downstream oil and gas companies, both private and public. Mr. Herlin served on the Engineering Advisory Board for the Brown School of Engineering at Rice University from 2013 to 2016. Mr. Herlin graduated with honors from Rice University with B.S. and M.E. degrees in chemical engineering and earned an MBA from Harvard University.

# Keith J. Behrens (Director)

# Robert S. Herlin (Director)

# Fig 37: Resignations in the past 4 years

| Name | Designation | Date of Resignation |
|---|---|---|
| Ian Dickinson | Chief Executive Officer | 02 June 2020 |
| Ian Dickinson | President | 29 May 2020 |
| Kevin Kersting | Chief Operating Officer | 14 February 2020 |
| Dustin Bradford | Director | 24 July 2019 |
| Tucker Franciscus | Chief Financial Officer | 31 January 2018 |
| Robert Devers | Chief Financial Officer | 04 August 2017 |
| Rick D. Kasch | Chief Executive Officer,President | 10 May 2017 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

## Insider Ownership

### Fig 38: Shares Held by Insiders as on Feb 25, 2022 (Value computed at price $1.05)

| Name | Shares Held | Value, $ |
|---|---|---|
| Richard A. Murphy | 1,273,510 | 1,337,186 |
| Robert Herlin | 47,789 | 50,178 |
| **Total** | **1,321,299** | **1,387,364** |

Richard A. Murphy now has a beneficial interest in 1,273,510 (or 24.8% of) ENSERVCO shares worth $1.3 million.

| Nature of Ownership | Shares Held | Value, $ |
|---|---|---|
| | Equity-Non-Derivative Securities | |
| By Cross River Partners LP | 1,223,128 | 1,284,284 |
| NA | 50,382 | 52,901 |
| Total (Equity) | 1,273,510 | 1,337,186 |

Robert Herlin now has a beneficial interest in 47,789 ENSERVCO shares worth $50,178.

## Download ENSERVCO Financials Past 7 Years

| Description (December 31) | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | |
| Revenue per share | 0.78 | 0.81 | 0.73 | 0.63 | 1.03 | 1.55 | 1.44 |
| Other Revenue | 43 M | 42.8 M | 37.1 M | | 54,495 | 220,373 | 205,577 |
| EBITDA | 404,000 | 845,000 | (648,000) | (3.9 M) | 5.2 M | 10.8 M | 10.9 M |
| Depreciation (M) | 5.7 | 4.9 | 5.8 | 6.9 | 5.8 | 3.7 | 2.4 |
| EBIT | | | | (10.7 M) | (565,731) | 7.2 M | 8.5 M |
| Interest | | | | 1.8 M | 1.1 M | 791,159 | 1.1 M |
| Profit before tax | | | | (12.5 M) | (1.7 M) | 6.4 M | 7.4 M |
| Tax | (32,000) | (32,000) | 561,000 | 3.9 M | (418,253) | 2.4 M | 3.1 M |
| Net profit | (7.7 M) | (5.9 M) | (6.9 M) | (8.6 M) | (1.3 M) | 4 M | 4.3 M |
| EPS | (2.1) | (1.65) | (2.1) | (3.3) | (0.45) | 1.5 | 1.8 |
| **Balance Sheet** | | | | | | | |
| Equity Share Capital (M) | (2.7) | 4.6 | 8.2 | 14.4 | 17.9 | 18 | 12.8 |
| Retained Earnings (M) | (25) | (17.5) | (11.6) | (4.7) | 3.8 | 5.1 | 1.1 |
| Total Debt | 604,000 | 461,000 | 434,000 | 23.8 M | 314,263 | 340,520 | 13.8 M |
| Total Assets (M) | 43 | 49 | 44.2 | 42.4 | 47 | 58.3 | 33.4 |
| Current Asset (M) | 8.7 | 13.5 | 13.7 | 7 | 9.6 | 19.5 | 15.1 |
| Fixed Asset (M) | 26.6 | 30.9 | 28.3 | 34.6 | 36.5 | 37.8 | 17.4 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Working Capital (M) | (31) | 6.1 | 8 | 3 | 6.2 | 13.7 | 8.2 |
| **Cash Flow** | | | | | | | |
| Operating Cash Flow (M) | 4.5 | 1.3 | (4) | (2) | 12.1 | 6.2 | 5.3 |
| Investing Cash Flow (M) | (4.1) | (1.5) | (1.3) | (4.7) | (4.5) | (23.6) | (3.8) |
| Financing Cash Flow | | | 5.1 M | 6.6 M | (7.8 M) | 16.4 M | (206,779) |
| Net Cash Flow | | | (230,000) | (184,000) | (149,321) | (914,132) | 1.3 M |

# Top shareholders

Top 5 shareholders

| Name of the Share Holder | % of Capital |
|---|---|
| AWM INVESTMENT COMPANY INC. | 7.5 |
| PUTNAM INVESTMENTS LLC | 4.8 |
| PERKINS CAPITAL MANAGEMENT INC | 2.4 |
| HUNTER ASSOCIATES INVESTMENT MANAGEMENT LLC | 2.2 |
| VANGUARD GROUP INC | 1.1 |

% held by Top 5 shareholders 18.0%

# Peer Comparison & Ranking of ENSV

## Fig 39: Global Peer Group - Price Performance



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

# Fig 40: Global Peer Group - Total Shareholder Returns [TSR in $]



# Fig 41: BUYSELLSIGNALS FUNDAMENTALS VALUATION RANKING

ENSERVCO vs AMEX Market

Out of 211 stocks and 1 unit in the AMEX Market, ENSERVCO is ranked Sixty-third(63) by Discount to 52-Wk High, Eighty-third(83) by EBITDA Margin%, 142nd(142) by Total Assets and 160th(160) by Net Profit $.

|  | AMEX Avg | ENSV | ENSV Rank |
|---|---|---|---|
| Discount to 52-Wk High (%) | 1.8 | 53.3 | 63 |
| EBITDA Margin% | 12.4 | 0.9 | 83 |
| Total Assets $ |  | 43 M | 142 |
| Net Profit $ |  | (7.7 M) | 160 |
| Premium to 52-Wk Low (%) | 28.3 | 90.8 | 172 |
| Market Cap $ |  | 5.4 M | 193 |

Negative values are shown in brackets.

# Fig 42: GLOBAL RANK [out of 47,737 stocks] AND RANK OF ENSERVCO IN THE AMERICAN REGION [out of 11,278 stocks]

| Description | Value | Global Rank | In Am Region |
|---|---|---|---|
| MCap ($) | 5.4M | 41,368 | 8,731 |
| Total Assets ($) | 43M | 30,204 | 5,984 |
| Revenue ($) | 43M | 24,182 | 4,317 |
| Net Profit ($) | (7.7M) | 36,220 | 6,813 |
| Net Profit Margin % | (12.4) | 30,621 | 4,486 |
| PV1000 (1Year) $ | 510 | 36,094 | 7,748 |
| $ Change (1Year) % | -54.9 | 34,972 | 7,744 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Fig 43: RANK OF ENSERVCO IN THE AMEX MARKET [out of 171 stocks] AND IN THE ENERGY SECTOR [out of 11 stocks]

| Description | Value | In AMEX Market | In Energy sector |
|---|---|---|---|
| MCap ($) | 5.4M | 179 | 12 |
| Total Assets ($) | 43M | 118 | 7 |
| Revenue ($) | 43M | 64 | 6 |
| Net Profit ($) | (7.7M) | 124 | 7 |
| Net Profit Margin % | (12.4) | 91 | 5 |
| PV1000 (1Year) $ | 510 | 121 | 9 |

## Stock Identifiers

ISIN: US29358Y1029
PermID: 4295912564
Central Index Key (CIK): 319458
CUSIP: 29358Y102
RIC: ENSV.A

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

# INDEX (Click tab for direct access)

**Section 1 ENSERVCO (ENSV)** ............................................................................1

    Fig 3: ENSERVCO Stock Dashboard [traded in US Dollars, USD] ..................................2

    Fig 4: LONG-TERM FUNDAMENTAL RANKING: 3 OUT OF 5 [5 is best] .............................2

**Section 2   The Past Quarter: Financials** ...............................................................**3**

    Fig 5: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019 [ y.e. 31 Dec 2019] .......................3

**Section 3   Bearish Signals** ...............................................................................**3**

    Downtrend .....................................................................................3

    Other Bearish Signals ..........................................................................3

    Overbought/Bearish/Resistance Signals ...........................................................3

**Section 4   Ongoing Bearish Parameters** ..............................................................**4**

    Fig 6: Past four-years .........................................................................4

    Fig 7: Rank in the bottom 1% by Size in the AMEX market .........................................4

    Fig 8: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Worst Periods with PV$1000 < 964 ...............4

    Fig 9: The Worst Periods [3 Mo, 1 Yr, 3 Yrs] with Price Change % < -3.6 ..............................4

    Fig 10: Moving Annual Return of -49.0% in the past year .........................................5

    Fig 11: MCap: 5-Year Decrease of $20 million (78%) ..............................................5

    Fig 12: Total Shares on Issue: 5-Year Increase of 50.8% ..........................................5

    Fig 13: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -32.1% ..............6

    Fig 14: Declining VWAP, down 83% in 5 years ...................................................6

    Fig 15: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5] ................................6

    Fig 16: % Change (Tr. 12 Mo): Stock (-49.0%) v Index (43.1%) .....................................7

    Fig 17: Past 12 Mo Stock Sector Index (%) .....................................................7

    Fig 18: Price < Moving Avg Price ..............................................................8

    Fig 19: Rank in the American Region [out of 11,267 stocks] .......................................8

**Section 5   Bullish Signals** ...............................................................................**9**

    PAST WEEK: STRONG MOMENTUM UP - ENSV soars 86.6% propelled by week's volume 25.8 times average ...........10

    Fig 21: Rank in the top 12% by Relative Valuation in the AMEX market...............................10

    Fig 22: Rank in the top 5% by Price Performance in the AMEX market .................................10

    Uptrend ......................................................................................10

    Undervaluation ...............................................................................11

**Section 6   Ongoing Bullish Parameters** ..............................................................**11**

    Fig 23: Increased Volume, up 269% in 5 years ..................................................11

    Fig 24: Increased share turnover, up 825% in 5 years ...........................................11

    Fig 25: Quarterly Trend in Revenue and Net Profit Margin ........................................12

    Fig 26: Satisfies one criterion of Benjamin Graham .............................................12

    Fig 27: Rising Relative Strength ...............................................................12

    Fig 28: Growth in Annual Revenue & Net Income ...............................................12

**Section 7   Corporate Profile** ............................................................................**13**

    Fig 29: Contact Details .......................................................................13

    Fig 30: U.S. Industry & Sector ................................................................13

    Fig 31: North American Industry Classification System [NAICS] ....................................13

**Section 8   Tax** ...........................................................................................**13**

    Fig 32: Footprint of Subsidiaries .............................................................13

**Section 9   Top Management** ...........................................................................**14**

    Fig 33: Top Management .....................................................................14

    Fig 34: Profiles of Top Management ...........................................................14

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

Richard A. Murphy (Executive Chairman) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Marjorie Anne Hargrave (CFO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

**Section 10    Board of Directors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14**

Fig 35: Board Of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Fig 36: Profiles of Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

William A. Jolly (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Robert Herlin (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

Keith J. Behrens (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Robert S. Herlin (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

Fig 37: Resignations in the past 4 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

**Section 11    Insider Ownership** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

Fig 38: Shares Held by Insiders as on Feb 25, 2022 (Value computed at price $1.05) . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**Section 12    Download ENSERVCO Financials Past 7 Years** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

**Section 13    Top shareholders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17**

**Section 14    Peer Comparison & Ranking of ENSV** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17**

Fig 39: Global Peer Group - Price Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

Fig 40: Global Peer Group - Total Shareholder Returns [TSR in $] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Fig 41: BUYSELLSIGNALS FUNDAMENTALS VALUATION RANKING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

Fig 42: GLOBAL RANK [out of 47,737 stocks] AND RANK OF ENSERVCO IN THE AMERICAN REGION [out of 11,278 stocks] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Fig 43: RANK OF ENSERVCO IN THE AMEX MARKET [out of 171 stocks] AND IN THE ENERGY SECTOR [out of 11 stocks] . . 19

**Section 15    Stock Identifiers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19**

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition    Friday, February 25, 2022
Includes **Financials as of 09/2021**

## Glossary

**Annual Return (Fig 10):**
Dividends Paid In a 12-Month Period/Price at the Beginning of the Period + Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)

**Capital Gain/Loss from n Years Ago to n-1 Years Ago:**
Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)

**Moving Average Price (n periods) (Fig 22):**
Sum of Prices for each Period/Number of Periods

**PV$1000 (Fig 42, 43, 8, 19):**
Present value of $1000 invested 1 year/'n' years ago

**Price Close/Moving Avg Price (Fig 22):**
Latest Price/Moving Average Price

**Price/Earnings (Fig 21):**
Share Price/Earnings Per Share (times)

**Relative Price Change [RPC]:**
Relative price change is price change of stock with respect to Benchmark Index

**Relative Strength (n-th Period) (Fig 27, 19):**
Price close today/Price close 'n' periods ago, then ranked by percentile within the entire market.

**TSR (Fig 13):**
Total Shareholder Returns is expressed as an annualized rate of return for shareholders after allowing for capital appreciation and dividend

**TTM:**
Trailing 12 Months

**Volatility:**
Highest Price minus Lowest Price/Lowest Price (%)

**Volume Index (VI):**
Number of shares traded in the period/Average number of shares traded for the period

**Volume Weighted Average Price (VWAP) (Fig 14):**
The Volume Weighted Average Price (VWAP) is the summation of turnover divided by total volume in the same period.

| | | |
|---|---|---|
| **Momentum Up** | ⬆ | **Price increase fuelled by above average Volume** |
| **Weak Momentum Up** | ⬆ | **Price increase on below average Volume** |
| **Momentum Down** | ⬇ | **Price decrease fuelled by above average Volume** |
| **Weak Momentum Down** | ⬇ | **Price decrease on below average Volume** |
| **Weak Unchanged** | ⬌ | **Price unchanged on below average Volume** |

BuySellSignals Financial Research provides equity research on over 48,000 companies listed in more than 90 countries and 120 markets across the world. BuySellSignals believes that every stock has a story to tell and that this story changes every day. To capture this story, BuySellSignals offers the latest pertinent and comprehensive information so that investors can make well-informed investment decisions.

For further details on definitions and quotations from investing legends, Click here

For any enquiries, please email: feedback@buysellsignals.com

Disclaimer: While this document is based on information sources which are considered reliable, it has been prepared without consideration of your specific investment objectives, financial situation or needs, so you should carry out your own analysis or seek professional investment advice before an investment decision is made. The document contains unbiased, independent equities data from BuySellSignals (AFS Licence 222756), who provide round the clock analysis on every stock, every sector, every market, every day. BuySellSignals is not a broker, and does not have an executing, corporate advisory or investment banking function. BuySellSignals, its directors, employees and consultants do not represent, warrant or guarantee, expressly or impliedly, that the information contained in this document is complete or accurate.
Data for the BuySellSignals algorithms is sourced from annual reports and company releases and may not be fully up to date. It should be used as a guide only.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com