# Exhibit 20

# buysellsignals

United States Edition    Thursday, March 31, 2022

## ENSERVCO (ENSV) up 218% YTD                                $2.70

## Quarter 1 of 2022 : ENSERVCO (ENSV:$2.70) soars 218%

ENSERVCO, AMEX's 10th largest Energy company by market cap, has soared $1.85 (or 217.6%) in the first quarter of 2022 to close at $2.70 on March 31. Compared with the Amex Composite Index which rose 752.7 points (or 22.0%) in the first quarter of 2022, this represented a relative price increase of 195.7%.

## Fig 1: Past Quarter Snapshot

|  | Beginning of Quarter (31 Dec, 2021) | End-of Quarter (31 Mar, 2022) | Change | |
|---|---|---|---|---|
|  |  |  | USD | % |
| Price | 85.0c | $2.70 | 1.9 | 217.6 |
| Market Cap | $4.4 million | $13.9 million | 9.5 million | 217.6 |

| Low During Quarter | 0.55 on Fri 18 Feb, 2022 |
|---|---|
| High During Quarter | 8.76 on Tue 08 Mar, 2022 |
| VWP | 3.1 |

## Fig 2: ENSERVCO Stock Dashboard [traded in US Dollars, USD]

| | |
|---|---|
| **Exchange** | AMEX |
| **Mar 31, 2022** | $2.70 |
| **EPS (FY2019)** | (14c) |
| **Ave Daily Volume** | 1,638,867 shares |
| **52-Week Range** | 0.55 - 8.76 |
| **Sector** | Energy |
| **Market Cap** | $14 million |
| **Shares Outstanding** | 5,142,507 |
| **Institutional Ownership** | 2,931,095 |
| **% of shares outstanding** | 5.3% |
| **% Held by 2 Insiders** | 26.4% |

Institutional ownership updated after last SEC Filing on Feb 18

## Fig 3: Activities

Enservco Corporation offers fluid-related services to the oil and natural gas production industry. The Company offers hot oiling, frac heating, and water hauling services. Enservco operates in Colorado, Kansas, New Mexico, Oklahoma, Pennsylvania, Texas, Utah, West Virginia and Wyoming.  It is the AMEX's 10th largest Energy company by market capitalisation.

## In this Report:

| Highlights: (Click tab for direct access) | Page |
|---|---|
| **DATA & ARCHIVE DOWNLOAD CENTER** **The Past Quarter** | 1 |
| **SEC Filings** | 2 |
| **Financials** | 2 |
| **Press Releases and Corporate Wire** | 3 |
| **Bullish Signals** | 4 |
| **Ongoing Bullish Parameters** | 6 |
| **Bearish Signals** | 10 |
| **Ongoing Bearish Parameters** | 11 |
| **Corporate Profile** | 13 |
| **Tax** | 14 |
| **Top Management** | 14 |
| **Board of Directors** | 14 |
| **Insider Ownership** | 16 |
| **Download ENSERVCO Financials Past 7 Years** | 16 |
| **Top shareholders** | 17 |
| **Peer Comparison & Ranking of ENSV** | 17 |
| **Stock Identifiers** | 19 |
| **Index** | 20 |
| **Glossary** | 22 |

**Note also:**

Section Headers and Figures are mapped as Bookmarks in the PDF menu (left, top)
Last Updated: Friday, February 25, 2022

## DATA & ARCHIVE DOWNLOAD CENTER

**ENSV: EXCEL TABLES ARE AVAILABLE TO EXPORT DATA:**
- PRICE VOLUME - 5-YEAR HISTORY
- FINANCIALS - 8-YEAR HISTORY
- INSTITUTIONAL SHAREHOLDERS - CATEGORISED AND COMPLETE LIST OF INSTITUTIONS
- PATENTS - CATEGORISED LIST OF 5-YEAR HISTORY OF 1

**ENSV: LINKS IN HTML TO FURTHER INFORMATION:**
- NEWS ARCHIVES - ENSV PAST 4 YEARS IN HTML
- PRICE VOLUME CHARTS IN HTML

## Fig 4: LONG-TERM FUNDAMENTAL RANKING: 3 OUT OF 5 [5 is best]

ENSERVCO is ranked number 11 out of 16 listed energy companies in the United States with a market capitalization of $13.9 million.

Stocks are scored on a set of parameters reflecting fundamental analytical tools involving valuation, size and financial performance. They are ranked according to the average values of those parameters. The highest ranking is 5 and the lowest ranking is 1.



## The Past Quarter: SEC Filings

## Fig 5: SEC Form 4 Filing: Insider Options Awarded

Tue Mar 08, 2022
ENSERVCO director Robert Herlin awarded shares
Tuesday March 08, 2022ENSERVCO (AMEX:ENSV) Director Robert Herlin, was awarded 35,170 shares worth $87,925 on March 07.

## The Past Quarter: Financials

## Fig 6: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019 [ y.e. 31 Dec 2019]

Net Loss deteriorated from a loss of $5.9 million in FY2018 to a loss of $7.7 million in FY2019.
Earnings Per Share (EPS) deteriorated from -$1.65 in FY2018 to -$2.10 in FY2019.

| Year ended Dec | FY2019 | FY2018 | FY2017 |
|---|---|---|---|
| Sales ($ M) | 43 | 42.8 | 37.1 |
| Pretax ($ M) | (5.3) | (4) | (6.5) |
| Net ($ M) | (7.7) | (5.9) | (6.9) |
| EPS ($) | (2.1) | (1.65) | (2.1) |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## The Past Quarter: Press Releases and Corporate Wire

March 29: Agreement to Accept Short Pay and Release Liens

Reference is hereby made to all amounts owing by Enservco Corporation, a Delaware corporation, Dillco Fluid Service, Inc., a Kansas corporation, Heat Waves Hot Oil Service, LLC and Heat Waves Water Management LLC, each a Colorado limited liability company (each a "Borrower," and collectively, the "Borrowers"), to East West Bank, a California corporation (the "Lender"), including but not limited to those amounts owing pursuant to that certain Loan and Security Agreement dated August 10, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Loan Agreement") executed by Borrowers in favor of Lender, and all security agreements, mortgages, guarantees and documents related thereto (collectively, the "Security Documents"). The Security Documents, Loan Agreement, and the other documents executed in connection therewith are collectively referred to as the "Loan Documents" and sums due by Borrowers to Lender under the Loan Documents, are referred to as the "Indebtedness."

Source: SEC

March 28: ENSERVCO Enservco Corporation Reduces Debt and Strengthens Balance Sheet

DENVER, March 28, 2022 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it has retired its $13.8 million senior revolving credit facility with East West Bank for total consideration of approximately $9.4 million, which includes an initial payment of $8.4 million in cash and future payments of up to $1.0 million from a limited portion of net proceeds from receivables financing.

As a result of the refinancing, Enservcos debt was substantially reduced and predominantly reclassified as long-term liabilities with four- to six-year terms. Equally important, the refinancing will have minimal impact on aggregate monthly debt and lease obligations, thus substantially improving and stabilizing the Companys capitalization.

We appreciate East West Banks support over recent years and willingness to work with the Company to de-lever the business and strengthen our balance sheet, said Executive Chairman Rich Murphy. Over the past 18 months we have significantly reduced our total debt while substantially reducing costs, relocating equipment to optimize margins and increasing market share, putting the Company in a stronger position to pursue its growth objectives as our industry improves. We believe that the higher commodity price environment bodes well for the Company in the foreseeable future.

**The refinancing included:**

A $6.225 million master equipment leaseA receivables factoring line of up to $10 millionA $1.2 million convertible subordinated note Specifically, the Companys Heat Wave Hot Oil Service unit entered into a Master Lease Agreement with Utica Leaseco, LLC, whereby Utica provided a $6,225,000 master equipment lease collateralized by Enservco equipment.

March 28: ENSERVCO Enservco Corporation Announces it Will Amend its Financial Statements for First, Second and Third Quarters of 2021

Amendments are not related to operating matters and will not impact the Companys revenues, operating expenses, operating loss or adjusted EBITDA

Company also announced it will extend its Form 10-K filing date for up to 15 days to incorporate the Form 10-Q amendments and the recent debt refinancing that significantly strengthened its balance sheet

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

DENVER, March 28, 2022 -- Enservco Corporation (NYSE American: ENSV), a diversified national provider of specialized well-site services to the domestic onshore conventional and unconventional oil and gas industries, today announced it will restate its financial statements on three Form 10-Q filings from 2021. The amendments are not related to operating matters and will not affect the Companys reported revenue, operating expenses, operating loss, or adjusted EBITDA. In addition, the Company intends to extend the filing date of its 2021 Form 10-K for up to 15 days to incorporate the restatements and the successful debt refinancing transactions announced today.

The restatements were required for two reasons: First, our auditors believe that the Company was not eligible for the full amount of employee retention tax credits that we recorded pursuant to the CARES Act; and second, the Company erred in accounting for a warrant issuance in connection with the February 2021 conversion of subordinated debt to equity, said Rich Murphy, Chairman and CEO. Its important to note that these restatements are not related to operating matters and do not impact revenue, operating expenses, operating loss or adjusted EBITDA. We expect to file three amended Form 10-Qs and our 2021 Form 10-K as soon practicable.

The Company said it applied for the employee retention tax credits based on third-party expert advice at the time and further based on managements understanding of the CARES Act, the rules for which were subsequently clarified.

Murphy added, The pending amendments did not impact the successful refinancing that we also announced today that substantially reduced our total debt, converted the majority of our debt from current to long-term liabilities and provided increased working capital liquidity.

# Bullish Signals

## Fig 7: PAST MONTH: STRONG MOMENTUM UP  - ENSV soars 128.8% propelled by week's volume 7.1 times average

⬆ [up $1.52]

**ENSERVCO underperformed the Amex Composite Index on 10 days and outperformed it on 7 days. The price ranged between a low of 1.14 on Thursday, 3 Mar and a high of 4.26 on Wednesday, 23 Mar.**

| Day | Headline | Price [USD] | Change % | RPC % * | Momentum | Comment |
|---|---|---|---|---|---|---|
| Mar 02 | Keeps rising, up 126% in 7 days | 1.27 | 7.6 | 5.4 | ⬆ | VI*=3.8 |
| Mar 03 | Plummets 10% weakening below moving average price | 1.14 | -10.2 | -9.8 | ⬇ | Month-low of 1.14; VI*=3.3 |
| Mar 04 | Hits four-month high on extraordinary volume | 1.35 | 18.4 | 16.1 | ⬆ | VI*=4.7 |
| Mar 14 | Increases on rising relative strength | 3.23 | 0.9 | 3.3 | ⬆ | VI*=4.6 |
| Mar 15 | Sinks 5.0%, 2 days' volume in a day | 3.07 | -5.0 | -3.7 | ⬇ | VI*=1.9 |
| Mar 16 | Down 16% in 2 days | 2.72 | -11.4 | -11.1 | ⬇ | VI*=2.1 |
| Mar 17 | Soars 10% on strong volume | 3.0 | 10.3 | 7.8 | ⬆ | VI*=3.1 |
| Mar 18 | Price 8.0% below VWAP | 2.88 | -4.0 | -4.2 | ⬇ | VI*=1.4 |
| Mar 21 | Soars 18% on extraordinary volume | 3.39 | 17.7 | 15.6 | ⬆ | VI*=3.9 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar 22 | Two-bagger (ENSV: $4.06) soars 20% on spectacular volume | 4.06 | 19.8 | 19.8 | ⬆ | Top Rise; VI*=5.5 |
| Mar 23 | Keeps rising, up 48% in 3 days | 4.26 | 4.9 | 2.8 | ⬆ | Month-high of 4.26; VI*=3.3 |
| Mar 24 | Plummets 14% on firm volume | 3.65 | -14.3 | -14.7 | ⬇ | Steepest Fall; VI*=1.4 |
| Mar 25 | Two-bagger (ENSV: $3.66) increases on robust volume | 3.66 | 0.3 | -3.1 | ⬆ | VI*=1.5 |
| Mar 28 | Plummets 12% on average volume | 3.21 | -12.3 | -9.8 | ⬇ | |
| Mar 29 | Price 17% below VWAP | 3.09 | -3.7 | -3.4 | ⬇ | Falls for a second consecutive day |
| Mar 30 | Keeps sliding, down 17% in 3 days | 3.03 | -1.9 | -3.3 | ⬇ | Price fall on slipping relative strength |
| Mar 31 | In 4th consecutive fall | 2.7 | -10.9 | -10.4 | ⬇ | Price fall on slipping relative strength |

\* RPC - Relative Price Change is % price change of stock less % change of the Amex Composite Index.

VI= Volume Index, 1 is avg.

## Fig 8: Rank in the top 15% by Price Performance in the AMEX market

| Description | Value | Rank |
|---|---|---|
| Price/MAP50 | 1.56 | In Top 1% |
| 1-month Price Change % | 128.8 | In Top 1% |
| Rel Strength 6 mo | 97 | In Top 4% |
| PV1000 [1 yr] $ | 1,561 | In Top 15% |

## Uptrend

Beta > 1 combined with price rise. The Beta of the stock is 1.7.

### Exponential Moving Average Price of 1.2 and positive MACD:

- The Moving Average Convergence Divergence (MACD) indicator of 12-day Exponential Moving Average (EMA) of 3.16 minus the 26-day EMA of 2.74 is positive, suggesting a bullish signal.
- The price to 50-day EMAP ratio is 1.2, a bullish indicator. In the past 50 days this ratio has exceeded 1.2, 25 times suggesting further upside. The 50-day EMAP has increased to $2.17. An increase is another bullish indicator.

### Past Quarter:

- In the last three months the stock has hit a new 52-week high twice.

The Best 3 weeks in the past quarter

The past month witnessed the best 2 weeks in the past quarter. In the past quarter the week beginning Monday March 07 saw the highest weekly rise of 137% for a relative price increase of 140.1%. The rise was propped up by volume of 28.7 times average.

| Mon-Fri | Change % | Amex Composite Index Change % | RPC % | Vol Ind [1 is avg] |
|---|---|---|---|---|
| Mar 07-11 | 137 | -3.1 | 140.1 | 28.7 |
| Feb 21-25 | 86.6 | 4.5 | 82 | 25.8 |
| Feb 28-Mar 04 | 28.6 | 5 | 23.6 | 4.3 |

### Relative Strength (6 months) 97 percentile:

- The stock has a 6-month relative strength of 97 in the AMEX market of 208 stocks, 3 units and 6 preference stocks which means it is beating 97% of the market.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Undervaluation

**MCap/Total Assets:**
- Tobin's Q Ratio, defined as MCap divided by Total Assets, is 0.3. Compared with the rest of the market the stock is undervalued and ranks in the top quartile of stocks by value of Q Ratio.

## Oversold/Bullish Signals

- The stock is oversold according to the Williams % R indicator of -98.2, suggesting the price is close to its 14-day low of $2.67.

# Ongoing Bullish Parameters

## Fig 9: Rank in the top 17% by Size in the AMEX market

| Description | Value | Rank |
|---|---|---|
| Ave daily Turnover | $2.5 million | In Top 17% |

## Fig 10: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Best Periods with PV$1000 > 1,560

| PV$1,000 | 3 mo ago | 1 yr ago |
|---|---|---|
| ENSV.AMEX | $3,176 | $1,561 |
| Energy sector | $1,352 | $1,946 |
| Amex Composite Index | $1,224 | $1,539 |

## Fig 11: The Best Periods [3 Mo, 1 Yr] with Price Change % > 56

1-Year price change of 56.1% for ENSERVCO outperformed the change of 53.6% in the Amex Composite Index for a relative price change of 2.5%.

| Price Change % | Quarter | Year |
|---|---|---|
| ENSERVCO | 217.6 | 56.1 |
| Energy sector | 35.2 | 92.6 |
| Amex Composite Index | 22 | 53.6 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# Fig 12: Moving Annual Return of 56.1% in the past year

Moving Annual Return was 56.1% in the past year. Based on a dynamic start date of 5 years ago, the real rate of return has averaged 32.6%. The Moving Annual Return has been positive in 3 of the last 5 years.

| ENSV | Close ($) | Annual Return % |
|------|-----------|-----------------|
| Mar 31 | 2.7 | 56.1 |
| 1 Yr ago | 1.73 | 2.3 |
| 2 Yrs ago | 1.69 | (78.7) |
| 3 Yrs ago | 7.95 | (41.8) |
| 4 Yrs ago | 13.65 | 225.0 |

Close 5 years ago $4.20
Prices are adjusted after share consolidation. On November 23, 2020 shareholders received 1 share for every 15 shares held prior to that date.



Quotes from Legends: Annual Return

# Fig 13: MCap: 2-Year Increase of $8 million (122%)

In the past 2 years Market Capitalization has increased by $7.6 million (122%) from $6.3 million to $13.9 million. Based on a dynamic start date of 2 years ago, there has been no decline in MCap over the last 2 years.

| | Price | MCap ($ M) |
|------|-------|------------|
| Last | $2.70 | 13.9 |
| 1 Year ago | $1.73 | 8.9 |
| 2 Years ago | $1.69 | 6.3 |



# Fig 14: Annualised Period-based Total Shareholder Returns [TSR %]: The Best Period with TSR > 56%



| TSR % | 1 yr |
|-------|------|
| ENSV.AMEX | 56.1 |



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Fig 15: Increased Volume, up 930% in 5 years

In the past five years, Average Daily Volume of Trading (ADVT) has increased 929.5% to 1.6 million shares.

Avg. Daily Volume Traded 12 months ended Mar 31, million shares

| Year | ADVT |
|------|------|
| 2022 | 1.6 |
| 2021 | 4.3 |
| 2020 | 0.7 |
| 2019 | 0.14 |
| 2018 | 0.16 |



## Fig 16: Increased share turnover, up 5,454% in 5 years

In the past five years, average daily share turnover has increased 5454.2% to $4.7 million. This suggests increased liquidity.

Past five years, 12 months ended Mar 31 (USD million)

| Year | Average Daily Turnover |
|------|------------------------|
| 2022 | 4.7 |
| 2021 | 1.8 |
| 2020 | 0.12 |
| 2019 | 0.13 |
| 2018 | 0.08 |



## Fig 17: Quarterly Trend in Revenue and Net Profit Margin

- Revenue growth and Net Profit margin are negative but improving in recent quarters. [All figures in %]

| Qtr-ended | Revenue Growth | Net Profit Margin |
|-----------|----------------|-------------------|
| Sep 21 [Q3 vs Q2] | -1.9 | -5.8 |
| Jun 21 [Q2 vs Q1] | -40 | -52 |

## Fig 18: Satisfies one criterion of Benjamin Graham

- "Total debt equal or less than twice the net quick liquidation value"; total debt of USD604,000 is 0.1 times the net liquidation value of USD8.13 million.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

www.BuySellSignals.com    Page 8

# buysellsignals

United States Edition     Thursday, March 31, 2022

## Fig 19: % Change (Tr. 12 Mo): Stock (56.1%) v Index (53.6%)

In the past 12 months ENSERVCO has outperformed the Amex Composite Index by 2.5%.



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Bearish Signals

## PAST WEEK: MODERATE MOMENTUM DOWN - ENSV crashes 26.0% on volume 1.0 times average

The price ranged between a high of $3.66 on Friday Mar 25 and a low of $2.70 on Thursday Mar 31.

| Mar | ENSERVCO | Close [$] | Change % | RPC % * | Comment |
|---|---|---|---|---|---|
| Fri 25 | Increases on robust volume | 3.66 | 0.3 | -3.1 | Week-high of 3.66; Top Rise; VI*=1.5 |
| Mon 28 | Plummets 12% on average volume | 3.21 | -12.3 | -9.8 | Steepest Fall |
| Tue 29 | Price 17% below VWAP | 3.09 | -3.7 | -3.4 | Falls for a second consecutive day |
| Wed 30 | Keeps sliding, down 17% in 3 days | 3.03 | -1.9 | -3.3 | Price fall on slipping relative strength |
| Thu 31 | In 4th consecutive fall | 2.7 | -10.9 | -10.4 | Week-low of 2.7 |

* RPC - Relative Price Change is % price change of stock less % change of the Amex Composite Index.
[Volume Index (VI); 1 is average]

## Fig 20: Rank in the bottom 1% by Price Performance in the AMEX market

| Description | Value | Rank |
|---|---|---|
| 1-week Price Change % | -26.0 | In Bottom 1% |

## Downtrend

**Past Quarter:**
- In the last three months the stock has hit a new 52-week low eight times, pointing to a significant downtrend.

## Other Bearish Signals

- Total Liabilities/EBITDA of 113 is more than 5, this compares unfavourably with the Joseph Piotroski benchmark of 5.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

United States Edition     Thursday, March 31, 2022

## Ongoing Bearish Parameters

## Fig 21: Rank in the bottom 7% by Size in the AMEX market

| Description | Value | Rank |
|---|---|---|
| MCap | $14 million | In Bottom 7% |

## Fig 22: Present Value of $1000 Invested in the Past 3 Years; The Worst Period with PV$1000 < 341

| PV$1,000 | 3 yrs ago |
|---|---|
| ENSV.AMEX | $340 |
| Energy sector | $1,774 |
| Amex Composite Index | $1,643 |

## Fig 23: Past 3 years: price fall of 66%

3-Year price change of -66% for ENSERVCO underperformed the change of 64.3% in the Amex Composite Index for a relative price change of -130.4%.

| Price Change % | 3 Years |
|---|---|
| ENSERVCO | -66 |
| Energy sector | 77.4 |
| Amex Composite Index | 64.3 |

## Fig 24: Total Shares on Issue: 5-Year Increase of 50.8%

In the past 5 years total shares on issue have increased by 18.5 million (50.8%) from 36.5 million to 55.1 million. Based on a dynamic start date of 5 years ago, there has been no decline in issued capital over the last 5 years. An increase in total shares on issue is an unfavourable indicator in Joseph Piotroski's 9 indicators.

| Year End (Dec 31) | Total Shares on Issue |
|---|---|
| 2019 | 55,071,000 |
| 2018 | 52,865,000 |
| 2017 | 51,070,000 |
| 2016 | 39,117,000 |
| 2015 | 37,835,637 |
| 2014 | 36,529,906 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# Fig 25: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -8.4%

| TSR % | 3 yrs | 5 yrs |
|---|---|---|
| ENSV.AMEX | -30 | -8.5 |



# Fig 26: Declining VWAP, down 64% in 5 years

In the past five years Volume Weighted Average Price (VWAP) has decreased by 64.2% to $2.84. .

Past five years, 12 months ended Mar 31 (USD)

| Year | High Price | VWAP | Low Price |
|---|---|---|---|
| 2022 | 8.76 | 2.84 | 0.55 |
| 2021 | 5.85 | 2.45 | 1.5 |
| 2020 | 10.8 | 2.55 | 1.12 |
| 2019 | 22.5 | 14.23 | 4.95 |
| 2018 | 18.0 | 7.93 | 3.15 |



# Fig 27: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5]

- Positive operating cashflow.
- Good quality of earnings [operating cashflow exceeds net income].

**But does not meet the following 7 criteria of Joseph Piotroski:**

- Positive net income.
- Return on Assets improvement.
- Improvement in long-term debt to total assets.
- Improvement in current ratio.
- Total shares on issue unchanged (or reduction in total shares on issue).
- Improvement in gross margin.
- Improvement in asset turnover.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Fig 28: Rank in the American Region [out of 12,097 stocks]

| Description | Value | Rank | Quartile |
|---|---|---|---|
| MCap ($ M) | 13.9 | 8,471 | Third |
| Total Assets ($ M) | 43 | 6,310 | Third |
| Revenue ($ M) | 43 | 4,542 | Second |
| Net Profit ($ M) | (7.7) | 7,105 | Third |
| Net Profit Margin % | (12.4) | 4,785 | Second |
| PV$1000 (1Year) $ | 1,561 | 1,197 | Top |
| $ Change (1Year) % | 56.1 | 1,130 | Top |
| Rel Strength 6 Mo ($) | 97 | 388 | Top |

## Corporate Profile

## Fig 29: Contact Details

| Website | http://www.enservco.com |
|---|---|
| Physical Address | 501 South Cherry Street,Suite 320,Denver,CO,80246 |
| Phone | +1 303 333-3678 |

## Fig 30: U.S. Industry & Sector

| Classification Level | Name of Sector |
|---|---|
| Economic Sector | Energy |

## Fig 31: North American Industry Classification System [NAICS]

Code: 211111

Industry Title: Crude Petroleum and Natural Gas Extraction

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com



## Tax

### Fig 32: Footprint of Subsidiaries

| Subsidiary | Incorporated in | Corporate Tax Rate (%) |
|---|---|---|
| Dillco Fluid Service, Inc | Kansas | 21+7 |
| Heat Waves Hot Oil Service LLC | Colorado | 21+4.6 |
| Real GC, LLC | Colorado | 21+4.6 |

## Top Management

### Fig 33: Top Management

| Name | Designation | Since Appointment |
|---|---|---|
| Richard A. Murphy | Executive Chairman | 1 Yr, 9 Mos |
| Marjorie Anne Hargrave | Chief Financial Officer | |

## Board of Directors

### Fig 34: Board Of Directors

| Name | Since Appointment |
|---|---|
| Keith J. Behrens | 1 Yr, 9 Mos |
| William A. Jolly | 1 Yr, 9 Mos |
| Robert S. Herlin | 1 Yr, 9 Mos |

**Robert Herlin**

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

United States Edition    Thursday, March 31, 2022

## Fig 35: Profiles of Board of Directors

## Robert Herlin (Director)

Robert S. Herlin, Age 63 Mr. Herlin was appointed to the Company's Board of Directors on January 15, 2015. Mr. Herlin is also Chairman of Evolution Petroleum Corporation, Houston, Texas, a company with a class of securities registered pursuant to Section 12 of the Exchange Act. He has served as a director of Evolution Petroleum since its inception in 2003, was elected Chairman of its Board of Directors in 2009 and served as Chief Executive Officer from inception through 2015. Mr. Herlin also serves on the Board of Directors of Well Lift Inc., a private company that was spun off from Evolution Petroleum and is the owner and marketer of the GARP artificial lift technology. Mr. Herlin is also President of AVL Resources, LLC, a private energy company, and is actively engaged in new venture funding and advising. Mr. Herlin has 30 years of experience in engineering, energy transactions, operations and finance with small independents, larger independents and major integrated oil companies. Since 2003 until early 2010, Mr. Herlin also served as a non-active Partner with Tatum CFO, a financial advisory firm that provides executive officers on a part-time or full-time basis to clients. From 2001 to 2003, Mr. Herlin served as Senior Vice President and Chief Financial Officer of Intercontinental Towers Corporation, an international wireless infrastructure venture. Mr. Herlin also served on the Board of Directors of Boots and Coots, Inc., an oil field services company, from 2003 until its sale to Halliburton Company in September 2010. Prior to 2001, Mr. Herlin served in various officer capacities for upstream and downstream oil and gas companies, both private and public. Mr. Herlin served on the Engineering Advisory Board for the Brown School of Engineering at Rice University from 2013 to 2016. Mr. Herlin graduated with honors from Rice University with B.S. and M.E. degrees in chemical engineering and earned an MBA from Harvard University.

## Fig 36: Resignations in the past 4 years

| Name | Designation | Date of Resignation |
|------|-------------|---------------------|
| Ian Dickinson | Chief Executive Officer | 02 June 2020 |
| Ian Dickinson | President | 29 May 2020 |
| Kevin Kersting | Chief Operating Officer | 14 February 2020 |
| Dustin Bradford | Director | 24 July 2019 |
| Tucker Franciscus | Chief Financial Officer | 31 January 2018 |
| Robert Devers | Chief Financial Officer | 04 August 2017 |
| Rick D. Kasch | Chief Executive Officer,President | 10 May 2017 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

United States Edition     Thursday, March 31, 2022

## Insider Ownership

Insider Ownership

## Download ENSERVCO Financials Past 7 Years

| Description (December 31) | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | |
| Revenue per share | 0.78 | 0.81 | 0.73 | 0.63 | 1.03 | 1.55 | 1.44 |
| Other Revenue | 43 M | 42.8 M | 37.1 M | | 54,495 | 220,373 | 205,577 |
| EBITDA | 404,000 | 845,000 | (648,000) | (3.9 M) | 5.2 M | 10.8 M | 10.9 M |
| Depreciation (M) | 5.7 | 4.9 | 5.8 | 6.9 | 5.8 | 3.7 | 2.4 |
| EBIT | | | | (10.7 M) | (565,731) | 7.2 M | 8.5 M |
| Interest | | | | 1.8 M | 1.1 M | 791,159 | 1.1 M |
| Profit before tax | | | | (12.5 M) | (1.7 M) | 6.4 M | 7.4 M |
| Tax | (32,000) | (32,000) | 561,000 | 3.9 M | (418,253) | 2.4 M | 3.1 M |
| Net profit | (7.7 M) | (5.9 M) | (6.9 M) | (8.6 M) | (1.3 M) | 4 M | 4.3 M |
| EPS | (2.1) | (1.65) | (2.1) | (3.3) | (0.45) | 1.5 | 1.8 |
| **Balance Sheet** | | | | | | | |
| Equity Share Capital (M) | (2.7) | 4.6 | 8.2 | 14.4 | 17.9 | 18 | 12.8 |
| Retained Earnings (M) | (25) | (17.5) | (11.6) | (4.7) | 3.8 | 5.1 | 1.1 |
| Total Debt | 604,000 | 461,000 | 434,000 | 23.8 M | 314,263 | 340,520 | 13.8 M |
| Total Assets (M) | 43 | 49 | 44.2 | 42.4 | 47 | 58.3 | 33.4 |
| Current Asset (M) | 8.7 | 13.5 | 13.7 | 7 | 9.6 | 19.5 | 15.1 |
| Fixed Asset (M) | 26.6 | 30.9 | 28.3 | 34.6 | 36.5 | 37.8 | 17.4 |
| Working Capital (M) | (31) | 6.1 | 8 | 3 | 6.2 | 13.7 | 8.2 |
| **Cash Flow** | | | | | | | |
| Operating Cash Flow (M) | 4.5 | 1.3 | (4) | (2) | 12.1 | 6.2 | 5.3 |
| Investing Cash Flow (M) | (4.1) | (1.5) | (1.3) | (4.7) | (4.5) | (23.6) | (3.8) |
| Financing Cash Flow | | | 5.1 M | 6.6 M | (7.8 M) | 16.4 M | (206,779) |
| Net Cash Flow | | | (230,000) | (184,000) | (149,321) | (914,132) | 1.3 M |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Top shareholders

Top 5 shareholders

| Name of the Share Holder | % of Capital |
|---|---|
| AWM INVESTMENT COMPANY INC. | 7.5 |
| PUTNAM INVESTMENTS LLC | 4.8 |
| PERKINS CAPITAL MANAGEMENT INC | 2.4 |
| HUNTER ASSOCIATES INVESTMENT MANAGEMENT LLC | 2.2 |
| VANGUARD GROUP INC | 1.1 |

% held by Top 5 shareholders 18.0%

## Peer Comparison & Ranking of ENSV

### Fig 37: Global Peer Group - Price Performance



**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# Fig 38: Global Peer Group - Total Shareholder Returns [TSR in $]



# Fig 39: BUYSELLSIGNALS FUNDAMENTALS VALUATION RANKING

ENSERVCO vs AMEX Market

Out of 208 stocks and 3 units in the AMEX Market, ENSERVCO is ranked Thirty-third(33) by Discount to 52-Wk High, Ninetieth(90) by EBITDA Margin%, 150th(150) by Total Assets and 164th(164) by Net Profit $.

|  | AMEX Avg | ENSV | ENSV Rank |
|---|---|---|---|
| Discount to 52-Wk High (%) | 2.5 | 69.2 | 33 |
| EBITDA Margin% | 16 | 0.9 | 90 |
| Total Assets $ |  | 43 M | 150 |
| Net Profit $ |  | (7.7 M) | 164 |
| Market Cap $ |  | 13.9 M | 178 |
| Premium to 52-Wk Low (%) | 32.2 | 390.7 | 186 |

Negative values are shown in brackets.

# Fig 40: GLOBAL RANK [out of 48,451 stocks] AND RANK OF ENSERVCO IN THE AMERICAN REGION [out of 12,102 stocks]

| Description | Value | Global Rank | In Am Region |
|---|---|---|---|
| MCap ($) | 13.9M | 37,520 | 8,364 |
| Total Assets ($) | 43M | 30,597 | 6,308 |
| Revenue ($) | 43M | 24,559 | 4,544 |
| Net Profit ($) | (7.7M) | 36,974 | 7,105 |
| Net Profit Margin % | (12.4) | 31,328 | 4,785 |
| PV1000 (1Year) $ | 1,561 | 4,611 | 827 |
| $ Change (1Year) % | 78.2 | 4,437 | 781 |

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Fig 41: RANK OF ENSERVCO IN THE AMEX MARKET [out of 168 stocks] AND IN THE ENERGY SECTOR [out of 10 stocks]

| Description | Value | In AMEX Market | In Energy sector |
|---|---|---|---|
| MCap ($) | 13.9M | 165 | 12 |
| Total Assets ($) | 43M | 127 | 7 |
| Revenue ($) | 43M | 68 | 6 |
| Net Profit ($) | (7.7M) | 130 | 8 |
| Net Profit Margin % | (12.4) | 103 | 8 |
| PV1000 (1Year) $ | 1,561 | 15 | 8 |

## Stock Identifiers

ISIN: US29358Y1029
PermID: 4295912564
Central Index Key (CIK): 319458
CUSIP: 29358Y201
RIC: ENSV.A

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

# INDEX (Click tab for direct access)

**Section 1 ENSERVCO (ENSV)** ...................................................................................1

    Fig 4: LONG-TERM FUNDAMENTAL RANKING: 3 OUT OF 5 [5 is best] ...........................2

**Section 2   The Past Quarter: SEC Filings** .................................................... 2

    Fig 5: SEC Form 4 Filing: Insider Options Awarded ...............................................2

**Section 3   The Past Quarter: Financials** ..........................................................2

    Fig 6: ENSV Financials Summary: EPS deteriorated to -$2.10 in FY2019 [ y.e. 31 Dec 2019] .................... 2

**Section 4   The Past Quarter: Press Releases and Corporate Wire** ...................3

**Section 5   Bullish Signals** ........................................................................**4**

    Fig 8: Rank in the top 15% by Price Performance in the AMEX market ...............................5

    Uptrend ......................................................................................5

    Undervaluation ...............................................................................6

    Oversold/Bullish Signals ......................................................................6

**Section 6   Ongoing Bullish Parameters** ..........................................................**6**

    Fig 9: Rank in the top 17% by Size in the AMEX market ...........................................6

    Fig 10: Present Value of $1000 Invested in the Past [3 Mo, 1 Yr]; The Best Periods with PV$1000 > 1,560 .............. 6

    Fig 11: The Best Periods [3 Mo, 1 Yr] with Price Change % > 56 ......................................6

    Fig 12: Moving Annual Return of 56.1% in the past year .............................................7

    Fig 13: MCap: 2-Year Increase of $8 million (122%) ...............................................7

    Fig 14: Annualised Period-based Total Shareholder Returns [TSR %]: The Best Period with TSR > 56% ...................7

    Fig 15: Increased Volume, up 930% in 5 years .....................................................8

    Fig 16: Increased share turnover, up 5,454% in 5 years ..............................................8

    Fig 17: Quarterly Trend in Revenue and Net Profit Margin ...........................................8

    Fig 18: Satisfies one criterion of Benjamin Graham .................................................8

    Fig 19: % Change (Tr. 12 Mo): Stock (56.1%) v Index (53.6%) ........................................9

**Section 7   Bearish Signals** .......................................................................**10**

    PAST WEEK: MODERATE MOMENTUM DOWN - ENSV crashes 26.0% on volume 1.0 times average ...................10

    Fig 20: Rank in the bottom 1% by Price Performance in the AMEX market ...............................10

    Downtrend ..................................................................................10

    Other Bearish Signals ........................................................................10

**Section 8   Ongoing Bearish Parameters** ...........................................................**11**

    Fig 21: Rank in the bottom 7% by Size in the AMEX market .........................................11

    Fig 22: Present Value of $1000 Invested in the Past 3 Years; The Worst Period with PV$1000 < 341 ..................11

    Fig 23: Past 3 years: price fall of 66% ..........................................................11

    Fig 24: Total Shares on Issue: 5-Year Increase of 50.8% ............................................11

    Fig 25: Annualised Period-based Total Shareholder Returns [TSR %]: The Worst Periods with TSR < -8.4% ...............12

    Fig 26: Declining VWAP, down 64% in 5 years .....................................................12

    Fig 27: Satisfies 2 out of 9 criteria of Joseph Piotroski [pass mark 5] .................................12

    Fig 28: Rank in the American Region [out of 12,097 stocks] ..........................................13

**Section 9   Corporate Profile** ....................................................................**13**

    Fig 29: Contact Details ......................................................................13

    Fig 30: U.S. Industry & Sector ................................................................13

    Fig 31: North American Industry Classification System [NAICS] ......................................13

**Section 10   Tax** .................................................................................**14**

    Fig 32: Footprint of Subsidiaries ..............................................................14

**Section 11   Top Management** ....................................................................**14**

    Fig 33: Top Management ....................................................................14

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

**buysellsignals**

**Section 12    Board of Directors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14**

      Fig 34: Board Of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

      Fig 35: Profiles of Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

      Robert Herlin (Director) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

      Fig 36: Resignations in the past 4 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15

**Section 13    Insider Ownership** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

**Section 14    Download ENSERVCO Financials Past 7 Years** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

**Section 15    Top shareholders** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**Section 16    Peer Comparison & Ranking of ENSV** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

      Fig 37: Global Peer Group - Price Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

      Fig 38: Global Peer Group - Total Shareholder Returns [TSR in $] . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

      Fig 39: BUYSELLSIGNALS FUNDAMENTALS VALUATION RANKING . . . . . . . . . . . . . . . . . . . . . . . . . . .18

      Fig 40: GLOBAL RANK [out of 48,451 stocks] AND RANK OF ENSERVCO IN THE AMERICAN REGION [out of 12,102 stocks] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

      Fig 41: RANK OF ENSERVCO IN THE AMEX MARKET [out of 168 stocks] AND IN THE ENERGY SECTOR [out of 10 stocks] . . 19

**Section 17    Stock Identifiers** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19**

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends.
Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com   For any enquiries, please email: feedback@buysellsignals.com

# buysellsignals

## Glossary

**Annual Return (Fig 12):**
Dividends Paid In a 12-Month Period/Price at the Beginning of the Period + Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)

**Capital Gain/Loss from n Years Ago to n-1 Years Ago:**
Capital Gain or Loss over 1 Year/Price 1 Year Ago (%)

**Moving Average Price (n periods) (Fig 8):**
Sum of Prices for each Period/Number of Periods

**PV$1000 (Fig 8, 40, 41, 10, 22, 28):**
Present value of $1000 invested 1 year/'n' years ago

**Price Close/Moving Avg Price (Fig 8):**
Latest Price/Moving Average Price

**Relative Price Change [RPC]:**
Relative price change is price change of stock with respect to Benchmark Index

**Relative Strength (n-th Period) (Fig 8, 28):**
Price close today/Price close 'n' periods ago, then ranked by percentile within the entire market.

**TSR (Fig 14, 25):**
Total Shareholder Returns is expressed as an annualized rate of return for shareholders after allowing for capital appreciation and dividend

**TTM:**
Trailing 12 Months

**Volatility:**
Highest Price minus Lowest Price/Lowest Price (%)

**Volume Index (VI):**
Number of shares traded in the period/Average number of shares traded for the period

**Volume Weighted Average Price (VWAP) (Fig 26):**
The Volume Weighted Average Price (VWAP) is the summation of turnover divided by total volume in the same period.

| | | |
|---|---|---|
| **Momentum Up** | ⬆ | **Price increase fuelled by above average Volume** |
| **Weak Momentum Up** | ⇧ | **Price increase on below average Volume** |
| **Momentum Down** | ⬇ | **Price decrease fuelled by above average Volume** |
| **Weak Momentum Down** | ⇩ | **Price decrease on below average Volume** |

BuySellSignals Financial Research provides equity research on over 48,000 companies listed in more than 90 countries and 120 markets across the world. BuySellSignals believes that every stock has a story to tell and that this story changes every day. To capture this story, BuySellSignals offers the latest pertinent and comprehensive information so that investors can make well-informed investment decisions.

For further details on definitions and quotations from investing legends, Click here

For any enquiries, please email: feedback@buysellsignals.com

Disclaimer: While this document is based on information sources which are considered reliable, it has been prepared without consideration of your specific investment objectives, financial situation or needs, so you should carry out your own analysis or seek professional investment advice before an investment decision is made. The document contains unbiased, independent equities data from BuySellSignals (AFS Licence 222756), who provide round the clock analysis on every stock, every sector, every market, every day. BuySellSignals is not a broker, and does not have an executing, corporate advisory or investment banking function. BuySellSignals, its directors, employees and consultants do not represent, warrant or guarantee, expressly or impliedly, that the information contained in this document is complete or accurate.
Data for the BuySellSignals algorithms is sourced from annual reports and company releases and may not be fully up to date. It should be used as a guide only.

**BuySellSignals On-demand Stock Research Report - PDF: Every stock, Every market**

Bullish and bearish signals and parameters use algorithms based on application of investment wisdom from legends. Click on the links provided in Page 1 to export data.

For details and samples of Product Suite visit www.bstfund.com    For any enquiries, please email: feedback@buysellsignals.com