**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01267

ALI SAEE, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

ENSERVCO CORPORATION,
CROSS RIVER PARTNERS, L.P.,
CROSS RIVER CAPITAL MANAGEMENT LLC,
RICHARD A. MURPHY, and
MARJORIE A. HARGRAVE,

     Defendants.

---

**DECLARATION OF JEFFREY P. JUSTMAN IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

---

I, Jeffrey P. Justman, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2. I am a partner at the law firm of Faegre Drinker Biddle & Reath LLP in Minneapolis, Minnesota. I am one of the attorneys representing Defendants Enservco Corporation, Richard A. Murphy, Marjorie Hargrave, Cross River Partners, L.P., and Cross River Capital Management LLC in this action.

3.      Attached hereto as the exhibits stated are true and correct copies of the

following documents:

| Exhibit | Description |
|---|---|
| 21 | Enservco Form 8-K Regarding Entry into a Material Definitive Agreement (filed March 28, 2022) |
| 22 | Exhibit 10.2 to Enservco Form 8-K Regarding Entry into a Material Definitive Agreement, Master Lease Agreement |
| 23 | Exhibit 10.1 to Enservco Form Q2 2017 10-Q (filed August 14, 2017), East West Bank Loan and Security Agreement |
| 24 | Exhibit 4.1 to Enservco 10-Q (filed May 13, 2021), Enservco Warrant to Purchase Common Stock |
| 25 | *Audit Analytics*, "Going Concerns A 21 Year Review" (Feb. 2022), also available at https://www.auditanalytics.com/doc/Going_Concerns_A_21-Year_Review.pdf |
| 26 | Evolution Petroleum Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (filed October 28, 2021) |
| 27 | *Alvarez & Marsal*, "Section 382: Complexity and Simplicity at its Finest." |
| 28 | Accounting Standards Codification, Topic 470 (ASC 470) |
| 29 | Enservco Form 8-K Regarding Appointment of Chief Financial Officer (filed April 25, 2022) |
| 30 | Enservco Form 8-K/A, Regarding Appointment of Chief Financial Officer, Tucker Franciscus (filed July 20, 2017) |
| 31 | Enservco Form 8-K, Regarding Departure of Chief Financial Officer, Tucker Franciscus, and Appointment of Chief Financial Officer, Dustin Bradford (filed January 9, 2018) |
| 32 | Enservco Form 8-K, Regarding Departure of Chief Financial Officer, Dustin Bradford, and Appointment of Chief Financial Officer, Marjorie Hargrave (filed July 24, 2019) |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 25th day of May 2023.

/s/ Jeffrey P. Justman
Jeffrey P. Justman