# Exhibit 28

Accounting > FASB > 470 Debt

<div align="right">

**FASB**
Authoritative

</div>

## 470-10-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Contract | Added | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| Lease | Added | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| Operating Cycle | Added | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-05-5 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-25-3 : | Added | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-25-4 : | Added | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-35-4 : | Added | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-45-10 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-45-14 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-45-19 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-45-21 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-50-1 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-10-55-11 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-10-55-12 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
|---|---|---|---|
| 470-10-55-18 : | Amended | Maintenance Update 2016-11 84167822.pdf | 06/27/2016 |
| 470-10-60-2 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-10-60-4 : | Amended | Accounting Standards Update No. 2016-02 : | 02/25/2016 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-05 Overview and Background - General

[Click to open document in a browser](#)

## General

**05-1** The Codification contains several Topics that address certain aspects of the accounting for debt. The Topics include:

 a. Liabilities

 b. Debt

 c. Distinguishing Liabilities from Equity.

**05-2** The Debt Topic provides accounting and reporting guidance for borrowers. This Topic includes the following Subtopics:

 a. Overall

 b. Debt with Conversion and Other Options

 c. Participating Mortgage Loans

 d. Product Financing Arrangements

 e. Modifications and Extinguishments

 f. Troubled Debt Restructurings by Debtors.

**05-3** The Liabilities Topic provides accounting and reporting guidance related to liabilities typically considered short-term in nature, and certain guidance that may apply broadly to any liability, including those addressed in this Topic.

**05-4** The Distinguishing Liabilities from Equity Topic provides accounting and reporting guidance for determining whether a transaction represents a liability or equity.

**05-5** The Overall Subtopic addresses classification determination for specific obligations, such as the following:

 a. Short-term obligations expected to be refinanced on a long-term basis

 b. Due-on-demand loan arrangements

 c. Callable debt

 d. Sales of future revenue

 e. Increasing rate debt

 f. Debt that includes covenants

 g. Revolving credit agreements subject to lock-box arrangements and subjective acceleration clauses

 h. Indexed debt.

**05-6** Paragraph Not Used :

**05-7** Paragraph Not Used :

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-15 Scope and Scope Exceptions - General

Click to open document in a browser

# General

**> Entities**

**15-1** The guidance in this Subtopic applies to all entities.

**> Transactions**

**15-2**The guidance in this Subtopic that relates to separate classification of current assets and current liabilities (that is, a classified balance sheet)applies only when an entity is preparing a classified balance sheet for financial accounting and reporting purposes.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 470 - 10 - 20 Glossary

Click to open document in a browser

# 470 - Debt | 10 - Overall | 20 - Glossary

General Note for 20 Glossary :

Callable Obligation :

Contract :

Lease :

Lock-Box Arrangement :

Long-Term Obligations :

Operating Cycle :

Probable :

Springing Lock-Box Arrangement :

Subjective Acceleration Clause :

Units-of-Revenue Method :

Violation of a Provision :

Working Capital :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 470-10-25 Recognition - General

[Click to open document in a browser](#)

## General

**> Sales of Future Revenues or Various Other Measures of Income**

**25-1**An entity receives cash from an investor and agrees to pay to the investor for a defined period a specified percentage or amount of the revenue or of a measure of income (for example, gross margin, operating income, or pretax income) of a particular product line, business segment, trademark, patent, or contractual right.It is assumed that immediate income recognition is not appropriate due to the facts and circumstances.The payment to the investor and the future revenue or income on which the payment is based may be denominated in a foreign currency.

**25-2**While the classification of the proceeds from the investor as debt or deferred income depends on the specific facts and circumstances of the transaction,the presence of any one of the following factors independently creates a rebuttable presumption that classification of the proceeds as debt is appropriate:

 a. The transaction does not purport to be a sale (that is, the form of the transaction is debt).

 b. The entity has significant continuing involvement in the generation of the cash flows due the investor (for example, active involvement in the generation of the operating revenues of a product line, subsidiary, or business segment).

 c. The transaction is cancelable by either the entity or the investor through payment of a lump sum or other transfer of assets by the entity.

 d. The investor's rate of return is implicitly or explicitly limited by the terms of the transaction.

 e. Variations in the entity's revenue or income underlying the transaction have only a trifling impact on the investor's rate of return.

 f. The investor has any recourse to the entity relating to the payments due the investor.

**> Indexed Debt**

**25-3**Debt instruments may be issued with both guaranteed and contingent payments. The contingent payments may be linked to the price of a specific commodity (for example, oil) or a specific index (for example, the S&P 500). In some instances, the investor's right to receive the contingent payment (an indexing feature) is separable from the debt instrument. If the indexing feature does not warrant separate accounting under Topic 815 : or the instrument does not meet the definition of a derivative under Topic 815, the entire instrument shall be accounted for in accordance with paragraphs 470-10-25-4 : and 470-10-35-4 : .

**25-4**If the investor's right to receive the contingent payment is separable, the proceeds shall be allocated between the debt instrument and the investor's stated right to receive the contingent payment. The premium or discount on the debt resulting from the allocation shall be accounted for in accordance with Subtopic 835-30 : .

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

# 470-10-35 Subsequent Measurement - General

[Click to open document in a browser](#)

# General

**> Increasing Rate Debt**

**35-1**A debt instrument may have a maturity date that can be extended at the option of the borrower at each maturity date until final maturity. In such cases,the interest rate on the note increases a specified amount each time the note is renewed. For guidance on accounting for interest, see Subtopic 835-30 : .

**35-2**The borrower's periodic interest cost shall be determined using the interest method based on the estimated outstanding term of the debt.In estimating the term of the debt, the borrower shall consider its plans, ability, and intent to service the debt.Debt issue costs shall be amortized over the same period used in the interest cost determination.The term-extending provisions of the debt instrument should be analyzed to determine whether those provisions constitute an embedded derivative that warrants separate accounting as a derivative under Subtopic 815-10 : .

**> Sale of Future Revenues or Various Other Measures of Income**

**35-3** Amounts recorded as debt shall be amortized under the interest method (see Subtopic 835-30 : )

andamounts recorded as deferred income shall be amortized under the **units-of-revenue method** .

**> Indexed Debt**

**35-4**As the applicable index value increases such that an issuer would be required to pay an investor a contingent payment at maturity, the issuer shall recognize a liability for the amount that the contingent payment exceeds the amount, if any, originally attributed to the contingent payment feature. The liability for the contingent payment feature shall be based on the applicable index value at the balance sheet date and shall not anticipate any future changes in the index value. When no proceeds are allocated originally to the contingent payment, the additional liability resulting from the fluctuating index value shall be accounted for as an adjustment of the carrying amount of the debt obligation.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

# 470-10-45 Other Presentation Matters - General

[Click to open document in a browser](#)

## General

### > Classification of Debt That Includes Covenants

**45-1**Some long-term loans require compliance with certain covenants that must be met on a quarterly or semiannual basis. If a covenant violation occurs that would otherwise give the lender the right to call the debt, alender may waive its call right arising from the current violation for a period greater than one year while retaining future covenant requirements.Unless facts and circumstances indicate otherwise, the borrower shall classify the obligation as noncurrent, unless both of the following conditions exist:

a. A covenant violation that gives the lender the right to call the debt has occurred at the balance sheet date or would have occurred absent a loan modification.

b. It is probable that the borrower will not be able to cure the default (comply with the covenant) at measurement dates that are within the next 12 months.

See Example 1 (paragraph 470-10-55-2 : 🗋) for an illustration of this classification guidance.

### > Subjective Acceleration Clauses and Debt Classification

**45-2** In some situations, the circumstances (for example, recurring losses or liquidity problems) would

indicate that long-term debt subject to a **subjective acceleration clause**🗋 should be classified as a current liability.Other situations would indicate only disclosure of the existence of such clauses.Neither reclassification nor disclosure would be required if the likelihood of the acceleration of the due date were remote, such as if the lender historically has not accelerated due dates of loans containing similar clauses and the financial condition of the borrower is strong and its prospects are bright.

### > Classification of Revolving Credit Agreements Subject to Lock-Box Arrangements and Subjective Acceleration Clauses

**45-3**This guidance does not apply to lock-box arrangements that are maintained at the discretion of the borrower.

**45-4** Borrowings outstanding under certain revolving credit agreements are considered long-term debt because the borrowings are due at the end of a specified period (for example, 3 years) rather than when short-term notes roll over (for example, every 90 days).Borrowings may be collateralized, but the only note is the overall note signed at the agreement's inception.Some agreements require that the borrower maintain a **lock-box arrangement** 🗋 .If borrowings outstanding under the agreement are considered **long-term obligations**🗋 , the effect of a subjective acceleration clause on balance sheet classification is determined based on the criteria in paragraph 470-10-45-2 : .If borrowings outstanding are considered short-term obligations, and the borrower intends to refinance the obligation on a long-term basis, paragraph 470-10-45-13 : applies and the debt shall be classified as a current liability because of the existence of the subjective acceleration clause.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**45-5**Borrowings outstanding under a revolving credit agreement that includes both a subjective acceleration clause and a requirement to maintain a lock-box arrangement shall be considered short-term obligations.Accordingly, because of the subjective acceleration clause, the debt shall be classified as a current liability unless the conditions in paragraph 470-10-45-14 : are met based on an agreement, other than the revolving credit agreement, to refinance the obligation after the balance sheet date on a long-term basis.

**45-5A** The term*lock-box arrangement*as used in this guidance refers to any situation in which the borrower does not have the ability to avoid using working capital to repay the amounts outstanding.That is, if the contractual provisions of a loan arrangement require that, in the ordinary course of business and without another event occurring, the cash receipts of a debtor be used to repay the existing obligation, the credit agreement shall be considered a short-term obligation.

**45-6** Borrowings outstanding under a revolving credit agreement that includes both a subjective acceleration clause and a requirement to maintain a **springing lock-box arrangement** shall be considered long-term obligations since the remittances do not automatically reduce the debt outstanding without another event occurring.The effect of the agreement's subjective acceleration clause shall be determined based on the provisions of paragraph 470-10-45-2 : .

**> Classification of Increasing-Rate Debt**

**45-7**Classification of increasing-rate debt as current or noncurrentwould reflect the borrower's anticipated source of repayment that is, current assets or a new short-term debt borrowing versus a long-term refinancing agreement that meets the requirements of this Subtopic andneed not be consistent with the time frame used to determine periodic interest cost.

**45-8**If the debt is paid at par before its estimated maturity, any excess interest accrued shall be an adjustment of interest expense.

**> Due on Demand Loan Arrangements**

**45-9**Loan agreements may specify the debtor's repayment terms but also enable the creditor, at his discretion, to demand payment at any time.Those loan arrangements may have wording such as either of the following:

a. "The term note shall mature in monthly installments as set forth therein or on demand, whichever is earlier."

b. "Principal and interest shall be due on demand, or if no demand is made, in quarterly installments beginning on...."

**45-10** The current liability classification shall include obligations that, by their terms, are due on demand or will be due on demand within one year (or **operating cycle** , if longer) from the balance sheet date, even though liquidation may not be expected within that period.The demand provision is not a subjective acceleration clause as discussed in paragraph 470-10-45-2 : .

**> Callable Debt**

**45-11** Current liabilities shall include long-term obligations that are or will be callable by the creditor either because the debtor's **violation of a provision** of the debt agreement at the balance sheet date makes the **obligation callable** or because the violation, if not cured within a specified grace period, will make the obligation callable. Accordingly, such callable obligations shall be classified as current liabilities unless either of the following conditions is met:

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions:*** *http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. The creditor has waived or subsequently lost(for example, the debtor has cured the violation after the balance sheet date and the obligation is not callable at the time the financial statements are issued or are available to be issued [as discussed in Section 855-10-25 : ])the right to demand repayment for more than one year (or operating cycle, if longer) from the balance sheet date.If the obligation is callable because of violations of certain provisions of the debt agreement, the creditor needs to waive its right with regard only to those violations.

b. For long-term obligations containing a grace period within which the debtor may cure the violation, it is **probable** that the violation will be cured within that period, thus preventing the obligation from becoming callable.

**45-12**Drawing a distinction between significant violations of critical conditions and technical violations is not practicable. A violation that a debtor considers to be technical may be considered critical by the creditor. Furthermore, a creditor may choose to use a technical violation as a means to withdraw from its lending relationship with the debtor. If the violation is considered insignificant by the creditor, then the debtor should be able to obtain a waiver as discussed in the preceding paragraph.

**> Short-Term Obligations Expected to Be Refinanced**

**45-12A**Some short-term obligations are expected to be refinanced on a long-term basis and, therefore, are not expected to require the use of working capital during the ensuing fiscal year. Examples include commercial paper, construction loans, and the currently maturing portion of long-term debt.

**45-12B**Refinancing a short-term obligation on a long-term basis means either replacing it with a long-term obligation or with equity securities or renewing, extending, or replacing it with short-term obligations for an uninterrupted period extending beyond one year (or the operating cycle, if applicable) from the date of an entity's balance sheet.

**45-13**Short-term obligations arising from transactions in the normal course of business that are due in customary terms shall be classified as current liabilities.A short-term obligation shall be excluded from current liabilities only if the conditions in the following paragraph are met.Funds obtained on a long-term basis before the balance sheet date would be excluded from current assets if the obligation to be liquidated is excluded from current liabilities.

**> Intent and Ability to Refinance on a Long-Term Basis**

**45-14**A short-term obligation shall be excluded from current liabilities if the entity intends to refinance the obligation on a long-term basis (see paragraph 470-10-45-12B : ) andthe intent to refinance the short-term obligation on a long-term basis is supported by an ability to consummate the refinancing demonstrated in either of the following ways:

a. Post-balance-sheet-date issuance of a long-term obligation or equity securities. After the date of an entity's balance sheet but before that balance sheet is issued or is available to be issued (as discussed in Section 855-10-25 : ), a long-term obligation or equity securities have been issued for the purpose of refinancing the short-term obligation on a long-term basis.If equity securities have been issued, the short-term obligation, although excluded from current liabilities, shall not be included in owners' equity.

b. Financing agreement. Before the balance sheet is issued or is available to be issued (as discussed in Section 855-10-25 : ), the entity has entered into a financing agreement that clearly permits the entity to refinance the short-term obligation on a long-term basis on terms that are readily determinable, and all of the following conditions are met:

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

1. The agreement does not expire within one year (or operating cycle) from the date of the entity's balance sheet and during that period the agreement is not cancelable by the lender or the prospective lender or investor (and obligations incurred under the agreement are not callable during that period) except for violation of a provision with which compliance is objectively determinable or measurable.For purposes of this Subtopic, violation of a provision means failure to meet a condition set forth in the agreement or breach or violation of a provision such as a restrictive covenant, representation, or warranty, whether or not a grace period is allowed or the lender is required to give notice.Financing agreements cancelable for violation of a provision that can be evaluated differently by the parties to the agreement (such as a material adverse change or failure to maintain satisfactory operations) do not comply with this condition.

2. No violation of any provision in the financing agreement exists at the balance sheet date and no available information indicates that a violation has occurred thereafter but before the balance sheet is issued or is available to be issued (as discussed in Section 855-10-25 : ), or, if one exists at the balance sheet date or has occurred thereafter, a waiver has been obtained.

3. The lender or the prospective lender or investor with which the entity has entered into the financing agreement is expected to be financially capable of honoring the agreement.

**45-15** Repayment of a short-term obligation before funds are obtained through a long-term refinancing requires the use of current assets. Therefore, if a short-term obligation is repaid after the balance sheet date and subsequently a long-term obligation or equity securities are issued whose proceeds are used to replenish current assets before the balance sheet is issued or is available to be issued (as discussed in Section 855-10-25 : ), the short-term obligation shall not be excluded from current liabilities at the balance sheet date.See Example 5 (paragraph 470-10-55-33 : ) for an illustration of this guidance.

**45-16**If an entity's ability to consummate an intended refinancing of a short-term obligation on a long-term basis is demonstrated by post-balance-sheet-date issuance of a long-term obligation or equity securities (see paragraph 470-10-45-14(a) : ), the amount of the short-term obligation to be excluded from current liabilities shall not exceed the proceeds of the new long-term obligation or the equity securities issued.

**45-17**If ability to refinance is demonstrated by the existence of a financing agreement (see paragraph 470-10-45-14(b) : ), the amount of the short-term obligation to be excluded from current liabilities shall be reduced to the amount available for refinancing under the agreement if the amount available is less than the amount of the short-term obligation.

**45-18**The amount to be excluded shall be reduced further if information (such as restrictions in other agreements or restrictions as to transferability of funds) indicates that funds obtainable under the agreement will not be available to liquidate the short-term obligation.

**45-19**Further, if amounts that could be obtained under the financing agreement fluctuate (for example, in relation to the entity's needs, in proportion to the value of collateral, or in accordance with other terms of the agreement), the amount to be excluded from current liabilities shall be limited to a reasonable estimate of the minimum amount expected to be available at any date from the scheduled maturity of the short-term obligation to the end of the fiscal year (or operating cycle).If no reasonable estimate can be made, the entire outstanding short-term obligation shall be included in current liabilities.

**45-20**The entity may intend to seek an alternative source of financing rather than to exercise its rights under the existing agreement when the short-term obligation becomes due. The entity must intend to exercise its rights under the existing agreement, however, if that other source does not become available.The intent to exercise may not be present if the terms of the agreement contain conditions or permit the prospective lender or investor to establish conditions, such as interest rates or collateral requirements, that are unreasonable to the entity.

**> Transactions after the Balance Sheet Date**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**45-21**Replacement of a short-term obligation with another short-term obligation after the date of the balance sheet but before the balance sheet is issued or is available to be issued (as discussed in Section 855-10-25 : ) is not, by itself, sufficient to demonstrate an entity's ability to refinance the short-term obligation on a long-term basis. If, for example, the replacement is made under the terms of a revolving credit agreement that provides for renewal or extension of the short-term obligation for an uninterrupted period extending beyond one year (or operating cycle) from the date of the balance sheet, the revolving credit agreement must meet the conditions in paragraph 470-10-45-14(b) : to justify excluding the short-term obligation from current liabilities. Similarly, if the replacement is a rollover of commercial paper accompanied by a standby credit agreement, the standby agreement must meet the conditions in that paragraph to justify excluding the short-term obligation from current liabilities.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

<div align="right">

**FASB**
Authoritative

</div>

## 470-10-50 Disclosure - General

Click to open document in a browser

## General

> **Disclosure of Long-Term Obligations**

**50-1** The combined aggregate amount of maturities and sinking fund requirements for all long-term borrowingsshall be disclosed for each of the five years following the date of the latest balance sheet presented.

(See Section 505-10-50 : ⬜for disclosure guidance that applies to securities, including debt securities.)See

Example 3 (paragraph 470-10-55-10 : ⬜) for an illustration of this disclosure requirement.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023 |* **Transition Guidance:**815-40-65-1 : ⬜

The combined aggregate amount of maturities and sinking fund requirements for all long-term borrowingsshall be disclosed for each of the five years following the date of the latest balance sheet presented. (See paragraph

505-10-50-11 : ⬜for related disclosure guidance on redeemable securities).See Example 3 (paragraph

470-10-55-10 : ⬜) for an illustration of this disclosure requirement.

**50-2**If an obligation under paragraph 470-10-45-11(b) : ⬜is classified as a long-term liability (or, in the case of an unclassified balance sheet, is included as a long-term liability in the disclosure of debt maturities), the circumstances shall be disclosed.

> **Subjective Acceleration Clauses**

**50-3** As indicated in paragraph 470-10-45-2 : ⬜, in some situations long-term debt subject to a **subjective acceleration clause**⬜ shall be reclassified.That paragraph explains that other situations would indicate only disclosure of the existence of such clauses.That paragraph states further that neither reclassification nor disclosure is required if the likelihood of the acceleration of the due date is remote, such as when the lender historically has not accelerated due dates of loans containing similar clauses and the financial condition of the borrower is strong and its prospects are bright.

> **Short-Term Obligations Expected to Be Refinanced**

**50-4**If a short-term obligation is excluded from current liabilities pursuant to the provisions of this Subtopic, the notes to financial statements shall include a general description of the financing agreement and the terms of any new obligation incurred or expected to be incurred or equity securities issued or expected to be issued as a result of a refinancing.

> **Summary Disclosure of Securities Outstanding**

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**50-5**Paragraph 505-10-50-3 : requires that an entity explain, in summary form within its financial statements, the pertinent rights and privileges of various securities outstanding.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-55 Implementation Guidance and Illustrations - General

[Click to open document in a browser](#)

# General

> **Implementation Guidance**
> > **Subjective Acceleration Clauses and Debt Classification**

**55-1**Under paragraph 470-10-45-2 : , the lender has already loaned money on a long-term basis. To continue long-term classification requires a judgment about the likelihood of acceleration of the due date. Paragraphs

470-10-45-13 through 45-20 : cover circumstances in which the obligation is by its terms short-term. For such an obligation to be excluded from current liabilities, the lender must advance new funds or refinance the short-term obligation on a long-term basis based on conditions existing on the date of the new loan or refinancing.

Therefore, to classify an obligation as long-term, paragraphs 470-10-45-13 through 45-20 : require a higher standard for a financing agreement that permits an entity to refinance a short-term obligation on a long-term

basis than paragraph 470-10-50-2 : requires for an existing long-term loan for which early repayment might be requested.

> **Illustrations**
> > **Example 1: Classification of Long-Term Debt That Includes Covenants**

**55-2** This Example illustrates the guidance in paragraph 470-10-45-1 : for the classification of long-term debt when a debt covenant violation is waived by a lender for a period greater than a year.

**55-3**A borrower has a long-term loan that requires compliance with certain covenants, such as maintenance of a minimum current ratio, minimum debt-to-equity ratio, or minimum level of shareholders' equity.The borrower must meet the covenants on a quarterly or semiannual basis.At one of the compliance dates, the borrower violates a covenant.That violation gives the lender the right to call the debt.The lender waives that right for a period greater than one year but retains the future covenant requirements.

**55-4**The issue is whether the waiver of the lender's rights resulting from the violation of the covenant with the retention of the periodic covenant tests represents, in substance, a grace period.If viewed as a grace period,

the borrower would classify the debt as current (see paragraph 470-10-45-11 : ) unless it is probable that the borrower can cure the violation (comply with the covenant) within the grace period.Specifically, the balance sheet classification of an obligation is considered in the following situations:

    a. The debt covenants are applicable only after the balance sheet date, and it is probable that the borrower
    will fail to meet the covenant requirement at the compliance date three months after the balance sheet date.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

b. The borrower meets the current covenant requirement at the balance sheet date, and it is probable that the borrower will fail to meet the same covenant requirement at the compliance date in three months.

c. The borrower meets the current covenant requirement, and it is probable that the borrower will fail to meet a more restrictive covenant requirement applicable at the compliance date in three months.

d. The borrower has met the covenant requirement in the prior quarter but before the balance sheet date negotiates a modification of the loan agreement that eliminates the covenant requirement at the balance sheet date or modifies the requirement so that the borrower will comply. Absent the modification, the borrower would have been in violation of the covenant at the balance sheet date. The same or a more restrictive covenant must be met at the compliance date in three months, and it is probable that the borrower will fail to meet that requirement at that subsequent date.

e. The borrower is in violation of the current covenant requirement at the balance sheet date and, after the balance sheet date but before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25 : 📄), obtains a waiver. The same or a more restrictive covenant must be met at the compliance date in three months, and it is probable that the borrower will fail to meet that requirement at that subsequent date.

**55-5**In the situations described in (a) through (c) of the preceding paragraph, the debt would be classified as noncurrent,in which case the borrower would be required to disclose the adverse consequences of its probable failure to satisfy future covenants.

**55-6**In the situations described in paragraph 470-10-55-4(d) through (e) : , the debt would be classified as current. However,if the debt is expected to be refinanced on a long-term basis and the borrower meets the provisions of paragraphs 470-10-45-13 through 45-20 : 📄, the debt would be classified as noncurrent.

**> > Example 2: Classification by the Issuer of Redeemable Instruments That Are Subject to Remarketing Agreements**

**55-7**This Example illustrates the guidance for the appropriate classification by the issuer of debt if all of the following conditions exist:

a. The debt has a long-term maturity (for example, 30 to 40 years).

b. The debt holder may redeem or put the bond on short notice (7 to 30 days).

c. The issuer has a remarketing agreement that states that the agent will make its best effort to remarket the bond when redeemed.

d. The debt is secured by a short-term letter of credit that provides protection to the debt holder in the event that the redeemed debt cannot be remarketed.(Amounts drawn against the letter of credit are payable back to the issuer of the letter of credit by the issuer of the redeemable debt instrument on the same day that the drawdown occurs.)

**55-8**Debt agreements that allow a debt holder to redeem (or put) a debt instrument on demand (or within one year) should be classified as short-term liabilities despite the existence of a best-efforts remarketing agreement.That is, unless the issuer of the redeemable debt instrument has the ability and intent to refinance the debt on a long-term basis as provided for in paragraph 470-10-45-14 : 📄, the debt should be classified as a current liability.

**55-9**In this Example, the obligation would be classified by the issuer as noncurrent only if the letter-of-credit arrangement meets the requirements of paragraph 470-10-45-14(b) : 📄.

**> > Example 3: Disclosure of Long-Term Obligations**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**55-10** This Example provides an illustration of the guidance in paragraph 470-10-50-1 : ☐for disclosures for long-term borrowings and preferred stock with mandatory redemption requirements. This Example has the following assumptions.

**55-11**Entity D has outstanding two long-term borrowings and one issue of preferred stock with mandatory redemption requirements. The first borrowing is a $100 million sinking fund debenture with annual sinking fund payments of $10 million in 19X2, 19X3, and 19X4, $15 million in 19X5 and 19X6, and $20 million in 19X7 and 19X8. The second borrowing is a $50 million note due in 19X5. The $30 million issue of preferred stock requires a 5 percent annual cumulative sinking fund payment of $1.5 million until retired.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ☐

Entity D has outstanding two long-termloans, one convertible debt,and one issue of preferred stock with mandatory redemption requirements. The firstloanis a $100 million sinking fund debenture with annual sinking fund payments of $10 million in 19X2, 19X3, and 19X4, $15 million in 19X5 and 19X6, and $20 million in 19X7 and 19X8. The secondloanis a $50 million note due in 19X5.The convertible debt has a principal amount of $70 million that is not convertible before maturity in 19X9. This convertible debt requires a 2 percent annual cumulative sinking fund payment of $1.4 million until settled.The $30 million issue of preferred stock requires a 5 percent annual cumulative sinking fund payment of $1.5 million until retired.

**55-12**Entity D's disclosure might be as follows.

Maturities and sinking fund requirements on long-term debt and sinking fund requirements on preferred stock subject to mandatory redemption are as follows (in thousands).

|       | Long-term debt | Preferred stock |
|-------|---------------:|----------------:|
| 19X2  | $ 10,000       | $ 1,500         |
| 19X3  | 10,000         | 1,500           |
| 19X4  | 10,000         | 1,500           |
| 19X5  | 65,000         | 1,500           |
| 19X6  | 15,000         | 1,500           |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ☐

Entity D's disclosure might be as follows.

Maturities and sinking fund requirements on long-termloans and convertible debtand sinking fund requirements on preferred stock subject to mandatory redemption are as follows (in thousands).

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | Long-term loans | Preferred stock | Convertible debt |
|---|---|---|---|
| 19X2 | $ 10,000 | $ 1,500 | $ 1,400 |
| 19X3 | 10,000 | 1,500 | 1,400 |
| 19X4 | 10,000 | 1,500 | 1,400 |
| 19X5 | 65,000 | 1,500 | 1,400 |
| 19X6 | 15,000 | 1,500 | 1,400 |

**> > Example 4: Current Maturity of Long-Term Debt and Notes Payable to Be Refinanced**

**55-13** The following Cases illustrate various scenarios for refinancing the current portion of long-term debt and notes payable as discussed in paragraphs 470-10-45-13 through 45-20 : 🗋 :

a. Entity refinances on long-term basis the current maturity of long-term debt and notes payable (Case A).

b. Laws prohibit the transfer of funds (Case B).

c. Entity issues debentures to liquidate the debt (Case C).

d. Entity negotiates a revolving credit agreement (Case D).

e. Entity negotiates a revolving credit agreement with borrowing limits (Case E).

f. Entity refinances commercial paper (Case F).

g. Case illustrates balance sheet presentation (Case G).

**55-14**The Cases in this Example do not comprehend all possible circumstances and do not include all the disclosures that would typically be made regarding long-term debt or current liabilities.

**55-15** Cases A through G share all of the following assumptions:

a. Entity A's fiscal year-end is December 31, 19X5.

b. The date of issuance of the December 31, 19X5, financial statements is March 31, 19X6; the Entity's practice is to issue a classified balance sheet.

c. At December 31, 19X5, short-term obligations include $5,000,000 representing the portion of 6 percent long-term debt maturing in February 19X6 and $3,000,000 of 9 percent notes payable issued in November 19X5 and maturing in July 19X6.

d. The Entity intends to refinance on a long-term basis both the current maturity of long-term debt and the 9 percent notes payable.

e. Accounts other than the long-term debt maturing in February 19X6 and the notes payable maturing in July 19X6 are as follows.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| Current assets | $ 30,000,000 |
| Other assets | $ 50,000,000 |
| Accounts payable and accruals | $ 10,000,000 |
| Other long-term debt | $ 25,000,000 |
| Shareholders' equity | $ 37,000,000 |

f. Unless otherwise indicated, the Cases also assume that the lender or prospective lender is expected to be capable of honoring the agreement, that there is no evidence of a violation of any provision, and that the terms of borrowings available under the agreement are readily determinable.

**> > > Case A: Entity Refinances on Long-Term Basis the Current Maturity of Long-Term Debt and Notes Payable**

**55-16**The Entity negotiates a financing agreement with a commercial bank in December 19X5 for a maximum borrowing of $8,000,000 at any time through 19X7 with the following terms:

a. Borrowings are available at Entity A's request for such purposes as it deems appropriate and will mature three years from the date of borrowing.

b. Amounts borrowed will bear interest at the bank's prime rate.

c. An annual commitment fee of 1/2 of 1 percent is payable on the difference between the amount borrowed and $8,000,000.

d. The agreement is cancelable by the lender only if any of the following occur:

1. The Entity's **working capital** , excluding borrowings under the agreement, falls below $10,000,000.

2. The Entity becomes obligated under lease agreements to pay an annual rental in excess of $1,000,000.

3. Treasury stock is acquired without the prior approval of the prospective lender.

4. The Entity guarantees indebtedness of unaffiliated persons in excess of $500,000.

**55-17**The Entity's intention to refinance meets the condition specified by paragraph 470-10-45-14 : . Compliance with the provisions listed in (d) of the preceding paragraph is objectively determinable or

measurable; therefore, the condition specified by paragraph 470-10-45-14(b)(1) : is met. The proceeds of borrowings under the agreement are clearly available for the liquidation of the 9 percent notes payable and the long-term debt maturing in February 19X6. Both obligations, therefore, would be classified as other than current liabilities.

**55-18**Following are the liability section of Entity A's balance sheet at December 31, 19X5, and the related note disclosures required by this Subtopic, based on the information in paragraphs 470-10-55-15 through 55-16 : . Because the balance sheet is issued subsequent to the February 19X6 maturity of the long-term debt, the note describes the refinancing of that obligation.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

|  | December 31, 19X5 |
|---|---|
| Current Liabilities: | |
| Accounts payable and accruals | $ 10,000,000 |
| Total Current Liabilities | 10,000,000 |
| Long-Term Debt: | |
| 9% notes payable (Note A) | 3,000,000 [a] |
| 6% debt due February 19X6 (Note A) | 5,000,000 [a] |
| Other long-term debt | 25,000,000 |
| Total Long-Term Debt | 33,000,000 |
| Total Liabilities | $ 43,000,000 |

(a) These obligations may also be shown in captions distinct from both current liabilities and long-term debt, such as Interim Debt, Short-Term Debt Expected to Be Refinanced, and Intermediate Debt.

Note A

The Entity has entered into a financing agreement with a commercial bank that permits the Entity to borrow at any time through 19X7 up to $8,000,000 at the bank's prime rate of interest. The Entity must pay an annual commitment fee of 1/2 of 1 percent of the unused portion of the commitment. Borrowings under the financing agreement mature three years after the date of the loan. Among other things, the agreement prohibits the acquisition of treasury stock without prior approval by the bank, requires maintenance of working capital of $10,000,000 exclusive of borrowings under the agreement, and limits the annual rental under lease agreements to $1,000,000. In February 19X6, the Entity borrowed $5,000,000 at 8 percent and liquidated the 6 percent long-term debt, and it intends to borrow additional funds available under the agreement to refinance the 9 percent notes payable maturing in July 19X6.

### > > > Case B: Laws Prohibit the Transfer of Funds

55-19A foreign subsidiary of the Entity negotiates a financing agreement with its local bank in December 19X5. Funds are available to the subsidiary for its unrestricted use, including loans to affiliated entities; other terms are identical to those cited in Case A. Local laws prohibit the transfer of funds outside the country.

55-20The requirement of paragraph 470-10-45-14(b)(1) : is met because compliance with the provisions of the agreement is objectively determinable or measurable. Because of the laws prohibiting the transfer of funds, however, the proceeds from borrowings under the agreement are not available for liquidation of the debt maturing in February and July 19X6. Accordingly, both the 6 percent debt maturing in February 19X6 and the 9 percent notes payable maturing in July 19X6 would be classified as current liabilities.

### > > > Case C: Entity Issues Debentures to Liquidate the Debt

55-21In this Case, the Entity issues $8,000,000 of 10-year debentures to the public in January 19X6. The Entity intends to use the proceeds to liquidate the $5,000,000 debt maturing February 19X6 and the $3,000,000 of 9 percent notes payable maturing July 19X6. In addition, assume the debt maturing February 19X6 is paid before the issuance of the balance sheet, and the remaining proceeds from the sale of debentures are invested in a U.S. Treasury note maturing the same day as the 9 percent notes payable.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**55-22**Because the Entity refinanced the long-term debt maturing in February 19X6 in a manner that meets the conditions set forth in paragraph 470-10-45-14 : 📄, that obligation would be excluded from current liabilities. In addition, the 9 percent notes payable maturing in July 19X6 would also be excluded because the Entity has obtained funds expressly intended to be used to liquidate those notes and not intended to be used in current operations. In balance sheets after the date of sale of the debentures and before the maturity date of the notes payable, the Entity would exclude the notes payable from current liabilities if the U.S. Treasury note is excluded from current assets (see paragraph 210-10-45-4 : 📄).

**55-23**If the debentures had been sold before January 1, 19X6, the $8,000,000 of obligations to be paid would be excluded from current liabilities in the balance sheet at that date if the $8,000,000 in funds were excluded from current assets.

**55-24**If, instead of issuing the 10-year debentures, the Entity had issued $8,000,000 of equity securities and all other facts in this Case remained unchanged, both the 6 percent debt due February 19X6 and the 9 percent notes payable due July 19X6 would be classified as liabilities other than current liabilities, such as Indebtedness Due in 19X6 Refinanced in January 19X6.

### > > > Case D: Revolving Credit Agreement

**55-25**In December 19X5 the Entity negotiates a revolving credit agreement providing for unrestricted borrowings up to $10,000,000. Borrowings will bear interest at 1 percent over the prevailing prime rate of the bank with which the agreement is arranged but in any event not less than 8 percent, will have stated maturities of 90 days, and will be continuously renewable for 90-day periods at the Entity's option for 3 years provided there is compliance with the terms of the agreement. Provisions of the agreement are similar to those cited in paragraph 470-10-55-16(d) : . Further, the Entity intends to renew obligations incurred under the agreement for a period extending beyond one year from the balance sheet date. There are no outstanding borrowings under the agreement at December 31, 19X5.

**55-26**In this instance, the long-term debt maturing in February 19X6 and the 9 percent notes payable maturing in July 19X6 would be excluded from current liabilities because the Entity consummated a financing agreement meeting the conditions set forth in paragraph 470-10-45-14(b) : 📄before the issuance of the balance sheet.

### > > > Case E: Revolving Credit Agreement with Borrowing Limits

**55-27**Assume that the agreement cited in Case D included an additional provision limiting the amount to be borrowed by the Entity to the amount of its inventory, which is pledged as collateral and is expected to range between a high of $8,000,000 during the second quarter of 19X6 and a low of $4,000,000 during the fourth quarter of 19X6.

**55-28**The terms of the agreement comply with the conditions required by this Subtopic; however, because the minimum amount expected to be available from February to December 19X6 is $4,000,000, only that amount of short-term obligations can be excluded from current liabilities (see paragraphs 470-10-45-16 through 45-19 : 📄). Whether the obligation to be excluded is a portion of the currently maturing long-term debt or some portions of both it and the 9 percent notes payable depends on the intended timing of the borrowing.

**55-29**If the Entity intended to refinance only the 9 percent notes payable due July 19X6 and the amount of its inventory is expected to reach a low of approximately $2,000,000 during the second quarter of 19X6 but be at least $3,000,000 in July 19X6 and thereafter during 19X6, the $3,000,000 9 percent notes payable would be excluded from current liabilities at December 31, 19X5 (see paragraphs 470-10-45-16 through 45-19 : 📄).

### > > > Case F: Commercial Paper Refinancing

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**55-30**In lieu of the facts given in paragraph 470-10-55-15(c) through (d) : , assume that during 19X5 the Entity entered into a contract to have a warehouse built. The warehouse is expected to be financed by issuance of the Entity's commercial paper. In addition, the Entity negotiated a standby agreement with a commercial bank that provides for maximum borrowings equal to the expected cost of the warehouse, which will be pledged as collateral. The agreement also requires that the proceeds from the sale of commercial paper be used to pay construction costs. Borrowings may be made under the agreement only if the Entity is unable to issue new commercial paper. The proceeds of borrowings must be used to retire outstanding commercial paper and to liquidate additional liabilities incurred in the construction of the warehouse. At December 31, 19X5, the Entity has $7,000,000 of commercial paper outstanding and $1,000,000 of unpaid construction costs resulting from a progress billing through December 31.

**55-31**Because the commercial paper will be refinanced on a long-term basis, either by uninterrupted renewal or, failing that, by a borrowing under the agreement, the commercial paper would be excluded from current liabilities. The $1,000,000 liability for the unpaid progress billing results from the construction of a noncurrent asset and will be refinanced on the same basis as the commercial paper and, therefore, it would also be excluded from current liabilities (see paragraph 470-10-45-13 : 🗋).

### > > > Case G: Balance Sheet Presentation

**55-32**The following are two methods of presenting liabilities in Entity A's balance sheet at December 31, 19X5, assuming the Entity intends to refinance the 6 percent debt maturing in February 19X6 and the 9 percent notes payable maturing in July 19X6 but has not met the conditions required by this Subtopic to exclude those obligations from current liabilities.

#### Alternative 1

|  | | December 31, 19X5 |
|---|---|---:|
| Current Liabilities: | | |
| Accounts payable and accruals | $ | 10,000,000 |
| Notes payable, due July 19X6 | | 3,000,000 |
| 6% debt due February 19X6 | | 5,000,000 |
| Total Current Liabilities | | 18,000,000 |
| Long-Term Debt | | 25,000,000 |
| Total Liabilities | $ | 43,000,000 |

#### Alternative 2

|  | | | December 31, 19X5 |
|---|---:|---:|---:|
| Current Liabilities: | | | |
| Accounts payable and accruals | | $ | 10,000,000 |
| Short-term debt expected to be refinanced: | | | |
| Notes payable, due July 19X6 | $ 3,000,000 | | |
| 6% debt due February 19X6 | 5,000,000 | | 8,000,000 |
| Total Current Liabilities | | | 18,000,000 |
| Long-Term Debt | | | 25,000,000 |
| Total Liabilities | | $ | 43,000,000 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> > Example 5: Classification of a Short-Term Obligation Repaid Before Being Replaced by a Long-Term Security**

**55-33** This Example illustrates the guidance in paragraph 470-10-45-15 : .

**55-34** This Example has the following assumptions:

a. An Entity has issued $3,000,000 of short-term commercial paper during the year to finance construction of a plant.

b. At June 30, 1976, the Entity's fiscal year end, the Entity intends to refinance the commercial paper by issuing long-term debt.However, because the Entity temporarily has excess cash, in July 1976 it liquidates $1,000,000 of the commercial paper as the paper matures.

c. In August 1976, the Entity completes a $6,000,000 long-term debt offering.

d. Later during the month of August, it issues its June 30, 1976, financial statements.

e. The proceeds of the long-term debt offering are to be used to do all of the following:

1. Replenish $1,000,000 in working capital

2. Pay $2,000,000 of commercial paper as it matures in September 1976

3. Pay $3,000,000 of construction costs expected to be incurred later that year to complete the plant.

**55-35**The $1,000,000 of commercial paper liquidated in July would be classified as a current liability in the Entity's balance sheet at June 30, 1976. The $2,000,000 of commercial paper liquidated in September 1976 but refinanced by the long-term debt offering in August 1976 would be excluded from current liabilities in balance sheets at the end of June 1976, July 1976, and August 1976. It should be noted that the existence of a financing agreement at the date the financial statements are issued or are available to be issued (as discussed in Section

855-10-25 : ) rather than a completed financing at that date would not change these classifications.

**55-36**At the end of August 1976, $2,000,000 of cash would be excluded from current assets or, if included in current assets, a like amount of debt would be classified as a current liability.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

# 470-10-60 Relationships - General

Click to open document in a browser

# General

## > Balance Sheet

**60-1**For classification guidance on a liability representing the underfunded status of a single-employer defined benefit postretirement plan, see Subtopic 715-20 : .

## > Equity

**60-2**For guidance on contingently convertible securities, including those containing contingent conversion requirements that have not been met, see Subtopic 505-10 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-10-60-2 will be superseded upon transition, together with its heading:<br>>**Equity** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

## > Interest

**60-3**For guidance on the appropriate accounting if the face amount of a note does not reasonably represent the present value of the consideration given or received in the exchange, see paragraphs 835-30-05-2 through 05-3 : .

## > Leases

**60-4**For guidance on the classification ofobligations under capital leases, see paragraphs 840-30-45-1 through 45-3 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2018; (N) December 16, 2021* | **Transition Guidance:**842-10-65-1 :

For guidance on the classification ofobligations under **leases** , see paragraphs 842-20-45-1 through 45-4 : .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-10-75 XBRL Elements - XBRL Links to Codification

Click to open document in a browser

# XBRL Links to Codification

**> Bank Overdrafts {217}**
**>> Element Name:***BankOverdrafts*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 45 Other Presentation > General, 45-10legacyRef : 🗋
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.20) legacyRef : 🗋

**> Collateralized Mortgage Obligations [Member] {122}**
**>> Element Name:***CollateralizedMortgageObligationsMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 45 Other Presentation > General, 45-19legacyRef : 🗋

**> Commercial Paper [Member] {792}**
**>> Element Name:***CommercialPaperMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 45 Other Presentation > General, 45-12AlegacyRef : 🗋

**> Debt Default, Short-Term Debt, Description of Violation or Event of Default {12}**
**>> Element Name:***DebtDefaultShorttermDebtDescriptionOfViolationOrEventOfDefault*

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-5legacyRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08.(c))

legacyRef : 

**> Debt Instrument, Cumulative Sinking Fund Payments {4}**
**>> Element Name:**_DebtInstrumentCumulativeSinkingFundPayments_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1commonPracticeRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef : 

**> Debt Instrument, Debt Default, Description of Violation or Event of Default {30}**
**>> Element Name:**_DefaultLongtermDebtDescriptionOfViolationOrEventOfDefault_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-5legacyRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08.(c))

legacyRef : 

**> Debt Instrument, Sinking Fund Payment {13}**
**>> Element Name:**_DebtInstrumentSinkingFundPayment_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > 50 Disclosure > General, 50-1commonPracticeRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

**> Debt Instrument, Subjective Acceleration Clause {7}**
**>> Element Name:***DebtInstrumentSubjectiveAccelerationClause*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 45 Other Presentation > General, 45-2legacyRef :

**> Debt, Policy [Policy Text Block] {985}**
**>> Element Name:***DebtPolicyTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Deferred Income {144}**
**>> Element Name:***DeferredIncome*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 25 Recognition > General, 25-2commonPracticeRef :

**> Deferred Income, Current {76}**
**>> Element Name:***DeferredIncomeCurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 25 Recognition > General, 25-2commonPracticeRef :

**> Deferred Income, Noncurrent {54}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***DeferredIncomeNoncurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 25 Recognition > General, 25-2commonPracticeRef :

**> Federal Home Loan Bank Advances, Disclosure [Text Block] {98}**
**>> Element Name:***FederalHomeLoanBankAdvancesDisclosureTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.13(a)) legacyRef :
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Fixed Rate, Year One {11}**
**>> Element**
**Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRateUnderOneYear*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Fixed Rate, after Year Five {2}**
**>> Element**
**Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRateAfterFiveYears*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Fixed Rate, after Year One Through Five {2}**
**>> Element**
**Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRateOneToFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Floating Rate, Year One {5}**
**>> Element**
**Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRateUnderOneYear*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Floating Rate, after Year Five {0}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRateAfterFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Floating Rate, after Year One Through Five {0}**
**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRateOneToFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year Five {81}**
**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromFourToFiveYearsOfBalanceSheetDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Federal Home Loan Bank, Advance, Maturity, Year Four {95}**
**>> Element**
**Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromThreeToFourYearsOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year One {159}**
**>> Element**
**Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueWithinOneYearOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year Three {113}**
**>> Element**
**Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromTwoToThreeYearsOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year Two {110}**

_Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut._
_©2023 Wolters Kluwer. All rights reserved._
_Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm_
_https://www.accountingresearchmanager.com/q/1bffv_

**>> Element Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromOneToTwoYearsOfBalanceSheetDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, after Year Five {68}**
**>> Element Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryDueAfterFiveYearsOfBalanceSheetDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, after Year One Through Five {2}**
**>> Element Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeOneToFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advances, Maturities Summary, Fixed Rate {18}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:** *FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advances, Maturities Summary, Floating Rate {10}**
**>> Element Name:** *FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(13)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Long-Term Debt, Maturities, Repayment Terms {26}**
**>> Element Name:** *LongTermDebtMaturitiesRepaymentTerms*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

**> Long-Term Debt, Maturity, Year Five {2026}**
**>> Element Name:** *LongTermDebtMaturitiesRepaymentsOfPrincipalInYearFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

**> Long-Term Debt, Maturity, Year Four and Five {32}**
**>> Element Name:** *LongTermDebtMaturingInYearsFourAndFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d)

commonPracticeRef :

**> Long-Term Debt, Maturity, Year Four {2340}**
**>> Element Name:** *LongTermDebtMaturitiesRepaymentsOfPrincipalInYearFour*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef : 

**> Long-Term Debt, Maturity, Year One {2515}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInNextTwelveMonths*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef : 

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef : 

**> Long-Term Debt, Maturity, Year Three {2481}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInYearThree*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef : 

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef : 

**> Long-Term Debt, Maturity, Year Two and Three {29}**
**>> Element Name:***LongTermDebtMaturingInYearsTwoAndThree*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d)

commonPracticeRef :

**> Long-Term Debt, Maturity, Year Two {2582}**
**>> Element Name:** *LongTermDebtMaturitiesRepaymentsOfPrincipalInYearTwo*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

**> Long-Term Debt, Maturity, after Year Five {1649}**
**>> Element Name:** *LongTermDebtMaturitiesRepaymentsOfPrincipalAfterYearFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d)

commonPracticeRef :

**> Long-Term Debt, Type [Domain] {0}**
**>> Element Name:** *LongtermDebtTypeDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-5legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :

**> Long-Term Federal Home Loan Bank Advances, Current {19}**
**>> Element Name:** *FederalHomeLoanBankAdvancesCurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-2legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(19)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(13)) legacyRef :
944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX 210.7-03(a)

(16)(a)(1)) legacyRef :

**> Long-Term Federal Home Loan Bank Advances, Noncurrent {17}**
**>> Element Name:** *LongtermFederalHomeLoanBankAdvancesNoncurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :
944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX 210.7-03(a)

(16)(a)(2)) legacyRef :

**> Long-Term Line of Credit, Noncurrent {324}**
**>> Element Name:** *LongTermLineOfCredit*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > 45 Other Presentation > General, 45-13legacyRef :

470 Debt > 10 Overall > 45 Other Presentation > General, 45-14legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :

**> Maturities of Time Deposits, Description {9}**
**>> Element Name:***MaturitiesOfTimeDepositsDescription*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Other Sundry Liabilities, Current {225}**
**>> Element Name:***OtherSundryLiabilitiesCurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 45 Other Presentation > General, 45-10legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.20) legacyRef :

**> Recorded Unconditional Purchase Obligation, Amount of Maturities and Sinking Fund Requirements {1}**
**>> Element
Name:***RecordedUnconditionalPurchaseObligationAmountOfMaturitiesAndSinkingFundRequirements*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Recorded Unconditional Purchase Obligations [Table Text Block] {38}**
**>> Element Name:***RecordedUnconditionalPurchaseObligationsTextBlock*
XBRL Revision Date:

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef : 

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

440 Commitments > 10 Overall > 50 Disclosure > Unconditional Purchase Obligations,

50-6commonPracticeRef : 

**> Schedule of Maturities of Long-Term Debt [Table Text Block] {2482}**
**>> Element Name:** *ScheduleOfMaturitiesOfLongTermDebtTableTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef : 

**> Short-Term Debt, Refinanced, Amount {20}**
**>> Element Name:** *ShortTermDebtRefinancedAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-4legacyRef : 

**> Short-Term Debt, Refinanced, Description {4}**
**>> Element Name:** *ShortTermDebtRefinancedDescription*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-4disclosureRef : 

**> Time Deposit Maturities [Table Text Block] {186}**
**>> Element Name:** *TimeDepositMaturitiesTableTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Time Deposit Maturities, Year Five {345}**
**>> Element Name:** *TimeDepositMaturitiesYearFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Time Deposit Maturities, Year Four {379}**
**>> Element Name:** *TimeDepositMaturitiesYearFour*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Time Deposit Maturities, Year One {382}**
**>> Element Name:** *TimeDepositMaturitiesYearOne*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Time Deposit Maturities, Year Three {384}**
**>> Element Name:** *TimeDepositMaturitiesYearThree*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Time Deposit Maturities, Year Two {385}**
**>> Element Name:** *TimeDepositMaturitiesYearTwo*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Time Deposit Maturities, after Year Five {266}**
**>> Element Name:** *TimeDepositMaturitiesAfterYearFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-10-S00 Status - General

[Click to open document in a browser](#)

# General

**S00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Annual Report** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Finance Subsidiary** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Full and Unconditional Guarantee** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Minor Subsidiary** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Operating Subsidiary** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Parent Company with No Independent Assets or Operations** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Quarterly Report** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| **Wholly Owned Subsidiary** | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| 470-10-S50-6 through S50-8 : | Amended | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| 470-10-S50-9 through S50-11 : | Superseded | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| 470-10-S65-1 : | Added | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| 470-10-S99-1 : | Amended | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| 470-10-S99-1 : | Amended | Accounting Standards Update No. 2019-07 : | 07/26/2019 |
| 470-10-S99-1 : | Amended | Accounting Standards Update No. 2010-21 : | 08/02/2010 |

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-10-S99-1A : | Added | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
|---|---|---|---|
| 470-10-S99-1B : | Added | Accounting Standards Update No. 2020-09 : | 10/22/2020 |
| 470-10-S99-3 : | Amended | Accounting Standards Update No. 2012-03 : | 08/27/2012 |

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-S15 Scope and Scope Exceptions - General

[Click to open document in a browser](#)

# General

**> Compensating Balance Arrangements**

**S15-1**See paragraph 210-10-S99-2 : , SAB Topic 6.H.1, for SEC Staff views on the applicability of the disclosure requirements pertaining to compensating balances and short-term borrowing arrangements.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470 - 10 - S20 Glossary

Click to open document in a browser

# 470 - Debt | 10 - Overall | S20 - Glossary

General Note for 20 Glossary :

Annual Report :

Finance Subsidiary :

Full and Unconditional Guarantee :

Minor Subsidiary :

Operating Subsidiary :

Parent Company with No Independent Assets or Operations :

Quarterly Report :

Wholly Owned Subsidiary :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-10-S35 Subsequent Measurement - General

[Click to open document in a browser](#)

# General

### > Debt Issue Costs in Conjunction with a Business Combination

**S35-1**See paragraph 340-10-S99-2 : , SAB Topic 2.A.6, Question 2, for SEC Staff views on the amortization of debt issue costs for interim "bridge financing."

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-10-S45 Other Presentation Matters - General

[Click to open document in a browser](#)

## General

> **Subsidiary's Loan Payable**

**S45-1**See paragraph 470-10-S99-4 : , SEC Observer Comment: Classification of Subsidiary's Loan Payable in Consolidated Balance Sheet when Subsidiary's and Parent's Fiscal Years Differ, for SEC Staff views on the presentation of such loans.

> **Long-Term Debt**

**S45-2**See paragraph 210-10-S99-1 : , Regulation S-X Rule 5-02.22, for presentation requirements for bonds, mortgages, and other long-term debt. See paragraph 210-10-S99-1 : , Regulation S-X Rule 5-02.23, for the presentation of long-term indebtedness to related parties.

> **Construction Loans**

**S45-3**See paragraph 470-10-S99-3 : , SAB Topic 6.H.2, for SEC Staff views on the classification of revolving loans pertaining to construction of long-term projects.

> **Subordinated Debt**

**S45-4**See paragraph 470-10-S99-2 : , SAB Topic 4.A, for SEC Staff views on the presentation of subordinated debt.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

# 470-10-S50 Disclosure - General

[Click to open document in a browser](#)

## General

### > Disclosure of Long-Term Obligations

**S50-1**See paragraph 210-10-S99-1 : , Regulation S-X Rule 5-02.22, for disclosure requirements for bonds, mortgages, and other long-term debt.

**S50-2**See paragraph 235-10-S99-1 : , Regulation S-X Rule 4-08(f), for disclosure requirements for changes in bonds, mortgages, and other long-term debt.

### > Short-Term Obligations

**S50-3**See paragraph 210-10-S99-1 : , Regulation S-X Rule 5-02.19(b), for disclosure requirements pertaining to short-term obligations.

### > Defaults

**S50-4**See paragraph 235-10-S99-1 : , Regulation S-X Rule 4-08(c), for disclosure requirements relating to defaults.

### > Repurchase and Reverse Repurchase Agreements

**S50-5**See paragraph 235-10-S99-1 : , Regulation S-X Rule 4-08, for disclosure requirements for repurchase and reverse repurchase agreements.

### > Guarantors and Issuers of Guaranteed Securities Registered or Being Registered

**S50-6**See paragraph 470-10-S99-1 : , Regulation S-XRule 3-10, for requirements applicable to financial statements of guarantors and issuers of guaranteed securities registered or being registered.

**S50-7**See paragraph 470-10-S99-1A : , Regulation S-X Rule 13-01, for disclosure requirements about guarantors and issuers of guaranteed securities registered or being registered.

### > Affiliates Whose Securities Collateralize Securities Registered or Being Registered

**S50-8**See paragraph 470-10-S99-1B : , Regulation S-X Rule 13-02, for disclosure requirements about a registrant's affiliates whose securities collateralize any class of securities registered or being registered.

**S50-9** Paragraph superseded by Accounting Standards Update No. 2020-09 :

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**S50-10** Paragraph superseded by Accounting Standards Update No. 2020-09 :

**S50-11** Paragraph superseded by Accounting Standards Update No. 2020-09 :

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-S65 Transition and Open Effective Date Information - General

[Click to open document in a browser](#)

# General

**S65-1** Paragraph superseded on 08/19/2021 after the end of the transition period stated in SEC Release No. 33-10762, Financial Disclosures about Guarantors and Issuers of Guaranteed Securities and Affiliates Whose Securities Collateralize a Registrant's Securities.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-S75 XBRL Elements - XBRL Links to Codification

[Click to open document in a browser](#)

# XBRL Links to Codification

**> Affiliate Group, Preacquisition Summarized Financial Information [true false] {0}**
**>> Element Name:***AffiliateGroupPreacquisitionSummarizedFinancialInformation*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**> Affiliate Group, Security Pledged as Collateral, Not Material [true false] {0}**
**>> Element Name:***AffiliateGroupSecurityPledgedAsCollateralNotMaterial*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(vi)(B)) disclosureRef :

**> Affiliate Group, Security Pledged as Collateral, Not Materially Different [true false] {0}**
**>> Element Name:***AffiliateGroupSecurityPledgedAsCollateralNotMateriallyDifferent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(vi)(A)) disclosureRef :

**> Affiliate, Collateralized Security [Table Text Block] {0}**
**>> Element Name:***AffiliateCollateralizedSecurityTableTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) commonPracticeRef :

**> Affiliate, Collateralized Security [Table]**
**>> Element Name:***AffiliateCollateralizedSecurityTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**> Affiliate, Collateralized Security [Text Block] {0}**
**>> Element Name:***AffiliateCollateralizedSecurityTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(1)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(2)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(3)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(6)) disclosureRef :

**> Affiliate, Security Pledged as Collateral, Trading Market [true false] {0}**
**>> Element Name:***AffiliateSecurityPledgedAsCollateralTradingMarket*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(3)) disclosureRef :

**> Assets {7799}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***Assets*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(18)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(d) disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(a) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(a) commonPracticeRef :

852 Reorganizations > 10 Overall > 55 Implementation > General, 55-10exampleRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(11)) legacyRef :
944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX 210.7-03(a)

(12)) legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Assets, Current {5947}**
**>> Element Name:***AssetsCurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > 45 Other Presentation > General, 45-1disclosureRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(9)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(a) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(a) commonPracticeRef :

852 Reorganizations > 10 Overall > 55 Implementation > General, 55-10exampleRef :

**> Assets, Noncurrent {973}**
**>> Element Name:***AssetsNoncurrent*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii)) disclosureRef :

323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c) disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(a) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(a) commonPracticeRef :

**> Class of Stock [Axis] {4301}**
**>> Element Name:***StatementClassOfStockAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(27)(b)) disclosureRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(28)) disclosureRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(29)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(d))

commonPracticeRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-2disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-3disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-55(b) commonPracticeRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-60B(d) disclosureRef :

260 Earnings Per Share > 10 Overall > 50 Disclosure > General, 50-1(a) disclosureRef :
272 Limited Liability Entities > 10 Overall > 45 Other Presentation > General, 45-3recommendedDisclosureRef :

272 Limited Liability Entities > 10 Overall > 50 Disclosure > General, 50-1disclosureRef :

272 Limited Liability Entities > 10 Overall > 50 Disclosure > General, 50-3(b) disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(a) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(b) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(h) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-14(b) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-2disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

**> Class of Stock [Domain] {1}**
**>> Element Name:***ClassOfStockDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(27)(b)) disclosureRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(28)) disclosureRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(29)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(d))

commonPracticeRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-2disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-3disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-55(b) commonPracticeRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-60B(d) disclosureRef :

260 Earnings Per Share > 10 Overall > 50 Disclosure > General, 50-1(a) disclosureRef :
272 Limited Liability Entities > 10 Overall > 45 Other Presentation > General, 45-3recommendedDisclosureRef :

272 Limited Liability Entities > 10 Overall > 50 Disclosure > General, 50-1disclosureRef :

272 Limited Liability Entities > 10 Overall > 50 Disclosure > General, 50-3(b) disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(a) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(b) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(h) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-14(b) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-2disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

**> Consolidated Entities [Axis] {2482}**
**>> Element Name:***ConsolidatedEntitiesAxis*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(a) disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(b) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(c) disclosureRef :

852 Reorganizations > 10 Overall > 45 Other Presentation > General, 45-14disclosureRef :
970 Real Estate—General > 360 Property, Plant, and Equipment > S99 SEC Materials > General, S99-1(SX

210.12-28(Footnote 4)) disclosureRef :

**> Consolidated Entities [Domain] {2}**
**>> Element Name:***ConsolidatedEntitiesDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(a) disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(b) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(c) disclosureRef :

852 Reorganizations > 10 Overall > 45 Other Presentation > General, 45-14disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

970 Real Estate—General > 360 Property, Plant, and Equipment > S99 SEC Materials > General, S99-1(SX 210.12-28(Footnote 4)) disclosureRef :

**> Consolidation Items [Axis] {1906}**
**>> Element Name:** *ConsolidationItemsAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(d) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-31disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(f) disclosureRef :

**> Consolidation Items [Domain] {1}**
**>> Element Name:** *ConsolidationItemsDomain*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(d) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-31disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(f) disclosureRef :

**> Consolidation, Elimination, Affiliate Group and Not Part of Affiliate Group [Member]**
**>> Element Name:**ConsolidationEliminationAffiliateGroupAndNotPartOfAffiliateGroupMember
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

**> Consolidation, Elimination, Affiliate Group and Registrant [Member]**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***ConsolidationEliminationAffiliateGroupAndRegistrantMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

**> Consolidation, Elimination, Obligor Group [Member]**
**>> Element Name:***ConsolidationEliminationObligorGroupMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

**> Consolidation, Elimination, Obligor Group and Nonobligor Subsidiary [Member]**
**>> Element Name:***ConsolidationEliminationObligorGroupAndNonobligorSubsidiaryMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

**> Cost of Revenue {1736}**
**>> Element Name:***CostOfRevenue*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03.2) legacyRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

**> Due from Related Parties {672}**
**>> Element Name:***DueFromRelatedParties*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(3)(a)(2)) disclosureRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) disclosureRef :

942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.10(3)) legacyRef :

944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX 210.7-03.3)

legacyRef :

**> Due from Related Parties, Current {737}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:** *DueFromRelatedPartiesCurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > 45 Other Presentation > General, 45-1(d) exampleRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(3)(a)(2)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) disclosureRef :

**> Due from Related Parties, Noncurrent {155}**
**>> Element Name:** *DueFromRelatedPartiesNoncurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(11)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) disclosureRef :

**> Due to Related Parties {1058}**
**>> Element Name:**_DueToRelatedPartiesCurrentAndNoncurrent_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) disclosureRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.15(3),(4)) legacyRef :
944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX

210.7-03.17) legacyRef :

**> Due to Related Parties, Current {1652}**
**>> Element Name:**_DueToRelatedPartiesCurrent_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

_**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**_
_**©2023 Wolters Kluwer. All rights reserved.**_
_**Subject to Terms & Conditions:**_ _http://researchhelp.cch.com/License_Agreement.htm_
_https://www.accountingresearchmanager.com/q/1bffv_

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.19(a)) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) disclosureRef :

**> Due to Related Parties, Noncurrent {274}**
**>> Element Name:***DueToRelatedPartiesNoncurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.23) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) disclosureRef :

**> Finance Subsidiary Issuer, Coissued with Parent [true false] {0}**
**>> Element Name:***FinanceSubsidiaryIssuerCoissuedWithParent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(vi)(D)) disclosureRef :

**> Finance Subsidiary Issuer, Guaranteed by Parent [true false] {0}**
**>> Element Name:***FinanceSubsidiaryIssuerGuaranteedByParent*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(vi)(C)) disclosureRef :

**> Gross Profit {3269}**
**>> Element Name:**_GrossProfit_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03.1,2) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-31exampleRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(f) disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

**> Guarantor and Issuer, Guaranteed Security [Table Text Block] {0}**

**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: _http://researchhelp.cch.com/License_Agreement.htm_**
**_https://www.accountingresearchmanager.com/q/1bffv_**

**>> Element Name:** *GuarantorAndIssuerGuaranteedSecurityTableTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) commonPracticeRef :

**> Guarantor and Issuer, Guaranteed Security [Table]**
**>> Element Name:** *GuarantorAndIssuerGuaranteedSecurityTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

**> Guarantor and Issuer, Guaranteed Security [Text Block] {0}**
**>> Element Name:** *GuarantorAndIssuerGuaranteedSecurityTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(1)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(2)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(3)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(6)) disclosureRef :

**> Guarantor and Issuer, Preacquisition Summarized Financial Information [true false] {0}**
**>> Element Name:** *GuarantorAndIssuerPreacquisitionSummarizedFinancialInformation*

---

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

**> Income (Loss) from Continuing Operations, Net of Tax, Including Portion Attributable to Noncontrolling Interest {858}**
**>> Element Name:** *IncomeLossFromContinuingOperationsIncludingPortionAttributableToNoncontrollingInterest*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :
250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-1(b)(2)

disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-31exampleRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(f) disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

810 Consolidation > 10 Overall > 45 Other Presentation > General, 45-19legacyRef : 

815 Derivatives and Hedging > 40 Contracts in Entity's Own Equity > 65 Transition > General, 65-1(f)

disclosureRef : 

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef : 

**> Liabilities {6916}**
**>> Element Name:**_Liabilities_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.19-26) legacyRef : 
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef : 

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(d) exampleRef : 
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef : 

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(b) disclosureRef : 

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef : 

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(c) disclosureRef : 

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef : 

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(a) commonPracticeRef : 

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(b) commonPracticeRef : 

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Liabilities, Current {5961}**
**>> Element Name:***LiabilitiesCurrent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > 45 Other Presentation > General, 45-5disclosureRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.21) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(b) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(c) disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(a) commonPracticeRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(b) commonPracticeRef :

852 Reorganizations > 10 Overall > 55 Implementation > General, 55-10exampleRef :

**> Liabilities, Noncurrent {1373}**
**>> Element Name:***LiabilitiesNoncurrent*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 201.5-02(24)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 201.5-02(25)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 201.5-02(26)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(23)) legacyRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > Variable Interest Entities, 45-25(b) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(bb) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > Variable Interest Entities, 50-3(c) disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(a) commonPracticeRef :

852 Reorganizations > 10 Overall > 50 Disclosure > General, 50-7(b) commonPracticeRef :

**> Net Income (Loss) Attributable to Parent {6991}**
**>> Element Name:***NetIncomeLoss*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

205 Presentation of Financial Statements > 20 Discontinued Operations > 50 Disclosure > General,

50-7disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > 45 Other Presentation > General,

45-1A(a) disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > 45 Other Presentation > General,

45-1B(a) disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > 50 Disclosure > General,

50-6disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03(20)) legacyRef :

230 Statement of Cash Flows > 10 Overall > 45 Other Presentation > General, 45-28legacyRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-1(b)(2)

disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-11(a) disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-11(b) disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-3disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-4disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-8disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-9disclosureRef :

260 Earnings Per Share > 10 Overall > 45 Other Presentation > General, 45-60B(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-31exampleRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(f) disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :
815 Derivatives and Hedging > 40 Contracts in Entity's Own Equity > 65 Transition > General, 65-1(f)

disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :
942 Financial Services—Depository and Lending > 220 Income Statement—Reporting Comprehensive Income >

S99 SEC Materials > General, S99-1(SX 210.9-04(22)) legacyRef :
944 Financial Services—Insurance > 220 Income Statement—Reporting Comprehensive Income > S99 SEC

Materials > General, S99-1(SX 210.7-04(18)) legacyRef :

**> Net Income (Loss), Including Portion Attributable to Noncontrolling Interest {4982}**
**>> Element Name:***ProfitLoss*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

205 Presentation of Financial Statements > 20 Discontinued Operations > 50 Disclosure > General, 50-7disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > 45 Other Presentation > General, 45-1A(a) disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > 45 Other Presentation > General, 45-1B(a) disclosureRef :

220 Income Statement—Reporting Comprehensive Income > 10 Overall > 50 Disclosure > General, 50-6commonPracticeRef :

230 Statement of Cash Flows > 10 Overall > 45 Other Presentation > General, 45-2disclosureRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii)) disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-1(b)(2) disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-8disclosureRef :

250 Accounting Changes and Error Corrections > 10 Overall > 50 Disclosure > General, 50-9disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-31exampleRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(c) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(f) disclosureRef :

323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c) disclosureRef :

810 Consolidation > 10 Overall > 45 Other Presentation > General, 45-19disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > General, 50-1A(a)(1) disclosureRef :

810 Consolidation > 10 Overall > 50 Disclosure > General, 50-1A(c)(1) disclosureRef :

810 Consolidation > 10 Overall > 55 Implementation > General, 55-4JexampleRef :

810 Consolidation > 10 Overall > 55 Implementation > General, 55-4KexampleRef :

815 Derivatives and Hedging > 40 Contracts in Entity's Own Equity > 65 Transition > General, 65-1(f) disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

942 Financial Services—Depository and Lending > 235 Notes to Financial Statements > S99 SEC Materials > General, S99-1(SX 210.9-05(b)(2)) disclosureRef :

**> Obligor Group [Member]**
**>> Element Name:***ObligorGroupMember*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) commonPracticeRef :

**> Obligor Group, Not Material [true false] {0}**
**>> Element Name:***ObligorGroupNotMaterial*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(vi)(B)) disclosureRef :

**> Obligor Group, Not Materially Different [true false] {0}**
**>> Element Name:***ObligorGroupNotMateriallyDifferent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(vi)(A)) disclosureRef :

**> Redeemable Preferred Stock [Member] {156}**
**>> Element Name:***RedeemablePreferredStockMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(27) legacyRef :

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

480 Distinguishing Liabilities from Equity > 10 Overall > S99 SEC Materials > General, S99-1legacyRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :

**> Related Party Costs {219}**
**>> Element Name:** *RelatedPartyCosts*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03.2) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

**> Related Party Transaction, Due from (to) Related Party {311}**
**>> Element Name:** *RelatedPartyTransactionDueFromToRelatedParty*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions:*** *http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(k)(1))

commonPracticeRef :

850 Related Party Disclosures > 10 Overall > 50 Disclosure > General, 50-1(d) commonPracticeRef :

**> Reportable Legal Entities [Member] {211}**
**>> Element Name:**_ReportableLegalEntitiesMember_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

**> Reportable Legal Entity, Affiliate Group, Security Pledged as Collateral, after Elimination [Member]**
**>> Element Name:**_ReportableLegalEntityAffiliateGroupSecurityPledgedAsCollateralAfterEliminationMember_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

**> Reportable Legal Entity, Obligor Group, after Elimination [Member]**
**>> Element Name:**_ReportableLegalEntityObligorGroupAfterEliminationMember_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

**> Revenue from Related Parties {1020}**
**>> Element Name:***RevenueFromRelatedParties*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(B)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(C)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03.1(e)) legacyRef :

946 Financial Services—Investment Companies > 220 Income Statement—Reporting Comprehensive Income >

S99 SEC Materials > General, S99-1(SX 210.6-07.1(c)) legacyRef :

**> Revenues {3606}**
**>> Element Name:***Revenues*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(ii)) commonPracticeRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(A)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iii)(B)) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03(1)) disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-22(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-30(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-32(b) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-40disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-41(a) disclosureRef :

280 Segment Reporting > 10 Overall > 50 Disclosure > General, 50-42disclosureRef :
323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef :

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef :
942 Financial Services—Depository and Lending > 235 Notes to Financial Statements > S99 SEC Materials >

General, S99-1(SX 210.9-05(b)(2)) disclosureRef :
**> Stockholders' Equity Attributable to Noncontrolling Interest {1840}**
**>> Element Name:***MinorityInterest*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef :

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.31) legacyRef : 

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(g)(1)(ii))

disclosureRef : 

323 Investments—Equity Method and Joint Ventures > 10 Overall > 50 Disclosure > General, 50-3(c)

disclosureRef : 

825 Financial Instruments > 10 Overall > 50 Disclosure > Fair Value Option, 50-28(f) disclosureRef : 

942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(22)) legacyRef : 

944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX 210.7-03(a)

(24)) legacyRef : 

**> Temporary Equity, Carrying Amount, Attributable to Parent {1188}**
**>> Element Name:** *TemporaryEquityCarryingAmountAttributableToParent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(i)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(4)(iv)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1A(SX 210.13-01(a)(5)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(i)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(4)(iv)) disclosureRef : 

470 Debt > 10 Overall > S99 SEC Materials > General, S99-1B(SX 210.13-02(a)(5)) disclosureRef : 

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-10-S99 SEC Materials - General

[Click to open document in a browser](#)

# General

**> SEC Rules, Regulations, and Interpretations**
**> > Regulation S-X**
**> > > Regulation S-X Rule 3-10, Financial Statements of Guarantors and Issuers of Guaranteed Securities Registered or Being Registered**
**S99-1** The following is the text of Regulation S-X Rule 3-10, Financial Statements of Guarantors and Issuers of Guaranteed Securities Registered or Being Registered (17 CFR 210.3-10).

(a) If an issuer or guarantor of a guaranteed security that is registered or being registered is required to file financial statements required by Regulation S-X with respect to the guarantee or guaranteed security, such financial statements may be omitted if the issuer or guarantor is a consolidated subsidiary of the parent company, the parent company's consolidated financial statements have been filed, and the conditions in paragraphs (a)(1) and (2) of this section have been met:

(1) The guaranteed security is debt or debt-like; and

(i) The parent company issues the security or co-issues the security, jointly and severally, with one or more of its consolidated subsidiaries; or

(ii) A consolidated subsidiary issues the security or co-issues the security with one or more other consolidated subsidiaries of the parent company, and the security is guaranteed fully and unconditionally by the parent company; and

(2) The parent company provides the disclosures specified in §210.13-01.

(b) For the purposes of this section and §210.13-01:

(1) The "parent company" is the entity that:

(i) Is an issuer or guarantor of the guaranteed security;

(ii) Is, or as a result of the subject Securities Act registration statement will be, an Exchange Act reporting company; and

(iii) Consolidates each subsidiary issuer and/or subsidiary guarantor of the guaranteed security in its consolidated financial statements.

(2) A security is "debt or debt-like" if it has the following characteristics:

(i) The issuer has a contractual obligation to pay a fixed sum at a fixed time; and

(ii) Where the obligation to make such payments is cumulative, a set amount of interest must be paid.

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

*Note 1 to paragraph (b)(2).*Neither the form of the security nor its title will determine whether a security is debt or debt-like. Instead, the substance of the obligation created by the security will be determinative.

*Note 2 to paragraph (b)(2).*The phrase"set amount of interest" is not intended to mean"fixed amount of interest." Floating and adjustable rate securities, as well as indexed securities, may meet the criteria specified in paragraph (b)(2)(ii) of this section as long as the payment obligation is set in the debt instrument and can be determined from objective indices or other factors that are outside the discretion of the obligor.

(3) A guarantee is"full and unconditional," if, when an issuer of a guaranteed security has failed to make a scheduled payment, the guarantor is obligated to make the scheduled payment immediately and, if it does not, any holder of the guaranteed security may immediately bring suit directly against the guarantor for payment of all amounts due and payable.

[65 FR 51707, Aug. 24, 2000, as amended at 73 FR 952, Jan. 4, 2008; 73 FR 1009, Jan. 4, 2008; 74 FR 18615, Apr. 23, 2009; 85 FR 21999, Apr. 20, 2020]

### > > > Regulation S-X Rule 13-01, Guarantors and Issuers of Guaranteed Securities Registered or Being Registered

**S99-1A**The following is the text of Regulation S-X Rule 13-01, Guarantors and Issuers of Guaranteed Securities Registered or Being Registered (17 CFR 210.13-01).

(a) For each guaranteed security subject to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, and for each guaranteed security the offer and sale of which is being registered under the Securities Act of 1933, for which the registrant is the parent company (as that term is defined in§210.3-10(b)(1)) of one or more subsidiaries that issue or guarantee the guaranteed security, provide the following disclosures to the extent material:

(1) A description of the issuers and guarantors of the guaranteed security;

(2) A description of the terms and conditions of the guarantees, and how payments to holders of the guaranteed security may be affected by the composition of and relationships among the issuers, guarantors, and subsidiaries of the parent company that are not issuers or guarantors of the guaranteed security;

(3) A description of other factors that may affect payments to holders of the guaranteed security, such as contractual or statutory restrictions on dividends, guarantee enforceability, or the rights of a noncontrolling interest holder;

(4) Summarized financial information as specified in§210.1-02(bb)(1) of each issuer and guarantor of the guaranteed security as follows, with an accompanying note that briefly describes the basis of presentation:

(i) The summarized financial information of each such issuer and guarantor consolidated in the parent company's consolidated financial statements may be presented on a combined basis with the summarized financial information of the parent company;

(ii) Intercompany balances and transactions between issuers and guarantors whose summarized financial information is presented on a combined basis shall be eliminated;

(iii) The summarized financial information shall exclude subsidiaries that are not issuers or guarantors. An issuer's or guarantor's investment in a subsidiary that is not an issuer or guarantor shall not be presented. An issuer's or guarantor's amounts due from, amounts due to, and transactions with any of the following shall be presented in separate line items:

(A) Subsidiaries that are not issuers or guarantors; and

(B) Related parties;

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

(iv) If the information provided in response to the requirements of this section (e.g., factors that may affect payments to holders of the guaranteed security) is applicable to one or more, but not all, issuers and/or guarantors, separately disclose the summarized financial information applicable to those issuers and/or guarantors. In limited circumstances (i.e., where the separate financial information applicable to those issuers and/or guarantors can be easily explained and understood), narrative disclosure may be provided in lieu of the separate summarized financial information otherwise required by this paragraph (a)(4)(iv);

(v) Disclose this summarized financial information as of and for the most recently ended fiscal year and year-to-date interim period included in the parent company's consolidated financial statements; and

(vi) Notwithstanding that a parent company may omit this summarized financial information if not material, it may also be omitted if one of the following in paragraphs (a)(4)(vi)(A) through (D) of this section is true and disclosed. However, paragraph (a)(4)(vi)(A) does not apply if separate disclosure of summarized financial information applicable to one or more, but not all, issuers and/or guarantors is required by paragraph (a)(4)(iv) of this section. For the purposes of this section, a finance subsidiary is a subsidiary that has no assets or operations other than those related to the issuance, administration and repayment of the security being registered and any other securities guaranteed by its parent company:

> (A) The assets, liabilities and results of operations of the combined issuers and guarantors of the guaranteed security are not materially different than corresponding amounts presented in the consolidated financial statements of the parent company;

> (B) The combined issuers and guarantors, excluding investments in subsidiaries that are not issuers or guarantors, have no material assets, liabilities or results of operations;

> (C) The issuer is a finance subsidiary of the parent company, the parent company has fully and unconditionally guaranteed the security, and no other subsidiary of the parent company guarantees the security; or

> (D) The issuer is a finance subsidiary that co-issued the security, jointly and severally, with the parent company, and no other subsidiary of the parent company guarantees the security;

(5) In a Securities Act registration statement filed in connection with the offer and sale of the guaranteed security, if the parent company acquired a significant business after the date of the parent company's most recent balance sheet included in its consolidated financial statements and the acquired business, one or more of the acquired business's subsidiaries, or the acquired business and one or more of its subsidiaries are issuers or guarantors of the guaranteed securities, disclose pre-acquisition summarized financial information as specified in paragraph (a)(4) of this section for each such issuer or guarantor. The acquired business is significant if it meets any of the conditions specified in the definition of significant subsidiary in§210.1-02(w), substituting 20 percent for 10 percent each place it appears therein, based on a comparison of the most recent annual financial statements of the acquired business and the parent company's most recent annual consolidated financial statements filed at or prior to the date of acquisition. The determination of whether a business has been acquired shall be made in accordance with the guidance set forth in§210.11-01(d). Acquisitions of a group of related businesses shall be treated as if they are a single business acquisition for purposes of this comparison. The determination of whether a group of businesses are related shall be made in a manner consistent with§210.3-05(a)(3);

(6) Any financial and narrative information about each guarantor if the information would be material for investors to evaluate the sufficiency of the guarantee; and

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

(7) Sufficient information so as to make the financial and non-financial information presented not misleading.

(b) The parent company may elect to provide the disclosures required by this section in a footnote to its consolidated financial statements or alternatively, in management's discussion and analysis of financial condition and results of operations described in§229.303 (Item 303 of Regulation S-K) of this chapter. If not otherwise included in the consolidated financial statements or in management's discussion and analysis of financial condition and results of operations, the parent company must include the disclosures in its prospectus immediately following"Risk Factors," if any, or otherwise, immediately following pricing information described in§229.105 (Item 105 of Regulation S-K) of this chapter.

**> > > Regulation S-X Rule 13-02, Affiliates Whose Securities Collateralize Securities Registered or Being Registered**
**S99-1B**The following is the text of Regulation S-X Rule 13-02, Affiliates Whose Securities Collateralize Securities Registered or Being Registered (17 CFR 210.13-02).

The requirements of this section shall apply to each security registered or being registered that is issued on or after January 4, 2021, and to each registered security issued and outstanding before January 4, 2021, for which the registrant had prior to that date provided the financial statements specified in§210.3-16.

(a) For each security subject to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, and for each security the offer and sale of which is being registered under the Securities Act of 1933, that is collateralized by a security of the registrant's affiliate or affiliates, provide the following disclosures to the extent material:

(1) A description of the securities pledged as collateral and the affiliates whose securities are pledged as collateral;

(2) A description of the terms and conditions of the collateral arrangement, including the events or circumstances that would require delivery of the collateral;

(3) A description of the trading market for the affiliate's security pledged as collateral or a statement that there is no market;

(4) Summarized financial information as specified in§210.1-02(bb)(1) of each affiliate whose securities are pledged as collateral as follows, with an accompanying note that briefly describes the basis of presentation:

(i) The summarized financial information of each such affiliate consolidated in the registrant's financial statements may be presented on a combined basis;

(ii) Intercompany balances and transactions between affiliates whose summarized financial information is presented on a combined basis shall be eliminated;

(iii) An affiliate's amounts due from, amounts due to, and transactions with any of the following shall be presented in separate line items:

(A) The registrant;

(B) Any of the registrant's subsidiaries not included in the summarized financial information of the affiliate(s); and

(C) Related parties;

(iv) If the information provided in response to the requirements of this section (e.g., the trading market for the affiliate's security pledged as collateral or a statement that there is no market) is applicable to one or more, but not all, affiliates, separately disclose the summarized financial information applicable to those affiliates. In limited circumstances (i.e., where the separate financial information applicable to those affiliates can be easily explained and understood),

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

narrative disclosure may be provided in lieu of the separate summarized financial information otherwise required by this paragraph (a)(4)(iv);

(v) Disclose this summarized financial information as of and for the most recently ended fiscal year and year-to-date interim period included in the registrant's consolidated financial statements; and

(vi) Notwithstanding that a registrant may omit this summarized financial information if not material, it may also be omitted if one of the following in paragraph (a)(4)(vi)(A) or (B) of this section is true and disclosed. However, paragraph (a)(4)(vi)(A) does not apply if separate disclosure of summarized financial information applicable to one or more, but not all, affiliates is required by paragraph (a)(4)(iv) of this section:

(A) The assets, liabilities and results of operations of the combined affiliates whose securities are pledged as collateral are not materially different than the corresponding amounts presented in the consolidated financial statements of the registrant; or

(B) The combined affiliates whose securities are pledged as collateral have no material assets, liabilities or results of operations;

(5) In a Securities Act registration statement filed in connection with the offer and sale of the collateralized security, if the registrant acquired a significant business after the date of the registrant's most recent balance sheet included in its consolidated financial statements and the acquired business, one or more of the acquired business's subsidiaries, or the acquired business and one or more of its subsidiaries are affiliates whose securities collateralize the registrant's collateralized security, disclose pre-acquisition summarized financial information as specified in paragraph (a)(4) of this section for each such affiliate. The acquired business is significant if it meets any of the conditions specified in the definition of significant subsidiary in§210.1-02(w), substituting 20 percent for 10 percent each place it appears therein, based on a comparison of the most recent annual financial statements of the acquired business and the registrant's most recent annual consolidated financial statements filed at or prior to the date of acquisition. The determination of whether a business has been acquired shall be made in accordance with the guidance set forth in§210.11-01(d). Acquisitions of a group of related businesses shall be treated as if they are a single business acquisition for purposes of this comparison. The determination of whether a group of businesses are related shall be made in a manner consistent with§210.3-05(a)(3);

(6) Any financial and narrative information about each such affiliate if the information would be material for investors to evaluate the pledge of the affiliate's securities as collateral; and

(7) Sufficient information so as to make the financial and non-financial information presented not misleading.

(b) The registrant may elect to provide the disclosures required by this section in a footnote to its consolidated financial statements or alternatively, in management's discussion and analysis of financial condition and results of operations described in§229.303 (Item 303 of Regulation S-K) of this chapter. If not otherwise included in the consolidated financial statements or in management's discussion and analysis of financial condition and results of operations, the registrant must include the disclosures in its prospectus immediately following"Risk Factors," if any, or otherwise, immediately following pricing information described in§229.105 (Item 105 of Regulation S-K) of this chapter.

[85 FR 22001, Apr. 20, 2020]

**> SEC Staff Guidance**
**> > Staff Accounting Bulletins**

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**> > > SAB Topic 4.A, Subordinated Debt**
**S99-2** The following is the text of SAB Topic 4.A, Subordinated Debt.

Facts: Company E proposes to include in its registration statement a balance sheet showing its subordinate debt as a portion of stockholders' equity.

Question: Is this presentation appropriate?

Interpretive Response: Subordinated debt may not be included in the stockholders' equity section of the balance sheet. Any presentation describing such debt as a component of stockholders' equity must be eliminated. Furthermore, any caption representing the combination of stockholders' equity and only subordinated debts must be deleted.

**> > > SAB Topic 6.H.2, Classification of Short-term Obligations—Debt Related to Long-Term Projects**
**S99-3** The following is the text of SAB Topic 6.H.2, Classification of Short-term Obligations—Debt Related to Long-Term Projects.

Facts: Companies engaging in significant long-term construction programs frequently arrange for revolving cover loans which extend until the completion of long-term construction projects. Such revolving cover loans are typically arranged with substantial financial institutions and typically have the following characteristics:

1. A firm long-term mortgage commitment is obtained for each project.

2. Interest rates and terms are in line with the company's normal borrowing arrangements.

3. Amounts are equal to the expected full mortgage amount of all projects.

4. The company may draw down funds at its option up to the maximum amount of the agreement.

5. The company uses short-term interim construction financing (commercial paper, bank loans, etc.) against the revolving cover loan. Such indebtedness is rolled over or drawn down on the revolving cover loan at the company's option. The company typically has regular bank lines of credit, but these generally are not legally enforceable.

Question: Under FASB ASC Subtopic 470-10 : 📄, Debt—Overall, will the classification of loans such as described above as long-term be acceptable?

Interpretive Response: Where such conditions exist providing for a firm commitment throughout the construction program as well as a firm commitment for permanent mortgage financing, and where there are no contingencies other than the completion of construction, the guideline criteria are met and the borrowing under such a program should be classified as long-term with appropriate disclosure.

**> > Comments Made by SEC Observer at Emerging Issues Task Force (EITF) Meetings**
**> > > SEC Observer Comment: Classification of Subsidiary's Loan Payable in Consolidated Balance Sheet when Subsidiary's and Parent's Fiscal Years Differ**
**S99-4** The following is the text of SEC Observer Comment: Classification of Subsidiary's Loan Payable in Consolidated Balance Sheet when Subsidiary's and Parent's Fiscal Years Differ.

Issues periodically occur related to classification of a subsidiary's loan payable in a consolidated balance sheet when the subsidiary's and parent's fiscal years differ. For example, assume that a consolidated balance sheet prepared as of February 29, 1988, comprised of the parent company's balance sheet as of that date and the subsidiary's balance sheet as of December 31, 1987. The subsidiary's balance sheet

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

included a material loan payable to a bank due January 31, 1989. The SEC staff would expect the debt in this case to be classified as current because to do otherwise would result in a material misclassification.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-20-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Beneficial Conversion Feature | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Contingently Convertible Instruments | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Convertible Security | Added | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| Debt | Superseded | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| Firm Commitment (2nd def.) | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Issued, Issuance, or Issuing of an Equity Instrument | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Not-for-Profit Entity | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Probable | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
| Public Business Entity | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Public Entity (2nd def.) | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Security (2nd def.) | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| Troubled Debt Restructuring | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-1 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-20-05-1 : | Amended | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
|---|---|---|---|
| 470-20-05-1A : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-4 through 05-7 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-5 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-05-6 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-05-7A : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-8 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-8A : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-9 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-12 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-05-12A through 05-12C : | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
| 470-20-05-13 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-10-1 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-10-2 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-15-2 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-15-2 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-20-15-2 : | Amended | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
| 470-20-15-2A through 2D : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-15-3 through 15-6 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-25-1 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | | | |
|---|---|---|---|
| 470-20-25-1 : 🗋 | Amended | Accounting Standards Update No. 2009-15 : 🗋 | 10/13/2009 |
| 470-20-25-2 : 🗋 | Amended | Accounting Standards Update No. 2016-19 : 🗋 | 12/14/2016 |
| 470-20-25-4 through 25-11 : 🗋 | Superseded | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-25-4 : 🗋 | Amended | Accounting Standards Update No. 2012-04 : 🗋 | 10/01/2012 |
| 470-20-25-11 : 🗋 | Amended | Accounting Standards Update No. 2016-19 : 🗋 | 12/14/2016 |
| 470-20-25-11 : 🗋 | Amended | Accounting Standards Update No. 2012-04 : 🗋 | 10/01/2012 |
| 470-20-25-12 : 🗋 | Amended | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-25-13 : 🗋 | Amended | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-25-14 : 🗋 | Added | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-25-15 : 🗋 | Added | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-25-16 through 25-20 : 🗋 | Superseded | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-25-18 : 🗋 | Amended | Maintenance Update 2017-06 📄 109134015.pdf | 04/07/2017 |
| 470-20-25-20A : 🗋 | Added | Accounting Standards Update No. 2009-15 : 🗋 | 10/13/2009 |
| 470-20-25-21 through 25-27 : 🗋 | Superseded | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-30-1 : 🗋 | Amended | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-30-2 : 🗋 | Amended | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-30-2 : 🗋 | Amended | Accounting Standards Update No. 2016-19 : 🗋 | 12/14/2016 |
| 470-20-30-3 through 30-26 : 🗋 | Superseded | Accounting Standards Update No. 2020-06 : 🗋 | 08/05/2020 |
| 470-20-30-22 : 🗋 | Amended | Accounting Standards Update No. 2019-08 : 🗋 | 11/11/2019 |
| 470-20-30-22 through 30-25 : 🗋 | Amended | Accounting Standards Update No. 2018-07 : 🗋 | 06/20/2018 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-20-30-26A : | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
|---|---|---|---|
| 470-20-30-27 through 30-31 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-35-1 through 35-5 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-35-4 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-35-6 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-35-7 through 35-10 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-35-7 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-20-35-7 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-35-11 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-35-11A : | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
| 470-20-35-12 through 35-20 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-1 through 40-3 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-4 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-4 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-20-40-4A : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-5 through 40-7 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-11 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-13 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-16 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-40-18 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-20-40-19 through 40-26 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
|---|---|---|---|
| 470-20-45-1 : | Superseded | Accounting Standards Update No. 2015-01 : | 01/09/2015 |
| 470-20-45-1A : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-45-1B : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-45-2 : | Superseded | Accounting Standards Update No. 2015-01 : | 01/09/2015 |
| 470-20-45-2A : | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
| 470-20-45-3 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-45-3 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-50-1 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-50-1A through 50-1I : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-50-2A through 50-2C : | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |
| 470-20-50-3 through 50-6 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-55-1 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-10-55-1 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-55-1A : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-55-1B : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-10-55-3 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-10-55-4 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-20-55-5 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-10-55-6 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-20-55-10 through 55-17 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
|---|---|---|---|
| 470-20-55-18 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-55-19 : | Amended | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-55-19A through 55-66 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-55-28 : | Amended | Maintenance Update 2016-05 81483571.pdf | 04/12/2016 |
| 470-20-55-30 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-20-55-69A through 55-69F : | Added | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-55-69 through 55-82 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-20-65-3 : | Added | Accounting Standards Update No. 2009-15 : | 10/13/2009 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-05 Overview and Background - General

[Click to open document in a browser](#)

# General

**05-1** This Subtopic provides accounting and reporting guidance for debt (and certain preferred stock) with specific conversion features and other options as follows:

    a. Debt instruments with detachable warrants

    b. Convertible securities—general

    c. Beneficial conversion features

    d. Interest forfeiture

    e. Induced conversions

    f. Conversion upon issuer's exercise of call option

    g. Convertible instruments issued to nonemployees for goods and services

    h. Own-share lending arrangements issued in contemplation of convertible debt issuance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗋

This Subtopic provides accounting and reporting guidance for debt (and certain preferred stock) with specific conversion features and other options as follows:

    a. Debt instruments with detachable warrants

    b. Convertibledebt instruments

    c. Subparagraph superseded by Accounting Standards Update No. 2020-06 : 🗋

    d. Interest forfeiture

    e. Induced conversions

    f. Conversion upon issuer's exercise of call option

    g. Subparagraph superseded by Accounting Standards Update No. 2020-06 : 🗋

    h. Own-share lending arrangements issued in contemplation of convertible debt issuanceor other financing.

**05-1A** This Subtopic presents guidance in the following two Subsections:

    a. General

    b. Cash Conversion.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗋

---

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

Paragraph superseded by Accounting Standards Update No. 2020-06 :

### > Debt Instruments with Detachable Warrants

**05-2**Unlike convertible debt, debt with detachable warrants (detachable call options) to purchase stock is usually issued with the expectation that the debt will be repaid when it matures.The provisions of the debt agreement are usually more restrictive on the issuer and more protective of the investor than those for convertible debt.The terms of the warrants are influenced by the desire for a successful debt financing. Detachable warrants often trade separately from the debt instrument.Thus, the two elements of the security exist independently and may be treated as separate securities.

**05-3** From the point of view of the issuer, the sale of a debt security with warrants results in a lower cash interest cost than would otherwise be possible or permits financing not otherwise practicable.The issuer usually cannot force the holders of the warrants to exercise them and purchase the stock.The issuer may, however, be required to issue shares of stock at some future date at a price lower than the market price existing at that time, as is true in the case of the conversion option of convertible debt.Under different conditions the warrants may expire

without exercise.The outcome of the warrant feature thus cannot be determined at **time of issuance** .In either case the debt must generally be paid at maturity or earlier redemption date whether or not the warrants are exercised.

### > Convertible Securities—General

**05-4**A convertible debt security is a complex hybrid instrument bearing an option, the alternative choices of which cannot exist independently of one another.The holder ordinarily does not sell one right and retain the other.Furthermore, the two choices are mutually exclusive; they cannot both be consummated.Thus, the security will either be converted into common stock or be redeemed for cash.The holder cannot exercise the option to convert unless he forgoes the right to redemption, and vice versa.

### Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: The content of paragraph 470-20-05-4 will change upon transition, together with a change in the heading noted below. |
| >**Convertible Debt Instruments** |

A convertible debtinstrumentis a complex hybrid instrument bearing an option, the alternative choices of which cannot exist independently of one another.The holder ordinarily does not sell one right and retain the other.Furthermore, the two choices are mutually exclusive; they cannot both be consummated.Thus, theinstrumentwill either be converted or be redeemed.The holder cannot exercise the option to convert unless he forgoes the right to redemption, and vice versa.

**05-5** Convertible debt may offer advantages to both the issuer and the purchaser.From the point of view of the issuer, convertible debt has a lower interest rate than does nonconvertible debt.Furthermore, the issuer of convertible debt securities, in planning its long-range financing, may view convertible debt as essentially a

means of raising equity capital.Thus, if the **fair value** of the underlying common stock increases sufficiently in the future, the issuer can force conversion of the convertible debt into common stock by calling the issue for redemption.Under these market conditions, the issuer can effectively terminate the conversion option and eliminate the debt.If the fair value of the stock does not increase sufficiently to result in conversion of the debt, the issuer will have received the benefit of the cash proceeds to the scheduled maturity dates at a relatively low cash interest cost.

### Pending Content

---

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

A convertible debt instrumentmay offer advantages to both the issuer and the purchaser.From the point of view of the issuer, convertible debt has a lower interest rate than does nonconvertible debt.Furthermore, the issuer of convertible debtinstruments,in planning its long-range financing, may view convertible debt as essentially a

means of raising equity capital.Thus, if the **fair value** of the underlying common stock increases sufficiently in the future, the issuer can force conversion of the convertible debt into common stock by calling the issue for redemption.Under these market conditions, the issuer can effectively terminate the conversion option and eliminate the debt.If the fair value of the stock does not increase sufficiently to result in conversion of the debt, the issuer will have received the benefit of the cash proceeds to the scheduled maturity dates at a relatively low cash interest cost.

**05-6**On the other hand, the purchaser obtains an option to receive either the face or redemption amount of the security or the number of common shares into which the security is convertible.If the fair value of the underlying common stock increases above the conversion price, the purchaser (either through conversion or through holding the convertible debt containing the conversion option) benefits through appreciation.The purchaser may at that time require the issuance of the common stock at a price lower than the fair value.However, should the fair value of the underlying common stock not increase in the future, the purchaser has the protection of a debt security.Thus, in the absence of default by the issuer, the purchaser would receive the principal and interest if the conversion option is not exercised.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

On the other hand, the purchaser obtains an option to receive either the face or redemption amount of theinstrumentor the number of common shares into which theinstrumentis convertible.If the fair value of the underlying common stock increases above the conversion price, the purchaser (either through conversion or through holding the convertible debt containing the conversion option) benefits through appreciation.The purchaser may at that time require the issuance of the common stock at a price lower than the fair value.However, should the fair value of the underlying common stock not increase in the future, the purchaser has the protection of a debt security.Thus, in the absence of default by the issuer, the purchaser would receive the principal and interest if the conversion option is not exercised.

**> Beneficial Conversion Features**

**05-7** Entities may issue convertible debt securities and convertible preferred stock with a **beneficial conversion feature** .Those instruments may be convertible into common stock at the lower of a conversion rate fixed at the commitment date or a fixed discount to the market price of the common stock at the date of conversion.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: The content of 470-20-05-7 will change upon transition, together with deletion of its heading: |
|---|
| >**Beneficial Conversion Features** |

Entities may issue convertible debtinstruments thatmay be convertible into common stock at the lower of a

conversion rate fixed at **time of issuance** anda fixed discount to the market price of the common stock at the date of conversion.

**05-7A**

**Pending Content**

---

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Entities also may issue convertible debt instruments that, by their stated terms, may be settled in cash (or other assets) upon conversion, including partial cash settlement.

**05-8**Certain convertible instruments may have a contingently adjustable conversion ratio; that is, a conversion price that is variable based on future events such as any of the following:

    a. A liquidation or a change in control of the entity

    b. A subsequent round of financing at a price lower than the convertible instrument's original conversion price

    c. An initial public offering at a share price lower than an agreed-upon amount.

### Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Certain convertibledebtinstruments may have a contingently adjustable conversion ratio; that is, a conversion price that is variable based on future events such as any of the following:

    a. A liquidation or a change in control of an entity

    b. A subsequent round of financing at a price lower than the **convertible security 's** original conversion price

    c. An initial public offering at a share price lower than an agreed-upon amount.

**05-8A**

### Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Certain convertible debt instruments may become convertible only upon the occurrence of a future event that is outside the control of the issuer or holder.

### > Interest Forfeiture
**05-9**When a convertible debt instrument is converted to equity securities, sometimes the terms of conversion provide that any accrued but unpaid interest at the date of conversion is forfeited by the former debt holder.This occurs either because the conversion date falls between interest payment dates or because there are no interest payment dates (a zero coupon convertible instrument).

### Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

When a convertible debt instrument is converted to equity securities, sometimes the terms of conversion provide that any accrued but unpaid interest at the date of conversion is forfeited by the former debt holder.This occurs either because the conversion date falls between interest payment dates or because there are no interest payment dates (a zero coupon convertible debt instrument).

### > Induced Conversions
**05-10**Some convertible debt instruments include provisions allowing the debtor to alter terms of the debt to the benefit of debt holders.In some circumstances, conversion privileges for a convertible debt instrument are changed or additional consideration is paid to debt holders for the purpose of inducing prompt conversion of the debt to equity securities (sometimes referred to as a convertible debt sweetener).Such provisions may be

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

general in nature, permitting the debtor or trustee to take actions to protect the interests of the debt holders, or they may be specific, for example, specifically authorizing the debtor to temporarily reduce the conversion price for the purpose of inducing conversion.

**> Conversion Upon Issuer's Exercise of Call Option**

**05-11** An entity may issue equity securities to settle a debt instrument that was not otherwise currently convertible but became convertible upon the issuer's exercise of a call option when the issuance of equity securities is pursuant to the instrument's original conversion terms.This Subtopic provides related guidance.

**> Convertible Instruments Issued to Nonemployees for Goods and Services**

**05-12** A convertible instrument that is issued to a nonemployee in exchange for goods or services or a combination of goods or services and cash andmay contain a nondetachable conversion option that permits the holder to convert the instrument into the issuer's stock.This Subtopic provides related guidance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: Paragraph 470-20-05-12 will be superseded upon transition, together with its heading: |
|---|
| >**Convertible Instruments Issued to Nonemployees for Goods and Services** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Own-Share Lending Arrangements Issued in Contemplation of Convertible Debt Issuance or Other Financing**

**05-12A**An entity for which the cost to an investment banking firm (investment bank) or third-party investors (investors) of borrowing its shares is prohibitive (for example, due to a lack of liquidity or extensive open short positions in the shares) may enter into share-lending arrangements that are executed separately but in connection with a convertible debt offering. Although the convertible debt instrument is ultimately sold to investors, the share-lending arrangement is an agreement between the entity (share lender) and an investment bank (share borrower) and is intended to facilitate the ability of the investors to hedge the conversion option in the entity's convertible debt.

**05-12B**The terms of a share-lending arrangement require the entity to issue shares (loaned shares) to the investment bank in exchange for a nominal loan processing fee. Although the loaned shares are legally outstanding, the nominal loan processing fee is typically equal to the par value of the common stock, which is significantly less than the fair value of the loaned shares or the share-lending arrangement. Generally, upon maturity or conversion of the convertible debt, the investment bank is required to return the loaned shares to the entity for no additional consideration.

**05-12C**Other terms of a share-lending arrangement typically require the investment bank to reimburse the entity for any dividends paid on the loaned shares. Typically, the arrangement precludes the investment bank from voting on any matters submitted to a vote of the entity's shareholders to the extent the investment bank is the owner of the shares.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-05 Overview and Background - Cash Conversion

Click to open document in a browser

# Cash Conversion

**05-13** The Cash Conversion Subsections address certain convertible debt instruments that may be settled in cash upon conversion as specified in paragraph 470-20-15-3 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-20-10 Objectives - Cash Conversion

Click to open document in a browser

# Cash Conversion

**10-1**The objective of the guidance in the Cash Conversion Subsections is that the accounting for a convertible debt instrument within the scope of those Subsections reflect the entity's nonconvertible debt borrowing rate when interest cost is recognized in subsequent periods.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Disclosure Objectives**

**10-2**The disclosure requirements of the Cash Conversion Subsections are intended to provide users of financial statements with both:

   a. Information about the terms of convertible debt instruments within the scope of those Subsections

   b. An understanding of how those instruments have been reflected in the issuer's statement of financial position and statement of financial performance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-10-2 will be superseded upon transition, together with its heading: |
| >**Disclosure Objectives** |

   a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

# 470-20-15 Scope and Scope Exceptions - General

Click to open document in a browser

## General

**> Entities**

**15-1** The guidance in this Subtopic applies to all entities.

**> Instruments**

**15-2** The guidance in this Subtopic applies to all debt instruments. The guidance on **beneficial conversion features** and conversion features that reset applies also to convertible preferred stock.The guidance in the General Subsections does not apply to those instruments within the scope of the Cash Conversion Subsections.The guidance on own-share lending arrangements applies to an equity-classified share-lending arrangement on an entity's own shares when executed in contemplation of a convertible debt offering or other financing.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The guidance in this Subtopic applies to all debt instruments.The guidance on own-share lending arrangements applies to an equity-classified share-lending arrangement on an entity's own shares when executed in contemplation of a convertible debt offering or other financing.

**15-2A**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The guidance on convertible debt instruments in this Subtopic shall be considered after considering the guidance in the Fair Value Option Subsections of Subtopic 825-10 : on financial instruments.

**15-2B**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The guidance on convertible debt instruments in this Subtopic shall be considered after considering the guidance in Subtopic 815-15 : on bifurcation of embedded derivatives for an embedded conversion option or other embedded feature (for example, an embedded prepayment option) as applicable (see paragraph 815-15-55-76A : ). The relevant guidance in this Subtopic does not affect an issuer's determination under

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.
©2023 Wolters Kluwer. All rights reserved.
Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm
https://www.accountingresearchmanager.com/q/1bffv***

Subtopic 815-15 : ⬚of whether an embedded conversion option or other embedded feature shall be separately accounted for as a derivative instrument.

**15-2C**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023 |* **Transition Guidance:**815-40-65-1 : ⬚

The guidance in this Subtopic does not apply to a convertible debt instrument award issued to a grantee that is

subject to the guidance in Topic 718 : ⬚on stock compensation unless the instrument is modified as described in and no longer subject to the guidance in that Topic. The guidance in this Subtopic does not apply to stock-

settled debt that is subject to the guidance in Subtopic 480-10 : ⬚on distinguishing liabilities from equity or

other Subtopics (see paragraph 470-20-25-14 : ⬚), unless the stock-settled debt also contains a substantive

conversion feature (as discussed in paragraphs 470-20-40-7 through 40-10 : ⬚) for which all relevant guidance in this Subtopic shall be considered in addition to the relevant guidance in other Subtopics.

**15-2D**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023 |* **Transition Guidance:**815-40-65-1 : ⬚

For purposes of determining whether an instrument is within the scope of this Subtopic,a convertible preferred stock shall be considered a convertible debt instrumentif it has both of the following characteristics:

a. It is a mandatorily redeemable financial instrument.

b. It is classified as a liability under Subtopic 480-10 : ⬚.

For related implementation guidance, see paragraph 470-20-55-1A : ⬚.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-20-15 Scope and Scope Exceptions - Cash Conversion

Click to open document in a browser

# Cash Conversion

### > Overall Guidance

**15-3** The Cash Conversion Subsections follow the same Scope and Scope Exceptions as outlined in the General Subsection of this Section, with specific instrument qualifications and exceptions and other considerations noted below.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: Paragraph 470-20-15-3 will be superseded upon transition, together with its heading: |
| >**Overall Guidance** |

   a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

### > Instruments

**15-4**The guidance in this Section shall be considered after consideration of the guidance in Subtopic 815-15 :

on bifurcation of embedded derivatives, as applicable (see paragraph 815-15-55-76A : ).The guidance in the Cash Conversion Subsections applies only to convertible debt instruments that, by their stated terms, may be settled in cash (or other assets) upon conversion, including partial cash settlement, unless the embedded conversion option is required to be separately accounted for as a derivative instrument under Subtopic 815-15 :

.The guidance in the Cash Conversion Subsections does not affect an issuer's determination under Subtopic 815-15 of whether an embedded feature shall be separately accounted for as a derivative instrument.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: Paragraph 470-20-15-4 will be superseded upon transition, together with its heading: |
| >**Instruments** |

   a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**15-5** The Cash Conversion Subsections do not apply to any of the following instruments:

   a. A convertible preferred share that is classified in equity or temporary equity.

   b. A convertible debt instrument that requires or permits settlement in cash (or other assets) upon conversion only in specific circumstances in which the holders of the underlying shares also would receive the same form of consideration in exchange for their shares.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

c. A convertible debt instrument that requires an issuer's obligation to provide consideration for a fractional share upon conversion to be settled in cash but that does not otherwise require or permit settlement in cash (or other assets) upon conversion.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Other Considerations**

**15-6** For purposes of determining whether an instrument is within the scope of the Cash Conversion Subsections,a convertible preferred share shall be considered a convertible debt instrumentif it has both of the following characteristics:

a. It is a mandatorily redeemable financial instrument.

b. It is classified as a liability under Subtopic 480-10 : .

For related implementation guidance, see paragraph 470-20-55-70 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-15-6 will be superseded upon transition, together with its heading: |
| >**Other Considerations** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470 - 20 - 20 Glossary

[Click to open document in a browser](#)

## 470 - Debt | 20 - Debt with Conversion and Other Options | 20 - Glossary

General Note for 20 Glossary :

Beneficial Conversion Feature :

Contingently Convertible Instruments :

Convertible Security :

Fair Value :

Firm Commitment :

Issued, Issuance, or Issuing of an Equity Instrument :

Market Participants :

Not-for-Profit Entity :

Orderly Transaction :

Probable :

Public Business Entity :

Public Entity :

Reasonably Possible :

Related Parties :

Security :

Substantive Conversion Feature :

Time of Issuance :

Troubled Debt Restructuring :

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-20-25 Recognition - General

[Click to open document in a browser](#)

# General

### > Overall

**25-1** The guidance in this Section shall be considered after consideration of the guidance in the Fair Value

Options Subsections of Subtopic 825-10 : and the guidance in Subtopic 815-15 : on bifurcation of embedded derivatives, as applicable. The guidance in this Section is organized as follows:

>     a. Debt instruments with detachable warrants
>
>     b. Beneficial conversion features
>
>     c. Conversion features that reset
>
>     d. Conversion features that are not beneficial
>
>     e. Convertible instruments issued to nonemployees for goods and services
>
>     f. Own-share lending arrangements issued in contemplation of convertible debt issuance.

### Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The guidance in this Section shall be considered after consideration of the guidance in the Fair Value Option

Subsections of Subtopic 825-10 : on financial instruments and the guidance in Subtopic 815-15 : on bifurcation of embedded derivatives, as applicable. The guidance in this Section is organized as follows:

>     a. Debt instruments with detachable warrants
>
>     b. Subparagraph superseded by Accounting Standards Update No. 2020-06 :
>
>     c. Subparagraph superseded by Accounting Standards Update No. 2020-06 :
>
>     d. Convertible debt instruments
>
>     e. Subparagraph superseded by Accounting Standards Update No. 2020-06 :
>
>     f. Own-share lending arrangements issued in contemplation of convertible debt issuance.

### > Debt Instruments with Detachable Warrants

**25-2** Proceeds from the sale of a debt instrument with stock purchase warrants (detachable call options) shall

be allocated to the two elementsbased on the relative **fair values** of the debt instrument without the warrants

and of the warrants themselves at **time of issuance** .The portion of the proceeds so allocated to the warrants shall be accounted for as paid-in capital.The remainder of the proceeds shall be allocated to the debt instrument

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

portion of the transaction.This usually results in a discount (or, occasionally, a reduced premium),which shall be accounted for under Topic 835 : .

**25-3**The same accounting treatment applies to issues of debt instruments (issued with detachable warrants) that may be surrendered in settlement of the exercise price of the warrant.However, if stock purchase warrants are not detachable from the debt instrument and the debt instrument must be surrendered to exercise the warrant, the two instruments taken together are substantially equivalent to a convertible debt instrument and the accounting specified in paragraph 470-20-25-12 : shall apply.

**> Beneficial Conversion Features**

**25-4**The guidance in the following paragraph and paragraph 470-20-25-6 : applies to all of the following instrumentsif the instrument is not within the scope of the Cash Conversion Subsections:

a.  **Convertible securities** with beneficial conversion features thatmust be settled in stock

b. Convertible securities with beneficial conversion features that givethe issuer a choice of settling the obligation in either stock or cash

c. Instruments with beneficial conversion features that are convertible into multiple instruments, for example, a convertible preferred stock that is convertible into common stock and detachable warrants

d. Instruments with conversion features that are not beneficial at the commitment date (see paragraphs 470-20-30-9 through 30-12 : ) but that become beneficial upon the occurrence of a future event, such as an initial public offering.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-25-4 will be superseded upon transition, together with its heading:<br>>**Beneficial Conversion Features** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**25-5** An embedded beneficial conversion feature present in a convertible instrumentshall be recognized separately at issuance by allocating a portion of the proceeds equal to the intrinsic value of that feature to additional paid-in capital.Paragraph 470-20-30-4 : provides guidance on measuring intrinsic value that applies to both the determination of whether an embedded conversion feature is beneficial and the allocation of proceeds.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**25-6**A contingent beneficial conversion feature shall be measured using the commitment date stock price (see paragraphs 470-20-30-9 through 30-12 : ) but, as discussed in paragraph 470-20-35-3 : , shall not be recognized in earnings until the contingency is resolved.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**25-7** For the application of Topic 740 : 🗎 to beneficial conversion features that result in basis differences, see paragraph 740-10-55-51 : 🗎.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗎

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**> Conversion Features that Reset**

**25-8** If a convertible instrument has a conversion option that continuously resets as the underlying stock price increases or decreases so as to provide a fixed value of common stock to the holder at any conversion date, the convertible instrument shall be considered stock-settled debt and the contingent beneficial conversion option provisions of this Subtopic would not apply when those resets subsequently occur.However, the guidance in paragraph 470-20-25-5 : applies to the initial recognition of such a convertible instrument, including any initial active beneficial conversion feature.Example 4 (see paragraph 470-20-55-18 : 🗎) illustrates application of the guidance in this paragraph.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗎

| **Editor's Note**: Paragraph 470-20-25-8 will be superseded upon transition, together with its heading: |
| --- |
| >**Conversion Features that Reset** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**25-9** For guidance on a contingent conversion feature that will reduce (reset) the conversion price if the fair value of the underlying stock declines after the commitment date to or below a specified price, see paragraph 470-20-35-4 : 🗎.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗎

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**> Conversion Features That Are Not Beneficial**

**25-10** The guidance in paragraph 470-20-25-12 : addresses debt instruments that have both of the following characteristics:

a. The debt instrument is convertible into common stock of the issuer or an affiliated entity at a specified price at the option of the holder.

b. The debt instrument is sold at a price or has a value at issuance not significantly in excess of the face amount.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗎

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

> **Editor's Note**: Paragraph 470-20-25-10 will be superseded upon transition, together with a change in the heading noted below:
>
> >**Convertible Debt Instruments**

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**25-11**The terms of convertible debt instruments addressed by the guidance in the following paragraph generally include all of the following:

a. An interest rate that is lower than the issuer could establish for nonconvertible debt

b. An initial conversion price that is greater than the fair value of the common stock at time of issuance

c. A conversion price that does not decrease except pursuant to antidilution provisions.

In most circumstances, convertible debt instruments also are callable at the option of the issuer and are subordinated to nonconvertible debt.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**25-12**No portion of the proceeds from the issuance of the types of convertible debt instruments described in the preceding two paragraphs shall be accounted for as attributable to the conversion feature.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

A debt with an embedded conversion feature shall be accounted for in its entirety as a liability and no portion of the proceeds from the issuance of the convertible debt instrumentshall be accounted for as attributable to the conversion featureunless the conversion feature is required to be accounted for separately as an embedded derivative under Subtopic 815-15 : or the conversion feature results in a premium that is subject to the guidance in paragraph 470-20-25-13 : .

**25-13**It is not practicable in paragraph 470-20-25-11 : to discuss all possible types of debt instruments with conversion features, debt instruments issued with stock purchase warrants, or debt instruments with a combination of such features.Instruments not explicitly discussed in that paragraph shall be dealt with in accordance with the substance of the transaction.For example, if a convertible debt instrument is issued at a substantial premium, there is a presumption that such premium represents paid-in capital.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

If a convertible debt instrument is issued at a substantial premium, there is a presumption that such premium represents paid-in capital.

**25-14** Paragraph Not Used :

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

If a debt instrument has a conversion option that continuously resets as the underlying stock price increases or decreases so as to provide a fixed value of common stock to the holder at any conversion date, the instrument shall be considered stock-settled debtthat is subject to the guidance in Subtopic 480-10 : or other Subtopics

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

(such as Subtopic 718-10 : 🗋, 815-15 : 🗋, or 825-10 : 🗋).Example 4 (see paragraph 470-20-55-18 : 🗋) illustrates application of the guidance in this paragraph.

**25-15** Paragraph Not Used : 🗋

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗋

If the issuance transaction for a convertible debt instrument within the scope of this Subtopic includes other unstated (or stated) rights or privileges in addition to the convertible debt instrument, a portion of the initial proceeds shall be attributed to those rights and privileges based on the guidance in other applicable U.S. generally accepted accounting principles (GAAP).

**25-16**The guidance in paragraphs 470-20-25-10 through 25-15 : only addresses the accounting at issuance for convertible debt instruments and does not address accounting for changes to convertible debt instruments after issuance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗋

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗋

**> Convertible Instruments Issued to Nonemployees for Goods and Services**
**25-17**The guidance in the following paragraph and paragraph 470-20-25-19 : addresses a convertible instrument that is issued or granted to a nonemployee in exchange for goods or services or a combination of goods or services and cash.The convertible instrument contains a nondetachable conversion option that permits the holder to convert the instrument into the issuer's stock.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗋

| **Editor's Note**: Paragraph 470-20-25-17 will be superseded upon transition, together with its heading: |
| :--- |
| >**Convertible Instruments Issued to Nonemployees for Goods and Services** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗋

**25-18** Once the instrument is considered **issued** 🗋 for accounting purposes pursuant to Subtopic 718-10 :

🗋, distributions paid or payable shall be characterized as financing costs(that is, interest expense or dividends).Before that time, distributions paid or payable under the instrument shall be characterized as a cost of the underlying goods or services.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 🗋

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗋

**25-19**If the convertible instrument is issued for cash proceeds that indicate that the instrument includes a beneficial conversion featureand the purchaser of the instrument also provides (receives) goods or services to (from) the issuer that are the subject of a separate contract,the convertible instrument shall be recognized with a corresponding increase or decrease in the purchase or sales price of the goods or services.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Contingent Conversion Options**
**25-20** Changes to the conversion terms that would be triggered by future events not controlled by the issuer shall be accounted for as contingent conversion options, and the intrinsic value of such conversion options shall not be recognized until and unless the triggering event occurs.The term*recognized*is used to mean that the calculated intrinsic value is recorded in equity with a corresponding discount to the convertible instrument.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-25-20 will be superseded upon transition, together with its heading: |
| >**Contingent Conversion Options** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Own-Share Lending Arrangements Issued in Contemplation of Convertible Debt Issuance**
**25-20A**At the date of issuance, a share-lending arrangement entered into on an entity's own shares in contemplation of a convertible debt offering or other financing shall be measured at fair value (in accordance with

Topic 820 : ) and recognized as an issuance cost, with an offset to additional paid-in capital in the financial statements of the entity.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-25 Recognition - Cash Conversion

[Click to open document in a browser](#)

# Cash Conversion

### > Fair Value Option

**25-21**Paragraph 825-10-15-5(f) : states that no entity may elect the fair value option forfinancial instruments that are, in whole or in part, classified by the issuer as a component of shareholder's equity (including temporary equity)(for example, a convertible debt instrument within the scope of the Cash Conversion Subsections ora convertible debt security with a noncontingent beneficial conversion feature).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| Editor's Note: Paragraph 470-20-25-21 will be superseded upon transition, together with its heading: |
| :--- |
| >**Fair Value Option** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

### > Liability and Equity Components

**25-22**The liability and equity components of a convertible debt instrument within the scope of the Cash Conversion Subsections shall be accounted for separately.Recognition of a convertible debt instrument within

the scope of the Cash Conversion Subsections is not addressed by paragraph 470-20-25-12 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| Editor's Note: Paragraph 470-20-25-22 will be superseded upon transition, together with its heading: |
| :--- |
| >**Liability and Equity Components** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**25-23**The issuer of a convertible debt instrument within the scope of the Cash Conversion Subsections shall do both of the following:

    a. First, determine the carrying amount of the liability component in accordance with the guidance in

    paragraph 470-20-30-27 : .

    b. Second, determine the carrying amount of the equity component represented by the embedded

    conversion option in accordance with the guidance in paragraph 470-20-30-28 : .

**Pending Content**

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**25-24**If the issuance transaction for a convertible debt instrument within the scope of the Cash Conversion Subsections includes other unstated (or stated) rights or privileges in addition to the convertible debt instrument, a portion of the initial proceeds shall be attributed to those rights and privileges based on the guidance in other applicable U.S. generally accepted accounting principles (GAAP).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**25-25**If a convertible debt instrument within the scope of the Cash Conversion Subsections contains embedded features other than the embedded conversion option (for example, an embedded prepayment option), the guidance in Subtopic 815-15 : 📄 shall be applied to determine if any of those features must be separately accounted for as a derivative instrument.As discussed in paragraph 470-20-15-4 : 📄, the guidance in the Cash Conversion Subsections does not apply if there is no equity component because the embedded conversion option is being separately accounted for as a derivative under Subtopic 815-15 : 📄.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**> Transaction Costs**
**25-26**Transaction costs incurred with third parties other than the investor(s) and that directly relate to the issuance of convertible debt instruments within the scope of the Cash Conversion Subsections shall be allocated to the liability and equity components in accordance with the guidance in paragraph 470-20-30-31 : 📄.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

| **Editor's Note**: Paragraph 470-20-25-26 will be superseded upon transition, together with its heading: |
|---|
| **>Transaction Costs** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**> Deferred Taxes**
**25-27**Recognizing convertible debt instruments within the scope of the Cash Conversion Subsections as two separate components—a debt component and an equity component—may result in a basis difference associated with the liability component that represents a temporary difference for purposes of applying Subtopic 740-10 : 📄. The initial recognition of deferred taxes for the tax effect of that temporary difference shall be recorded as an adjustment to additional paid-in capital.

**Pending Content**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-25-27 will be superseded upon transition, together with its heading: |
| >**Deferred Taxes** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-30 Initial Measurement - General

[Click to open document in a browser](#)

# General

### > Debt Instruments with Detachable Call Options

**30-1** The allocation of proceeds under paragraph 470-20-25-2 : shall be based on the relative **fair values** of the two instruments at **time of issuance** .If a commitment date must be identified in accordance with paragraphs 470-20-30-9 through 30-12 : for purposes of applying the guidance on **beneficial conversion features** , that commitment date shall be used also to determine the relative fair values of all instruments issued together with a convertible instrument when allocating the proceeds to the separate instruments pursuant to this paragraph.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: Paragraph 470-20-30-1 will change upon transition, together with a change in the heading noted below. |
| --- |
| >**Debt Instruments with Detachable Warrants** |

The allocation of proceeds under paragraph 470-20-25-2 : shall be based on the relative **fair values** of the two instruments at **time of issuance** .

**30-2**When detachable warrants (detachable call options) are issued in conjunction with a debt instrument as consideration in purchase transactions, the amounts attributable to each class of instrument issued shall be determined separately, based on values at the time of issuance.The debt discount or premium shall be determined by comparing the value attributed to the debt instrument with the face amount thereof.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

When detachable warrants (detachable call options) are issued in conjunction with a debt instrument as consideration in purchase transactions, the amounts attributable to each class of instrument issued shall be determined separately, based on values at time of issuance.The debt discount or premium shall be determined by comparing the value attributed to the debt instrument with the face amount thereof.

### > Beneficial Conversion Features

**30-3**An embedded beneficial conversion feature recognized separately under paragraph 470-20-25-5 : shall be measured initially at its intrinsic value.

**Pending Content**

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-3 will be superseded upon transition, together with its heading: |
| >**Beneficial Conversion Features** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-4** The following guidance on measurement of the intrinsic value of an embedded conversion feature applies for purposes of both determining whether the feature is beneficial and allocating proceeds under paragraph 470-20-25-5 : , if applicable.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-5**The effective conversion price based on the proceeds received for or allocated to the convertible instrument shall be used to compute the intrinsic value, if any, of the embedded conversion option.Specifically, an issuer shall do all of the following:

a. First, allocate the proceeds received in a financing transaction that includes a convertible instrument to the convertible instrument and any other detachable instruments included in the exchange (such as detachable warrants) on a relative fair value basis.

b. Second, apply the guidance beginning in paragraph 470-20-25-4 : to the amount allocated to the convertible instrument.

c. Third, calculate an effective conversion price and use that effective conversion price to measure the intrinsic value, if any, of the embedded conversion option.

Example 2 (see paragraph 470-20-55-10 : ) illustrates the application of this guidance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-6**Intrinsic value shall be calculated at the commitment date (see paragraphs 470-20-30-9 through 30-12 : ) as the difference between the conversion price (see paragraph 470-20-30-5 : ) and the fair value of the common stock or other securities into which the security is convertible, multiplied by the number of shares into which the security is convertible.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-7** The most favorable conversion price that would be in effect at the conversion date, assuming there are no changes to the current circumstances except for the passage of time, shall be used to measure the intrinsic value of an embedded conversion option.Example 3 (see paragraph 470-20-55-13 : ) illustrates the application of this guidance.

**Pending Content**

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**30-8**If the intrinsic value of the beneficial conversion feature is greater than the proceeds allocated to the convertible instrument,the amount of the discount assigned to the beneficial conversion feature shall be limited to the amount of the proceeds allocated to the convertible instrument.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**> > Commitment Date**
**30-9**This guidance addresses when a commitment date should occur for purposes of determining the fair value of the issuer's common stock to be used to measure the intrinsic value of an embedded conversion option.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

| Editor's Note: Paragraph 470-20-30-9 will be superseded upon transition, together with its heading: |
| :--- |
| >>**Commitment Date** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**30-10** The commitment date is the date when an agreement has been reached that meets the definition of a **firm**

**commitment** ⬜ .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**30-11** Paragraph Not Used : ⬜

**30-12** If an agreement includes subjective provisions that permit either party to rescind its commitment to consummate the transaction,a commitment date does not occur until the provisions expire or the convertible instrument is issued, whichever is earlier.Both of the following are examples of subjective provisions that permit either party to rescind its commitment to consummate the transaction:

    a. A provision that allows an investor to rescind its commitment to purchase a convertible instrument in the event of a material adverse change in the issuer's operations or financial condition

    b. A provision that makes the commitment subject to customary due diligence or shareholder approval.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**> > Effect of Issuance Costs**

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**30-13**Costs of issuing convertible instruments do not affect the calculation of the intrinsic value of an embedded conversion option; specifically,issuance costs shall not be offset against the proceeds received in the issuance in calculating the intrinsic value of a conversion option.Issuance costs are limited to incremental and direct costs incurred with parties other than the investor in the convertible instrument.Any amounts paid to the investor when the transaction is consummated represent a reduction in the proceeds received by the issuer (not issuance costs) and shall affect the calculation of the intrinsic value of an embedded option.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-13 will be superseded upon transition, together with its heading: |
| >>**Effect of Issuance Costs** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > Application to Specific Instruments**

**30-14** This guidance addresses the measurement of intrinsic value for the following instruments:

a. Instrument with a multiple-step discount

b. Instrument paid in kind

c. Instrument issued as repayment for nonconvertible instrument.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-14 will be superseded upon transition, together with its heading: |
| >>**Application to Specific Instruments** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > > Instrument with a Multiple-Step Discount**

**30-15** If an instrument incorporates a multiple-step discount,the computation of the intrinsic value shall use

the conversion terms that are most beneficial to the investor.Example 10 (see paragraph 470-20-55-69 : ) illustrates the application of this paragraph.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-15 will be superseded upon transition, together with its heading: |
| >>>**Instrument with a Multiple-Step Discount** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > > Instrument Paid in Kind**

**30-16**If dividends or interest on a convertible instrument must be paid in kind with the same convertible instruments as those in the original issuance and are not discretionary,the commitment date for the original instrument is the commitment date for the convertible instruments that are issued to satisfy interest or dividends requirements.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| Editor's Note: Paragraph 470-20-30-16 will be superseded upon transition, together with its heading: |
| --- |
| >>>**Instrument Paid in Kind** |

   a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-17** For purposes of the preceding paragraph, dividends or interest are not discretionary if both of the following conditions exist:

   a. Neither the issuer nor the holder can elect other forms of payment for the dividends or interest.

   b. If the original instrument or a portion thereof is converted before accumulated dividends or interest are declared or accrued, the holder will always receive the number of shares upon conversion as if all accumulated dividends or interest have been paid in kind.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-18**In that circumstance, the intrinsic value of the embedded conversion option in the paid-in-kind instruments is measured using the fair value of the underlying stock of the issuer at the commitment date for the original issuance.Otherwise, the commitment date for the convertible instruments issued as paid-in-kind interest or dividends is the date that the interest or the dividends are accrued andthe fair value of the underlying issuer stock at the recognition or declaration date shall be used to measure the intrinsic value of the conversion option embedded in the paid-in-kind instruments.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > > Instrument Issued as Repayment for Nonconvertible Instrument**
**30-19**If a convertible instrument is issued as repayment of a nonconvertible instrument at the nonconvertible instrument's maturity,the fair value of the newly issued convertible instrument shall be the redemption amount owed at the maturity date of the original instrument if both of the following conditions exist:

   a. The original instrument has matured.

   b. The exchange of debt instruments is not a **troubled debt restructuring** that would be accounted for by the issuer under Subtopic 470-60 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| Editor's Note: Paragraph 470-20-30-19 will be superseded upon transition, together with its heading: |
| --- |
| >>>**Instrument Issued as Repayment for Nonconvertible Instrument** |

   a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**30-20**After the exchange accounting occurs, any intrinsic value of the embedded conversion option in the new instrument shall be measured and accounted for under paragraph 470-20-25-5 : 📄 based on the proceeds received for that instrument (the satisfaction of the redemption amount of the old instrument).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**30-21**If the original instrument is extinguished before maturity, Subtopic 470-50 : 📄 shall be applied first.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**> Convertible Instruments Issued to Nonemployees for Goods and Services or as Consideration Payable to a Customer**

**30-22**To determine the fair value of a convertible instrument granted as part of a share-based payment transaction to a nonemployee in exchange for goods or servicesor as consideration payable to a customerthat is equity in form or, if debt in form, that can be converted into equity instruments of the issuer, the entity shall first applyTopic 718 : 📄 on stock compensation.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-22 will be superseded upon transition, together with its heading:<br>>**Convertible Instruments Issued to Nonemployees for Goods and Services or as Consideration Payable to a Customer** |

 a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**30-23**The requirements of this Subtopic shall then be applied such that the fair value determined pursuant to Topic 718 : 📄 is considered the proceeds from issuing the instrument for purposes of determining whether a beneficial conversion option exists.The measurement of the intrinsic value, if any, of the conversion option under paragraph 470-20-25-5 : 📄 shall then be computed by comparing the proceeds received for the instrument (the instrument's fair value under Topic 718 : 📄) to the fair value of the common stock that the grantee would receive upon exercising the conversion option.For purposes of determining whether a convertible instrument contains a beneficial conversion feature under paragraph 470-20-25-5 : 📄,an entity shall use the effective conversion price based on the proceeds allocated to the convertible instrumentto compute the intrinsic value, if any, of the embedded conversion option.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

---

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**30-24**Topic 718 : shall be used both to measure the fair value of the convertible instrument and to measure the intrinsic value, if any, of the conversion optionas of the date the convertible instrument granted as part of a share-based payment award becomes fully vested.That is, in measuring the intrinsic value of the conversion

option under paragraph 470-20-25-5 : , the fair value of the issuer's equity securities into which the instrument can be converted shall be determinedas of the date the convertible instrument granted as part of a share-based payment award becomes fully vested,and not on the commitment date specified in this Subtopic.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-25**Both of the following guidelines for determining the fair value of convertible instruments shall be used:

a. Subparagraph superseded by Accounting Standards Update No. 2018-07 :

b. Recent issuances of similar convertible instruments for cash to parties that only have an investor relationship with the issuer may provide the best evidence of fair value of the convertible instrument.

c. If reliable information under (b) is not available, the fair value of the convertible instrument shall be deemed to be no less than the fair value of the equity shares into which it can be converted.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-26**If an entity issues a convertible instrument for cash proceeds that indicate that the instrument includes a beneficial conversion option andthe purchaser of the instrument also provides (receives) goods or services to (from) the issuer that are the subject of a separate contract,the terms of both the agreement for goods or services and the convertible instrument shall be evaluated to determine whether their separately stated pricing is equal to the fair value of the goods or services and convertible instrument.If that is not the situation, the terms of the respective transactions shall be adjusted bymeasuring the convertible instrument initially at its fair value with a corresponding increase or decrease in the purchase or sales price of the goods or services.It may be difficult to evaluate whether the separately stated pricing of a convertible instrument is equal to its fair value.If an instrument issued to a goods or services provider (or purchaser) is part of a larger issuance, a substantive investment in the issuance by unrelated investors (who are not also providers or purchasers of goods or services) may provide evidence that the price charged to the goods or services provider represents the fair value of the convertible instrument.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Own-Share Lending Arrangements Issued in Contemplation of Convertible Debt Issuance**
**30-26A**At the date of issuance, a share-lending arrangement entered into on an entity's own shares in contemplation of a convertible debt offering or other financing shall be measured at fair value in accordance with

Topic 820 : .

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-30 Initial Measurement - Cash Conversion

Click to open document in a browser

# Cash Conversion

**> Liability and Equity Components**

**30-27**The carrying amount of the liability component shall be determined for purposes of paragraph

470-20-25-23 : by measuring the fair value of a similar liability (including any embedded features other than the conversion option) that does not have an associated equity component.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

---
**Editor's Note**: Paragraph 470-20-30-27 will be superseded upon transition, together with its heading:

>**Liability and Equity Components**

---

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-28**The carrying amount of the equity component represented by the embedded conversion option shall be

determined for purposes of paragraph 470-20-25-23 : by deducting the fair value of the liability component from the initial proceeds ascribed to the convertible debt instrument as a whole.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**30-29**An embedded feature that is determined to be nonsubstantive at the issuance date shall not affect the initial measurement of the liability component.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > Determining Whether an Embedded Feature is Nonsubstantive**

**30-30**Solely for purposes of applying the initial measurement guidance in paragraphs 470-20-30-27 through

30-28 : and the subsequent measurement guidance in paragraph 470-20-35-15 : , an embedded feature other than the conversion option (including an embedded prepayment option) shall be considered nonsubstantive if, at issuance, the entity concludes that it is probable that the embedded feature will not be exercised. That evaluation shall be performed in the context of the convertible debt instrument in its entirety.

---

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-30 will be superseded upon transition, together with its heading: |
| >>**Determining Whether an Embedded Feature is Nonsubstantive** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**> Transaction Costs**

**30-31**Transaction costs required to be allocated to the liability and equity components by paragraph

470-20-25-26 :  shall be allocated in proportion to the allocation of proceeds and accounted for as debt issuance costs and equity issuance costs, respectively.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

| |
|---|
| **Editor's Note**: Paragraph 470-20-30-31 will be superseded upon transition, together with its heading: |
| >**Transaction Costs** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

# 470-20-35 Subsequent Measurement - General

[Click to open document in a browser](#)

## General

### > Contingently Adjustable Conversion Ratios

**35-1** If the terms of a contingent conversion option do not permit an issuer to compute the number of shares that the holder would receive if the contingent event occurs and the conversion price is adjusted, an issuer shallwait until the contingent event occurs andthen compute the resulting number of shares that would be received pursuant to the new conversion price.The number of shares that would be received upon conversion based on the adjusted conversion price would then be compared with the number that would have been received before the occurrence of the contingent event.The excess number of shares multiplied by the commitment date stock price equals the incremental intrinsic value that results from the resolution of the contingency and the corresponding adjustment to the conversion price.That incremental amount shall be recognized when the

triggering event occurs.Example 5 (see paragraph 470-20-55-22 : ) illustrates the application of this guidance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-35-1 will be superseded upon transition, together with its heading: |
| >**Contingently Adjustable Conversion Ratios** |

 a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**35-2**The guidance in the following paragraph applies to an instrument with either of the following characteristics:

 a. The instrument becomes convertible only upon the occurrence of a future event outside the control of the holder.

 b. The instrument is convertible from inception but contains conversion terms that change upon the occurrence of a future event.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**35-3**A contingent beneficial conversion feature in an instrument having the characteristics in the preceding paragraph shall not be recognized in earnings until the contingency is resolved.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**35-4** A contingent conversion feature that will reduce (reset) the conversion price if the **fair value** of the underlying stock declines after the commitment date to or below a specified price is a beneficial conversion option if that specified price is below the fair value of the underlying stock at the commitment date. This is the case even if both of the following conditions exist:

> a. The initial active conversion price is equal to or greater than the fair value of the underlying stock at the commitment date.

> b. The contingent conversion price is greater than the then fair value of the underlying stock at the future date that triggers the adjustment to the conversion price.

A beneficial conversion amount shall be recognized for such a beneficial conversion option when the reset occurs.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**35-5** Example 4A (see paragraph 470-20-55-19A : ) illustrates the application of this guidance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Discount Accretion and Amortization**

**35-6** Subtopic 835-10 : provides overall guidance on accretion and amortization of discount. This guidance addresses the following incremental matters:

> a. Effects of **beneficial conversion features**

> b. Instrument with conversion feature that terminates

> c. Interest forfeiture.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: The content of paragraph 470-20-35-6 will change upon transition, together with a change in the heading noted below. |
| **>Interest Expense** |

Subtopic 835-10 : provides overall guidance on accretion and amortization of debt premium or discount and debt issuance costs. This guidance addresses the incremental matter related to interest forfeiture.

> a. Subparagraph superseded by Accounting Standards Update No. 2020-06 :

> b. Subparagraph superseded by Accounting Standards Update No. 2020-06 :

> c. Subparagraph superseded by Accounting Standards Update No. 2020-06 : .

**> > Effects of Beneficial Conversion Features**

---

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**35-7** Any discount recognized by the allocation of proceeds to a beneficial conversion feature under paragraph 470-20-25-5 : 🗋shall be accounted for as follows:

 a. Instruments having a stated redemption date.If a convertible instrument has a stated redemption date (such as debt and mandatorily redeemable preferred stock), that discount shall be accreted from the date of issuance to the stated redemption date of the convertible instrument, regardless of when the earliest conversion date occurs.Example 7 (see paragraph 470-20-55-28 : 🗋) illustrates the application of this guidance.

 b. Instruments involving a multiple-step discount.If an instrument incorporates a multiple-step discount and does not have a stated redemption date,that discount shall be amortized over the minimum period in which the investor can recognize that return.However, amortization recognized may require adjustment to ensure that the discount amortized at any point in time is not less than the amount the holder of the instrument could obtain if conversion occurred at that date.This method can be expressed as requiring cumulative amortization equal to the greater of the following:

  1. The amount derived using the effective yield method based on the conversion terms most beneficial to the investor

  2. The amount of discount that the investor can realize at that interim date.

 c. All other instruments.If a convertible instrument does not involve a multiple-step discount and does not have a stated redemption date (such as perpetual preferred stock),that discount shall be amortized from the date of issuance to the earliest conversion date as follows:

  1. For convertible preferred securities, that discount (which is analogous to a dividend) shall be recognized as a return to the preferred shareholders using the effective yield method.

  2. For convertible debt securities, that discount shall be recognized as interest expense using the effective yield method.

 All discounts retain their character such that a discount resulting from the accounting for a beneficial conversion option is amortized from the date of issuance to the earliest conversion date. For SEC registrants, other discounts on perpetual preferred stock that has no stated redemption date but that is required to be redeemed if a future event that is outside the control of the issuer occurs (such as a change in control) shall be accounted for in accordance with Section 480-10-S99 : 🗋.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗋

| |
|---|
| **Editor's Note**: Paragraph 470-20-35-7 will be superseded upon transition, together with its heading: |
| >>**Effects of Beneficial Conversion Features** |

 a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗋

**> > Instrument with Conversion Feature that Terminates**
**35-8**This guidance applies to convertible instruments in which the beneficial conversion feature terminates after a specified time period.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗋

| |
|---|
| **Editor's Note**: Paragraph 470-20-35-8 will be superseded upon transition, together with its heading: |

---

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| >>**Instrument with Conversion Feature that Terminates** |
|---|

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**35-9**If a convertible instrumentis in the form of an equity share andthe shares are required to be redeemedonce the conversion feature expires,the financial instrument becomes a liability under the guidance in Topic

480 : upon expiration of the conversion andparagraph 480-10-30-2 : requires the issuer to reclassify an instrument that becomes mandatorily redeemable as a liability, measured initially at fair value with a corresponding reduction of equity (no gain or loss is to be recognized).That may entail an adjustment to paid-in capital if, upon reclassification, the fair value of the liability differs from the carrying amount of the previously

convertible instrument.That instrument would be subsequently measured under the provisions of Topic 480 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**35-10** Otherwise, if a beneficial conversion option terminates after a specified time period andthe instrument is

then mandatorily redeemable at a premium,any resulting discount under paragraph 470-20-25-5 : shall be

accreted to the mandatory redemption amount.Example 6 (see paragraph 470-20-55-25 : ) illustrates the application of this guidance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > Interest Forfeiture**
**35-11**If the terms of conversion of a convertible debt instrument provide that any accrued but unpaid interest at the date of conversion is forfeited by the former debt holder,that interest should be accrued or imputed to the date of conversion of the debt instrument.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: The heading that precedes paragraph 470-20-35-11 will be superseded upon transition. The content of the paragraph will not change. |
|---|
| >>**Interest Forfeiture** |

If the terms of conversion of a convertible debt instrument provide that any accrued but unpaid interest at the date of conversion is forfeited by the former debt holder,that interest should be accrued or imputed to the date of conversion of the debt instrument.

**> Own-Share Lending Arrangements Issued in Contemplation of Convertible Debt Issuance**

**35-11A** If it becomes **probable** that the counterparty to a share-lending arrangement will default, the issuer of the share-lending arrangement shall recognize an expense equal to the then fair value of the unreturned shares, net of the fair value of probable recoveries, with an offset to additional paid-in capital. The issuer of the share-lending arrangement shall remeasure the fair value of the unreturned shares each reporting period through

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

earnings until the arrangement consideration payable by the counterparty becomes fixed. Subsequent changes in the amount of the probable recoveries should also be recognized in earnings.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-35 Subsequent Measurement - Cash Conversion

Click to open document in a browser

# Cash Conversion

**> Liability Component**

**35-12**The excess of the principal amount of a liability component recognized in accordance with paragraph

470-20-25-23 : ⬜over its carrying amount shall be amortized to interest cost using the interest method as

described in paragraphs 835-30-35-2 through 35-4 : ⬜.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

| |
|---|
| **Editor's Note**: Paragraph 470-20-35-12 will be superseded upon transition, together with its heading:<br>>**Liability Component** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**35-13**For purposes of applying the interest method to a convertible debt instrument within the scope of the Cash Conversion Subsections, debt discounts and debt issuance costs shall be amortized over the expected life of a similar liability that does not have an associated equity component (considering the effects of embedded features other than the conversion option).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**35-14**If, under Subtopic 820-10 : ⬜, an issuer uses a valuation technique consistent with an income approach to measure the fair value of the liability component at initial recognition, the issuer shall consider the periods of cash flows used in the fair value measurement when determining the appropriate discount amortization period.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**35-15**Embedded features that are determined to be nonsubstantive at the issuance date shall not affect the

expected life of the liability component. Paragraph 470-20-30-30 : ⬜provides guidance on assessing whether an embedded feature other than the conversion option (including an embedded prepayment option) shall be considered nonsubstantive at issuance for purposes of this paragraph.

**Pending Content**

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗎

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**35-16**The expected life of the liability component shall not be reassessed in subsequent periods unless the terms of the instrument are modified. Therefore, the reported interest cost for an instrument within the scope of the Cash Conversion Subsections shall be determined based on its stated interest rate once the debt discount has been fully amortized.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗎

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**> Equity Component**
**35-17**The equity component (conversion option) shall not be remeasured as long as it continues to meet

Subtopic 815-40 : 🗎's conditions for equity classification.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗎

| |
|---|
| **Editor's Note**: Paragraph 470-20-35-17 will be superseded upon transition, together with its heading: |
| >**Equity Component** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**> > Reclassifications**
**35-18**A reclassification of the equity component (conversion option) would not affect the accounting for the liability component.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗎

| |
|---|
| **Editor's Note**: Paragraph 470-20-35-18 will be superseded upon transition, together with its heading: |
| >>**Reclassifications** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

**35-19**If Subtopic 815-40 : 🗎requires the conversion option to be reclassified from stockholders' equity to a

liability measured at fair value (see the guidance beginning in paragraph 815-40-35-8 : 🗎), the difference between the amount previously recognized in equity and the fair value of the conversion option at the date of reclassification shall be accounted for as an adjustment to stockholders' equity.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗎

Paragraph superseded by Accounting Standards Update No. 2020-06 : 🗎

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**35-20**If Subtopic 815-40 : requires that a conversion option that was previously reclassified from stockholders' equity be subsequently reclassified back into stockholders' equity, gains or losses recorded to account for the conversion option at fair value during the period it was classified as a liability shall not be reversed.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

<div align="right">
**FASB**
Authoritative
</div>

## 470-20-40 Derecognition - General

[Click to open document in a browser](#)

# General

**> Beneficial Conversion Features**

**40-1** For instruments with **beneficial conversion features** all of the unamortized discountremaining at the date of conversion shall be recognized immediately at that date as interest expense or as a dividend, as appropriate, including both of the following amounts:

   a. The discount originated by the beneficial conversion option accounting under paragraph 470-20-25-5 :

   b. The discount from an allocation of proceeds under this Subtopic to other separable instruments included in the transaction.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-40-1 will be superseded upon transition, together with its heading:<br>>**Beneficial Conversion Features** |

   a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-2**If a convertible debt instrument containing an embedded beneficial conversion feature is converted,and the amount of discount amortized exceeds the amount the holder realized because conversion occurred at an earlier date, no adjustment shall be made to amounts previously amortized.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-3**If a convertible debt instrument containing an embedded beneficial conversion feature is extinguished before conversion,the amount of the reacquisition price to be allocated to the repurchased beneficial conversion feature shall be measured using the intrinsic value of that conversion feature at the extinguishment date.The residual amount, if any, would be allocated to the convertible security. Thus, the issuer shall record a gain or loss on extinguishment of the convertible debt security.For guidance on classification of any gain or loss from extinguishment, see Section 470-50-45 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Conversion Features That Are Not Beneficial**

**40-4**If a convertible debt instrument does not include a beneficial conversion feature,the carrying amount of the debt, including any unamortized premium or discount, shall be credited to the capital accounts upon conversion to reflect the stock issued and no gain or loss is recognized.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: The content of paragraph 470-20-40-4 will change upon transition, together with a change in the heading noted below. |
| >**Contractual Conversion** |

If a convertible debt instrument accounted for in its entirety as a liability under paragraph 470-20-25-12 : is converted into shares, cash (or other assets), or any combination of shares and cash (or other assets), in accordance with the conversion privileges provided in the terms of the instrument, upon conversion the carrying amount of the convertible debt instrument, including any unamortized premium, discount, or issuance costs, shall be reduced by, if any, the cash (or other assets) transferred and then shall be recognized in the capital accounts to reflect the shares issued and no gain or loss is recognized.

**40-4A**The guidance in paragraphs 470-20-40-5 through 40-10 : does not apply to debt instruments that are within the scope of the Cash Conversion Subsections of Subtopic 470-20 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Conversion upon Issuer's Exercise of Call Option**

**40-5**The following guidance addresses accounting forthe issuance of equity securities to settle a debt instrument (pursuant to the instrument's original conversion terms) that became convertible upon the issuer's exercise of a call option:

    a. **Substantive conversion feature** .If the debt instrument contained a substantive conversion feature as of its issuance date, the issuance of equity securitiesshall be accounted for as a conversion.That is, no gain or loss shall be recognized related to the equity securities issued to settle the instrument.

    b. No substantive conversion feature.If the debt instrument did not contain a substantive conversion feature as of its issuance date (as defined in paragraphs 470-20-30-9 through 30-12 : ), the issuance of equity securities shall be accounted for as a debt extinguishment.That is, the **fair value** of the equity securities issued should be considered a component of the reacquisition price of the debt.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The following guidance addresses accounting forthe issuance of equity securities to settle a debt instrument (pursuant to the instrument's original conversion terms) that became convertible upon the issuer's exercise of a call option:

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

a.  **Substantive conversion feature** .If the debt instrument contained a substantive conversion feature as of **time of issuance** ,the issuance of equity securitiesshall be accounted for as acontractual conversion.That is, no gain or loss shall be recognized related to the equity securities issued to settle the instrument.

b. No substantive conversion feature.If the debt instrument did not contain a substantive conversion feature as oftime of issuance,the issuance of equity securities shall be accounted for as a debt extinguishment.That is, the **fair value** of the equity securities issued should be considered a component of the reacquisition price of the debt.

**40-6**The assessment of whether the conversion feature is substantive may be performed after the issuance date but shall be based only on assumptions, considerations, and marketplace information available as of the issuance date.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The assessment of whether the conversion feature is substantive may be performed aftertime of issuancebut shall be based only on assumptions, considerations, and marketplace information available as oftime of issuance.

**> > Determining Whether a Conversion Feature Is Substantive**

**40-7** By definition, a substantive conversion feature is at least **reasonably possible** of being exercised in the future. If the conversion price of an instrument at issuance is extremely high so that conversion of the instrument is not deemed at least reasonably possible as of its issuance date, then the conversion feature would not be considered substantive.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

By definition, a substantive conversion feature is at least **reasonably possible** of being exercised in the future. If the conversion price of an instrument at issuance is extremely high so that conversion of the instrument is not deemed at least reasonably possible as oftime of issuance,then the conversion feature would not be considered substantive.

**40-8**For purposes of determining whether a conversion feature is reasonably possible of being exercised, the assessment of the holder's intent is not necessary.Therefore, even if such an instrument included a conversion feature that provided for conversion due solely to the passage of time (for example, the instrument will become convertible at a date before its maturity date), it would be inappropriate to conclude that the conversion feature is substantive. Also, an instrument that became convertible only upon the issuer's exercise of its call option does not possess a substantive conversion feature.

**40-9**Methods that may be helpful in assessing whether a conversion feature is substantive include the following:

a. The fair value of the conversion feature relative to the fair value of the debt instrument. Comparing the fair value of a conversion feature to the fair value of the debt instrument (that is, the complete instrument as issued) may provide evidence that the conversion feature is substantive.

b. The effective annual interest rate per the terms of the debt instrument relative to the estimated effective annual rate of a nonconvertible debt instrument with an equivalent expected term and credit risk. Comparing the effective annual interest rate of the debt instrument to the effective annual rate the issuer estimates

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

it could obtain on a similar nonconvertible instrument may provide evidence that a conversion feature is substantive.

c. The fair value of the debt instrument relative to an instrument that is identical except for which the conversion option is not contingent. Comparing the fair value of the debt instrument to the fair value of an identical instrument for which conversion is not contingent isolates the effect of the contingencies and may provide evidence about the substance of a conversion feature. If the fair value of the debt instrument is similar to the fair value of an identical convertible debt instrument for which conversion is not contingent, then it may indicate that the conversion feature is substantive. However, this approach may not be appropriate unless it is clear that the conversion feature, not considering the contingencies, is substantive.

d. Qualitative evaluation of the conversion provisions. The nature of the conditions under which the instrument may become convertible may provide evidence that the conversion feature is substantive. For example, if an instrument may become convertible upon the occurrence of a specified contingent event, the likelihood that the contingent event will occur before the instrument's maturity date may indicate that the conversion feature is substantive. However, this approach may not be appropriate unless it is clear that the conversion feature, not considering the contingencies, is substantive.

**40-10**The guidance in paragraphs 470-20-40-7 through 40-9 : does not address the treatment of an instrument for purposes of applying Subtopic 260-10 : .

### > Interest Forfeiture
**40-11**If the terms of conversion of a convertible debt instrument provide that any accrued but unpaid interest at the date of conversion is forfeited by the former debt holder,accrued interest from the last interest payment date, if applicable, to the date of conversion, net of related income tax effects, if any, shall be charged to interest expense and credited to capital as part of the cost of securities issued.Thus, the accrued interest is accounted for in the same way as the principal amount of the debt converted and any unamortized issue premium or discount;the net carrying amount of the debt, including any unamortized premium or discount and the related accrual for interest to the date of conversion, net of any related income tax effects, is a credit to the entity's capital.

### Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

If the terms of conversion of a convertible debt instrument provide that any accrued but unpaid interest at the date of conversion is forfeited by the former debt holder,accrued interest from the last interest payment date, if applicable, to the date of conversion, net of related income tax effects, if any, shall be charged to interest expense and credited to capital as part of the cost of securities issued.Thus, the accrued interest is accounted for in the same way as the principal amount of the debt converted and any unamortizedpremium, discount, or issuance costs;the net carrying amount of the debt, including any unamortizedpremium, discount, or issuance costsand the related accrual for interest to the date of conversion, net of any related income tax effects, is a credit to the entity's capital.

**40-12** Paragraph Not Used :

### > Recognition of Expense Upon Conversion
**40-13**The guidance in paragraph 470-20-40-16 : applies to conversions of convertible debt to equity securities pursuant to terms that reflect changes made by the debtor to the conversion privileges provided in the terms of the debt at issuance (including changes that involve the payment of consideration) for the purpose of inducing conversion.That guidance applies only to conversions that both:

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. Occur pursuant to changed conversion privileges that are exercisable only for a limited period of time(inducements offered without a restrictive time limit on their exercisability are not, by their structure, changes made to induce prompt conversion)

b. Include the issuance of all of the equity securities issuable pursuant to conversion privileges included in the terms of the debt at issuance for each debt instrument that is converted,regardless of the party that initiates the offer or whether the offer relates to all debt holders.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: The heading that precedes paragraph 470-20-40-13 will be amended upon transition as shown below. The content of the paragraph will not change. |
| >**Induced Conversions** |

The guidance in paragraph 470-20-40-16 : applies to conversions of convertible debt to equity securities pursuant to terms that reflect changes made by the debtor to the conversion privileges provided in the terms of the debt at issuance (including changes that involve the payment of consideration) for the purpose of inducing conversion.That guidance applies only to conversions that both:

a. Occur pursuant to changed conversion privileges that are exercisable only for a limited period of time(inducements offered without a restrictive time limit on their exercisability are not, by their structure, changes made to induce prompt conversion)

b. Include the issuance of all of the equity securities issuable pursuant to conversion privileges included in the terms of the debt at issuance for each debt instrument that is converted,regardless of the party that initiates the offer or whether the offer relates to all debt holders.

**40-14**A conversion includes an exchange of a convertible debt instrument for equity securities or a combination of equity securities and other consideration, whether or not the exchange involves legal exercise of the contractual conversion privileges included in terms of the debt.The preceding paragraph also includes conversions pursuant to amended or altered conversion privileges on such instruments, even though they are literally provided in the terms of the debt at issuance.

**40-15**The changed terms may involve any of the following:

a. A reduction of the original conversion price thereby resulting in the issuance of additional shares of stock

b. An issuance of warrants or other securities not provided for in the original conversion terms

c. A payment of cash or other consideration to those debt holders that convert during the specified time period.

The guidance in the following paragraph does not apply to conversions pursuant to other changes in conversion privileges or to changes in terms of convertible debt instruments that are different from those described in this paragraph.

**40-16** If a convertible debt instrument is converted to equity securities of the debtor pursuant to an inducement offer (see paragraph 470-20-40-13 : ), the debtor shall recognize an expense equal to the fair value of all securities and other consideration transferred in the transaction in excess of the fair value of securities issuable pursuant to the original conversion terms.The fair value of the securities or other consideration shall be measured as of the date the inducement offer is accepted by the convertible debt holder.That date normally will be the date the debt holder converts the convertible debt into equity securities or enters into a binding agreement to do so.Until the debt holder accepts the offer, no exchange has been made between the debtor and the debt

holder.Example 1 (see paragraph 470-20-55-1 : ) illustrates the application of this guidance.

**Pending Content**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

If a convertible debt instrument is converted to equity securities of the debtor pursuant to an inducement offer (see paragraph 470-20-40-13 : ), the debtor shall recognize an expense equal to the fair value of all securities and other consideration transferred in the transaction in excess of the fair value of securities issuable pursuant to the original conversion terms.The fair value of the securities or other consideration shall be measured as of the date the inducement offer is accepted by the convertible debt holder.That date normally will be the date the debt holder converts the convertible debt into equity securities or enters into a binding agreement to do so.Until the debt holder accepts the offer, no exchange has been made between the debtor and the debt holder.Example 1

(see paragraph 470-20-55-1B : ) illustrates the application of this guidance.

**40-17**The guidance in the preceding paragraph does not require recognition of gain or loss with respect to the shares issuable pursuant to the original conversion privileges of the convertible debt when additional securities or assets are transferred to a debt holder to induce prompt conversion of the debt to equity securities.In a conversion pursuant to original conversion terms, debt is extinguished in exchange for equity pursuant to a preexisting contract that is already recognized in the financial statements, and no gain or loss is recognized upon conversion.

**> Modifications**

**40-18** For additional guidance on modifications of debt, see Subtopic 470-50 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: The content of paragraph 470-20-40-18 will change upon transition, together with a change in the heading noted below. |
| >**Modifications and Extinguishments** |

For additional guidance on modifications(or exchanges) and extinguishments of convertible debt instruments,see Subtopic 470-50 : .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-20-40 Derecognition - Cash Conversion

[Click to open document in a browser](#)

# Cash Conversion

**40-19**If an instrument within the scope of the Cash Conversion Subsections is derecognized, an issuer shall allocate the consideration transferred and transaction costs incurred to the extinguishment of the liability component and the reacquisition of the equity component.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-20**Regardless of the form of consideration transferred at settlement, which may include cash (or other assets), equity shares, or any combination thereof, that allocation shall be performed as follows:

a. Measure the fair value of the consideration transferred to the holder. If the transaction is a modification or exchange that results in derecognition of the original instrument, measure the new instrument at fair value (including both the liability and equity components if the new instrument is also within the scope of the Cash Conversion Subsections).

b. Allocate the fair value of the consideration transferred to the holder between the liability and equity components of the original instrument as follows:

1. Allocate a portion of the settlement consideration to the extinguishment of the liability component equal to the fair value of that component immediately before extinguishment.

2. Recognize in the statement of financial performance as a gain or loss on debt extinguishmentany difference between (i) and (ii):

i. The consideration attributed to the liability component.

ii. The sum of both of the following:

01. The net carrying amount of the liability component

02. Any unamortized debt issuance costs.

3. Allocate the remaining settlement consideration to the reacquisition of the equity component and recognize that amount as a reduction of stockholders' equity.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-21**If the derecognition transaction includes other unstated (or stated) rights or privileges in addition to the settlement of the convertible debt instrument, a portion of the settlement consideration shall be attributed to those rights and privileges based on the guidance in other applicable U.S. GAAP.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-22**Transaction costs incurred with third parties other than the investor(s) that directly relate to the settlement of a convertible debt instrument within the scope of the Cash Conversion Subsections shall be allocated to the liability and equity components in proportion to the allocation of consideration transferred at settlement and accounted for as debt extinguishment costs and equity reacquisition costs, respectively.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Modifications and Exchanges**
**40-23**The guidance in the Cash Conversion Subsections does not affect an issuer's determination of whether a modification (or exchange) of an instrument within the scope of those Subsections should be accounted for as an extinguishment of the original instrument or a modification to the terms of the original instrument. An issuer shall apply the guidance in Subtopic 470-50 : to make that determination. If a modification (or exchange) does not result in derecognition of the original instrument, then the expected life of the liability component shall be reassessed based on the guidance in paragraph 470-20-35-15 : and the issuer shall determine a new effective interest rate for the liability component in accordance with the guidance in Subtopic 470-50 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-40-23 will be superseded upon transition, together with its heading: |
| >**Modifications and Exchanges** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-24**If an instrument within the scope of the Cash Conversion Subsections is modified such that the conversion option no longer requires or permits cash settlement upon conversion, the components of the instrument shall continue to be accounted for separately unless the original instrument is required to be derecognized under Subtopic 470-50 : . If an instrument is modified or exchanged in a manner that requires derecognition of the original instrument under Subtopic 470-50 : and the new instrument is a convertible debt instrument that may not be settled in cash upon conversion, the new instrument would not be subject to the guidance in the Cash Conversion Subsections and other U.S. GAAP would apply (for example, paragraph 470-20-25-12 : ).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**40-25**If a convertible debt instrument that is not within the scope of the Cash Conversion Subsections is modified such that it becomes subject to the Cash Conversion Subsections, an issuer shall apply the guidance

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

in Subtopic 470-50 : to determine whether the original instrument is required to be derecognized. If the modification is not accounted for by derecognizing the original instrument, the issuer shall apply the guidance in the Cash Conversion Subsections prospectively from the date of the modification. In that circumstance, the liability component is measured at its fair value as of the modification date. The carrying amount of the equity component represented by the embedded conversion option is then determined by deducting the fair value of the liability component from the overall carrying amount of the convertible debt instrument as a whole. At the modification date, a portion of any unamortized debt issuance costs shall be reclassified and accounted for as equity issuance costs based on the proportion of the overall carrying amount of the convertible debt instrument that is allocated to the equity component.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Induced Conversions**
**40-26**An entity may amend the terms of an instrument within the scope of the Cash Conversion Subsections to induce early conversion, for example, by offering a more favorable conversion ratio or paying other additional consideration in the event of conversion before a specified date. In those circumstances, the entity shall recognize a loss equal to the fair value of all securities and other consideration transferred in the transaction in excess of the fair value of consideration issuable in accordance with the original conversion terms. The settlement accounting (derecognition) treatment described in paragraph 470-20-40-20 : is then applied using the fair value of the consideration that was issuable in accordance with the original conversion terms. The guidance in this paragraph does not apply to derecognition transactions in which the holder does not exercise the embedded conversion option.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| **Editor's Note**: Paragraph 470-20-40-26 will be superseded upon transition, together with its heading: |
| >**Induced Conversions** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-20-45 Other Presentation Matters - General

[Click to open document in a browser](#)

# General

**45-1** Paragraph superseded by Accounting Standards Update No. 2015-01 :

**45-1A**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Transaction costs incurred with third parties other than the investor(s) and that directly relate to the issuance of convertible debt instruments within the scope of this Subtopic shall bereported in accordance with the guidance in Section 835-30-45 : .

**45-1B**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The guidance on convertible debt instruments in this Subtopic does not affect an issuer's determination of whether theinstrumentsshould be classified as a current liability or a long-term liability. For purposes of applying other applicable U.S. generally accepted accounting principles (GAAP) to make that determination, all terms of the convertible debt instrument shall be considered.

**45-2** Paragraph superseded by Accounting Standards Update No. 2015-01 :

**> Own-Share Lending Arrangements Issued in Contemplation of Convertible Debt Issuance**
**45-2A**Loaned shares are excluded from basic and diluted earnings per share unless default of the share-lending arrangement occurs, at which time the loaned shares would be included in the basic and diluted earnings-per-share calculation. If dividends on the loaned shares are not reimbursed to the entity, any amounts, including contractual (accumulated) dividends and participation rights in undistributed earnings, attributable to the loaned shares shall be deducted in computing income available to common shareholders, in a manner consistent with the two-class method in paragraph 260-10-45-60B : .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-20-45 Other Presentation Matters - Cash Conversion

[Click to open document in a browser](Click to open document in a browser)

# Cash Conversion

**> Balance Sheet Classification of Liability Component**

**45-3**The guidance in the Cash Conversion Subsections does not affect an issuer's determination of whether the liability component should be classified as a current liability or a long-term liability. For purposes of applying other applicable U.S. GAAP to make that determination, all terms of the convertible debt instrument (including the equity component) shall be considered. Additionally, the balance sheet classification of the liability component

does not affect the measurement of that component under paragraphs 470-20-35-12 through 35-16 :  .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-45-3 will be superseded upon transition, together with its heading: |
| >**Balance Sheet Classification of Liability Component** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-20-50 Disclosure - General

[Click to open document in a browser](#)

# General

### > Equity

**50-1** For disclosures about securities as part of equity disclosures, see Section 505-10-50 : 📄.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

| |
|---|
| **Editor's Note**: Paragraph 470-20-50-1 will be superseded upon transition, together with its heading: >**Equity** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

### > Convertible Debt Instruments
**50-1A**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

The objective of the disclosure about convertible debt instruments is to provide users of financial statements with:

a. Information about the terms and features of convertible debt instruments

b. An understanding of how those instruments have been reported in an entity's statement of financial position and statement of financial performance

c. Information about events, conditions, and circumstances that can affect how to assess the amount or timing of an entity's future cash flows related to those instruments.

**50-1B**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

An entity shall explain the pertinent rights and privileges of each convertible debt instrument outstanding, including, but not limited to, the following information:

a. Principal amount

b. Coupon rate

c. Conversion or exercise prices or rates and number of shares into which the instrument is potentially convertible

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

d. Pertinent dates, such as conversion date(s) and maturity date

e. Parties that control the conversion rights

f. Manner of settlement upon conversion and any alternative settlement methods, such as cash, shares, or a combination of cash and shares

g. Terms that may change conversion or exercise prices, number of shares to be issued, or other conversion rights and the timing of those rights (excluding standard antidilution provisions)

h. Liquidation preference and unusual voting rights, if applicable

i. Other material terms and features of the instrument that are not listed above.

**50-1C**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

An entity shall provide the following incremental information for **contingently convertible instruments** or the instruments that are described in paragraphs 470-20-05-8 through 05-8A : :

a. Events or changes in circumstances that would adjust or change the contingency or would cause the contingency to be met

b. Information on whether the shares that would be issued if the contingently convertible securities were converted are included in the calculation of diluted earnings per share (EPS) and the reasons why or why not

c. Other information that is helpful in understanding both the nature of the contingencies and the potential impact of conversion.

**50-1D**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

An entity shall disclose the following information for each convertible debt instrument as of each date for which a statement of financial position is presented.

a. The unamortized premium, discount, or issuance costs and, if applicable, the premium amount recorded as paid-in capital in accordance with paragraph 470-20-25-13 :

b. The net carrying amount

c. For **public business entities** , the **fair value** of the entire instrument and the level of the fair value hierarchy in accordance with paragraphs 825-10-50-10 through 50-15 : .

See Example 11 (paragraph 470-20-55-69A : ) for an illustration of this disclosure requirement.

**50-1E**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

An entity shall disclose the following information as of the date of the latest statement of financial position presented:

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. Changes to conversion or exercise prices that occur during the reporting period other than changes due to standard antidilution provisions

b. Events or changes in circumstances that occur during the reporting period that cause conversion contingencies to be met or conversion terms to be significantly changed

c. Number of shares issued upon conversion, exercise, or satisfaction of required conditions during the reporting period

d. Maturities and sinking fund requirements for convertible debt instruments for each of the five years following the date of most recent statement of financial position presented in accordance with paragraph 470-10-50-1 : .

**50-1F**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

An entity shall disclose the following information about interest recognized for each period for which a statement of financial performance is presented:

a. The effective interest rate for the period

b. The amount of interest recognized for the period disaggregated by both of the following (see Example 12 [paragraph 470-20-55-69D : ] for an illustration of this disclosure requirement):

1. The contractual interest expense

2. The amortization of the premium, discount, or issuance costs.

**50-1G**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

If the conversion option of a convertible debt instrument is accounted for as a derivative in accordance with Subtopic 815-15 : , an entity shall provide disclosures in accordance with Topic 815 : for the conversion option in addition to the disclosures required by this Section, if applicable.

**50-1H**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

If a convertible debt instrument is measured at fair value in accordance with the Fair Value Option Subsections of Subtopic 825-10 : , an entity shall provide disclosures in accordance with Subtopic 820-10 : and Subtopic 825-10 : in addition to the disclosures required by this Section, if applicable.

**50-1I**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

An entity shall disclose the following information about derivative transactions entered into in connection with the issuance of convertible debt instruments within the scope of this Subtopic regardless of whether such derivative transactions are accounted for as assets, liabilities, or equity instruments:

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. The terms of those derivative transactions(including the terms of settlement)

b. How those derivative transactions relate to the instruments within the scope of this Subtopic

c. The number of shares underlying the derivative transactions

d. The reasons for entering into those derivative transactions.

> An example of a derivative transaction entered into in connection with the issuance ofa convertible debtinstrument within the scope of this Subtopic is the purchase of call options that are expected to substantially offset changes in the fair valueor the potential dilutive effectof the conversion option.Derivative instruments also are subject to the disclosure guidance in Topic 815 : ⬚.

**> EPS**

**50-2** For disclosures about securities in relationship to earnings per share (EPS) disclosures, see paragraph 260-10-50-1(c) : ⬚.

**> Own-Share Lending Arrangements Issued in Contemplation of Convertible Debt Issuance**

**50-2A**An entity that enters into a share-lending arrangement on its own shares in contemplation of a convertible debt offering or other financing shall disclose all of the following. The disclosures must be made on an annual and interim basis in any period in which a share-lending arrangement is outstanding.

a. A description of any outstanding share-lending arrangements on the entity's own stock

b. All significant terms of the share-lending arrangement including all of the following:

1. The number of shares

2. The term

3. The circumstances under which cash settlement would be required

4. Any requirements for the counterparty to provide collateral.

c. The entity's reason for entering into the share-lending arrangement

d. The fair value of the outstanding loaned shares as of the balance sheet date

e. The treatment of the share-lending arrangement for the purposes of calculating earnings per share

f. The unamortized amount of the issuance costs associated with the share-lending arrangement at the balance sheet date

g. The classification of the issuance costs associated with the share-lending arrangement at the balance sheet date

h. The amount of interest cost recognized relating to the amortization of the issuance cost associated with the share-lending arrangement for the reporting period

i. Any amounts of dividends paid related to the loaned shares that will not be reimbursed.

**50-2B**An entity that enters into a share-lending arrangement on its own shares in contemplation of a convertible debt offering or other financing shall also make the disclosures required by Topic 505 : ⬚.

**50-2C** In the period in which an entity concludes that it is **probable**⬚ that the counterparty to its share-lending arrangement will default, the entity shall disclose the amount of expense reported in the statement of earnings related to the default. The entity shall disclose in any subsequent period any material changes in the amount of expense as a result of changes in the fair value of the entity's shares or the probable recoveries. If default is

---

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

probable but has not yet occurred, the entity shall disclose the number of shares related to the share-lending arrangement that will be reflected in basic and diluted earnings per share when the counterparty defaults.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-50 Disclosure - Cash Conversion

[Click to open document in a browser](#)

# Cash Conversion

**50-3**An entity shall provide the incremental disclosures required by the guidance in this Section in annual financial statements for convertible debt instruments within the scope of the Cash Conversion Subsections that were outstanding during any of the periods presented.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**50-4**As of each date for which a statement of financial position is presented, an entity shall disclose all of the following:

   a. The carrying amount of the equity component

   b. For the liability component:

      1. The principal amount

      2. The unamortized discount

      3. The net carrying amount.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**50-5**As of the date of the most recent statement of financial position that is presented, an entity shall disclose all of the following:

   a. The remaining period over which any discount on the liability component will be amortized

   b. The conversion price and the number of shares on which the aggregate consideration to be delivered upon conversion is determined

   c. For a **public entity** only,the amount by which the instrument's if-converted value exceeds its principal amount, regardless of whether the instrument is currently convertible

   d. All of the following information about derivative transactions entered into in connection with the issuance of instruments within the scope of the Cash Conversion Subsectionsregardless of whether such derivative transactions are accounted for as assets, liabilities, or equity instruments:

      1. The terms of those derivative transactions

      2. How those derivative transactions relate to the instruments within the scope of the Cash Conversion Subsections

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

3. The number of shares underlying the derivative transactions

4. The reasons for entering into those derivative transactions.

An example of a derivative transaction entered into in connection with the issuance of an instrument within the scope of the Cash Conversion Subsections is the purchase of call options that are expected to substantially offset changes in the fair value of the conversion option.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**50-6**For each period for which a statement of financial performance is presented, an entity shall disclose both of the following:

a. The effective interest rate on the liability component for the period

b. The amount of interest cost recognized for the period relating to both the contractual interest coupon and amortization of the discount on the liability component.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

# 470-20-55 Implementation Guidance and Illustrations - General

Click to open document in a browser

General

**> Illustrations**
**> > Example 1: Induced Conversions of Convertible Securities**

**55-1** The following Cases illustrate application of the guidance in paragraph 470-20-40-16 : to induced conversions of convertible securities:

a. Reduced conversion price for conversion before determination date, increase in bond **fair value** (Case A)

b. Reduced conversion price for conversion before determination date, decrease in bond fair value (Case B).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-1 will be superseded upon transition, together with its headings: |
| >**Illustrations** |
| >>**Example 1: Induced Conversions of Convertible Securities** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-1A**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-1A will be added upon transition, together with its headings noted below. |
| >**Implementation Guidance** |
| >>**Scope Application to a Convertible Preferred Stock** |

An example of a convertible preferred stock that paragraph 470-20-15-2D : requires an entity consider as a convertible debt instrument for purposes of the scope application of this Subtopic is a convertible preferred stock that has a stated redemption date and also would require the issuer to settle the face amount of the instrument in cash upon exercise of the conversion option. Such a convertible preferred stock is a mandatorily

redeemable financial instrument and is classified as a liability under Subtopic 480-10 : because it embodies an unconditional obligation to redeem the instrument by transferring assets at a specified or determinable date (or dates).

**55-1B**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 🗋

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-1B will be added upon transition, together with its headings noted below. |
| **>Illustrations** |
| **>>Example 1: Induced Conversions of Convertible Securities** |

The following Cases illustrate application of the guidance in paragraph 470-20-40-16 : 🗋 to induced conversions of convertible securities:

    a. Reduced conversion price for conversion before determination date, increase in bond **fair value** 🗋 (Case A)

    b. Reduced conversion price for conversion before determination date, decrease in bond fair value (Case B).

**55-2**For simplicity, the face amount of each security is assumed to be equal to its carrying amount in the financial statements (that is, no original issue premium or discount exists).

**> > > Case A: Reduced Conversion Price for Conversion before Determination Date—Bond Fair Value Increased**

**55-3**On January 1, 19X4, Entity A issues a $1,000 face amount 10 percent convertible bond maturing December 31, 20X3. The carrying amount of the bond in the financial statements of Entity A is $1,000, and it is convertible into common shares of Entity A at a conversion price of $25 per share. On January 1, 19X6, the convertible bond has a fair value of $1,700. To induce convertible bondholders to convert their bonds promptly, Entity A reduces the conversion price to $20 for bondholders that convert before February 29, 19X6 (within 60 days).

**55-4**Assuming the market price of Entity A's common stock on the date of conversion is $40 per share, the fair value of the incremental consideration paid by Entity A upon conversion is calculated as follows for each $1,000 bond that is converted before February 29, 19X6.

| | | |
|---|---|---:|
| Value of securities issued <sup>(a)</sup> | | $ 2,000 |
| Value of securities issuable pursuant to original conversion privileges <sup>(b)</sup> | | 1,600 |
| Fair value of incremental consideration | | $ 400 |

| (a) Value of securities issued to debt holders is computed as follows: | | |
|---|---|---:|
| Face amount | | $ 1,000 |
| ÷ New conversion price | ÷ | $ 20 per share |
| Number of common shares issued upon conversion | | 50 shares |
| × Price per common share | × | $ 40 per share |
| Value of securities issued | | $ 2,000 |

| (b) Value of securities issuable pursuant to original conversion privileges is computed as follows: | | |
|---|---|---:|
| Face amount | | $ 1,000 |
| ÷ Original conversion price | ÷ | $ 25 per share |
| Number of common shares issuable pursuant to original conversion privileges | | 40 shares |
| × Price per common share | × | $ 40 per share |
| Value of securities issuable pursuant to original conversion privileges | | $ 1,600 |

**55-5**Therefore, Entity A records debt conversion expense equal to the fair value of the incremental consideration paid as follows.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | Debit | Credit |
|---|---|---|
| Convertible debt | $1,000 | |
| Debt conversion expense | 400 | |
| Common stock | | $1,400 |

**> > > Case B: Reduced Conversion Price for Conversion before Determination Date—Bond Fair Value Decreased**

**55-6**On January 1, 19X1, Entity B issues a $1,000 face amount 4 percent convertible bond maturing December 31, 20X0. The carrying amount of the bond in the financial statements of Entity B is $1,000, and it is convertible into common shares of Entity B at a conversion price of $25. On June 1, 19X4, the convertible bond has a fair value of $500. To induce convertible bondholders to convert their bonds promptly, Entity B reduces the conversion price to $20 for bondholders that convert before July 1, 19X4 (within 30 days).

**55-7**Assuming the market price of Entity B's common stock on the date of conversion is $12 per share, the fair value of the incremental consideration paid by Entity B upon conversion is calculated as follows for each $1,000 bond that is converted before July 1, 19X4.

| | |
|---|---|
| Value of securities issued [a] | $ 600 |
| Value of securities issuable pursuant to original conversion privileges [b] | 480 |
| Fair value of incremental consideration | $ 120 |

(a) Value of securities issued to debt holders is computed as follows:

| | |
|---|---|
| Face amount | $ 1,000 |
| ÷ New conversion price | ÷ $ 20 per share |
| Number of common shares issued upon conversion | 50 shares |
| × Price per common share | × $ 12 per share |
| Value of securities issued | $ 600 |

(b) Value of securities issuable pursuant to original conversion privileges is computed as follows:

| | |
|---|---|
| Face amount | $ 1,000 |
| ÷ Original conversion price | ÷ $ 25 per share |
| Number of common shares issuable pursuant to original conversion privileges | 40 shares |
| × Price per common share | × $ 12 per share |
| Value of securities issuable pursuant to original conversion privileges | $ 480 |

**55-8**Therefore, Entity B records debt conversion expense equal to the fair value of the incremental consideration paid as follows.

| | Debit | Credit |
|---|---|---|
| Convertible debt | $1,000 | |
| Debt conversion expense | 120 | |
| Common stock | | $1,120 |

**55-9**The same accounting would apply if, instead of reducing the conversion price, Entity B issued shares pursuant to a tender offer of 50 shares of its common stock for each $1,000 bond surrendered to the entity before July 1, 19X4. See paragraph 470-20-40-14 : 🗂.

**> > Example 2: Evaluating Whether an Embedded Conversion Option Is Beneficial to Holder**

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**55-10** This Example illustrates the guidance in paragraph 470-20-30-5 : 📄.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-10 will be superseded upon transition, together with its heading: |
| >>**Example 2: Evaluating Whether an Embedded Conversion Option Is Beneficial to Holder** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**55-11**Assume Entity A issues for $1 million convertible debt with a par amount of $1 million and 100,000 detached warrants. The convertible debt is convertible at a conversion price of $10 per share (holder would receive 100,000 shares of Entity A common stock upon conversion). The fair value of Entity A's stock at the commitment date is $10. Further, assume that the ratio of the relative fair values of the convertible debt and the detached warrants is 75 to 25. After allocating 25 percent or $250,000 of the proceeds to the detached warrants (based on relative fair values), the convertible debt is recorded on the balance sheet at $750,000 (net of the discount that arises from the allocation of proceeds to the warrants), and the detached warrants are recorded in paid-in capital in the balance sheet at $250,000.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**55-12**Entity A must evaluate whether the embedded conversion option within the debt instrument is beneficial (has intrinsic value) to the holder. The effective conversion price (that is, the allocated proceeds divided by the number of shares to be received on conversion) based on the proceeds of $750,000 allocated to the convertible debt is $7.50 ($750,000 ÷ 100,000 shares). The intrinsic value of the conversion option therefore is $250,000 [(100,000 shares) × ($10.00 - $7.50)] and is recognized as a reduction to the carrying amount of the convertible debt and an addition to paid-in capital. The total debt discount immediately after the initial accounting is performed is $500,000 ($250,000 from the allocation of proceeds to the warrants and an additional $250,000 from the measurement of the intrinsic value of the conversion option). The same answer would result if the debt had been issued without detachable warrants for $750,000 in proceeds.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**> > Example 3: Conversion Price to Be Used to Measure Intrinsic Value**

**55-13** This Example illustrates the guidance in paragraph 470-20-30-7 : 📄.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-13 will be superseded upon transition, together with its heading: |
| >>**Example 3: Conversion Price to Be Used to Measure Intrinsic Value** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**55-14**Assume Entity A, a private entity, issues for $1 million a convertible instrument that is convertible 4 years after issuance at a conversion price of $10 per share (fair value of the stock is $10 at the commitment date). The instrument also contains a provision that the conversion price adjusts from $10 to $7 per share if Entity A does not have an initial public offering with a per-share price of $13 or more within 3 years. Entity B, a private entity, issues for $1 million a convertible instrument that is convertible 4 years after issuance at a conversion price of $7 per share (fair value of the stock is $10 at the commitment date). The instrument also contains a provision that the conversion price adjusts from $7 to $10 per share if Entity B successfully completes an initial public offering for a per-share price of $13 or more within 3 years.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-15**The active conversion price for both Entity A and Entity B is $7, which is the conversion option price that would apply if there were no change in circumstances after the issuance date other than the passage of time. The intrinsic value of the conversion option of $428,571 [($1 million ÷ $7) × ($10 - $7)] should be recognized at the issuance date of the convertible instrument. If an event occurs that triggers a decrease in the number of shares to the holder upon conversion (the initial public offering in this Example), the intrinsic value of the adjusted conversion option should be recomputed using the commitment-date fair value of the underlying stock and the proceeds received for or allocated to the convertible instrument in the initial accounting.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-16**If the amortized amount of discount on the convertible instrument resulting from the initial measurement of the intrinsic value of the conversion option before the adjustment exceeds the remeasured intrinsic value of the conversion option after the adjustment, the excess amortization charge should not be reversed. Any unamortized amount of that original discount amount that exceeds the amount necessary for the total discount (amortized and unamortized) to be equal to the intrinsic value of the adjusted conversion option should be reversed through a debit to paid-in capital (as an adjustment to the intrinsic value measurement of the conversion option). The adjusted unamortized discount, if any, should be amortized using the interest method pursuant to the recommended guidance in this Subtopic.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-17**For example, assume in this Case that Entity A had an amortized discount of $85,714 and the remaining unamortized discount was $342,857 at the time it completed an initial public offering for a per-share price of more than $13. Entity A would remeasure the intrinsic value of the conversion option based on the adjusted conversion price of $10 per share and determine that there is no intrinsic value of the adjusted conversion option because the adjusted conversion price equals the fair value of the common stock at the initial commitment date. Entity A would reverse the entire $342,857 of remaining unamortized discount (credit) with an offsetting entry (debit) to additional paid-in capital. The $85,714 of discount previously amortized is not reversed.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**> > Example 4: Stock-Settled Debt**

**55-18** This Example illustrates the guidance in paragraph 470-20-25-8 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

This Example illustrates the guidance in paragraph 470-20-25-14 : .

**55-19** If the conversion price was described as $1 million divided by the market price of the common stock on the date of the conversion, that is, resetting at the date of conversion, the holder is guaranteed to receive $1 million in value upon conversion and, therefore, there is no beneficial conversion option and the convertible instrument would be considered stock-settled debt. However, if the conversion price does not fully reset (for example, resets on specified dates before maturity), the reset represents a contingent beneficial conversion feature subject to this Subtopic.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

If the conversion price was described as $1 million divided by the market price of the common stock on the date of the conversion, that is, resetting at the date of conversion, the holder is guaranteed to receive $1 million in value upon conversion and, therefore, thedebtinstrument would be considered stock-settled debt.

**> > Example 4A: Resets**

**55-19A** This Example illustrates the guidance in paragraph 470-20-35-4 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

| **Editor's Note**: Paragraph 470-20-55-19A will be superseded upon transition, together with its heading: |
|---|
| >>**Example 4A: Resets** |

  a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-20** Assume Entity A issues for $1 million a convertible debt instrument with a conversion option that allows the holder to convert the instrument at $12.50 per share for 80,000 shares of Entity A's common stock. The fair value of the common stock is $10 at the commitment date. The debt instrument also provides that if the market price of Entity A's common stock falls to $7 or less at any point during the conversion term, then the conversion price resets to $8.75 per share (the instrument would then become convertible into 114,286 shares).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-21** A contingent beneficial conversion amount of $142,858 [($1 million ÷ $8.75) × ($10.00 - $8.75)] is required to be calculated at the commitment date but only recognized when and if Entity A's stock price falls to $7 or less.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

The accretion of this discount would be required from the date the stock price falls to $7 or less (regardless of the fact that the conversion price resets to $8.75 per share) in accordance with this Subtopic.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > Example 5: Contingent Conversion Option Does Not Permit Calculation of Shares Received on Conversion**

**55-22** This Example illustrates the guidance in paragraph 470-20-35-1 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-22 will be superseded upon transition, together with its heading: |
| >>**Example 5: Contingent Conversion Option Does Not Permit Calculation of Shares Received on Conversion** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-23** Assume Entity A issues for $1 million a convertible debt instrument that is convertible into 100,000 shares of Entity A common stock ($10 conversion price) when the fair value of the stock is $10. This instrument provides that if Entity A subsequently issues common stock at a price less than $10, the conversion price adjusts to 90 percent of that subsequent issue price.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-24** If Entity A subsequently issues common stock at a price of $8 per share, the holder's conversion price adjusts to $7.20 ($8 × 90%) and the holder now would receive 138,888 shares ($1 million ÷ $7.20) upon conversion, an increase of 38,888 shares from the 100,000 shares that would have been received before the occurrence of the contingent event. The incremental intrinsic value that results from triggering the contingent option is $388,888—calculated as 38,888 shares × $10 stock price at the commitment date or, alternatively, ($1 million ÷ $7.20) × ($10 - $7.20)—and would be recognized upon the subsequent issuance of common stock at the $8 per share price. The accretion of this discount would be required from the date the common stock was subsequently issued at $8 per share in accordance with this Subtopic.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > Example 6: Beneficial Conversion Option Terminates After a Specified Time Period and Instrument then Mandatorily Redeemable at a Premium**

**55-25** This Example illustrates the guidance in paragraph 470-20-35-10 : .

**Pending Content**

---

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-25 will be superseded upon transition, together with its heading: |
| >>**Example 6: Beneficial Conversion Option Terminates After a Specified Time Period and Instrument then Mandatorily Redeemable at a Premium** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-26**Assume Entity A issues for $1 million a convertible debt instrument that is convertible by the holder 1 year from issuance into 120,000 shares of Entity A common stock (fair value of Entity A's common stock at the commitment date is $10). If the instrument is not converted at the end of 1 year, Entity A is required to redeem it for $1.2 million.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-27**The debt instrument contains a beneficial conversion option with an intrinsic value of $200,000—that is, (120,000 shares × $10 per share) (which is equal to the fair value of stock to be received upon conversion) - $1 million (proceeds received). The total proceeds of $1 million are therefore allocated as follows: $800,000 to the convertible debt and $200,000 to the conversion option (recognized as additional paid-in capital). The debt is then accreted from $800,000 to the $1.2 million redemption amount over the 1-year period to the required redemption date in accordance with this Subtopic.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > Example 7: Beneficial Conversion Features or Contingently Adjustable Conversion Ratios**

**55-28** The following Cases illustrate the guidance for **beneficial conversion features** or contingently adjustable conversion ratios for convertible securities:

a. Instrument is convertible at inception, fixed dollar conversion terms (Base Case) (Case A).

b. Instrument is not convertible at inception, fixed dollar conversion terms (Base Case) (Case B).

c.

Paragraph superseded by Maintenance Update No. 2016-05 81483571.pdf.

d. Instrument contains a fixed percentage conversion feature dependent on a future event (Case D).

e. Convertible instrument contains fixed terms that change based on a future event (Case E).

f. Conversion is dependent on a future event and terms are variable (Case F).

g. Extinguishment of convertible debt that includes a beneficial conversion feature (Case G).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-28 will be superseded upon transition, together with its heading: |
| >>**Example 7: Beneficial Conversion Features or Contingently Adjustable Conversion Ratios** |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

> > > **Case A: Instrument Is Convertible at Inception, Fixed Dollar Conversion Terms (Base Case)**

**55-29** This Case illustrates the guidance in paragraph 470-20-35-7 : ⬜.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-29 will be superseded upon transition, together with its heading: |
| >>>**Case A: Instrument Is Convertible at Inception, Fixed Dollar Conversion Terms (Base Case)** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**55-30**This Case has the following assumptions:

a. $1,000,000 of convertible debt with a redemption date on the fifth anniversary of issuance

b. Convertible at date of issuance

c. Convertible at $40 per share

d. Fair value of common stock at commitment date equals $50 per share.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**55-31** The calculation is as follows.

| | | |
|---|---|---|
| Fair value at commitment date | $ | 50 |
| Conversion price (stated and will not change) | $ | 40 |
| Intrinsic value of beneficial conversion feature | $ | 250,000 [a] |
| **Amount to record at date of issuance** | **$** | **250,000** |

(a)  Convertible into 25,000 shares (1,000,000 ÷ 40) with an intrinsic value of $10 (50 − 40) or overall: (1,000,000 ÷ 40) × (50 − 40).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**55-32**The beneficial conversion feature is calculated at its intrinsic value (that is, the difference between the conversion price and the fair value of the common stock into which the debt is convertible, multiplied by the number of shares into which the debt is convertible) at the commitment date. A portion of the proceeds from issuance of the convertible debt, equal to the intrinsic value, is then allocated to additional paid-in capital. Because the debt has a stated redemption on the fifth anniversary of issuance, the debt discount should be amortized over a five-year period from the date of issuance to the stated redemption date.

**Pending Content**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-33**Entry at date of issuance.

| | | |
|---|---|---|
| Cash | $1,000,000 | |
| Debt Discount | 250,000 | |
|     Debt | | $1,000,000 |
|     Additional paid-in capital | | 250,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**> > > Case B: Instrument Is Not Convertible at Inception, Fixed Dollar Conversion Terms (Base Case)**

**55-34** This Case illustrates the guidance in paragraph 470-20-35-7 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-34 will be superseded upon transition, together with its heading: |
| >>>**Case B: Instrument Is Not Convertible at Inception, Fixed Dollar Conversion Terms (Base Case)** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-35**This Case has the following assumptions:

    a. $1,000,000 of convertible debt with a redemption date on the fifth anniversary of issuance

    b. Convertible in one year

    c. Convertible at $40 per share

    d. Fair value of common stock at commitment date equals $50 per share.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-36**The calculation is as follows.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | | |
|---|---|---|
| Fair value at commitment date | $ | 50 |
| Conversion price (stated and will not change) | $ | 40 |
| Intrinsic value of beneficial conversion feature | $ 250,000 | (a) |
| **Amount to record over period to stated redemption** | **$ 250,000** | |

(a)  $(1,000,000 \div 40) \times (50 - 40)$.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-37**The beneficial conversion feature is calculated at its intrinsic value at the commitment date (that is, the difference between the conversion price and the fair value of the common stock into which the debt is convertible, multiplied by the number of shares into which the debt is convertible). A portion of the proceeds from issuance of the convertible debt, equal to the intrinsic value, is then allocated to additional paid-in capital. Because the debt has a stated redemption on the fifth anniversary of issuance, the debt discount should be amortized over a five-year period from the date of issuance to the stated redemption date.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-38**Entry at date of issuance.

| | | |
|---|---|---|
| Cash | $ 1,000,000 | |
| Debt discount | 250,000 | |
| Debt | | $ 1,000,000 |
| Additional paid-in capital | | 250,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-39** Paragraph Not Used :

**55-40** Paragraph Not Used :

**55-41** Paragraph Not Used :

**55-42** Paragraph Not Used :

**55-43** Paragraph Not Used :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> > > Case D: Instrument Containing a Fixed Percentage Conversion Feature Dependent on a Future Event**

**55-44** This Case illustrates the guidance in paragraphs 470-20-35-2 through 35-3 : 📄.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

| **Editor's Note**: Paragraph 470-20-55-44 will be superseded upon transition, together with its heading: |
|---|
| **>>>Case D: Instrument Containing a Fixed Percentage Conversion Feature Dependent on a Future Event** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**55-45**This Case has the following assumptions:

    a. $1,000,000 of convertible debt with a redemption date on the fifth anniversary of issuance

    b. Convertible upon an initial public offering

    c. Convertible at 80 percent of stock price at commitment date (that is, $40)

    d. Fair value of common stock at commitment date equals $50 per share.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**55-46**The calculation is as follows.

| | | | |
|---|---|---|---|
| Initial public offering price | $ 50 | $ 60 | $ 70 |
| Stock price at commitment date | $ 50 | $ 50 | $ 50 |
| 80% of stock price at commitment date | $ 40 | $ 40 | $ 40 |
| Intrinsic value of beneficial conversion feature at commitment date | $250,000 (a) | $250,000 (b) | $250,000 (c) |

(a) (1,000,000 ÷ 40) × (50 − 40)
(b) (1,000,000 ÷ 40) × (50 − 40)
(c) (1,000,000 ÷ 40) × (50 − 40)

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 📄

Paragraph superseded by Accounting Standards Update No. 2020-06 : 📄

**55-47**The instrument is not convertible at the commitment date, however it will become convertible and that conversion feature will be beneficial if an initial public offering is completed. The intrinsic value of the beneficial conversion feature is calculated at the commitment date using the stock price as of that date, that is, $250,000. However, that amount would only be recorded at the date an initial public offering is completed.If the IPO were completed on the third anniversary of the debt issuance, the discount amount would be recorded at that date and amortized over a two-year period ending on the stated redemption date of the debt.

**Pending Content**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-48**Entry at issuance.

| | | |
|---|---|---|
| Cash | $1,000,000 | |
| Debt | | $1,000,000 |
| Entry at initial public offering: | | |
| Debt discount | $ 250,000 | |
| Additional paid-in capital | | $ 250,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > > Case E: Convertible Instrument Containing Fixed Terms that Change Based on a Future Event**

**55-49** This Case illustrates the guidance in paragraphs 470-20-35-2 through 35-3 :    and 470-20-35-7 :   .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-49 will be superseded upon transition, together with its heading: |
| >>>**Case E: Convertible Instrument Containing Fixed Terms that Change Based on a Future Event** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-50**This Case has the following assumptions:

a. $1,000,000 of convertible debt with a redemption date on the fifth anniversary of issuance

b. Convertible at date of issuance

c. Convertible at 80 percent of stock price at commitment date (that is, $40)

d. Fair value of common stock at commitment date equals $50 per share and if there is an initial public offering, the conversion feature adjusts to the lesser of $30 or 80 percent of the initial public offering price.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-51**This Case has the following assumptions:

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | | |
|---|---|---|
| Fair value at commitment date | $ | 50 |
| Conversion price at commitment date | $ | 40 |
| Intrinsic value of basic beneficial conversion feature at commitment date | $ 250,000 | (a) |
| Conversion price at contingency resolution | unknown | |
| Intrinsic value of contingent beneficial conversion feature at commitment date | unknown | |

(a)  $(1{,}000{,}000 \div 40) \times (50 - 40)$

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-52**This instrument includes a basic beneficial conversion feature that is not contingent upon the occurrence of a future event and a contingent beneficial conversion feature. Accordingly, the intrinsic value of the basic beneficial conversion feature of $250,000 is calculated at the commitment date and recorded at the issuance date. Because the debt has a stated redemption on the fifth anniversary of issuance, the debt discount should be amortized over a five-year period from the date of issuance to the stated redemption date.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-53** Paragraph Not Used :

**55-54**Entry at date of issuance.

| | | |
|---|---|---|
| Cash | $1,000,000 | |
| Debt discount | 250,000 | |
|     Debt | | $1,000,000 |
|     Additional paid-in capital | | 250,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-54A**The terms of the convertible debt instrument do not permit the number of shares that would be received upon conversion if an initial public offering occurs to be calculated at the commitment date.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > > Case F: Conversion Dependent on a Future Event and Terms Are Variable**

**55-55** This Case illustrates the guidance in paragraph 470-20-35-2 through 35-3 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023 |* **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-55 will be superseded upon transition, together with its heading: |
| >>>**Case F: Conversion Dependent on a Future Event and Terms Are Variable** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-56**This Case has the following assumptions.

a. $1,000,000 of convertible debt with a redemption date on the fifth anniversary of issuance

b. Convertible at date of issuance

c. Convertible at 80 percent of stock price at commitment date (that is, $40)

d. Fair value of common stock at commitment date equals $50 per share

e. If the stock price increases at least 15 percent one year after an initial public offering, the conversion feature adjusts to 65 percent of the fair value of the common stock 1 year after the initial public offering.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023 |* **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-57**The calculation is as follows.

| | |
|---|---|
| Fair value at commitment date | $ 50 |
| Conversion price at commitment date | $ 40 |
| Conversion price at contingency resolution | unknown |
| Intrinsic value of basic beneficial conversion feature at commitment date | $250,000 [a] |
| Intrinsic value of contingent beneficial conversion feature at commitment date | unknown |

(a) $(1,000,000 \div 40) \times (50 - 40)$

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023 |* **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-58**The amount of the beneficial conversion feature is measured using the terms of the beneficial conversion feature that are operative at issuance, that is, the 20 percent discount. The intrinsic value of that beneficial

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

conversion feature ($250,000) is calculated at the commitment date and recorded at the issuance date. Because the debt has a stated redemption on the fifth anniversary of issuance, the debt discount should be amortized over a five-year period from the date of issuance to the stated redemption date.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-59** Paragraph Not Used :

**55-60**Entry at date of issuance.

| | | |
|---|---|---|
| Cash | $1,000,000 | |
| Debt discount | 250,000 | |
| Debt | | $1,000,000 |
| Additional paid-in capital | | 250,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-60A**The terms of the convertible debt instrument do not permit the number of shares that would be received upon conversion if an initial public offering occurs to be calculated at the commitment date.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> > > Case G: Extinguishment of Convertible Debt that Includes a Beneficial Conversion Feature**

**55-61** This Case illustrates the guidance in paragraph 470-20-40-3 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-61 will be superseded upon transition, together with its heading: |
| >>>**Case G: Extinguishment of Convertible Debt that Includes a Beneficial Conversion Feature** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-62**Both of the following conditions exist at the commitment date:

    a. Proceeds for sale of zero coupon convertible debt are $100.

    b. Intrinsic value of beneficial conversion feature is $90.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-63**At the commitment date, the issuer records $90 as discount on the debt with the offsetting entry to additional paid-in-capital. The remainder ($10) is recorded as debt and is accreted to its full face value of $100 over the period from the issuance date until the stated redemption date of the instrument (3 years). The debt is subsequently extinguished one year after issuance.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-64**All of the following conditions exist at the extinguishment date:

   a. The reacquisition price is $150.

   b. The intrinsic value of the beneficial conversion feature at the extinguishment date is $80.

   c. The carrying value of debt is $22.

The net carrying value of the debt one year after issuance is calculated using the effective interest method to amortize the debt discount over three years.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-65**At the date of extinguishment, the extinguishment proceeds should first be allocated to the beneficial conversion feature ($80). The remainder ($70) is allocated to the extinguishment of the convertible security.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**55-66**Entry to record the extinguishment.

| | | |
|---|---|---|
| Debt | $ 22 | |
| Equity (paid-in capital) | 80 | |
| Loss on extinguishment | 48 | |
| Cash | | $ 150 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : 

Paragraph superseded by Accounting Standards Update No. 2020-06 : 

**> > Example 9: Illustration of a Conversion of an Instrument that Becomes Convertible Upon the Issuer's Exercise of a Call Option**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**55-67** This Example illustrates an instrument subject to the guidance in paragraphs 470-20-40-5 through 40-9 :
⬜ .

**55-68**An entity issues a contingently convertible instrument on January 1, 2006, with a market price trigger, a $1,000 par amount, and a maturity date of December 31, 2020. The debt instrument is convertible at the option of the holder if the share price of the issuer exceeds a specified amount. The issuer can call the debt at any time between 2009 and the maturity date of the debt. If the issuer calls the debt, the holder has the option to receive cash for the call amount or a fixed number of shares as specified in the terms of the instrument upon issuance, regardless of whether the market price trigger has been met. In 2010, the issuer calls the debt before the market price trigger being met and the holder elects to receive a fixed number of shares (as specified in the terms of the instrument).

**> > Example 10: Multiple-Step Discount**

**55-69**This Example illustrates the application of paragraphs 470-20-30-15 : ⬜and 470-20-35-7 : ⬜to an instrument that incorporates a multiple-step discount.If an instrument provides for a 15 percent discount to the market price after 3 months, a 25 percent discount after 6 months, a 35 percent discount after 9 months, and a

40 percent discount after 1 year,paragraph 470-20-30-15 : ⬜requires that the computation of the intrinsic value be made using the conversion terms that are most beneficial to the investor;that is, the discount would be 40

percent and the amortization period would be 1 year.However, paragraph 470-20-35-7 : ⬜indicates that the amortization recognized may require adjustment to ensure that the discount amortized at any point in time is not less than the amount the holder of the instrument could obtain if conversion occurred at that date.That is, at the end of 3 months, at least the 15 percent discount should have been recognized.Paragraph 470-20-35-7(a) :

⬜states that, if a convertible instrument has a stated redemption date, the discount shall be accreted from the date of issuance to the stated redemption date of the convertible instrument, regardless of when the earliest conversion date occurs.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

| Editor's Note: Paragraph 470-20-55-69 will be superseded upon transition, together with its heading: |
|---|
| >>**Example 10: Multiple-Step Discount** |

　　a. Paragraph superseded by Accounting Standards Update No. 2020-06 : ⬜

**> > Example 11: Disclosure of the Information in the Statement of Financial Position**
**55-69A**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 : ⬜

This Example provides an illustration of the guidance in paragraph 470-20-50-1D : ⬜based on the assumption that Entity A is a public business entity and has two convertible debt instruments outstanding as of December 31, 20X7, and 20X6.

**55-69B**

**Pending Content**

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

The following illustrates the disclosures in a tabular format.

The following is a summary of Entity A's convertible debt instruments as of December 31, 20X7 (in thousands).

| | Principal Amount | Unamortized Debt Discount and Issuance Costs | Net Carrying Amount | Fair Value Amount | Fair Value Leveling |
|---|---|---|---|---|---|
| 1.2% convertible debt due on December 31, 20X8 | $ 1,000 | $ (18) | $ 982 | $ 1,100 | Level 2 |
| Zero-coupon convertible debt due on December 31, 20X9 | 500 | (9) | 491 | 462 | Level 3 |

The following is a summary of Entity A's convertible debt instruments as of December 31, 20X6 (in thousands).

| | Principal Amount | Unamortized Debt Discount and Issuance Costs | Net Carrying Amount | Fair Value Amount | Fair Value Leveling |
|---|---|---|---|---|---|
| 1.2% convertible debt due on December 31, 20X8 | $ 1,000 | $ (35) | $ 965 | $ 1,015 | Level 2 |
| Zero-coupon convertible debt due on December 31, 20X9 | 500 | (14) | 486 | 450 | Level 3 |

**55-69C**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

The disclosures may be provided alternatively in narrative descriptions.

### 1.2 Percent Convertible Debt Instrument Due on December 31, 20X8

As of December 31, 20X7, and 20X6, the net carrying amount of the convertible debt instrument was $982,000 and $965,000, respectively, with unamortized debt discount and issuance costs of $18,000 and $35,000. The estimated fair value (Level 2) of the convertible debt instrument was $1,100,000 and $1,015,000, respectively, as of December 31, 20X7, and 20X6.

### Zero-Coupon Convertible Debt Instrument Due on December 31, 20X9

As of December 31, 20X7, and 20X6, the net carrying amount of the convertible debt instrument was $491,000 and $486,000, respectively, with unamortized debt discount and issuance costs of $9,000 and $14,000. The estimated fair value (Level 3) of the convertible debt instrument was $462,000 and $450,000, respectively, as of December 31, 20X7, and 20X6.

**> > Example 12: Disclosure of the Information in the Statement of Financial Performance**
**55-69D**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:** 815-40-65-1 : 

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

This Example provides an illustration of the guidance in paragraph 470-20-50-1F(b) : based on the assumption that Entity A has two convertible debt instruments issued before January 1, 20X5, and still outstanding as of December 31, 20X7.

**55-69E**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The following illustrates the disclosures in a tabular format.

The following provides a summary of the interest expense of Entity A's convertible debt instruments (in thousands).

| | Year Ended December 31, | | |
|---|---|---|---|
| | 20X7 | 20X6 | 20X5 |
| Coupon interest | $ 12 | $ 12 | $ 12 |
| Amortization of debt discount and issuance costs | 22 | 22 | 21 |
| Total | $ 34 | $ 34 | $ 33 |

**55-69F**

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

The disclosures may be provided alternatively in narrative descriptions.

For the years ended December 31, 20X7, 20X6, and 20X5, the total interest expense was $34,000, $34,000, and $33,000 with coupon interest expense of $12,000 for each year and the amortization of debt discount and issuance costs of $22,000, $22,000, and $21,000, respectively.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

<div align="right">
**FASB**
Authoritative
</div>

## 470-20-55 Implementation Guidance and Illustrations - Cash Conversion

[Click to open document in a browser](#)

# Cash Conversion

> **Implementation Guidance**
> > **Scope Application to a Convertible Preferred Share**

**55-70**An example of a convertible preferred share that paragraph 470-20-15-6 : requires an entity consider as a convertible debt instrument for purposes of the scope application of the Cash Conversion Subsectionsis a convertible preferred share that has a stated redemption date and also would require the issuer to settle the face amount of the instrument in cash upon exercise of the conversion option.Such a convertible preferred share is a mandatorily redeemable financial instrument and is classified as a liability under Subtopic 480-10 :

because it embodies an unconditional obligation to redeem the instrument by transferring assets at a specified or determinable date (or dates).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| |
|---|
| **Editor's Note**: Paragraph 470-20-55-70 will be superseded upon transition, together with its headings: |
| >**Implementation Guidance** |
| >>**Scope Application to a Convertible Preferred Share** |

    a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

> **Illustrations**
> > **Example 1: Omnibus Example**

**55-71**This Example illustrates the application of the guidance in the Cash Conversion Subsections. This Example makes all of the following assumptions:

    a. The embedded conversion option does not require separate accounting as a derivative instrument under

    Subtopic 815-15 : because it qualifies for the scope exception in paragraph 815-10-15-74 : .

    b. On January 1, 2007, Entity A issues 100,000 convertible notes at their par value of $1,000 per note, raising total proceeds of $100,000,000.

    c. The notes bear interest at a fixed rate of 2 percent per annum, payable annually in arrears on December 31, and are scheduled to mature on December 31, 2016.

    d. Each $1,000 par value note is convertible at any time into the equivalent of 10 shares of Entity A's common stock (that is, representing a stated conversion price of $100 per share).

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

e. The quoted market price of Entity A's common stock is $70 per share on the date of issuance.

f. Upon conversion, Entity A can elect to settle the entire if-converted value (that is, the principal amount of the debt plus the conversion spread) in cash, common stock, or any combination thereof.

g. The notes do not contain embedded prepayment features other than the conversion option.

h. At issuance, the market interest rate for similar debt without a conversion option is 8 percent.

i. The par value of Entity A's common stock is $0.01 per share.

j. The tax basis of the notes is $100,000,000.

k. Entity A is entitled to tax deductions based on cash interest payments.

l. Entity A's tax rate is 40 percent.

m. On January 1, 2012, when the quoted market price of Entity A's common stock is $140 per share, all holders of the convertible notes exercise their conversion options. Accordingly, those investors are entitled to aggregate consideration of $140,000,000 ($1,400 per note).

n. At settlement, the market interest rate for similar debt without a conversion option is 7.5 percent.

o. Entity A receives no tax deduction for the payment of consideration upon conversion ($140,000,000) in excess of the tax basis of the convertible notes ($100,000,000), regardless of the form of that consideration (cash or shares).

## Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

| Editor's Note: Paragraph 470-20-55-71 will be superseded upon transition, together with its headings: |
|---|
| >**Illustrations** |
| >>**Example 1: Omnibus Example** |

a. Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-72**Transaction costs have been omitted from this Example and journal entry amounts in this Example have been rounded to the nearest thousand.

## Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-73**Upon issuance of the notes, the liability component is measured first, and the difference between the proceeds from the notes' issuance and the fair value of the liability is assigned to the equity component. The following illustrates how the fair value of the liability component might be calculated at initial recognition using a discount rate adjustment technique (an income approach). Depending on the terms of the instrument (for example, if the instrument contains prepayment features other than the embedded conversion option) and the availability of inputs to valuation techniques, it may be appropriate to determine the fair value of the liability component using an expected present value technique (an income approach) a valuation technique based on prices and other relevant information generated by market transactions involving comparable liabilities (a market approach) or both an income approach and a market approach.

## Pending Content

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**55-74**The fair value of the liability component can be estimated by calculating the present value of its cash flows using a discount rate of 8 percent, the market rate for similar notes that have no conversion rights, as follows.

| | | |
|---|---|---:|
| Present value of the principal—$100,000,000 payable in 10 years | $ | 46,319,349 |
| Present value of interest—$2,000,000 payable annually in arrears for 10 years | | 13,420,163 |
| Total liability component | $ | 59,739,512 |
| Total equity component ($100,000,000 – $59,739,512) | $ | 40,260,488 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-75**Entity A would make the following journal entries at initial recognition.

| | | |
|---|---:|---:|
| Cash | 100,000,000 | |
| Debt discount | 40,260,000 | |
| Debt | | 100,000,000 |
| Additional paid-in capital | | 40,260,000 |
| | | |
| Additional paid-in capital | 16,104,000 | |
| Deferred tax liability ($40,260,000 × 40%) | | 16,104,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-76**The notes do not contain embedded prepayment features other than the conversion option, so Entity A concludes that the expected life of the notes is 10 years (consistent with the periods of cash flows used to measure the fair value of the liability component) for purposes of applying the interest method. During the 5-year period from January 1, 2007, through December 31, 2011, Entity A recognizes $26,304,228 of interest cost, consisting of $10,000,000 of cash interest payments and $16,304,228 of discount amortization under the interest method. During that period, Entity A recognizes $10,521,691 of income tax benefits, consisting of $4,000,000 of current tax benefits (the tax effect of deductions for cash interest payments) and $6,521,691 of deferred tax benefits (partial reversal of the deferred tax liability due to amortization of the debt discount).

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-77**Upon settlement of the notes, the fair value of the liability component immediately before extinguishment is measured first, and the difference between the fair value of the aggregate consideration remitted to the holder ($140,000,000) and the fair value of the liability component is attributed to the reacquisition of the

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

equity component. The following illustrates how the fair value of the liability component might be calculated at settlement using a discount rate adjustment present value technique (an income approach). Depending on the terms of the instrument (for example, if the instrument contains prepayment features other than the embedded conversion option) and the availability of inputs to valuation techniques, it may be appropriate to determine the fair value of the liability component using an expected present value technique (an income approach), a valuation technique based on prices and other relevant information generated by market transactions involving comparable liabilities (a market approach), or both an income approach and a market approach.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-78**The fair value of the liability component (which has a remaining term of 5 years at the settlement date) can be estimated by calculating the present value of its cash flows using a discount rate of 7.5 percent, the market rate for similar notes that have no conversion rights, as follows.

| | |
|---|---:|
| Present value of the principal—$100,000,000 payable in 5 years | $ 69,655,863 |
| Present value of interest—$2,000,000 payable annually in arrears for 5 years | 8,091,770 |
| Consideration attributed to liability component | $ 77,747,633 |
| Consideration attributed to equity component ($140,000,000 – $77,747,633) | $ 62,252,367 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-79**Regardless of the form of the $140,000,000 consideration transferred at settlement, $77,747,633 would be attributed to the extinguishment of the liability component and $62,252,367 would be attributed to the reacquisition of the equity component. The carrying amount of the liability is $76,043,740 ($100,000,000 principal– $23,956,260 unamortized discount) at the December 31, 2011 settlement date, resulting in a $1,703,893 loss on extinguishment.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-80** At settlement, assume Entity A elects to transfer consideration to the holder in the form of $100,000,000 cash and 285,714 shares of common stock (with a fair value of $40,000,000). The $62,252,367 decrease to additional paid-in capital for the reacquisition of the conversion option, the $39,997,143 increase to additional paid-in capital from the issuance of common stock at conversion, and the $8,900,947 increase to additional paid-in capital to reverse the deferred tax liability relating to the unamortized debt discount at conversion, adjusted for the loss on extinguishment, are presented on a gross basis in this journal entry for illustrative purposes.Based on these assumptions, Entity A would make the following journal entry at settlement.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | | |
|---|---|---|
| Debt | 100,000,000 | |
| Additional paid-in capital—conversion option | 62,252,000 | |
| Loss on extinguishment | 1,704,000 | |
| Deferred tax liability | 9,583,000 | |
| Debt discount | | 23,956,000 |
| Cash | | 100,000,000 |
| Common stock at par | | 3,000 |
| Additional paid-in capital—share issuance | | 39,997,000 |
| Deferred income tax benefit ($1,704,000 × 40%) | | 682,000 |
| Additional paid-in capital [($23,956,000 − $1,704,000) × 40%] | | 8,901,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-81**Assume Entity A elects to transfer consideration to the holder in the form of $140,000,000 cash.Based on that assumption, Entity A would record the following journal entry at settlement:

| | | |
|---|---|---|
| Debt | 100,000,000 | |
| Additional paid-in capital—conversion option | 62,252,000 | |
| Loss on extinguishment | 1,704,000 | |
| Deferred tax liability | 9,583,000 | |
| Debt discount | | 23,956,000 |
| Cash | | 140,000,000 |
| Deferred income tax benefit ($1,704,000 × 40%) | | 682,000 |
| Additional paid-in capital [($23,956,000 − $1,704,000) × 40%] | | 8,901,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**55-82**Assume Entity A elects to transfer consideration to the holder in the form of 1 million shares of common stock (with a fair value of $140,000,000).Based on that assumption, Entity A would record the following journal entry at settlement.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| | | |
|---|---:|---:|
| Debt | 100,000,000 | |
| Additional paid-in capital—conversion option | 62,252,000 | |
| Loss on extinguishment | 1,704,000 | |
| Deferred tax liability | 9,583,000 | |
| Debt discount | | 23,956,000 |
| Common stock at par | | 10,000 |
| Additional paid-in capital—share issuance | | 139,990,000 |
| Deferred income tax benefit ($1,704,000 × 40\%) | | 682,000 |
| Additional paid-in capital [($23,956,000 − $1,704,000) × 40\%] | | 8,901,000 |

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-65 Transition and Open Effective Date Information - General

[Click to open document in a browser](#)

## General

**65-1** Paragraph superseded on 07/01/2010 after the end of the transition period stated in FASB Staff Position APB 14-1,*Accounting for Convertible Debt Instruments That May Be Settled in Cash upon Conversion (Including Partial Cash Settlement)*.

**65-2** Paragraph superseded on 03/23/2010 after the end of the transition period stated in FASB Staff Position APB 14-1,*Accounting for Convertible Debt Instruments That May Be Settled in Cash upon Conversion (Including Partial Cash Settlement)*.

**65-3** Paragraph superseded on 06/20/2011 after the end of the transition period stated in Accounting Standards Update No. 2009-15,*Accounting for Own-Share Lending Arrangements in Contemplation of Convertible Debt Issuance or Other Financing*.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-20-75 XBRL Elements - XBRL Links to Codification

Click to open document in a browser

# XBRL Links to Codification

**> Adjustment to Additional Paid-in Capital, Convertible Debt Instrument Issued at Substantial Premium {5}**
**>> Element Name:***AdjustmentToAdditionalPaidInCapitalConvertibleDebtInstrumentIssuedAtSubstantialPremium*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :

**> Adjustments to Additional Paid in Capital, Equity Component of Convertible Debt {315}**
**>> Element Name:***AdjustmentsToAdditionalPaidInCapitalEquityComponentOfConvertibleDebt*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 25 Recognition > Cash Conversion, 25-22legacyRef :


**> Adjustments to Additional Paid in Capital, Stock Issued, Own-share Lending Arrangement, Issuance Costs {43}**
**>> Element
Name:***AdjustmentsToAdditionalPaidInCapitalStockIssuedOwnshareLendingArrangementIssuanceCosts*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 25 Recognition > General, 25-20AlegacyRef :

**> Adjustments to Additional Paid in Capital, Warrant Issued {913}**
**>> Element Name:***AdjustmentsToAdditionalPaidInCapitalWarrantIssued*

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions:*** *http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 25 Recognition > General, 25-2legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-2legacyRef :

505 Equity > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.3-04) legacyRef :

**> Amortization of Debt Discount (Premium) {1326}**
**>> Element Name:***AmortizationOfDebtDiscountPremium*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03.8) legacyRef :

230 Statement of Cash Flows > 10 Overall > 45 Other Presentation > General, 45-28(b) legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

**> Amortization of Debt Issuance Costs and Discounts {1090}**
**>> Element Name:***AmortizationOfFinancingCostsAndDiscounts*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
230 Statement of Cash Flows > 10 Overall > 45 Other Presentation > General, 45-28(b) commonPracticeRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-3disclosureRef :

**> Amortization of Debt Issuance Costs {1836}**
**>> Element Name:***AmortizationOfFinancingCosts*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03(8)) legacyRef :
230 Statement of Cash Flows > 10 Overall > 45 Other Presentation > General, 45-28(b) commonPracticeRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-3disclosureRef :

**> Cash Settlement [Member]**
**>> Element Name:***CashSettlementMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

**> Combination of Cash and Share Settlement [Member]**
**>> Element Name:***CombinationOfCashAndShareSettlementMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

**> Contingently Convertible Securities Included in Diluted Earnings Per Share [true false] {0}**
**>> Element Name:***ContingentlyConvertibleSecuritiesIncludedInDilutedEarningsPerShare*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1C(b) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-14(b) disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-9disclosureRef :

**> Convertible Debt [Member] {686}**
**>> Element Name:***ConvertibleDebtMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 25 Recognition > General, 25-10legacyRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(1) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :

**> Convertible Subordinated Debt [Member] {30}**
**>> Element Name:***ConvertibleSubordinatedDebtMember*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 25 Recognition > General, 25-11legacyRef :

**> Counterparty Name [Axis] {2203}**
**>> Element Name:** *CounterpartyNameAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 20 Offsetting > 55 Implementation > General, 55-16exampleRef :

210 Balance Sheet > 20 Offsetting > 55 Implementation > General, 55-22exampleRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(m)(1)(iii))

disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(m)(2)(ii))

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(e) disclosureRef :

**> Counterparty Name [Domain] {0}**
**>> Element Name:** *RepurchaseAgreementCounterpartyNameDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 20 Offsetting > 55 Implementation > General, 55-21exampleRef :

210 Balance Sheet > 20 Offsetting > 55 Implementation > General, 55-22exampleRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(m)(1)(iii))

disclosureRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(m)(2)(ii))

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(e) disclosureRef :

**> Debt Disclosure [Text Block] {4342}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***DebtDisclosureTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(g) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(i) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1BdisclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1C(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1C(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1C(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(d) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(c))

disclosureRef :

**> Debt Instrument [Axis] {4644}**
**>> Element Name:***DebtInstrumentAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(1) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(19)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(20)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(f))

commonPracticeRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

835 Interest > 30 Imputation of Interest > 50 Disclosure > General, 50-1disclosureRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(13)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :
944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX

210.7-03(16)) legacyRef :

**> Debt Instrument, Convertible, Associated Derivative Transactions, Description {19}**
**>> Element Name:***DebtInstrumentConvertibleAssociatedDerivativeTransactionsDescription*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-5(d) legacyRef :

**> Debt Instrument, Convertible, Carrying Amount of Equity Component {377}**
**>> Element Name:***DebtInstrumentConvertibleCarryingAmountOfTheEquityComponent*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-4(a) legacyRef :

**> Debt Instrument, Convertible, Control of Rights [Fixed List] {0}**
**>> Element Name:***DebtInstrumentConvertibleControlOfRightsFixedList*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :

**> Debt Instrument, Convertible, Conversion Date {2}**
**>> Element Name:***DebtInstrumentConvertibleConversionDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :

**> Debt Instrument, Convertible, Conversion Price {1501}**
**>> Element Name:***DebtInstrumentConvertibleConversionPrice1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-5(b) legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Debt Instrument, Convertible, Conversion Price, Decrease {8}**
**>> Element Name:***DebtInstrumentConvertibleConversionPriceDecrease*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(a) disclosureRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-3disclosureRef : 

**> Debt Instrument, Convertible, Conversion Price, Increase {8}**
**>> Element Name:***DebtInstrumentConvertibleConversionPriceIncrease*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(a) disclosureRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-3disclosureRef : 

**> Debt Instrument, Convertible, Conversion Ratio {487}**
**>> Element Name:***DebtInstrumentConvertibleConversionRatio1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef : 
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(5)) legacyRef : 

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef : 

505 Equity > 10 Overall > 50 Disclosure > General, 50-6(b) legacyRef : 

505 Equity > 10 Overall > 50 Disclosure > General, 50-7legacyRef : 

**> Debt Instrument, Convertible, Fair Value by Fair Value Hierarchy Level [Extensible Enumeration] {2}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***ConvertibleDebtFairValueByFairValueHierarchyLevelExtensibleList*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(b) disclosureRef :

**> Debt Instrument, Convertible, If-converted Value in Excess of Principal {149}**
**>> Element Name:***DebtInstrumentConvertibleIfConvertedValueInExcessOfPrincipal*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-5(c) legacyRef :

**> Debt Instrument, Convertible, Liquidation Preference, Per Share {4}**
**>> Element Name:***DebtInstrumentConvertibleLiquidationPreferencePerShare*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

**> Debt Instrument, Convertible, Liquidation Preference, Value {4}**
**>> Element Name:***DebtInstrumentConvertibleLiquidationPreferenceValue*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

**> Debt Instrument, Convertible, Number of Equity Instruments {138}**
**>> Element Name:***DebtInstrumentConvertibleNumberOfEquityInstruments*
XBRL Revision Date:

**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm**
**https://www.accountingresearchmanager.com/q/1bffv**

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(5)) legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-6(b) legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-7legacyRef :

**> Debt Instrument, Convertible, Remaining Discount Amortization Period {124}**
**>> Element Name:***DebtInstrumentConvertibleRemainingDiscountAmortizationPeriod1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-5(a) legacyRef :

**> Debt Instrument, Convertible, Settlement Method [Extensible Enumeration] {0}**
**>> Element Name:***DebtInstrumentConvertibleSettlementMethodExtensibleEnumeration*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

**> Debt Instrument, Face Amount {4164}**
**>> Element Name:***DebtInstrumentFaceAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 50 Disclosure > General, 50-1disclosureRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

**> Debt Instrument, Fair Value Disclosure {1004}**
**>> Element Name:***DebtInstrumentFairValue*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

825 Financial Instruments > 10 Overall > 50 Disclosure > General, 50-10disclosureRef :

**> Debt Instrument, Interest Rate During Period {880}**
**>> Element Name:***DebtInstrumentInterestRateDuringPeriod*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(a) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(1)) legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

**> Debt Instrument, Interest Rate, Effective Percentage {1928}**
**>> Element Name:***DebtInstrumentInterestRateEffectivePercentage*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-6(a)

disclosureRef :

**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm**
**https://www.accountingresearchmanager.com/q/1bffv**

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(1)) legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 50 Disclosure > General, 50-1disclosureRef :

**> Debt Instrument, Interest Rate, Stated Percentage {4231}**
**>> Element Name:***DebtInstrumentInterestRateStatedPercentage*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(b) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(1)) legacyRef :

**> Debt Instrument, Issuance Date {289}**
**>> Element Name:***DebtInstrumentIssuanceDate1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)) legacyRef :

**> Debt Instrument, Maturity Date {2001}**
**>> Element Name:***DebtInstrumentMaturityDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(2)) disclosureRef :

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(bbb)(2) commonPracticeRef :

**> Debt Instrument, Name [Domain] {1}**
**>> Element Name:***DebtInstrumentNameDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(1) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(f))

commonPracticeRef :

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

835 Interest > 30 Imputation of Interest > 50 Disclosure > General, 50-1disclosureRef :

**> Debt Instrument, Unamortized Discount (Premium) and Debt Issuance Costs, Net {937}**
**>> Element Name:***DebtInstrumentUnamortizedDiscountPremiumAndDebtIssuanceCostsNet*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-4(b)(2)

disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-3legacyRef :

**> Debt Instrument, Unamortized Discount (Premium), Net {398}**
**>> Element Name:***DebtInstrumentUnamortizedDiscountPremiumNet*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-3legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-4legacyRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Debt Instrument, Unamortized Discount {1590}**
**>> Element Name:***DebtInstrumentUnamortizedDiscount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

**> Debt Instrument, Unamortized Premium {247}**
**>> Element Name:***DebtInstrumentUnamortizedPremium*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

**> Debt Issuance Costs, Net {1879}**
**>> Element Name:***DeferredFinanceCostsNet*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-3legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Deferred Finance Costs, Own-share Lending Arrangement, Issuance Costs, Accumulated Amortization {2}**
**>> Element Name:***DeferredFinanceCostsOwnshareLendingArrangementIssuanceCostsAccumulatedAmortization*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2AlegacyRef :

**> Deferred Finance Costs, Own-share Lending Arrangement, Issuance Costs, Adjustment {11}**
**>> Element Name:***DeferredFinanceCostsOwnshareLendingArrangementIssuanceCostsAdjustment*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2ClegacyRef :

**> Deferred Finance Costs, Own-share Lending Arrangement, Issuance Costs, Amortization Expense {10}**
**>> Element Name:***DeferredFinanceCostsOwnShareLendingArrangementIssuanceCostsAmortizationExpense1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(h) legacyRef :

**> Deferred Finance Costs, Own-share Lending Arrangement, Issuance Costs, Gross {8}**
**>> Element Name:***DeferredFinanceCostsOwnshareLendingArrangementIssuanceCostsGross*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(f) legacyRef :

**> Deferred Finance Costs, Own-share Lending Arrangement, Issuance Costs, Net {23}**
**>> Element Name:***DeferredFinanceCostsOwnshareLendingArrangementIssuanceCostsNet*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2AlegacyRef :

**> Deferred Finance Costs, Own-share Lending Arrangement, Issuance Costs, Net, Classification {0}**
**>> Element Name:**_DeferredFinanceCostsOwnshareLendingArrangementIssuanceCostsNetClassification_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(g) legacyRef :

**> Derivative, Nonmonetary Notional Amount {107}**
**>> Element Name:**_DerivativeNonmonetaryNotionalAmount_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(c) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

505 Equity > 10 Overall > 50 Disclosure > General, 50-18(c) disclosureRef :

815 Derivatives and Hedging > 10 Overall > 50 Disclosure > General, 50-1A(d) commonPracticeRef :

815 Derivatives and Hedging > 10 Overall > 50 Disclosure > General, 50-1BcommonPracticeRef :
815 Derivatives and Hedging > 40 Contracts in Entity's Own Equity > 50 Disclosure > General, 50-5(f)

disclosureRef :

**> Estimate of Fair Value Measurement [Member] {1653}**
**>> Element Name:**_EstimateOfFairValueFairValueDisclosureMember_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: _http://researchhelp.cch.com/License_Agreement.htm_**
**_https://www.accountingresearchmanager.com/q/1bffv_**

825 Financial Instruments > 10 Overall > 50 Disclosure > General, 50-10disclosureRef :

**> Fair Value Hierarchy and NAV [Axis] {5212}**
**>> Element Name:** *FairValueByFairValueHierarchyLevelAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(ii) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(02) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(02)(A) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(02)(B) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(02)(C) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(03) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 55 Implementation > General,

55-17exampleRef :

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(b) disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(1)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(2)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(3)

disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions:* *http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Fair Value Hierarchy and NAV [Domain] {0}**
**>> Element Name:**_FairValueMeasurementsFairValueHierarchyDomain_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(ii) exampleRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(01) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(01) exampleRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02)(A) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02)(B) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02)(C) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(03) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 55 Implementation > General, 55-17exampleRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(2) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(3) disclosureRef :

**> Fair Value Measurement [Domain] {19}**
**>> Element Name:**_FairValueDisclosureItemAmountsDomain_

_Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut._
_©2023 Wolters Kluwer. All rights reserved._
_Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm_
_https://www.accountingresearchmanager.com/q/1bffv_

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

**> Fair Value, Inputs, Level 1 [Member] {4606}**
**>> Element Name:***FairValueInputsLevel1Member*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(ii) exampleRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) exampleRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(03) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 55 Implementation > General,

55-17exampleRef :

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(b) disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(1)

disclosureRef :

**> Fair Value, Inputs, Level 2 [Member] {4456}**
**>> Element Name:***FairValueInputsLevel2Member*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(ii) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(03) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 55 Implementation > General,

55-17exampleRef :

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(b) disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(2)

disclosureRef :

**> Fair Value, Inputs, Level 3 [Member] {4292}**
**>> Element Name:***FairValueInputsLevel3Member*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(ii) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) disclosureRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(01) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(iv)(02) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02)(A) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02)(B) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(02)(C) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(iv)(03) disclosureRef :

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 55 Implementation > General, 55-17exampleRef :

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(b) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(3) disclosureRef :

**> Financial Instrument [Axis] {3003}**
**>> Element Name:** *FinancialInstrumentAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(c) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

320 Investments—Debt Securities > 10 Overall > 50 Disclosure > General, 50-5AdisclosureRef :

320 Investments—Debt Securities > 10 Overall > 50 Disclosure > General, 50-5disclosureRef :

321 Investments—Equity Securities > 10 Overall > 50 Disclosure > General, 50-3(a) commonPracticeRef :

321 Investments—Equity Securities > 10 Overall > 50 Disclosure > General, 50-3(b) commonPracticeRef :

321 Investments—Equity Securities > 10 Overall > 50 Disclosure > General, 50-3(c) commonPracticeRef :

326 Financial Instruments—Credit Losses > 20 Measured at Amortized Cost > 50 Disclosure > General, 50-11disclosureRef :

326 Financial Instruments—Credit Losses > 20 Measured at Amortized Cost > 50 Disclosure > General, 50-13disclosureRef :

326 Financial Instruments—Credit Losses > 20 Measured at Amortized Cost > 50 Disclosure > General, 50-14disclosureRef :

326 Financial Instruments—Credit Losses > 20 Measured at Amortized Cost > 50 Disclosure > General, 50-16disclosureRef :

326 Financial Instruments—Credit Losses > 20 Measured at Amortized Cost > 50 Disclosure > General, 50-5disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

326 Financial Instruments—Credit Losses > 30 Available-for-Sale Debt Securities > 50 Disclosure > General, 50-4disclosureRef :

326 Financial Instruments—Credit Losses > 30 Available-for-Sale Debt Securities > 50 Disclosure > General, 50-7disclosureRef :

326 Financial Instruments—Credit Losses > 30 Available-for-Sale Debt Securities > 50 Disclosure > General, 50-9disclosureRef :

326 Financial Instruments—Credit Losses > 30 Available-for-Sale Debt Securities > 55 Implementation > General, 55-8exampleRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-18(c) disclosureRef :

815 Derivatives and Hedging > 40 Contracts in Entity's Own Equity > 50 Disclosure > General, 50-5(f) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(b)(2)(i) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(b)(2)(ii) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(b)(3) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(2) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(3) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(2) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(3) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(2) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(3) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(c) disclosureRef :

860 Transfers and Servicing > 30 Secured Borrowing and Collateral > 45 Other Presentation > General, 45-1disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

860 Transfers and Servicing > 30 Secured Borrowing and Collateral > 50 Disclosure > General, 50-7(a)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(1)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(2)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(3)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(4)(i)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(1)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(2)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(3)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(4)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(5)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(6)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(7)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(b)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(e)(1)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(e)(2)

disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(e)(3)

disclosureRef :

**> Financial Instruments [Domain] {0}**
**>> Element Name:** *TransfersAndServicingOfFinancialInstrumentsTypesOfFinancialInstrumentsDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(c) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

320 Investments—Debt Securities > 10 Overall > 50 Disclosure > General, 50-5AdisclosureRef :

320 Investments—Debt Securities > 10 Overall > 50 Disclosure > General, 50-5disclosureRef :

321 Investments—Equity Securities > 10 Overall > 50 Disclosure > General, 50-3(a) commonPracticeRef :

321 Investments—Equity Securities > 10 Overall > 50 Disclosure > General, 50-3(b) commonPracticeRef :

321 Investments—Equity Securities > 10 Overall > 50 Disclosure > General, 50-3(c) commonPracticeRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-18(c) disclosureRef :
815 Derivatives and Hedging > 40 Contracts in Entity's Own Equity > 50 Disclosure > General, 50-5(f)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(b)(2)(i)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(b)(2)(ii)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(b)(3)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(1)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(2)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(bb)(3)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(2) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(3) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(1)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(2)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(3)

disclosureRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(c) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

860 Transfers and Servicing > 30 Secured Borrowing and Collateral > 45 Other Presentation > General, 45-1disclosureRef :

860 Transfers and Servicing > 30 Secured Borrowing and Collateral > 50 Disclosure > General, 50-7(a) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(1) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(2) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(3) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-3(a)(4)(i) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(1) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(2) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(3) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(4) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(5) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(6) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(a)(7) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(b) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(e)(1) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(e)(2) disclosureRef :

860 Transfers and Servicing > 50 Servicing Assets and Liabilities > 50 Disclosure > General, 50-4(e)(3) disclosureRef :

**> Induced Conversion of Convertible Debt Expense {52}**
**>> Element Name:***InducedConversionOfConvertibleDebtExpense*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 40 Derecognition > General, 40-16legacyRef :

**> Interest Expense, Debt {1599}**
**>> Element Name:***InterestExpenseDebt*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-6(b)

disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-2(SX 210.5-03.8) legacyRef :

**> Interest Expense, Debt, Excluding Amortization {372}**
**>> Element Name:***InterestExpenseDebtExcludingAmortization*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(1) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-28 legacyRef :

**> Long-Term Debt {3612}**
**>> Element Name:***LongTermDebt*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-4(b)(3)

disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :

944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX 210.7-03(a)

(16)) legacyRef :

**> Long-Term Debt, Gross {2640}**
**>> Element Name:***DebtInstrumentCarryingAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > Cash Conversion, 50-4(b)(1)

disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :

944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX

210.7-03(16)) legacyRef :

**> Long-Term Debt, Maturity, Year Five {2026}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInYearFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, Year Four and Five {32}**
**>> Element Name:***LongTermDebtMaturingInYearsFourAndFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, Year Four {2340}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInYearFour*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, Year One {2515}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInNextTwelveMonths*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, Year Three {2481}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInYearThree*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, Year Two and Three {29}**
**>> Element Name:***LongTermDebtMaturingInYearsTwoAndThree*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, Year Two {2582}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalInYearTwo*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Long-Term Debt, Maturity, after Year Five {1649}**
**>> Element Name:***LongTermDebtMaturitiesRepaymentsOfPrincipalAfterYearFive*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Maximum [Member] {6379}**
**>> Element Name:***MaximumMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

310 Receivables > 10 Overall > 55 Implementation > General, 55-12AexampleRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-4(b) disclosureRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-9(b) disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q2)

disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q4)

disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(d) exampleRef :

715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 50 Disclosure > General, 50-5(d)

disclosureRef :

715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 55 Implementation > General,

55-8exampleRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(1)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(2)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(3)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(1)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(2)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(3)

commonPracticeRef :

910 Contractors—Construction > 10 Overall > 50 Disclosure > General, 50-6(b) disclosureRef :

944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 50 Disclosure >

Long-Duration Contracts, 50-7A(d) disclosureRef :

944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 55

Implementation > Long-Duration Contracts, 55-29FexampleRef :

976 Real Estate—Retail Land > 310 Receivables > 50 Disclosure > General, 50-1(c) disclosureRef :

978 Real Estate—Time-Sharing Activities > 310 Receivables > 50 Disclosure > General, 50-1(b) disclosureRef :

**> Measurement Basis [Axis] {1782}**
**>> Element Name:***FairValueByMeasurementBasisAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-2(a) legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

820 Fair Value Measurement > 10 Overall > 50 Disclosure > General, 50-6A(a) legacyRef :

**> Minimum [Member] {6334}**
**>> Element Name:** *MinimumMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

310 Receivables > 10 Overall > 55 Implementation > General, 55-12AexampleRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-4(b) disclosureRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-9(b) disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q2)

disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q4)

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(d) exampleRef :
715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 50 Disclosure > General, 50-5(d)

disclosureRef :
715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 55 Implementation > General,

55-8exampleRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(1)

commonPracticeRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(2)

commonPracticeRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(3)

commonPracticeRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(1)

commonPracticeRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(2)

commonPracticeRef :
860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(3)

commonPracticeRef :

910 Contractors—Construction > 10 Overall > 50 Disclosure > General, 50-6(b) disclosureRef :

**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions:** *http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 50 Disclosure >

Long-Duration Contracts, 50-7A(d) disclosureRef :

944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 55

Implementation > Long-Duration Contracts, 55-29FexampleRef :

976 Real Estate—Retail Land > 310 Receivables > 50 Disclosure > General, 50-1(c) disclosureRef :

978 Real Estate—Time-Sharing Activities > 310 Receivables > 50 Disclosure > General, 50-1(b) disclosureRef :

**> Other Additional Capital [Member] {29}**
**>> Element Name:***OtherAdditionalCapitalMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 25 Recognition > General, 25-5legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
220 Income Statement—Reporting Comprehensive Income > 10 Overall > S99 SEC Materials > General,

S99-4(SAB Topic 5.T) legacyRef :

**> Own-share Lending Arrangement, Collateral {0}**
**>> Element Name:***OwnshareLendingArrangementCollateral*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(b)(4) legacyRef :

**> Own-share Lending Arrangement, Counterparty Default, Changes in Value, Probable Recoveries {0}**
**>> Element Name:***OwnshareLendingArrangementCounterpartyDefaultChangesInValueRecoveries*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2ClegacyRef :

**> Own-share Lending Arrangement, Counterparty Default, Changes in Value, Shares {0}**
**>> Element Name:***OwnshareLendingArrangementCounterpartyDefaultChangesInValueShares*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2ClegacyRef :

**> Own-share Lending Arrangement, Counterparty Default, Earnings Per Share, Shares {0}**
**>> Element Name:***OwnshareLendingArrangementCounterpartyDefaultEarningsPerShareShares*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2ClegacyRef :

**> Own-share Lending Arrangement, Counterparty Default, Period of Default, Expense {1}**
**>> Element Name:***OwnshareLendingArrangementCounterpartyDefaultPeriodOfDefaultExpense*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2ClegacyRef :

**> Own-share Lending Arrangement, Description {0}**
**>> Element Name:***OwnshareLendingArrangementDescription*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(a) legacyRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(b)(3) disclosureRef :

**> Own-share Lending Arrangement, Dividends, Not Reimbursed {1}**
**>> Element Name:***OwnshareLendingArrangementDividendsNotReimbursed*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(i) legacyRef :

**> Own-share Lending Arrangement, Earnings Per Share, Treatment {1}**
**>> Element Name:***OwnshareLendingArrangementEarningsPerShareTreatment*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(e) legacyRef :

**> Own-share Lending Arrangement, Reasons {0}**
**>> Element Name:***OwnshareLendingArrangementReasons*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(c) legacyRef :

**> Own-share Lending Arrangement, Shares, Issued {15}**
**>> Element Name:***OwnshareLendingArrangementSharesIssued*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(b)(1) legacyRef :

**> Own-share Lending Arrangement, Shares, Outstanding, Value {3}**
**>> Element Name:***OwnshareLendingArrangementSharesOutstandingValue*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-2A(d) legacyRef :

**> Schedule of Long-Term Debt Instruments [Table Text Block] {1968}**
**>> Element Name:***ScheduleOfDebtInstrumentsTextBlock*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

commonPracticeRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-6legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-7legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-8legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Schedule of Long-Term Debt Instruments [Table]**
**>> Element Name:***DebtInstrumentTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(a) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(1) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(f))

commonPracticeRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-6legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-7legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-8legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 50 Disclosure > General, 50-1disclosureRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Share Settlement [Member]**
**>> Element Name:***ShareSettlementMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

**> Statistical Measurement [Axis] {6878}**
**>> Element Name:** *RangeAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

310 Receivables > 10 Overall > 55 Implementation > General, 55-12AexampleRef :
410 Asset Retirement and Environmental Obligations > 30 Environmental Obligations > 50 Disclosure > General,

50-10(c) commonPracticeRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-4(b) disclosureRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-9(b) disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q2)

disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q4)

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(d) exampleRef :
715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General,

50-1(d)(i) disclosureRef :
715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 50 Disclosure > General, 50-5(d)

disclosureRef :
715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 55 Implementation > General,

55-8exampleRef :
718 Compensation—Stock Compensation > 10 Overall > 50 Disclosure > General, 50-2(f)(2)(ii) disclosureRef :

718 Compensation—Stock Compensation > 10 Overall > 50 Disclosure > General, 50-2(f)(2)(iii) disclosureRef :

718 Compensation—Stock Compensation > 10 Overall > 50 Disclosure > General, 50-2(f)(2)(iv) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(2)

commonPracticeRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(3)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(1)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(2)

commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(3)

commonPracticeRef :

910 Contractors—Construction > 10 Overall > 50 Disclosure > General, 50-6(b) disclosureRef :
944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 50 Disclosure >

Long-Duration Contracts, 50-7A(d) disclosureRef :
944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 55

Implementation > Long-Duration Contracts, 55-29FexampleRef :

976 Real Estate—Retail Land > 310 Receivables > 50 Disclosure > General, 50-1(c) disclosureRef :
978 Real Estate—Time-Sharing Activities > 310 Receivables > 50 Disclosure > General, 50-1(b) disclosureRef :

**> Statistical Measurement [Domain] {1}**
**>> Element Name:***RangeMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d)

commonPracticeRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

310 Receivables > 10 Overall > 55 Implementation > General, 55-12AexampleRef :
410 Asset Retirement and Environmental Obligations > 30 Environmental Obligations > 50 Disclosure > General,

50-10(c) commonPracticeRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-4(b) disclosureRef :

450 Contingencies > 20 Loss Contingencies > 50 Disclosure > General, 50-9(b) disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q2)

disclosureRef :
450 Contingencies > 20 Loss Contingencies > S99 SEC Materials > General, S99-1(SAB Topic 5.Y.Q4)

disclosureRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-13(d) exampleRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

715 Compensation—Retirement Benefits > 20 Defined Benefit Plans—General > 50 Disclosure > General, 50-1(d)(i) disclosureRef :

715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 50 Disclosure > General, 50-5(d) disclosureRef :

715 Compensation—Retirement Benefits > 80 Multiemployer Plans > 55 Implementation > General, 55-8exampleRef :

718 Compensation—Stock Compensation > 10 Overall > 50 Disclosure > General, 50-2(f)(2)(ii) disclosureRef :

718 Compensation—Stock Compensation > 10 Overall > 50 Disclosure > General, 50-2(f)(2)(iii) disclosureRef :

718 Compensation—Stock Compensation > 10 Overall > 50 Disclosure > General, 50-2(f)(2)(iv) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(1) disclosureRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(2) commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-3(c)(3) commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(1) commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(2) commonPracticeRef :

860 Transfers and Servicing > 20 Sales of Financial Assets > 50 Disclosure > General, 50-4(b)(3) commonPracticeRef :

910 Contractors—Construction > 10 Overall > 50 Disclosure > General, 50-6(b) disclosureRef :

944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 50 Disclosure > Long-Duration Contracts, 50-7A(d) disclosureRef :

944 Financial Services—Insurance > 40 Claim Costs and Liabilities for Future Policy Benefits > 55 Implementation > Long-Duration Contracts, 55-29FexampleRef :

976 Real Estate—Retail Land > 310 Receivables > 50 Disclosure > General, 50-1(c) disclosureRef :

978 Real Estate—Time-Sharing Activities > 310 Receivables > 50 Disclosure > General, 50-1(b) disclosureRef :

**> Stock Issued During Period, Shares, Conversion of Convertible Securities {1649}**
**>> Element Name:***StockIssuedDuringPeriodSharesConversionOfConvertibleSecurities*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(c) disclosureRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.29-30) legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-2legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

505 Equity > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.3-04) legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-S25 Recognition - General

[Click to open document in a browser](#)

## General

**> Debt Exchangeable for the Stock of Another Entity**

**S25-1**See paragraph 470-20-S99-1 : , SEC Observer Comment: Debt Exchangeable for the Stock of Another Entity, for SEC Staff views on accounting for debt that is exchangeable for the stock of another entity

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-20-S99 SEC Materials - General

Click to open document in a browser

# General

**> SEC Staff Guidance**
**> > Comments Made by SEC Observer at Emerging Issues Task Force (EITF) Meetings**
**> > > SEC Observer Comment: Debt Exchangeable for the Stock of Another Entity**
**S99-1** The following is the text of the SEC Observer Comment: Debt Exchangeable for the Stock of Another Entity.

An issue has been discussed involving an enterprise that holds investments in common stock of other enterprises and issues debt securities that permit the holder to acquire a fixed number of shares of such common stock. These types of transactions are commonly affected through the sale of either debt with detachable warrants that can be exchanged for the stock investment or debt without detachable warrants (the debt itself must be exchanged for the stock investment - also referred to as "exchangeable" debt). Those debt issues differ from traditional warrants or convertible instruments because the traditional instruments involve exchanges for the equity securities of the issuer. There have been questions as to whether the exchangeable debt should be treated similar to traditional convertibles as specified in Subtopic 470-20 : or whether the transaction requires separate accounting for the exchangeability feature. The SEC staff believes that Subtopic 470-20 : does not apply to the accounting for debt that is exchangeable for the stock of another entity and therefore separation of the debt element and exchangeability feature is required

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-30-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Debt** | Superseded | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-05-1 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-30-05-4 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-30-05-6 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-30-05-7 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-05-9 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-30-15-3 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-25-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-25-1 : | Amended | Accounting Standards Update No. 2015-10 : | 06/12/2015 |
| 470-30-30-1 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-30-35-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-35-2 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |
| 470-30-35-4 : | Amended | Accounting Standards Update No. 2015-10 : | 06/12/2015 |
| 470-30-35-4 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-30-35-4A : | Added | Accounting Standards Update No. 2015-10 : | 06/12/2015 |
|---|---|---|---|
| 470-30-40-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-45-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-45-3 : | Superseded | Accounting Standards Update No. 2015-01 : | 01/09/2015 |
| 470-30-50-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-30-50-1 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-30-05 Overview and Background - General

[Click to open document in a browser](#)

## General

**05-1**This Subtopic establishes the borrower's accounting for a participating mortgage loan if the lender is entitled to participate in any of the following:

 a. Appreciation in the **fair value** of the mortgaged real estate project

 b. The results of operations of the mortgaged real estate project.

**05-2**The desire for instruments in which the return to the lenders was tied more closely to the performance of the property led to the introduction of participating mortgage loans.

**05-3**Participating mortgage loans and nonparticipating mortgage loans share all of the following characteristics:

 a. Debtor-creditor relationships between those who provide initial cash outlays and hold the mortgages, and those who are obligated to make subsequent payments to the mortgage holders

 b. Real estate collateral

 c. Periodic fixed-rate or floating-rate interest payments

 d. Fixed maturity dates for stated principal amounts.

**05-4**However, unlike a nonparticipating mortgage loan arrangement, in a participating mortgage loan, the lender participates in appreciation in the fair value of the mortgaged real estate project or the results of operations of the mortgaged real estate project, or in both.

**05-5**The terms and economics of participating mortgage loan agreements vary by agreement.The terms and economics of one agreement may create a circumstance in which any participation payment is remote.In another agreement, the terms and economics may transfer many of the risks and rewards of property ownership.

**05-6**A lender may be entitled to participate in appreciation in the fair value of a project at any one of the following times:

 a. Upon the sale of the project

 b. At a deemed sale date

 c. At the maturity or refinancing of the loan.

**05-7**In agreements in which lenders participate in results of operations, the definition of the results of operations may vary among agreements.Examples of these definitions include, but are not limited to, the following:

 a. Revenue

 b. Income

 c. Cash flows before or after debt service.

**05-8**The participation terms of a participating mortgage loan agreement usually are negotiated concurrently with the other terms of the underlying mortgage loan. A borrower agrees to participation rights generally because of market conditions, or in exchange for concessions granted by the lender on some other term(s) of the loan, such as a lower interest rate or a higher loan-to-value ratio.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**05-9**The lender's participation reduces the borrower's potential realization of operating results or gain on the sale of the real estate. However, the participation also may reduce any of the following:

  a. The contract interest the borrower is required to pay

  b. The risk that the borrower will be unable to pay interest at the stated or floating rate in the loan agreement and, consequently, the risk that the borrower will default on the loan and need to sell the property

  c. The amount of capital the borrower has at risk, because the loan-to-value ratio normally is higher.

Further, the obligation to pay the lender a share of the property appreciation does not increase the current exposure of the borrower to loss in its investment, because the participation payments are made only if the fair value of the property appreciates.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-30-15 Scope and Scope Exceptions - General

[Click to open document in a browser](#)

# General

> **Entities**

**15-1** The guidance in this Subtopic applies to the following entities:

    a. All borrowers in participating mortgage loan arrangements.

**15-2** The guidance in this Subtopic does not apply to the following entities:

    a. Creditors in participating mortgage loan arrangements.

> **Transactions**

**15-3**The guidance in this Subtopic does not apply to the following transactions and activities:

    a. Participating leases

    b. Debt convertible at the option of the lender into equity ownership of the property

    c. Participating loans resulting from troubled debt restructurings.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 470 - 30 - 20 Glossary

Click to open document in a browser

# 470 - Debt | 30 - Participating Mortgage Loans | 20 - Glossary

General Note for 20 Glossary :

Fair Value :

Market Participants :

Orderly Transaction :

Related Parties :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-30-25 Recognition - General

[Click to open document in a browser](#)

## General

**25-1**If a lender is entitled to participate in the appreciation of the market value of a mortgaged real estate project, theborrower shall recognize a participation liability with a corresponding debit to a debt discount account.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-30-30 Initial Measurement - General

Click to open document in a browser

## General

**30-1** If the lender is entitled to participate in appreciation in the **fair value** of the mortgaged real estate project,the borrower shall determine the fair value (see Subtopic 820-10 : ) of the participation feature at the inception of the loan (see paragraph 470-30-25-1 : for guidance on how to recognize the participation feature). Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-30-35 Subsequent Measurement - General

[Click to open document in a browser](#)

## General

**35-1**The debt discount shall be amortized by the interest method, using the effective interest rate.

**35-2**Interest expense on participating mortgage loans consists of the following three components:

  a. Amounts designated in the mortgage agreement as interest

  b. Amounts related to the lender's participation in results of operations

  c. Amortization of debt discount related to the lender's participation in the **fair value** appreciation of the mortgaged real estate project.

**35-3**Amounts designated in the mortgage agreement as interest shall be charged to income in the period in which the interest is incurred.If the loan's stated interest rate varies based on changes in an independent factor, such as an index or rate (for example, the prime rate, the London Interbank Offered Rate [LIBOR], or the U.S. Treasury bill weekly average rate), the calculation of the interest shall be based on the factor (the index or the rate) as it changes over the life of the loan.Interest recognized pursuant to this guidance is subject to the requirements of Subtopic 835-20 : . Once capitalized, amounts shall not be adjusted for the effects of reversals of appreciation.

**35-4**Amounts due to a lender pursuant to the lender's participation in the real estate project's results of operations (as defined in the participating mortgage loan agreement) shall be charged to interest expense in the borrower's corresponding financial reporting period, with a corresponding credit to the participation liability.

  a. Subparagraph superseded by Accounting Standards Update No. 2015-10 : .

  b. Subparagraph superseded by Accounting Standards Update No. 2015-10 : .

**35-4A**If a lender is entitled to participate in the appreciation of the market value of a mortgaged real estate project, both of the following are required at the end of each reporting period:

  a. The balance of the participation liability shall be adjusted to equal the current fair value of the participation feature.

  b. The corresponding debit or credit shall be recorded in the related debt-discount account.

**35-5**The revised debt discount shall be amortized prospectively, using the effective interest rate.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-30-40 Derecognition - General

[Click to open document in a browser](#)

## General

**40-1** If the participating mortgage loan is extinguished before its due date, the difference between the recorded amount of the debt (including the unamortized debt discount and the participation liability) and the amount exchanged to extinguish the debt is a debt extinguishment gain or loss.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-30-45 Other Presentation Matters - General

[Click to open document in a browser](#)

## General

**45-1**The amortization of the debt discount relating to the participation liability shall be included in interest expense.

**45-2**If the participating mortgage loan is extinguished before its due date, the debt extinguishment gain or loss shall be reported as required by paragraph 470-50-40-2 : .

**45-3** Paragraph superseded by Accounting Standards Update No. 2015-01 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 470-30-50 Disclosure - General

[Click to open document in a browser](#)

# General

**50-1** The borrower's financial statements shall disclose both of the following:

a. The aggregate amount of participating mortgage obligations at the balance sheet date, with separate disclosure of the aggregate participation liabilities and related debt discounts

b. Terms of the participations by the lender in either the appreciation in the **fair value** of the mortgaged real estate project or the results of operations of the mortgaged real estate project, or both.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

<div align="right">

**FASB**
Authoritative

</div>

## 470-30-55 Implementation Guidance and Illustrations - General

Click to open document in a browser

# General

**> Illustrations**

**> > Example 1: Accounting by Participating Mortgage Loan Borrower**

**55-1** This Example illustrates the guidance in this Subtopic.

**55-2** Assume that on January 1, 19X1, Borrower Co. purchased a property for $10 million. On that date, Borrower paid $1 million cash and entered into a participating mortgage loan agreement with Lender Co. in the amount of $9 million.

**55-3** The loan agreement has the following terms:

a. 15 year term

b. Interest-only periodic payments, principal to be repaid at end of term

c. 5% stated interest rate

d. 20% participation in appreciation in the value of the property above $10 million, payable at maturity (or earlier if the asset is sold or the loan is refinanced).

**55-4** Assumptions related to the **fair value** of the participation feature are as follows.

| Date | Fair Value | Estimated Payment | Years in Future |
|---|---|---|---|
| 1/1/X1 | $ 25,055 | $ 300,000 | 15 |
| 12/31/X1 | 40,063 | 320,000 | 14 |
| 12/31/X2 | 54,122 | 333,000 | 13 |

**55-5** Based on the preceding assumptions, Borrower Co. should make the following journal entries for this participating mortgage loan.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

*a.* On January 1, 19X1, the following journal entries should be recorded:

| | | |
|---|---:|---:|
| Cash | $ 9,000,000 | |
| Loan discount | 25,055 | |
|     Mortgage loan payable | | $ 9,000,000 |
|     Participation liability | | 25,055 |

To record participating debt and estimate of participation liability (based on fair value of participation feature).

| | | |
|---|---:|---:|
| Property | $ 10,000,000 | |
|     Cash | | 10,000,000 |

To record purchase of property.

*b.* By the end of 19X1, entries to record interest expense and amortization of discount throughout the year would have taken the following form:

| | | |
|---|---:|---:|
| Interest expense | $451,159 | |
|     Interest payable | | 450,000 |
|     Loan discount | | 1,159 |

To record interest expense and amortization of debt discount using the interest method and an effective rate of 5.03 percent (rounded).

| | | |
|---|---:|---:|
| Loan discount | $ 15,008 | |
|     Participation liability | | 15,008 |

To adjust balance of participation liability to fair value at end of period. The adjustment is calculated as follows:

| | | |
|---|---:|---:|
|     Fair value at 12/31/X1 | | $ 40,063 |
|     Fair value at 1/1/X1 | | 25,055 |
|     Adjustment | | $ 15,008 |

**Note:** For purposes of this illustration, the fair value of the participation feature at 12/31/X1 is based on a revised estimate of the equity participation that would be payable in fourteen years of $320,000.

*c.* At the end of 19X2, entries to record interest expense and amortization of discount throughout the year would have taken the following form:

| | | |
|---|---:|---:|
| Interest expense | $ 451,979 | |
|     Interest payable | | 450,000 |
|     Loan discount | | 1,979 |

To record interest expense and amortization of debt discount, using the interest method and an effective rate of 5.04 percent (rounded).

| | | |
|---|---:|---:|
| Loan discount | $ 14,059 | |
|     Participation liability | | 14,059 |

To adjust recorded participation liability of $40,063 to fair value at 12/31/X2 of $54,122.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-30-75 XBRL Elements - XBRL Links to Codification

[Click to open document in a browser](#)

# XBRL Links to Codification

**> Participating Mortgage Loan, Name [Domain] {0}**
**>> Element Name:***ParticipatingMortgageLoanNameDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1legacyRef :

**> Participating Mortgage Loans [Axis] {22}**
**>> Element Name:***ParticipatingMortgageLoansAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1legacyRef :

**> Participating Mortgage Loans [Table]**
**>> Element Name:***ParticipatingMortgageLoansTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1legacyRef :

**> Participating Mortgage Loans, Description of Terms {1}**
**>> Element Name:***ParticipatingMortgageLoansAppreciationInMarketValue*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1(b) legacyRef :

**> Participating Mortgage Loans, Extinguishment Gain (Loss) {2}**
**>> Element Name:***ParticipatingMortgageLoansExtinguishmentGainLoss*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 40 Derecognition > General, 40-1legacyRef :

470 Debt > 30 Participating Mortgage Loans > 45 Other Presentation > General, 45-2legacyRef :

**> Participating Mortgage Loans, Mortgage Obligations, Amount {22}**
**>> Element Name:***ParticipatingMortgageLoansMortgageObligationsAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1(a) legacyRef :

**> Participating Mortgage Loans, Participation Liabilities, Amount {14}**
**>> Element Name:***ParticipatingMortgageLoansParticipationLiabilitiesAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1(a) legacyRef :

**> Participating Mortgage Loans, Unamortized Debt Discount, Amount {5}**
**>> Element Name:***ParticipatingMortgageLoansUnamortizedDebtDiscountAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1(a) legacyRef :

**> Schedule of Participating Mortgage Loans [Table Text Block] {45}**
**>> Element Name:***ScheduleOfParticipatingMortgageLoansTextBlock*

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 30 Participating Mortgage Loans > 50 Disclosure > General, 50-1legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-40-00 Status - General

Click to open document in a browser

## General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Contract | Added | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| Customer | Added | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| Revenue | Added | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| Unconditional Purchase Obligation | Added | Maintenance Update 2014-20 56955785.pdf | 09/29/2014 |
| 470-40-05-3 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| 470-40-05-5 : | Amended | Maintenance Update 2014-20 56955785.pdf | 09/29/2014 |
| 470-40-15-2 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| 470-40-15-3 : | Amended | Maintenance Update 2015-11 66013309.pdf | 06/19/2015 |
| 470-40-15-3 : | Amended | Maintenance Update 2014-20 56955785.pdf | 09/29/2014 |
| 470-40-15-3 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| 470-40-25-1 through 25-3 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| 470-40-55-1 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
| 470-40-55-2 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-40-55-3 through 55-5 : | Superseded | Accounting Standards Update No. 2014-09 : | 05/28/2014 |
|---|---|---|---|
| 470-40-55-6 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-40-05 Overview and Background - General

[Click to open document in a browser](#)

## General

**05-1**This Subtopic establishes guidance for determining whether an arrangement involving the sale of inventory is in substance a financing arrangement.

**05-2** **Product financing arrangements** include agreements in which a sponsor (the entity seeking to finance product pending its future use or resale) does any of the following:

a. Sells the product to another entity (the entity through which the financing flows), and in a related transaction agrees to repurchase the product (or a substantially identical product)

b. Arranges for another entity to purchase the product on the sponsor's behalf and, in a related transaction, agrees to purchase the product from the other entity

c. Controls the disposition of the product that has been purchased by another entity in accordance with the arrangements described in either (a) or (b).

**05-3** In all of the foregoing cases, the sponsor agrees to purchase the product, or processed goods of which the product is a component, from the other entity at specified prices over specified periods or, to the extent that it does not do so, guarantees resale prices to third parties (see paragraph 470-40-15-2(a)(1) : ). The Implementation Guidance in Section 470-40-55 : illustrates the arrangement described in (b) of the preceding paragraph.For an arrangement described in (a), see Topic 606 : on **revenue** from **contracts** with **customers** for guidance on repurchase agreements in paragraphs 606-10-55-66 through 55-78 : and an illustration on repurchase agreements in Example 62, Case A, paragraphs 606-10-55-401 through 55-404 : .

**05-4**Other characteristics that commonly exist in product financing arrangements but that are not necessarily present in all such arrangements include the following:

a. The entity that purchases the product from the sponsor or purchases it directly from a third party on behalf of the sponsor was established expressly for that purpose or is an existing trust, nonbusiness entity, or credit grantor.

b. The product covered by the financing arrangement is to be used or sold by the sponsor, although a portion may be sold by the other entity directly to third parties.

c. The product covered by the financing arrangement is stored on the sponsor's premises.

d. The debt of the entity that purchases the product being financed is guaranteed by the sponsor.

**05-5** The following are similarities between a sponsor's rights and obligations under a product financing arrangement and a purchaser's rights and obligations under an **unconditional purchase obligation** (see Topic 440 : ):

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. Both the sponsor and the purchaser obtain probable future economic benefits from the assured source of product.

b. Both are obligated to make future cash payments to the other party to the agreement.

**05-6**Beyond those similarities, however, there is a substantial difference in the related accounting issues.Under a product financing arrangement, the product already exists and the other entity's purchase cost is known.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-40-15 Scope and Scope Exceptions - General

[Click to open document in a browser](#)

# General

**> Entities**

**15-1** The guidance in this Subtopic applies to all entities.

**> Transactions**

**15-2** The guidance in this Subtopic applies to **product financing arrangements** for productsthat have been purchased by another entity on behalf of the sponsor and have both of the following characteristics:

a. The financing arrangement requires the sponsor to purchasethe product,a substantially identical product, orprocessed goods of which the product is a component at specified prices.The specified prices are not subject to change except for fluctuations due to finance and holding costs.This characteristic of predetermined prices also is present if any of the following circumstances exist:

1. The specified prices in the financing arrangement are in the form of resale price guarantees under which the sponsor agrees to make up any difference between the specified price and the resale price for products sold to third parties.

2. The sponsor is not required to purchase the product but has an option to purchase the product, the economic effect of which compels the sponsor to purchase the product; for example, an option arrangement that provides for a significant penalty if the sponsor does not exercise the option to purchase.

3. The sponsor is not required by the agreement to purchase the product but the other entity has an option whereby it can require the sponsor to purchase the product.

b. The payments that the other entity will receive on the transaction are established by the financing arrangement, andthe amounts to be paid by the sponsor will be adjusted, as necessary, to cover substantially all fluctuations in costs incurred by the other entity in purchasing and holding the product (including interest).This characteristic ordinarily is not present in purchase commitments or contractor-subcontractor relationships.

**15-3**The guidance in this Subtopic does not apply to the following transactions and activities:

a. Ordinary purchase commitments in which control of the good or service is retained by the seller (for example, a manufacturer or other supplier) until the good or service is transferred to a purchaser.

b. Typical contractor-subcontractor relationships in which the contractor is not in substance the owner of product held by the subcontractor and the obligation of the contractor is contingent on substantial performance on the part of the subcontractor.

c. Long-term **unconditional purchase obligations** (for example, **take-or-pay contracts** ) specified

by Subtopic 440-10 : on commitments.At the time a take-or-pay contract is entered into, which is an

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

unconditional purchase obligation, either the product does not yet exist (for example, electricity) or the product exists in a form unsuitable to the purchaser (for example, unmined coal); the purchaser has a right to receive future product but is not the substantive owner of existing product.

d. Unmined or unharvested natural resources and financial instruments.

e. **Contracts** within the scope of Topic 606 : on **revenue** from contracts with **customers** . For example, contracts that are subject to a right of return as described in paragraph 606-10-32-10 : and paragraphs 606-10-55-22 through 55-29 : and contracts in which a sponsor (the entity seeking to finance product pending its future use or resale) sells the product to another entity (the entity through which the financing flows) and in a related transaction agrees to repurchase the product (or a substantially identical product). Such contracts are within the scope of Topic 606 : ; see paragraphs 606-10-55-66 through 55-78 : on repurchase agreements and paragraphs 606-10-55-36 through 55-40 : on principal versus agent considerations.

f. Typical purchases by a subcontractor on behalf of a contractor. In a typical contractor-subcontractor relationship, the purchase of product by a subcontractor on behalf of a contractor ordinarily leaves a significant portion of the subcontractor's obligation unfulfilled. The subcontractor has the risks of ownership of the product until it has met all the terms of a contract.Accordingly, the typical contractor-subcontractor relationship shall not be considered a product financing arrangement.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

**470 - 40 - 20 Glossary**

Click to open document in a browser

470 - Debt | 40 - Product Financing Arrangements | 20 - Glossary

General Note for 20 Glossary :

Contract :

Customer :

Product Financing Arrangement :

Revenue :

Take-or-Pay Contract :

Unconditional Purchase Obligation :

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-40-25 Recognition - General

[Click to open document in a browser](#)

# General

**25-1** This Subtopic requires that a **product financing arrangement** within the scope of this Subtopic be accounted for as a borrowing rather than as a sale.The sponsor is in substance the owner of the product and the sponsor shall, therefore, report the product as an asset and the related obligation as a liability.

**25-2**If the sponsor is a party to an arrangement whereby another entity purchases a product on the sponsor's behalf and, in a related transaction, the sponsor agrees to purchase the product or processed goods of which the product is a component from the entity, the sponsor shall record the asset and the related liability when the product is purchased by the other entity.

**25-3**Costs of the product, excluding processing costs, in excess of the other entity's purchase costs represent financing and holding costs.The sponsor shall account for such costs in accordance with the sponsor's accounting policies applicable to financing and holding costs as those costs are incurred by the other entity.For example, if insurance costs ordinarily are accounted for as period costs by the sponsor, similar costs associated with the product covered by financing arrangements shall be expensed by the sponsor as those costs are incurred by the other entity.

**25-4**Interest costs associated with the product covered by financing arrangements shall be identified separately and accounted for by the sponsor in accordance with Topic 835 : as those costs are incurred by the other entity.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-40-55 Implementation Guidance and Illustrations - General

[Click to open document in a browser](#)

# General

**> Illustrations**

**> > Example 1: Sponsor Arranges for an Entity to Purchase Product and Sponsor Agrees to Purchase That Product**

**55-1** This Example illustrates how the guidance in paragraphs 470-40-25-1 through 25-4 : applies to **product financing arrangements** in which a sponsor arranges for another entity to purchase the product on the sponsor's behalf and, in a related transaction, agrees to purchase the product from the other entity.

    a. Subparagraph superseded by Accounting Standards Update No. 2014-09 :

    b. Subparagraph superseded by Accounting Standards Update No. 2014-09 :

**55-2**The facts assumed in this Example are illustrative only and are not intended to modify or limit in any way the provisions of this Subtopic. The facts assumed in the Example could vary in one or more respects without altering the application of the provisions of this Subtopic.

**55-3** Paragraph superseded by Accounting Standards Update No. 2014-09 :

**55-4** Paragraph superseded by Accounting Standards Update No. 2014-09 :

**55-5** Paragraph superseded by Accounting Standards Update No. 2014-09 :

**55-6**A sponsor arranges for another entity to buy product on the sponsor's behalf with a related agreement to purchase the product from the other entity.

**55-7**The sponsor arranges for the other entity to purchase on its behalf an existing supply of fuel. In a related agreement, the sponsor agrees to purchase the fuel from the other entity over a specified period and at specified prices. The prices established are adequate to cover all financing and holding costs of the other entity. The other entity finances the purchase of fuel using the fuel and the agreement as collateral.

**55-8**In this product financing arrangement, both of the characteristics in paragraphs 470-40-15-2 through 15-3 : are present; accordingly, the sponsor reports the asset (fuel) and the related liability on its balance sheet when the fuel is acquired by the other entity. Financing and holding costs are accrued by the sponsor as incurred by the other entity and accounted for in accordance with the sponsor's accounting policies for financing and holding costs. Interest costs are separately identified and accounted for in accordance with Topic 835 : .

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-50-00 Status - General

[Click to open document in a browser](#)

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Beneficial Conversion Feature** | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| **Reacquisition Price of Debt** | Added | Accounting Standards Update No. 2014-06 : | 03/14/2014 |
| 470-50-40-2 : | Amended | Accounting Standards Update No. 2014-06 : | 03/14/2014 |
| 470-50-40-2A : | Added | Accounting Standards Update No. 2018-09 : | 07/16/2018 |
| 470-50-40-12 : | Amended | Accounting Standards Update No. 2021-04 : | 05/03/2021 |
| 470-50-40-12A : | Added | Accounting Standards Update No. 2021-04 : | 05/03/2021 |
| 470-50-40-16 : | Superseded | Accounting Standards Update No. 2020-06 : | 08/05/2020 |
| 470-50-40-17 : | Amended | Accounting Standards Update No. 2020-03 : | 03/09/2020 |
| 470-50-40-17A : | Added | Accounting Standards Update No. 2021-04 : | 05/03/2021 |
| 470-50-40-18 : | Amended | Accounting Standards Update No. 2020-03 : | 03/09/2020 |
| 470-50-40-18A : | Added | Accounting Standards Update No. 2021-04 : | 05/03/2021 |
| 470-50-40-21 : | Amended | Accounting Standards Update No. 2021-04 : | 05/03/2021 |
| 470-50-40-21 : | Amended | Accounting Standards Update No. 2020-03 : | 03/09/2020 |
| 470-50-45-1 : | Superseded | Accounting Standards Update No. 2015-01 : | 01/09/2015 |

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-50-45-2 : | Superseded | Accounting Standards Update No. 2015-01 : | 01/09/2015 |
|---|---|---|---|
| 470-50-50-1 : | Amended | Accounting Standards Update No. 2009-16 : | 12/23/2009 |

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-50-05 Overview and Background - General

[Click to open document in a browser](#)

## General

**05-1** This Subtopic discusses the accounting for all extinguishments of debt instruments,except debt that is

extinguished through a **troubled debt restructuring** (see Subtopic 470-60 : ) or a conversion of debt to
equity securities of the debtorpursuant to conversion privileges provided in terms of the debt at issuance (see

Subtopic 470-20 : ).

**05-2** This Subtopic also provides guidance on whether an exchange of debt instruments with the same creditor
constitutes an extinguishment and whether a modification of a debt instrument should be accounted for in the
same manner as an extinguishment.

**05-3** In circumstances where an exchange of debt instruments or a modification of a debt instrument does not
result in extinguishment accounting, this Subtopic provides guidance on the appropriate accounting treatment.

**05-4**When debtors undergo a modification or exchange of a debt instrument, the resulting cash flows can
be affected by changes in principal amounts, interest rates, or maturity. They can also be affected by fees
exchanged between the debtor and creditor to effect changes in any of the following:

 a. Recourse or nonrecourse features

 b. Priority of the obligation

 c. Collateralized (including changes in collateral) or noncollateralized features

 d. Debt covenants or waivers

 e. The guarantor (or elimination of the guarantor)

 f. Option features.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-50-15 Scope and Scope Exceptions - General

Click to open document in a browser

# General

> **Entities**

**15-1** The guidance in this Subtopic applies to all entities.

> **Transactions**

**15-2** The guidance in this Subtopic applies, in part, to the following transactions and activities:

a. Extinguishments of debt effected by issuance of common or preferred stock,including redeemable and fixed-maturity preferred stock, that do not represent the exercise of aconversion right contained in the terms of the debt at issuance.

**15-3** The guidance in this Subtopic does not apply to the following transactions and activities:

a. Conversions of debtinto equity securities of the debtor pursuant to conversion privileges provided in the terms of the debt at issuance.Additionally, the guidance in this Subtopic does not apply to conversions of convertible debt instruments pursuant to terms that reflect changes made by the debtor to the conversion privileges provided in the debt at issuance (including changes that involve the payment of consideration) for the purpose of inducing conversion. Guidance on conversions of debt instruments (including induced conversions) is contained in paragraphs 470-20-40-13 : and 470-20-40-15 : .

b. Extinguishments of debt through a **troubled debt restructuring** . (See Section 470-60-15 : for guidance on determining whether a modification or exchange of debt instruments is a troubled debt restructuring.If it is determined that the modification or exchange does not result in a troubled debt restructuring, the guidance in this Subtopic shall be applied.)

c. Transactions entered into between a debtor or a debtor's agent and a third party that is not the creditor.

> **Other Considerations**

**15-4**The general guidance for the extinguishment of liabilities is contained in Subtopic 405-20 : and defines transactions that the debtor shall recognize as an extinguishment of a liability.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470 - 50 - 20 Glossary

Click to open document in a browser

## 470 - Debt | 50 - Modifications and Extinguishments | 20 - Glossary

General Note for 20 Glossary :

Beneficial Conversion Feature :

Fair Value :

In-Substance Defeasance :

Line-of-Credit Arrangement :

Loan Participation :

Loan Syndication :

Market Participants :

Net Carrying Amount of Debt :

Orderly Transaction :

Public Debt Issuance :

Reacquisition Price of Debt :

Related Parties :

Troubled Debt Restructuring :

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-50-40 Derecognition - General

[Click to open document in a browser](#)

# General

> **Extinguishments of Debt**

**40-1** As indicated in paragraph 470-50-15-4 : ▢, the general guidance for the extinguishment of liabilities is

contained in Subtopic 405-20 : ▢ and defines transactions that the debtor shall recognize as an extinguishment of a liability.

**40-2** A difference between the **reacquisition price of debt** ▢ and the **net carrying amount of the**

**extinguished debt** ▢ shall be recognized currently in income of the period of extinguishment as losses or gains and identified as a separate item.Gains and losses shall not be amortized to future periods.If upon extinguishment of debt the parties also exchange unstated (or stated) rights or privileges, the portion of the consideration exchanged allocable to such unstated (or stated) rights or privileges shall be given appropriate accounting recognition. Moreover, extinguishment transactions between related entities may be in essence capital transactions.

**40-2A**In an early extinguishment of debt for which the fair value option has been elected in accordance with

Subtopic 815-15 : ▢ on embedded derivatives or Subtopic 825-10 : ▢ on financial instruments, the net carrying amount of the extinguished debt shall be equal to its fair value at the reacquisition date. In accordance with

paragraph 825-10-45-6 : ▢, upon extinguishment an entity shall include in net income the cumulative amount of the gain or loss previously recorded in other comprehensive income for the extinguished debt that resulted from changes in instrument-specific credit risk.

**40-3**In an early extinguishment of debt through exchange for common or preferred stock, the reacquisition price of the extinguished debt shall be determined by the value of the common or preferred stock issued or the value of the debt—whichever is more clearly evident.

> **Extinguishment of Convertible Debt**

**40-4**The extinguishment of convertible debt does not change the character of the security as between debt and equity at that time.Therefore, a difference between the cash acquisition price of the debt and its net carrying amount shall be recognized currently in income in the period of extinguishment as losses or gains.

**40-5**The guidance in this Subtopic does not apply to debt tendered to exercise detachable warrants that were originally issued with that debt if the debt is permitted to be tendered towards the exercise price of the warrants under the terms of the securities at issuance.The tendering of the debt in such a case would be accounted for in the same manner as a conversion.

> **Modifications and Exchanges**

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**40-6**An exchange of debt instruments with substantially different terms is a debt extinguishment and shall be accounted for in accordance with paragraph 405-20-40-1 : ▢.A debtor could achieve the same economic effect as an exchange of a debt instrument by making a substantial modification of terms of an existing debt instrument.Accordingly, a substantial modification of terms shall be accounted for like an extinguishment.

**40-7**Transactions among debt holders do not result in a modification of the original debt's terms or an exchange of debt instruments between the debtor and the debt holders and do not impact the accounting by the debtor.

**40-8**Transactions involving the modification or exchange of debt instruments shall only result in gain or loss recognition by the debtor if the conditions for extinguishment of debt described in paragraph 405-20-40-1 : ▢are satisfied or if the guidance in this Subtopic requires that accounting.

**40-9**Transactions involving contemporaneous exchanges of cash between the same debtor and creditor in connection with the issuance of a new debt obligation and satisfaction of an existing debt obligation by the debtorwould only be accounted for as debt extinguishmentsif the debt instruments have substantially different terms, as defined in this Subtopic.

**40-10**From the debtor's perspective, an exchange of debt instruments between or a modification of a debt instrument by a debtor and a creditor in a nontroubled debt situation is deemed to have been accomplished with debt instruments that are substantially different if thepresent value of the cash flows under the terms of the new debt instrument is at least 10 percent different from the present value of the remaining cash flows under the terms of the original instrument.If the terms of a debt instrument are changed or modified andthe cash flow effect on a present value basis is less than 10 percent,the debt instruments are not considered to be substantially different, except in the following two circumstances:

  a. A modification or an exchange affects the terms of an embedded conversion option, from which the change in the **fair value**▢ of the embedded conversion option (calculated as the difference between the fair value of the embedded conversion option immediately before and after the modification or exchange) is at least 10 percent of the carrying amount of the original debt instrument immediately before the modification or exchange.

  b. A modification or an exchange of debt instruments adds a substantive conversion option or eliminates a conversion option that was substantive at the date of the modification or exchange.(For purposes of evaluating whether an embedded conversion option was substantive on the date it was added to or eliminated from a debt instrument, see paragraphs 470-20-40-7 through 40-9 : ▢.)

**40-11**With respect to the conditions in (a) and (b) in the preceding paragraph, this guidance does not address modifications or exchanges of debt instruments in circumstances in which the embedded conversion option is separately accounted for as a derivative under Topic 815 : ▢before the modification, after the modification, or both before and after the modification.

**40-12**The following guidance shall be used to calculate the present value of the cash flows for purposes of applying the 10 percent cash flow test described in paragraph 470-50-40-10 : :

  a. The cash flows of the new debt instrument include all cash flows specified by the terms of the new debt instrument plus any amounts paid by the debtor to the creditor less any amounts received by the debtor from the creditor as part of the exchange or modification.

  b. If the original debt instrument or the new debt instrument has a floating interest rate, then the variable rate in effect at the date of the exchange or modification shall be used to calculate the cash flows of the variable-rate instrument.

  c. If either the new debt instrument or the original debt instrument is callable or puttable, then separate cash flow analyses shall be performed assuming exercise and nonexercise of the call or put. The cash flow

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

assumptions that generate the smaller change would be the basis for determining whether the 10 percent threshold is met.

d. If the debt instruments contain contingent payment terms or unusual interest rate terms, judgment shall be used to determine the appropriate cash flows.

e. The discount rate to be used to calculate the present value of the cash flows is the effective interest rate, for accounting purposes, of the original debt instrument.

f. If within a year of the current transaction the debt has been exchanged or modified without being deemed to be substantially different, then the debt terms that existed a year ago shall be used to determine whether the current exchange or modification is substantially different.

g. The change in the fair value of an embedded conversion option resulting from an exchange of debt instruments or a modification in the terms of an existing debt instrument shall not be included in the 10 percent cash flow test. Rather, a separate test shall be performed by comparing the change in the fair value of the embedded conversion option to the carrying amount of the original debt instrument immediately before the modification, as specified in paragraph 470-50-40-10(a) : .

## Pending Content

**Transition Date:** *December 16, 2021 (P); December 16, 2021 (N)* | **Transition Guidance:**815-40-65-2 :

The following guidance shall be used to calculate the present value of the cash flows for purposes of applying the 10 percent cash flow test described in paragraph 470-50-40-10 : :

a. The cash flows of the new debt instrument include all cash flows specified by the terms of the new debt instrument plus any amounts paid by the debtor to the creditor less any amounts received by the debtor from the creditor as part of the exchange or modification.For a modification or an exchange of a freestanding equity-classified written call option held by a creditor that is a part of or directly related to a modification or an exchange of an existing debt instrument held by that same creditor (see paragraphs 815-40-35-14 through

35-15 :  and 815-40-35-17(c) : ), an entity shall apply the guidance in paragraph 470-50-40-12A : .

b. If the original debt instrument or the new debt instrument has a floating interest rate, then the variable rate in effect at the date of the exchange or modification shall be used to calculate the cash flows of the variable-rate instrument.

c. If either the new debt instrument or the original debt instrument is callable or puttable, then separate cash flow analyses shall be performed assuming exercise and nonexercise of the call or put. The cash flow assumptions that generate the smaller change would be the basis for determining whether the 10 percent threshold is met.

d. If the debt instruments contain contingent payment terms or unusual interest rate terms, judgment shall be used to determine the appropriate cash flows.

e. The discount rate to be used to calculate the present value of the cash flows is the effective interest rate, for accounting purposes, of the original debt instrument.

f. If within a year of the current transaction the debt has been exchanged or modified without being deemed to be substantially different, then the debt terms that existed a year ago shall be used to determine whether the current exchange or modification is substantially different.

g. The change in the fair value of an embedded conversion option resulting from an exchange of debt instruments or a modification in the terms of an existing debt instrument shall not be included in the 10 percent cash flow test. Rather, a separate test shall be performed by comparing the change in the fair value of the embedded conversion option to the carrying amount of the original debt instrument immediately before the modification, as specified in paragraph 470-50-40-10(a) : .

**40-12A**

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**Pending Content**

**Transition Date:** *December 16, 2021 (P); December 16, 2021 (N)* | **Transition Guidance:**815-40-65-2 :

If a modification or an exchange of a freestanding equity-classified written call option held by a creditor is a part of or directly related to a modification or an exchange of an existing debt instrument held by that same creditor (see paragraphs 815-40-35-14 through 35-15 : and 815-40-35-17(c) : ), an increase or a decrease in the fair value of the freestanding equity-classified written call option held by the creditor, calculated in accordance with paragraph 815-40-35-16 : , shall be included in the application of the 10 percent cash flow test described in paragraph 470-50-40-10 : .

**> Subsequent Accounting for Modifications and Exchanges If Extinguishment Accounting Is Applied**
**40-13**If it is determined that the original and new debt instruments are substantially different,the new debt instrument shall be initially recorded at fair value, and that amount shall be used to determine the debt extinguishment gain or loss to be recognized and the effective rate of the new instrument.

**> Subsequent Accounting for Modifications and Exchanges If Extinguishment Accounting Is Not Applied**
**40-14**If it is determined that the original and new debt instruments are not substantially different, then a new effective interest rate shall be determined based on the carrying amount of the original debt instrument, adjusted for an increase (but not a decrease) in the fair value of an embedded conversion option (calculated as the difference between the fair value of the embedded conversion option immediately before and after the modification or exchange) resulting from the modification, and the revised cash flows.

**40-15**If a convertible debt instrument is modified or exchanged in a transaction that is not accounted for as an extinguishment,an increase in the fair value of the embedded conversion option (calculated as the difference between the fair value of the embedded conversion option immediately before and after the modification or exchange) shall reduce the carrying amount of the debt instrument (increasing a debt discount or reducing a debt premium) with a corresponding increase in additional paid-in capital.However, a decrease in the fair value of an embedded conversion option resulting from a modification or an exchange shall not be recognized.

**40-16** The issuer shall not recognize a **beneficial conversion feature** or reassess an existing beneficial conversion feature upon a modification or exchange of convertible debt instruments in a transaction that is not accounted for as an extinguishment.

**Pending Content**

**Transition Date:** *(P) December 16, 2021; (N) December 16, 2023* | **Transition Guidance:**815-40-65-1 :

Paragraph superseded by Accounting Standards Update No. 2020-06 :

**> Fees between Debtor and Creditor**
**40-17**Fees paid by the debtor to the creditor or received by the debtor from the creditor (fees may be received by the debtor from the creditor to cancel a call option held by the debtor or to extend a no-call period) as part of the exchange or modification shall be accounted for as follows:

> a. If the exchange or modification is to be accounted for in the same manner as a debt extinguishment and the new debt instrument is initially recorded at fair value, then the fees paid or received shall be associated with the extinguishment of the old debt instrument and included in determining the debt extinguishment gain or loss to be recognized.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

b. If the exchange or modification is not to be accounted for in the same manner as a debt extinguishment, then the fees shall be associated with the replacement or modified debt instrument and, along with any existing unamortized premium or discount, amortized as an adjustment of interest expense over the remaining term of the replacement or modified debt instrument using the interest method.

**Pending Content**

**Transition Date:** *(P) March 9, 2020; (N) December 16, 2019* | **Transition Guidance:**825-10-65-7 :

Fees paid by the debtor to the creditor or received by the debtor from the creditor (fees may be received by the debtor from the creditor to cancel a call option held by the debtor or to extend a no-call period) as part of the exchange or modification shall be accounted for as follows:

a. If the exchange or modification is to be accounted for in the same manner as a debt extinguishment and the new debt instrument is initially recorded at fair value, then the fees paid or received shall be associated with the extinguishment of the old debt instrument and included in determining the debt extinguishment gain or loss to be recognized.

b. If the exchange or modification is not to be accounted for in the same manner as a debt extinguishment, then the fees shall be associated with the replacement or modified debt instrument and, along with any existing unamortized premium or discount, amortized as an adjustment of interest expense over the remaining term of the replacement or modified debt instrument using the interest method.

> For fees between the debtor and creditor for exchanges of or modifications to line-of-credit or revolving-debt arrangements, see paragraph 470-50-40-21 : .

**40-17A**

**Pending Content**

**Transition Date:** *December 16, 2021 (P); December 16, 2021 (N)* | **Transition Guidance:**815-40-65-2 :

An increase or a decrease in the fair value of a freestanding equity-classified written call option held by a creditor

(calculated in accordance with paragraph 815-40-35-16 :  ) that is modified or exchanged as a part of or is directly related to a modification or an exchange of a debt instrument held by that same creditor (see paragraphs

815-40-35-14 through 35-15 :   and 815-40-35-17(c) :  ) shall be accounted for in the same manner as fees between the debtor and the creditor as described in paragraph 470-50-40-17 : .

**> Third-Party Costs of Exchange or Modification**
**40-18**Costs incurred with third parties directly related to the exchange or modification (such as legal fees) shall be accounted for as follows:

a. If the exchange or modification is to be accounted for in the same manner as a debt extinguishment and the new debt instrument is initially recorded at fair value, then the costs shall be associated with the new debt instrument and amortized over the term of the new debt instrument using the interest method in a manner similar to debt issue costs.

b. If the exchange or modification is not to be accounted for in the same manner as a debt extinguishment, then the costs shall be expensed as incurred.

**Pending Content**

**Transition Date:** *(P) March 9, 2020; (N) December 16, 2019* | **Transition Guidance:**825-10-65-7 :

Costs incurred with third parties directly related to the exchange or modification (such as legal fees) shall be accounted for as follows:

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. If the exchange or modification is to be accounted for in the same manner as a debt extinguishment and the new debt instrument is initially recorded at fair value, then the costs shall be associated with the new debt instrument and amortized over the term of the new debt instrument using the interest method in a manner similar to debt issue costs.

b. If the exchange or modification is not to be accounted for in the same manner as a debt extinguishment, then the costs shall be expensed as incurred.

> For third-party costs for exchanges of or modifications to line-of-credit or revolving-debt arrangements, see paragraph 470-50-40-21 : .

**40-18A**

**Pending Content**

**Transition Date:** *December 16, 2021 (P); December 16, 2021 (N)* | **Transition Guidance:**815-40-65-2 : 

An increase (but not a decrease) in the fair value of a freestanding equity-classified written call option held by

a third party (calculated in accordance with paragraph 815-40-35-16 : ) that is modified or exchanged as a part of or is directly related to a modification or an exchange of a debt instrument (see paragraphs 815-40-35-14

through 35-15 : and 815-40-35-17(c) : ) shall be accounted for in the same manner as third-party costs incurred that are directly related to the modification or exchange of a debt instrument as described in paragraph 470-50-40-18 : .

**> Transactions Involving Third-Party Intermediaries**

**40-19**In transactions involving a third-party intermediary acting as agent on behalf of a debtor, the actions of the intermediary shall be viewed as those of the debtor in order to determine whether there has been an exchange of debt instruments or a modification of terms between a debtor and a creditor. Stated another way, if a third-party intermediary acts as agent, the analysis shall look through the intermediary.

**40-20**In transactions involving a third-party intermediary acting as principal, the intermediary should be viewed as a third-party creditor similar to any other creditor in order to determine whether there has been an exchange of debt instruments or a modification of terms between a debtor and a creditor. Stated another way, if a third-party intermediary acts as principal, the analysis should not look through the intermediary.

**> Line-of-Credit or Revolving-Debt Arrangements**

**40-21** Modifications to or exchanges of **line-of-credit or revolving-debt arrangements** resulting in either a new line-of-credit or revolving-debt arrangement or resulting in a traditional term-debt arrangement shall be evaluated in the following manner:

a. The debtor shall compare the product of the remaining term and the maximum available credit of the old arrangement (this product is referred to as the borrowing capacity) with the borrowing capacity of the new arrangement.

b. If the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the old arrangement, then any unamortized deferred costs, any fees paid to the creditor, and any third-party costs incurred shall be associated with the new arrangement (that is, deferred and amortized over the term of the new arrangement).

c. If the borrowing capacity of the new arrangement is less than the borrowing capacity of the old arrangement, then:

1. Any fees paid to the creditor and any third-party costs incurred shall be associated with the new arrangement (that is, deferred and amortized over the term of the new arrangement).

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

2. Any unamortized deferred costs relating to the old arrangement at the time of the change shall be written off in proportion to the decrease in borrowing capacity of the old arrangement.The remaining unamortized deferred costs relating to the old arrangement shall be deferred and amortized over the term of the new arrangement.

**Pending Content**

**Transition Date:** *(P) March 9, 2020; (N) December 16, 2019* | **Transition Guidance:**825-10-65-7 :

Modifications to or exchanges of **line-of-credit or revolving-debt arrangements** resulting in either a new line-of-credit or revolving-debt arrangement or resulting in a traditional term-debt arrangement shall be evaluated in the following manner:

a. The debtor shall compare the product of the remaining term and the maximum available credit of the old arrangement (this product is referred to as the borrowing capacity) with the borrowing capacity of the new arrangement.

b. If the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the old arrangement, then any unamortized deferred costs, any fees paid to the creditor, and any third-party costs incurred shall be associated with the new arrangement (that is, deferred and amortized over the term of the new arrangement).

c. If the borrowing capacity of the new arrangement is less than the borrowing capacity of the old arrangement, then:

1. Any fees paid to the creditor and any third-party costs incurred shall be associated with the new arrangement (that is, deferred and amortized over the term of the new arrangement).

2. Any unamortized deferred costs relating to the old arrangement at the time of the change shall be written off in proportion to the decrease in borrowing capacity of the old arrangement.The remaining unamortized deferred costs relating to the old arrangement shall be deferred and amortized over the term of the new arrangement.

For fees between the debtor and the creditor or third-party costs not related to exchanges of or modifications to a line-of-credit or revolving-debt arrangements resulting in either a new line-of-credit or revolving-debt arrangement, see paragraphs 470-50-40-17 through 40-18 : .

**Pending Content**

**Transition Date:** *December 16, 2021 (P); December 16, 2021 (N)* | **Transition Guidance:**815-40-65-2 :

Modifications to or exchanges of **line-of-credit or revolving-debt arrangements** resulting in either a new line-of-credit or revolving-debt arrangement or resulting in a traditional term-debt arrangement shall be evaluated in the following manner:

a. The debtor shall compare the product of the remaining term and the maximum available credit of the old arrangement (this product is referred to as the borrowing capacity) with the borrowing capacity of the new arrangement.

b. If the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the old arrangement, then any unamortized deferred costs, any fees paid to the creditor, and any third-party costs incurred shall be associated with the new arrangement (that is, deferred and amortized over the term of the new arrangement).

c. If the borrowing capacity of the new arrangement is less than the borrowing capacity of the old arrangement, then:

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

1. Any fees paid to the creditor and any third-party costs incurred shall be associated with the new arrangement (that is, deferred and amortized over the term of the new arrangement).

2. Any unamortized deferred costs relating to the old arrangement at the time of the change shall be written off in proportion to the decrease in borrowing capacity of the old arrangement.The remaining unamortized deferred costs relating to the old arrangement shall be deferred and amortized over the term of the new arrangement.

Fees between the debtor and the creditor include an increase or a decrease in the fair value of a freestanding equity-classified written call option held by a creditor (calculated in accordance with paragraph 815-40-35-16 : ) that is modified or exchanged as a part of or is directly related to a modification or an exchange of a line-of-credit or revolving-debt arrangement held by that same creditor (see paragraphs 815-40-35-14 through 35-15 : and 815-40-35-17(c) : ). Third-party costs include an increase (but not a decrease) in the fair value of a freestanding equity-classified written call option held by a third party (calculated in accordance with paragraph 815-40-35-16 : ) that is modified or exchanged as a part of or is directly related to a modification or an exchange of a line-of-credit or revolving-debt arrangement (see paragraphs 815-40-35-14 through 35-15 : and 815-40-35-17(c) : ).

For fees between the debtor and the creditor or third-party costs not related to exchanges of or modifications to a line-of-credit or revolving-debt arrangements resulting in either a new line-of-credit or revolving-debt arrangement, see paragraphs 470-50-40-17 through 40-18A : .

**40-22**The guidance in this Subtopic is limited to modifications to or exchanges of line-of-credit or revolving-debt arrangements by a debtor and a creditor (the same parties that were involved in the original line-of-credit or revolving-debt arrangement) in a nontroubled situation.

**40-23** See Example 1 (paragraph 470-50-55-10 : ) for an illustration of this guidance.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-50-45 Other Presentation Matters - General

Click to open document in a browser

# General

**45-1** Paragraph superseded by Accounting Standards Update No. 2015-01 :

**45-2** Paragraph superseded by Accounting Standards Update No. 2015-01 :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-50-50 Disclosure - General

Click to open document in a browser

## General

**50-1** If debt was considered to be extinguished by **in-substance defeasance** under the provisions of FASB Statement No. 76,*Extinguishment of Debt,*before the effective date of FASB Statement No. 125,*Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities,*a general description of the transaction and the amount of debt that is considered extinguished at the end of each period that debt remains outstanding shall be disclosed.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-50-55 Implementation Guidance and Illustrations - General

[Click to open document in a browser](#)

## General

**> Implementation Guidance**
**> > Identification of Debtor and Creditor**

**55-1** Based on the definition of a **loan participation** , for purposes of applying the guidance in this Subtopic, the debt instrument would be the contract between the debtor and the lead bank.Participating banks are not direct creditors but, rather, have an interest represented by a certificate of participation.In the event of a modification or exchange between the debtor and lead bank, the debtor shall apply the guidance in this Subtopic.

**55-2** Based on the definition of a **loan syndication** , for purposes of applying the guidance in this Subtopic, separate debt instruments exist between the debtor and the individual creditors participating in the syndication.If an exchange or modification offer is made to all members of the syndicate and only some of the creditors agree to the exchange or modification, the guidance in this Subtopic would be applied to debt instruments held by those creditors that agree to the exchange or modification.Debt instruments held by those creditors that do not agree would not be affected.

**55-3** In a **public debt issuance** , for purposes of applying the guidance in this Subtopic, the debt instrument is the individual security held by an investor, and the creditor is the security holder. If an exchange or modification offer is made to all investors and only some agree to the exchange or modification, then the guidance in this Subtopic shall be applied to debt instruments held by those investors that agree to the exchange or modification. Debt instruments held by those investors that do not agree would not be affected.

**> > Exchanges or Modifications of Debt Involving a Third-Party Intermediary**
**55-4**In transactions involving a third-party investment banker acting as agent on behalf of the debtor, the activity of the investment banker is treated as if it were the activity of the debtor.Thus, if the investment banker acquires debt instruments from holders for cash, the debtor has an extinguishment even if the investment banker subsequently transfers a debt instrument with the same or different terms to the same or different investors.If the investment banker acting as agent on behalf of the debtor acquires instruments from holders by exchanging those instruments for new debt, the guidance in this Subtopic shall be applied.If the investment banker acquires debt instruments from holders for cash and contemporaneously issues new debt instruments for cash, an extinguishment has occurred only if the two debt instruments have substantially different terms, as defined in

Section 470-50-40 : .

**55-5**In transactions involving a third-party investment banker acting as principal, the investment banker is considered a debt holder like other debt holders.Thus, if the investment banker acting as principal acquires debt instruments from other parties, the acquisition by the investment banker does not impact the accounting by the

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

debtor, and exchanges or modifications between the debtor and the investment banker shall follow the guidance in this Subtopic.

## > > Transactions Among Debt Holders

**55-6**If a debt instrument is transferred from one debt holder to another in connection with a modification or exchange, including transfers from an intermediary acting as principal to another debt holder, the debtor is not impacted by the exchange as long as the funds do not pass through the debtor or its agent.

## > > Determination of Whether a Third-Party Intermediary Is an Agent or a Principal

**55-7**Transactions between a debtor and a third-party creditor should be analyzed based on the guidance in

paragraph 405-20-40-1 : and the guidance in this Subtopic to determine whether gain or loss recognition is appropriate.Application of the guidance in this Subtopic may require determination of whether a third-party intermediary is an agent or a principal and consideration of legal definitions may be helpful in making that determination.Generally, an agent acts for and on behalf of another party. Therefore, a third-party intermediary is an agent of a debtor if it acts on behalf of the debtor.In addition, an evaluation of the facts and circumstances surrounding the involvement of a third-party intermediary should be performed.The following indicators should be considered in that evaluation:

a. If the intermediary's role is restricted to placing or reacquiring debt for the debtor without placing its own funds at risk, that would indicate that the intermediary is an agent. For example, that may be the case if the intermediary's own funds are committed and those funds are not truly at risk because the intermediary is made whole by the debtor (and therefore is indemnified against loss by the debtor). If the intermediary places and reacquires debt for the debtor by committing its funds and is subject to the risk of loss of those funds, that would indicate that the intermediary is acting as principal.

b. In an arrangement where an intermediary places notes issued by the debtor, if the placement is done under a best-efforts agreement, that would indicate that the intermediary is acting as agent. Under a best-efforts agreement, an agent agrees to buy only those securities that it is able to sell to others; if the agent is unable to remarket the debt, the issuer is obligated to pay off the debt. The intermediary may be acting as principal if the placement is done on a firmly committed basis, which requires the intermediary to hold any debt that it is unable to sell to others.

c. If the debtor directs the intermediary and the intermediary cannot independently initiate an exchange or modification of the debt instrument, that would indicate that the intermediary is an agent. The intermediary may be a principal if it acquires debt from or exchanges debt with another debt holder in the market and is subject to loss as a result of the transaction.

d. If the only compensation derived by an intermediary from its arrangement with the debtor is limited to a preestablished fee, that would indicate that the intermediary is an agent.If the intermediary derives gains based on the value of the security issued by the debtor, that would indicate that the intermediary is a principal.

## > > Debtor with a Binding Contract to Redeem Debt at a Future Date

**55-8**This Subtopic applies to transactions in which the terms of a debt instrument are modified through execution of a binding contract between the debtor and creditor that requires a debt instrument to be redeemedat a future date for a specified amount.

## > > Situations that Do Not Result in an Extinguishment of Debt

**Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm**
**https://www.accountingresearchmanager.com/q/1bffv**

**55-9**The following situations do not result in an extinguishment and would not result in gain or loss recognition under either paragraph 405-20-40-1 : ⬚or this Subtopic:

a. An announcement of intent by the debtor to call a debt instrument at the first call date

b. **In-substance defeasance**⬚

c. An agreement with a creditor that a debt instrument issued by the debtor and held by a different party will be redeemed.

**> Illustrations**

**> > Example 1: Accounting for Changes in Line-of-Credit or Revolving-Debt Arrangements**

**55-10** This Example illustrates the application of the guidance in paragraphs 470-50-40-21 through 40-22 : ⬚for

changes in **line-of-credit or revolving-debt arrangements** ⬚ .

**55-11**Terms of original arrangement are as follows:

a. Five-year term (three years remaining)

b. $10 million commitment amount

c. The borrowing capacity under the original arrangement at the time of the change is $30 million, the product of the remaining term (3 years) and the commitment amount ($10 million).

**55-12**The following situations represent changes that are made (with the same creditor) to the original terms:

a. The commitment amount is increased to $15 million, the term of the new arrangement remains at 3 years (borrowing capacity is $45 million).

b. The commitment amount is decreased to $2 million, the term of the new arrangement is 5.5 years (borrowing capacity is $11 million).

c. The original revolver is replaced with a 3-year, $7.5 million term loan, with principal due at the end of 3 years (borrowing capacity is $22.5 million).

d. The original revolver is replaced with a 3-year, $10 million term loan, with principal due at the end of 3 years (borrowing capacity is $30 million).

**55-13**In all of the situations described, at the time the change is made to the original arrangement, $150,000 of unamortized costs relating to the original arrangement remain on the debtor's balance sheet; the debtor pays a fee of $100,000 to the creditor; and the debtor incurs third-party costs of $200,000.

The following illustrates the various situations described in this Example.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| Case | Old Borrowing Capacity | New Borrowing Capacity | Accounting Treatment of Unamortized Deferred Costs | Accounting Treatment of Fees and Third-Party Costs Incurred |
|---|---|---|---|---|
| A | 30 million | 45 million | $150,000 is amortized over 3 years. | $300,000 is deferred and amortized over 3 years. |
| B | 30 million | 11 million | 63 percent of the unamortized costs ($94,500) are written off; the remaining costs ($55,500) are amortized over 5.5 years. | $300,000 is deferred and amortized over 5.5 years. |
| C | 30 million | 22.5 million | 25 percent of the unamortized costs ($37,500) are written off; the remaining costs ($112,500) are amortized over 3 years. | $300,000 is deferred and amortized over 3 years. |
| D | 30 million | 30 million | $150,000 is amortized over 3 years. | $300,000 is deferred and amortized over 3 years. |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.
©2023 Wolters Kluwer. All rights reserved.
Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm
https://www.accountingresearchmanager.com/q/1bffv

**FASB**
Authoritative

## 470-50-75 XBRL Elements - XBRL Links to Codification

Click to open document in a browser

# XBRL Links to Codification

**> Extinguishment of Debt [Axis] {287}**
**>> Element Name:***ExtinguishmentOfDebtAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 50 Disclosure > General, 50-1legacyRef :

**> Extinguishment of Debt, Gain (Loss), Income Tax {15}**
**>> Element Name:***ExtinguishmentOfDebtGainLossIncomeTax*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-2legacyRef :

**> Extinguishment of Debt, Gain (Loss), Net of Tax {115}**
**>> Element Name:***ExtinguishmentOfDebtGainLossNetOfTax*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-2legacyRef :

**> Extinguishment of Debt, Gain (Loss), Per Share, Net of Tax {11}**
**>> Element Name:***ExtinguishmentOfDebtGainLossPerShareNetOfTax*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-2legacyRef :

**> Extinguishment of Debt, Type [Domain] {0}**
**>> Element Name:***ExtinguishmentOfDebtTypeDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 50 Disclosure > General, 50-1legacyRef :

**> Gain (Loss) on Extinguishment of Debt {2390}**
**>> Element Name:***GainsLossesOnExtinguishmentOfDebt*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-2legacyRef :

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-4legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

230 Statement of Cash Flows > 10 Overall > 45 Other Presentation > General, 45-28(b) legacyRef :

**> Gain (Loss) on Extinguishment of Debt, before Write off of Debt Issuance Cost {120}**
**>> Element Name:***GainsLossesOnExtinguishmentOfDebtBeforeWriteOffOfDeferredDebtIssuanceCost*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-2legacyRef :

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-4legacyRef :

**> Gain (Loss), Extinguishment of Debt, Recourse Status [Extensible Enumeration]**
**>> Element Name:***GainLossOnExtinguishmentDebtRecourseStatusExtensibleEnumeration*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-2commonPracticeRef :

470 Debt > 50 Modifications and Extinguishments > 40 Derecognition > General, 40-4commonPracticeRef :

**> Schedule of Extinguishment of Debt [Table Text Block] {63}**
**>> Element Name:** *ScheduleOfExtinguishmentOfDebtTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 50 Disclosure > General, 50-1legacyRef :

**> Schedule of Extinguishment of Debt [Table]**
**>> Element Name:** *ScheduleOfExtinguishmentOfDebtTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 50 Modifications and Extinguishments > 50 Disclosure > General, 50-1legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470-60-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Amortized Cost Basis** | Added | Accounting Standards Update No. 2016-13 : | 06/16/2016 |
| **Contract** | Added | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| **Debt** | Superseded | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| **Lease** | Added | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| **Lease Modification** | Added | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| **Recorded Investment in the Receivable** | Superseded | Accounting Standards Update No. 2016-13 : | 06/16/2016 |
| 470-60-05-1 : | Amended | Accounting Standards Update No. 2022-02 : | 03/31/2022 |
| 470-60-10-1 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-60-15-3 : | Superseded | Accounting Standards Update No. 2022-02 : | 03/31/2022 |
| 470-60-15-3 : | Amended | Accounting Standards Update No. 2016-13 : | 06/16/2016 |
| 470-60-15-4A : | Added | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-60-15-9 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-60-15-11 : | Amended | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| 470-60-15-12 : | Amended | Accounting Standards Update No. 2016-13 : | 06/16/2016 |

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| 470-60-35-3 : | Amended | Maintenance Update 2017-19 114880891.pdf | 11/15/2017 |
|---|---|---|---|
| 470-60-35-8 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-60-55-4 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-60-55-8 : | Amended | Accounting Standards Update No. 2016-19 : | 12/14/2016 |
| 470-60-55-15 : | Superseded | Accounting Standards Update No. 2022-02 : | 03/31/2022 |

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions:** *http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-60-05 Overview and Background - General

Click to open document in a browser

## General

**05-1** This Subtopic addresses measurement, derecognition, disclosure, and implementation guidance issues concerning **troubled debt restructurings** focused on the debtor's records. The creditor's accounting is discussed in Subtopic 310-40 : .

**Pending Content**

**Transition Date:** *(P) December 16, 2022; (N) December 16, 2022* | **Transition Guidance:**326-10-65-5 :

This Subtopic addresses measurement, derecognition, disclosure, and implementation guidance issues concerning **troubled debt restructurings** focused on the debtor's records.

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

<div align="right">

**FASB**
Authoritative

</div>

## 470-60-10 Objectives - General

[Click to open document in a browser](#)

# General

**10-1** The accounting for restructured debt is based on the substance of the modifications—the effect on cash flows—not on the labels chosen to describe those cash flows.The substance of all modifications of a debt in

a **troubled debt restructuring** is essentially the same whether they involve modifications of any of the following:

a. Timing

b. Amounts designated as interest

c. Amounts designated as face amounts.

**10-2**All of those kinds of modifications affect future cash receipts or payments and therefore affect both of the following:

a. The creditor's total return on the receivable, its effective interest rate, or both

b. The debtor's total cost on the payable, its effective interest rate, or both.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-60-15 Scope and Scope Exceptions - General

Click to open document in a browser

# General

> **Entities**

**15-1** The guidance in this Subtopic applies to all debtors.

> **Transactions**

**15-2** The guidance in this Subtopic applies to all **troubled debt restructurings** by debtors.

> **Other Considerations**

**15-3** This Subtopic establishes standards of financial accounting and reporting by the debtor for a troubled

debt restructuring.Subtopic 310-40 : addresses a creditor's financial accounting and reporting for a troubled debt restructuring.Together, the two Subtopics establish tests for applicability that are not symmetrical between

the debtor and the creditor if the debtor's **carrying amount** and the creditor's recorded investment differ.A debtor may have a troubled debt restructuring under this Subtopic even though the related creditor does

not have a troubled debt restructuring under the same tests in Subtopic 310-40 : .The debtor and creditor shall individually apply the tests to the specific facts and circumstances to determine whether a troubled debt restructuring has occurred.The guidance in paragraphs 470-60-15-5 through 15-13 : establishes whether a troubled debt restructuring has occurred from the debtor's perspective.

**Pending Content**

**Transition Date:** *(P) December 16, 2019; (N) December 16, 2022 |* **Transition Guidance:**326-10-65-1 :

This Subtopic establishes standards of financial accounting and reporting by the debtor for a troubled debt

restructuring.Subtopic 310-40 : addresses a creditor's financial accounting and reporting for a troubled debt restructuring.Together, the two Subtopics establish tests for applicability that are not symmetrical between

the debtor and the creditor if the debtor's **carrying amount** and the creditor's **amortized cost basis** differ.A debtor may have a troubled debt restructuring under this Subtopic even though the related creditor does

not have a troubled debt restructuring under the same tests in Subtopic 310-40 : .The debtor and creditor shall individually apply the tests to the specific facts and circumstances to determine whether a troubled debt restructuring has occurred.The guidance in paragraphs 470-60-15-5 through 15-13 : establishes whether a troubled debt restructuring has occurred from the debtor's perspective.

**Pending Content**

**Transition Date:** *(P) December 16, 2022; (N) December 16, 2022 |* **Transition Guidance:**326-10-65-5 :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

| Editor's Note: Paragraph 470-60-15-3 will be superseded upon transition, together with its heading: |
| --- |
| >**Other Considerations** |

a. Paragraph superseded by Accounting Standards Update No. 2022-02 :

## > > Unit of Accounting

**15-4**The substance rather than the form of the payable shall govern.Payables that may be involved in troubled debt restructurings commonly result from borrowing of cash, or purchasing goods or services on credit.Examples are accounts payable, notes, debentures and bonds (whether those payables are secured or unsecured and whether they are convertible or nonconvertible), and related accrued interest, if any.Typically, each payable is negotiated separately, but sometimes two or more payables are negotiated together.For example, a debtor may negotiate with a group of creditors but sign separate debt instruments with each creditor.For purposes of this Subtopic, restructuring of each payable, including those negotiated and restructured jointly, shall be accounted for individually.

**15-4A**In this Subtopic, a receivable or a payable (collectively referred to as debt) represents a contractual right to receive money or a contractual obligation to pay money on demand or on fixed or determinable dates that is already included as an asset or a liability in the creditor's or debtor's balance sheet at the time of the restructuring.

## > > Troubled Debt Restructuring

**15-5**A restructuring of a debt constitutes a troubled debt restructuring for purposes of this Subtopic if the creditor for economic or legal reasons related to the debtor's financial difficulties grants a concession to the debtor that it would not otherwise consider.

**15-6**That concession is granted by the creditor in an attempt to protect as much of its investment as possible.That concession either stems from an agreement between the creditor and the debtor or is imposed by law or a court; for example, either of the following circumstances might occur:

a. A creditor may restructure the terms of a debt to alleviate the burden of the debtor's near-term cash requirements, and many troubled debt restructurings involve modifying terms to reduce or defer cash payments required of the debtor in the near future to help the debtor attempt to improve its financial condition and eventually be able to pay the creditor.

b. The creditor may accept cash, other assets, or an equity interest in the debtor in satisfaction of the debt though the value received is less than the amount of the debt because the creditor concludes that step will maximize recovery of its investment.

Although troubled debt that is fully satisfied byforeclosure,repossession, orother transfer of assets orby grant of equity securities by the debtoris, in a technical sense, not restructured, that kind of event is included in the term*troubled debt restructuring*in this Subtopic.

**15-7**Whatever the form of concession granted by the creditor to the debtor in a troubled debt restructuring, the creditor's objective is to make the best of a difficult situation. That is, the creditor expects to obtain more cash or other value from the debtor, or to increase the probability of receipt, by granting the concession than by not granting it.

**15-8**In general, a debtor that can obtain funds from sources other than the existing creditor at market interest rates at or near those for nontroubled debt is not involved in a troubled debt restructuring.A debtor in a troubled debt restructuring can obtain funds from sources other than the existing creditor in the troubled debt restructuring, if at all, only at effective interest rates (based on market prices) so high that it cannot afford to pay them.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**15-9**A troubled debt restructuring may include, but is not necessarily limited to, one or a combination of the following:

> a. Transfer from the debtor to the creditor of receivables from third parties, real estate, or other assets to satisfy fully or partially a debt (including a transfer resulting from foreclosure or repossession)

> b. Issuance or other granting of an equity interest to the creditor by the debtor to satisfy fully or partially a debt unless the equity interest is granted pursuant to existing terms for converting the debt into an equity interest

> c. Modification of terms of a debt, such as one or a combination of any of the following:

>> 1. Reduction (absolute or contingent) of the stated interest rate for the remaining original life of the debt

>> 2. Extension of the maturity date or dates at a stated interest rate lower than the current market rate for new debt with similar risk

>> 3. Reduction (absolute or contingent) of the face amount or maturity amount of the debt as stated in the instrument or other agreement

>> 4. Reduction (absolute or contingent) of accrued interest.

**15-10**The guidance in this Subtopic shall be applied to all troubled debt restructurings including those consummated under reorganization, arrangement, or other provisions of the Federal Bankruptcy Act or other federal statutes related thereto.This Subtopic does not apply, however, if under provisions of those federal statutes or in a quasi-reorganization or corporate readjustment (see Topic 852 : ) with which a troubled debt restructuring coincides, the debtor restates its liabilities generally,that is, if such restructurings or modifications accomplished under purview of the bankruptcy court encompass most of the amount of the debtor's liabilities.

**15-11**For purposes of this Subtopic, none of the following are considered troubled debt restructurings:

> a. Changes in lease agreements (for guidance, see Topic 840 : )

> b. Changes in employment-related agreements, for example, pension plans and deferred compensation contracts

> c. Unless they involve an agreement between debtor and creditor to restructure, neither of the following:

>> 1. Debtors' failures to pay trade accounts according to their terms

>> 2. Creditors' delays in taking legal action to collect overdue amounts of interest and principal.

**Pending Content**

**Transition Date:** *(P) December 16, 2018; (N) December 16, 2021* | **Transition Guidance:**842-10-65-1 :

For purposes of this Subtopic, none of the following are considered troubled debt restructurings:

> a. **Lease modifications** (for guidance, see Topic 842 : )

> b. Changes in employment-related agreements, for example, pension plans and deferred compensation contracts

> c. Unless they involve an agreement between debtor and creditor to restructure, neither of the following:

>> 1. Debtors' failures to pay trade accounts according to their terms

>> 2. Creditors' delays in taking legal action to collect overdue amounts of interest and principal.

**15-12**A debt restructuring is not necessarily a troubled debt restructuring for purposes of this Subtopic even if the debtor is experiencing some financial difficulties.For example, a troubled debt restructuring is not involved if any of the following circumstances exist:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

a. The **fair value** of cash, other assets, or an equity interest accepted by a creditor from a debtor in full satisfaction of its receivable at least equals the creditor's **recorded investment in the receivable** .

b. The fair value of cash, other assets, or an equity interest transferred by a debtor to a creditor in full settlement of its payable at least equals the debtor's carrying amount of the payable.

c. The creditor reduces the effective interest rate on the debt primarily to reflect a decrease in market interest rates in general or a decrease in the risk so as to maintain a relationship with a debtor that can readily obtain funds from other sources at the current market interest rate.

d. The debtor issues in exchange for its debt new marketable debt having an effective interest rate based on its market price that is at or near the current market interest rates of debt with similar maturity dates and stated interest rates issued by nontroubled debtors.

**Pending Content**

**Transition Date:** *(P) December 16, 2019; (N) December 16, 2022* | **Transition Guidance:**326-10-65-1 :

A debt restructuring is not necessarily a troubled debt restructuring for purposes of this Subtopic even if the debtor is experiencing some financial difficulties.For example, a troubled debt restructuring is not involved if any of the following circumstances exist:

a. The **fair value** of cash, other assets, or an equity interest accepted by a creditor from a debtor in full satisfaction of its receivable at least equals the creditor's **amortized cost basis** in the receivable.

b. The fair value of cash, other assets, or an equity interest transferred by a debtor to a creditor in full settlement of its payable at least equals the debtor's carrying amount of the payable.

c. The creditor reduces the effective interest rate on the debt primarily to reflect a decrease in market interest rates in general or a decrease in the risk so as to maintain a relationship with a debtor that can readily obtain funds from other sources at the current market interest rate.

d. The debtor issues in exchange for its debt new marketable debt having an effective interest rate based on its market price that is at or near the current market interest rates of debt with similar maturity dates and stated interest rates issued by nontroubled debtors.

**15-13**For further guidance on determining whether a modification or exchange is a troubled debt restructuring, see paragraphs 470-60-55-4 through 55-7 : .If a debtor concludes that the modification or exchange is not within the scope of this Subtopic, the debtor would apply the provisions of Subtopic 470-50 : .

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 470 - 60 - 20 Glossary

Click to open document in a browser

## 470 - Debt | 60 - Troubled Debt Restructurings by Debtors | 20 - Glossary

General Note for 20 Glossary :

Amortized Cost Basis :

Carrying Amount :

Contract :

Fair Value :

Lease :

Lease Modification :

Market Participants :

Orderly Transaction :

Recorded Investment in the Receivable :

Related Parties :

Time of Restructuring :

Troubled Debt Restructuring :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-60-35 Subsequent Measurement - General

[Click to open document in a browser](#)

## General

**35-1** A debtor shall account for a **troubled debt restructuring** according to the type of the restructuring as prescribed in this Section.

**35-2** A debtor that transfers its receivables from third parties, real estate, or other assets to a creditor to settle fully a payable shall recognize a gain on restructuring of payables.The gain shall be measured by the excess ofthe **carrying amount** of the payable overthe **fair value** of the assets transferred to the creditor.However, while the guidance in this Subtopic indicates that the fair value of assets transferred or the fair value of an equity interest granted shall be used in accounting for a settlement of a payable in a troubled debt restructuring,that guidance is not intended to preclude using the fair value of the payable settled if more clearly evident than the fair value of the assets transferred or of the equity interest granted in a full settlement of a payable.However, in a partial settlement of a payable, the fair value of the assets transferred or of the equity interest granted shall be used in all cases to avoid the need to allocate the fair value of the payable between the part settled and the part still outstanding.

**35-3**A difference between the fair value and the carrying amount of assets transferred to a creditor to settle a payable is a gain or loss on transfer of assets.The carrying amount of a receivable encompasses not only unamortized premium, discount, acquisition costs, and the like but also an allowance for uncollectible amounts and other valuation accounts, if any.The debtor shall include that gain or loss in measuring net income for the period of transfer, reported as provided in Topic 220 : .A loss on transferring receivables to creditors may therefore have been wholly or partially recognized in measuring net income before the transfer and be wholly or partly a reduction of a valuation account rather than a gain or loss in measuring net income for the period of the transfer.

**35-4**A debtor that issues or otherwise grants an equity interest to a creditor to settle fully a payable shall account for the equity interest at its fair value.The difference between the fair value of the equity interest granted and the carrying amount of the payable settled shall be recognized as a gain on restructuring of payables.

**35-5** A debtor in a troubled debt restructuring involving only modification of terms of a payable—that is, not involving a transfer of assets or grant of an equity interest—shall account for the effects of the restructuring prospectively from the **time of restructuring** , andshall not change the carrying amount of the payable at the time of the restructuring unless the carrying amount exceeds the total future cash payments specified by the new terms.Total future cash payments includes related accrued interest, if any, at the time of the restructuring that continues to be payable under the new terms.That is, the effects of changes in the amounts or timing (or both) of future cash payments designated as either interest or face amount shall be reflected in future periods.Interest expense shall be computed in a way such that a constant effective interest rate is applied to the carrying amount of the payable at the beginning of each period between restructuring and maturity (in substance the interest method prescribed by paragraphs 835-30-35-2 : and 835-30-35-4 through 35-5 : ).The new effective interest rate shall be the discount rate that equates the present value of the future cash payments specified by the new terms (excluding amounts contingently payable) with the carrying amount of the payable.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**35-6**If, however, the total future cash payments specified by the new terms of a payable, including both payments designated as interest and those designated as face amount, are less than the carrying amount of the payable, the debtor shallreduce the carrying amount to an amount equal to the total future cash payments specified by the new terms and shallrecognize a gain on restructuring of payables equal to the amount of the reduction.If the carrying amount of the payable comprises several accounts (for example, face amount, accrued interest, and unamortized premium, discount, finance charges, and issue costs) that are to be continued after the restructuring, some possibly being combined, the reduction in carrying amount may need to be allocated among the remaining accounts in proportion to the previous balances.Thereafter, all cash payments under the terms of the payable shall be accounted for as reductions of the carrying amount of the payable, andno interest expense shall be recognized on the payable for any period between the restructuring and maturity of the payable.The only exception is to recognize interest expense according to paragraph 470-60-35-10 : .However, the debtor may choose to carry the amount designated as face amount by the new terms in a separate account and adjust another account accordingly.

**35-7**A debtor shall not recognize a gain on a restructured payable involving indeterminate future cash payments as long as the maximum total future cash payments may exceed the carrying amount of the payable.Amounts designated either as interest or as face amount by the new terms may be payable contingent on a specified event or circumstance (for example, the debtor may be required to pay specified amounts if its financial condition improves to a specified degree within a specified period).To determine whether the debtor shall recognize a gain according to the provisions of the preceding two paragraphs, those contingent amounts shall be included in the total future cash payments specified by the new terms to the extent necessary to prevent recognizing a gain at the time of restructuring that may be offset by future interest expense.Thus, the debtor shall apply paragraphs 450-30-25-1 : and 450-30-50-1 : in which probability of occurrence of a gain contingency is not a factor, and shall assume that contingent future payments will have to be paid.The same principle applies to amounts of future cash payments that must sometimes be estimated to apply the provisions of the preceding two paragraphs.For example, if the number of future interest payments is flexible because the face amount and accrued interest is payable on demand or becomes payable on demand, estimates of total future cash payments shall be based on the maximum number of periods possible under the restructured terms.

**35-8**A troubled debt restructuring may involve partial settlement of a payable by the debtor's transferring assets or granting an equity interest (or both) to the creditor and modification of terms of the remaining payable.Even if the stated terms of the remaining payable, for example, the stated interest rate and the maturity date or dates, are not changed in connection with the transfer of assets or grant of an equity interest, the restructuring shall be accounted for as prescribed by this guidance.A debtor shall account for a troubled debt restructuring involving a partial settlement and a modification of terms as prescribed in paragraphs 470-60-35-5 through 35-7 : except that, first, assets transferred or an equity interest granted in that partial settlement shall be measured as prescribed in paragraphs 470-60-35-2 : and 470-60-35-4 : , respectively, and the carrying amount of the payable shall be reduced by the total fair value of those assets or equity interest.If cash is paid in a partial settlement of a payable in a troubled debt restructuring, the carrying amount of the payable shall be reduced by the amount of cash paid.A difference between the fair value and the carrying amount of assets transferred to the creditor shall be recognized as a gain or loss on transfer of assets.No gain on restructuring of payables shall be recognized unless the remaining carrying amount of the payable exceeds the total future cash payments (including amounts contingently payable) specified by the terms of the debt remaining unsettled after the restructuring.Future interest expense, if any, shall be determined according to the provisions of paragraphs 470-60-35-5 through 35-7 : .

**35-9**A troubled debt restructuring that is in substance a repossession or foreclosure by the creditor or other transfer of assets to the creditor shall be accounted for according to the provisions of the preceding paragraph and paragraphs 470-60-35-2 through 35-3 : .

**35-10**If a troubled debt restructuring involves amounts contingently payable, those contingent amounts shall be recognized as a payable and as interest expense in future periods in accordance with paragraph 450-20-25-2 :

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

.Thus, in general, interest expense for contingent payments shall be recognized in each period in which both of the following conditions exist:

> a. It is probable that a liability has been incurred.

> b. The amount of that liability can be reasonably estimated.

Before recognizing a payable and interest expense for amounts contingently payable, however, accrual or payment of those amounts shall be deducted from the carrying amount of the restructured payable to the extent that contingent payments included in total future cash payments specified by the new terms prevented recognition of a gain at the time of restructuring (see paragraph 470-60-35-7 : ).

**35-11**If amounts of future cash payments must be estimated to apply the provisions of paragraphs 470-60-35-5 through 35-7 : because future interest payments are expected to fluctuate—for example, the restructured terms may specify the stated interest rate to be the prime interest rate increased by a specified amount or proportion —estimates of maximum total future payments shall be based on the interest rate in effect at the time of the restructuring.Fluctuations in the effective interest rate after the restructuring from changes in the prime rate or other causes shall be accounted for as changes in estimates in the periods in which the changes occur.However, the accounting for those fluctuations shall not result in recognizing a gain on restructuring that may be offset by future cash payments (see the preceding paragraph and paragraph 470-60-35-7 : ).Rather, the carrying amount of the restructured payable shall remain unchanged, and future cash payments shall reduce the carrying amount until the time that any gain recognized cannot be offset by future cash payments.

**35-12**Legal fees and other direct costs that a debtor incurs in granting an equity interest to a creditor in a troubled debt restructuring shall reduce the amount otherwise recorded for that equity interest according to paragraphs 470-60-35-4 : and 470-60-35-8 : .All other direct costs that a debtor incurs to effect a troubled debt restructuring shall be deducted in measuring gain on restructuring of payables or shall be included in expense for the period if no gain on restructuring is recognized.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-60-45 Other Presentation Matters - General

[Click to open document in a browser](#)

# General

**45-1** All or a portion of the **carrying amount** of the payable at the **time of the restructuring** may need to be reclassified in the balance sheet because of changes in the terms, for example, a change in the amount of the payable due within one year after the date of the debtor's balance sheet.

**45-2** A **troubled debt restructuring** of a short-term obligation after the date of a debtor's balance sheet but before that balance sheet is issued or is available to be issued (as discussed in Section 855-10-25 : ) may affect the classification of that obligation in accordance with Subtopic 470-10 : .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-60-50 Disclosure - General

Click to open document in a browser

## General

**50-1** A debtor shall disclose, either in the body of the financial statements or in the accompanying notes, all of the following information about **troubled debt restructurings** that have occurred during a period for which financial statements are presented:

   a. For each restructuring, a description of the principal changes in terms, the major features of settlement, or both;separate restructurings within a fiscal period for the same category of payables (for example, accounts payable or subordinated debentures) may be grouped for disclosure purposes

   b. Aggregate gain on restructuring of payables

   c. Aggregate net gain or loss on transfers of assets recognized during the period (see paragraphs 470-60-35-3 : and 470-60-35-8 : )

   d. Per-share amount of the aggregate gain on restructuring of payables.

**50-2** A debtor shall disclose in financial statements for periods after a troubled debt restructuring the extent to which amounts contingently payable are included in the **carrying amount** of restructured payables pursuant to the provisions of paragraph 470-60-35-7 : .If required by paragraphs 450-20-50-1 through 50-6 : and 450-20-50-9 through 50-10 : , a debtor shall also disclose in those financial statements total amounts that are contingently payable on restructured payables and the conditions under which those amounts would become payable or would be forgiven.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 470-60-55 Implementation Guidance and Illustrations - General

[Click to open document in a browser](#)

# General

**> Implementation Guidance**
**> > Applicability of This Subtopic to Entities in Chapter 11 Bankruptcy**
**55-1**Entities involved with Chapter 11 bankruptcy proceedings frequently reduce all or most of their indebtedness with the approval of their creditors and the court in order to provide an opportunity for the entity to have a fresh start. Such reductions are usually by a stated percentage so that, for example, the debtor owes only 60 cents on the dollar. Because the debtor would be restating its liabilities generally, this Subtopic would not apply to the debtor's accounting for such reduction of liabilities.

**55-2** On the other hand, this Subtopic would apply to an isolated **troubled debt restructuring** by a debtor involved in bankruptcy proceedings if such restructuring did not result in a general restatement of the debtor's liabilities.

**> > Unit of Accounting**
**55-3**To a debtor, a bond constitutes one payable even though there are many bondholders.

**> > Distinguishing Between a Troubled Debt Restructuring and a Modification or Exchange**
**55-4**No single characteristic or factor, taken alone, is determinative of whether a modification or exchange is a troubled debt restructuring under this Subtopic.That is, the fact that a single characteristic is present in a

transaction (such as that described in paragraph 470-60-15-9(c)(3) : or 470-60-15-12(d) : ) should not be considered sufficient to overcome the preponderance of contrary evidence.Determining whether a transaction is within the scope of this Subtopic requires the exercise of judgment.The guidance that follows is not limited to marketable debt instruments.

**55-5**The following model should be applied by a debtor when determining whether a modification or an exchange of debt instruments is within the scope of this Subtopic.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***



**55-6**The following factors have no relevance in the determination of whether a modification or an exchange is within the scope of this Subtopic:

    a. The amount invested in the old debt by the current creditors

    b. The **fair value** of the old debt immediately before the modification or exchange compared to the fair value of the new debt at issuance

    c. Transactions among debt holders.

In addition, the length of time the current creditors have held the investment in the old debt is not relevant in the determination of whether a modification or exchange is within the scope of this Subtopic unless all the current creditors recently acquired the debt from the previous debt holders to effect what is in substance a planned refinancing.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

### > > > Determining Whether the Debtor Is Experiencing Financial Difficulties

**55-7**If the debtor's creditworthiness (for example, based on its credit rating or equivalent, the effects of the original collateral or credit enhancements in the debt, or its sector risk) has deterioratedsince the debt was originally issued, the debtor should evaluate whether it is experiencing financial difficulties.Changes in an investment-grade credit rating are not considered a deterioration in the debtor's creditworthiness for purposes of this guidance.Conversely, a decline in credit rating from investment grade to noninvestment grade is considered a deterioration in the debtor's creditworthiness for purposes of this guidance.

**55-8**All of the following factors are indicators that the debtor is experiencing financial difficulties:

a. The debtor is currently in default on any of its debt.

b. The debtor has declared or is in the process of declaring bankruptcy.

c. There is significant doubt as to whether the debtor will continue to be a going concern.

d. Currently, the debtor has securities that have been delisted, are in the process of being delisted, or are under threat of being delisted from an exchange.

e. Based on estimates and projections that only encompass the current business capabilities, the debtor forecasts that its entity-specific cash flows will be insufficient to service the debt (both interest and principal) in accordance with the contractual terms of the existing agreement through maturity.

f. Absent the current modification, the debtor cannot obtain funds from sources other than the existing creditors at an effective interest rate equal to the current market interest rate for similar debt for a nontroubled debtor.

**55-9**Notwithstanding the above, the following factors, if both are present, provide determinative evidence that the debtor is not experiencing financial difficulties, and, thus, the modification or exchange is not within the scope of this Subtopic (the presence of either factor individually would be an indicator, but not determinative, that the debtor is not experiencing financial difficulty):

a. The debtor is currently servicing the old debt and can obtain funds to repay the old prepayable debt from sources other than the existing creditors (without regard to the current modification) at an effective interest rate equal to the current market interest rate for a nontroubled debtor.

b. The creditors agree to restructure the old debt solely to reflect a decrease in current market interest rates for the debtor or positive changes in the creditworthiness of the debtor since the debt was originally issued.

### > > > Determining Whether the Creditor Granted a Concession

**55-10** A creditor is deemed to have granted a concession if the debtor's effective borrowing rate on the restructured debt is less than the effective borrowing rate of the old debt immediately before the restructuring.The effective borrowing rate of the restructured debt(after giving effect to all the terms of the restructured debt including any new or revised options or warrants, any new or revised guarantees or letters of credit, and so forth)should be calculated by projecting all the cash flows under the new termsand solving for the discount rate that equates the present value of the cash flows under the new terms to the debtor's current

**carrying amount** of the old debt.

**55-11**The carrying amount for purposes of this test would not include any hedging effects(including basis adjustments to the old debt)but would include any unamortized premium, discount, issuance costs, accrued interest payable, and so forth.

**55-12**When determining the effect of any new or revised sweeteners(options,warrants,guarantees,letters of credit, and so forth),the current fair value of the new sweetener or change in fair value of the revised sweetener

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

would be included in day-one cash flows.If such sweeteners are not exercisable for a period of time, that delay is typically considered within the estimation of the initial fair value as of the debt's modification date.

**55-13**Although considered rare, if there is persuasive evidence that the decrease in the effective borrowing rate is due solely to a factor that is not captured in the mathematical calculation(for example, additional collateral),the creditor may not have granted a concession and the modification or exchange should be evaluated based on the substance of the modification.

**55-14**Notwithstanding the guidance in this Section, if an entity has recently restructured the debt and is currently restructuring that debt again, the effective borrowing rate of the restructured debt (after giving effect to all the terms of the restructured debt including any new or revised options or warrants, any new or revised guarantees or letters of credit, and so forth) should be calculated by projecting all the cash flows under the new terms and solving for the discount rate that equates the present value of the cash flows under the new terms to the debtor's previous carrying amount of the debt immediately preceding the earlier restructuring.In addition, the effective borrowing rate of the restructured debt should be compared with the effective borrowing rate of the debt immediately preceding the earlier restructuring for purposes of determining whether the creditor granted a concession (that is, whether the effective borrowing rate decreased).

### > > Classification of Debt Restructurings by Debtors and Creditors

**55-15** Paragraph 470-60-15-3 : explains that a debtor may have a troubled debt restructuring under this

Subtopic even though the related creditor does not have a **troubled debt restructuring** under the same tests

in this Subtopic.Paragraph 470-60-15-3 : refers to the tests the debtor and creditor must individually apply to the specific facts and circumstances to determine whether a troubled debt restructuring has occurred.For

implementation guidance, see paragraph 310-40-55-4 : .

### Pending Content

**Transition Date:** *(P) December 16, 2022; (N) December 16, 2022* | **Transition Guidance:**326-10-65-5 :

| | |
|---|---|
| **Editor's Note**: Paragraph 470-60-55-15 will be superseded upon transition, together with its heading: | |
| >>**Classification of Debt Restructurings by Debtors and Creditors** | |

a. Paragraph superseded by Accounting Standards Update No. 2022-02 :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 470-60-75 XBRL Elements - XBRL Links to Codification

[Click to open document in a browser](#)

# XBRL Links to Codification

**> Creditor [Axis] {12}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1legacyRef :

**> Gains (Losses) on Restructuring of Debt {128}**
**>> Element Name:** *GainsLossesOnRestructuringOfDebt*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1(b) legacyRef :

**> Schedule of Debtor Troubled Debt Restructuring, Current Period [Table Text Block] {18}**
**>> Element Name:** *ScheduleOfDebtorTroubledDebtRestructuringCurrentPeriodTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1legacyRef :

**> Schedule of Debtor Troubled Debt Restructuring, Subsequent Periods [Table Text Block] {11}**
**>> Element Name:** *ScheduleOfDebtorTroubledDebtRestructuringSubsequentPeriodsTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Summary of Troubled Debt Restructuring Note, Debtor [Table Text Block] {11}**
**>> Element Name:** *SummaryOfTroubledDebtRestructuringNoteDebtorTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1legacyRef :

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period [Table]**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period, Creditor [Domain] {0}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodCreditorDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period, Description of Changes in Terms {0}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodDescriptionOfChangesInTerms*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1(a) legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period, Gain (Loss) on Restructuring, Net of Tax {7}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodGainLossOnRestructuringNetOfTax*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1(b) legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period, Gain (Loss) on Restructuring, Per Share, Net {2}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodGainLossOnRestructuringPerShareNet*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1(d) legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period, Gain (Loss) on Restructuring, Tax Effect {0}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodGainLossOnRestructuringTaxEffect*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1(b) legacyRef :

**> Troubled Debt Restructuring, Debtor, Current Period, Gain (Loss) on Transfer of Assets, Net of Tax {1}**
**>> Element Name:** *TroubledDebtRestructuringDebtorCurrentPeriodGainLossOnTransferOfAssetsNetOfTax*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-1(c) legacyRef :

**> Troubled Debt Restructuring, Debtor, Subsequent Periods [Axis] {15}**
**>> Element Name:** *TroubledDebtRestructuringDebtorSubsequentPeriodsAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Troubled Debt Restructuring, Debtor, Subsequent Periods [Table]**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:** *TroubledDebtRestructuringDebtorSubsequentPeriodsTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Troubled Debt Restructuring, Debtor, Subsequent Periods, Contingent Payments, Amount {7}**
**>> Element Name:** *TroubledDebtRestructuringDebtorSubsequentPeriodsContingentPaymentsAmount*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Troubled Debt Restructuring, Debtor, Subsequent Periods, Contingent Payments, Conditions {0}**
**>> Element Name:** *TroubledDebtRestructuringDebtorSubsequentPeriodsContingentPaymentsConditions*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Troubled Debt Restructuring, Debtor, Subsequent Periods, Contingent Payments, Description {0}**
**>> Element Name:** *TroubledDebtRestructuringDebtorSubsequentPeriodsContingentPaymentsDescription*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

**> Troubled Debt Restructuring, Debtor, Subsequent Periods, Contingent Payments, Name [Domain] {0}**
**>> Element Name:** *TroubledDebtRestructuringDebtorSubsequentPeriodsContingentPaymentsNameDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

470 Debt > 60 Troubled Debt Restructurings by Debtors > 50 Disclosure > General, 50-2legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 932-470-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Production | Amended | Accounting Standards Update No. 2010-03 : | 01/06/2010 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 932-470-05 Overview and Background - General

[Click to open document in a browser](#)

# General

**05-1** This Subtopic addresses accounting for debt by entities in the oil and gas industry.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 932-470-15 Scope and Scope Exceptions - General

[Click to open document in a browser](#)

# General

**> Overall Guidance**

**15-1** This Subtopic follows the same Scope and Scope Exceptions as outlined in the Overall Subtopic, see

Section 932-10-15 : 🗋 .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 932 - 470 - 20 Glossary

Click to open document in a browser

# 932 - Extractive Activities—Oil and Gas | 470 - Debt | 20 - Glossary

General Note for 20 Glossary :

Exploration :

Production :

Saleable Hydrocarbons :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 932-470-25 Recognition - General

Click to open document in a browser

## General

**25-1**Certain transactions, sometimes referred to as conveyances, are in substance borrowings repayable in cash or its equivalent and shall be accounted for as borrowings. Both of the following are examples of such transactions:

a. Entities seeking supplies of oil or gas sometimes make cash advances to operators to finance

**exploration** in return for the right to purchase oil or gas discovered. Funds advanced for exploration that are repayable by offset against purchases of oil or gas discovered, or in cash if insufficient oil or gas is produced by a specified date, shall be accounted for as a receivable by the lender and as a payable by the operator.

b. Funds advanced to an operator that are repayable in cash out of the proceeds from a specified share

of future **production** of a producing property, until the amount advanced plus interest at a specified or determinable rate is paid in full, shall be accounted for as a borrowing. The advance is a payable for the recipient of the cash and a receivable for the party making the advance. Such transactions, as well as those

described in paragraph 932-360-55-2 : , are commonly referred to as production payments. The two types differ in substance, however, as explained in that paragraph.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 932 - 470 - Debt

Click to open document in a browser

# 932 - Extractive Activities—Oil and Gas | 470 - Debt

00 Status :

05 Background :

15 Scope :

20 Glossary :

25 Recognition :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 942-470-00 Status - General

Click to open document in a browser

## General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| 942-470-50-1 : | Amended | Accounting Standards Update No. 2016-01 : | 01/05/2016 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 942-470-05 Overview and Background - General

Click to open document in a browser

## General

**05-1** This Subtopic provides disclosure and presentation guidance concerning certain borrowings and long-term obligations of financial institutions.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 942-470-15 Scope and Scope Exceptions - General

Click to open document in a browser

# General

**> Overall Guidance**

**15-1** This Subtopic follows the same Scope and Scope Exceptions as outlined in the Overall Subtopic, see

Section 942-10-15 : ⬚.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 942-470-45 Other Presentation Matters - General

[Click to open document in a browser](#)

# General

> ### > Borrowings

**45-1** Significant categories of borrowings shall be presented as separate line items in the liability section of the balance sheet, or as a single line item with appropriate note disclosure of components. Institutions may, alternatively, present debt based on the debt's priority (that is, senior or subordinated) if they also provide separate disclosure of significant categories of borrowings.

### > Secured Borrowings

**45-2** Transfers of mortgages accounted for under Topic 860 : as secured borrowings of the issuing institution shall be classified as debt on the institution's balance sheet. Such mortgage-backed bonds shall be classified separately from advances, other notes payable, and subordinated debt.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 942-470-50 Disclosure - General

Click to open document in a browser

# General

**> Fair Value of Deposit Liabilities**

**50-1**In estimating the fair value of deposit liabilities, a financial entity shall not take into account the value of its long-term relationships with depositors, commonly known as core deposit intangibles, which are separate intangible assets, not financial instruments.

**> Long-Term Obligations**

**50-2**Accounting and reporting requirements for long-term obligations are the same for financial institutions as for other entities. If the financial institution has an unclassified balance sheet, there is no need to separate

balances into current and long-term portions.Topic 440 : requires disclosure of future payments on long-term borrowings.

**> Debt**

**50-3**For debt, the notes to the financial statements shall describe the principal terms of the respective agreements including but not limited to all of the following:

    a. The title or nature of the agreement, or both

    b. The interest rate (and whether it is fixed or floating)

    c. The payment terms and maturity date(s)

    d. Collateral

    e. Conversion or redemption features

    f. Whether it is senior or subordinated

    g. Restrictive covenants (such as dividend restrictions), if any.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 942-470-75 XBRL Elements - XBRL Links to Codification

[Click to open document in a browser](#)

# XBRL Links to Codification

**> Advance from Federal Home Loan Bank {256}**
**>> Element Name:**_AdvancesFromFederalHomeLoanBanks_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Core Deposits [Member] {251}**
**>> Element Name:**_CoreDepositsMember_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-1legacyRef :

**> Debt Instrument, Call Date, Earliest {16}**
**>> Element Name:**_DebtInstrumentCallDateEarliest_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(e) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

**> Debt Instrument, Call Date, Latest {6}**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**>> Element Name:**_DebtInstrumentCallDateLatest_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(e) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

**> Debt Instrument, Call Feature {21}**
**>> Element Name:**_DebtInstrumentCallFeature_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(e) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(5)) legacyRef :

**> Debt Instrument, Collateral Amount {320}**
**>> Element Name:**_DebtInstrumentCollateralAmount_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(d) legacyRef :

**> Debt Instrument, Collateral {72}**
**>> Element Name:**_DebtInstrumentCollateral_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(d) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

_**Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.**_
_**©2023 Wolters Kluwer. All rights reserved.**_
_**Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm**_
_**https://www.accountingresearchmanager.com/q/1bffv**_

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(1)) legacyRef :

**> Debt Instrument, Covenant Compliance {96}**
**>> Element Name:***DebtInstrumentCovenantCompliance*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(g) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

**> Debt Instrument, Covenant Description {187}**
**>> Element Name:***DebtInstrumentCovenantDescription*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(g) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

**> Debt Instrument, Date of First Required Payment {153}**
**>> Element Name:***DebtInstrumentDateOfFirstRequiredPayment1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :

**> Debt Instrument, Description {549}**
**>> Element Name:***DebtInstrumentDescription*

_____

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(a) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(19)) legacyRef :

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02(22)) legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(13)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :
944 Financial Services—Insurance > 210 Balance Sheet > S99 SEC Materials > General, S99-1(SX

210.7-03(16)) legacyRef :

**> Debt Instrument, Frequency of Periodic Payment {482}**
**>> Element Name:***DebtInstrumentFrequencyOfPeriodicPayment*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :

**> Debt Instrument, Payment Terms {357}**
**>> Element Name:***DebtInstrumentPaymentTerms*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(3)) legacyRef :

**> Debt Instrument, Periodic Payment {743}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***DebtInstrumentPeriodicPayment*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :

**> Debt Instrument, Priority {1}**
**>> Element Name:***DebtInstrumentPriority*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(f) legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22(a)(4)) legacyRef :

**> Debt Instrument, Redemption Period, End Date {49}**
**>> Element Name:***DebtInstrumentRedemptionPeriodEndDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption Period, Start Date {54}**
**>> Element Name:***DebtInstrumentRedemptionPeriodStartDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption Price, Percentage {929}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***DebtInstrumentRedemptionPricePercentage*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Description {129}**
**>> Element Name:***DebtInstrumentRedemptionDescription*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Period Five [Member] {122}**
**>> Element Name:***DebtInstrumentRedemptionPeriodFiveMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Period Four [Member] {218}**
**>> Element Name:***DebtInstrumentRedemptionPeriodFourMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Period One [Member] {545}**
**>> Element Name:***DebtInstrumentRedemptionPeriodOneMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Debt Instrument, Redemption, Period Three [Member] {373}**
**>> Element Name:***DebtInstrumentRedemptionPeriodThreeMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Period Two [Member] {524}**
**>> Element Name:***DebtInstrumentRedemptionPeriodTwoMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Period [Axis] {711}**
**>> Element Name:***DebtInstrumentRedemptionPeriodAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Redemption, Period [Domain] {0}**
**>> Element Name:***DebtInstrumentRedemptionPeriodDomain*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3e legacyRef :

**> Debt Instrument, Restrictive Covenants {35}**
**>> Element Name:***DebtInstrumentRestrictiveCovenants*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(g) legacyRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08.(e))

legacyRef :

**> Deposits Paid for Securities Borrowed, at Carrying Value {13}**
**>> Element Name:***DepositsPaidForSecuritiesBorrowedAtCarryingValue*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(b) legacyRef :

**> Federal Home Loan Bank Advances, Disclosure [Text Block] {98}**
**>> Element Name:***FederalHomeLoanBankAdvancesDisclosureTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.13(a)) legacyRef :

**> Federal Home Loan Bank Branch [Axis] {140}**
**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1commonPracticeRef :

**> Federal Home Loan Bank, Advance, Branch of FHLB Bank, Interest Rate, Type [Fixed List] {1}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankInterestRateType*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(b) legacyRef :

**> Federal Home Loan Bank, Advance, General Debt Obligation, Disclosure, Interest Rate, Type [Fixed List] {1}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresInterestRateType*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(b) legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Fixed Rate, Year One {11}**
**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRateUnderOneYear*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Fixed Rate, after Year Five {2}**
**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRateAfterFiveYears*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Fixed Rate, after Year One Through Five {2}**
**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRateOneToFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Floating Rate, Year One {5}**
**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRateUnderOneYear*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Floating Rate, after Year Five {0}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRateAfterFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Floating Rate, after Year One Through Five {0}
>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRateOneToFiveYears*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year Five {81}
>> Element
Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromFourToFiveYearsOfBalanceSheetDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**> Federal Home Loan Bank, Advance, Maturity, Year Four {95}**
**>> Element**
**Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromThreeToFourYearsOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year One {159}**
**>> Element**
**Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueWithinOneYearOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year Three {113}**
**>> Element**
**Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromTwoToThreeYearsOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, Year Two {110}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element
Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueFromOneToTwoYearsOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, after Year Five {68}**
**>> Element
Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryDueAfterFiveYearsOfBalanceSheetDate_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advance, Maturity, after Year One Through Five {2}**
**>> Element Name:**_FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeOneToFiveYears_
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advances, Branch of FHLB Bank, Amount of Advances {70}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankAmountOfAdvancesByBranch*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Federal Home Loan Bank, Advances, Branch of FHLB Bank, Due Date {3}**
**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankDueDate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :

**> Federal Home Loan Bank, Advances, Branch of FHLB Bank, Due Date, Earliest {3}**
**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankDueDateEarliest*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :

**> Federal Home Loan Bank, Advances, Branch of FHLB Bank, Due Date, Last {4}**
**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankDueDateLast*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :

**> Federal Home Loan Bank, Advances, Branch of FHLB Bank, Interest Rate {77}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***FederalHomeLoanBankAdvancesBranchOfFHLBBankInterestRate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(b) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Amount of Available, Unused Funds {130}**
**>> Element
Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresAmountOfAvailableUnusedFunds*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22 (b)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.13(3)(a)) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Collateral Pledged {150}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresCollateralPledged1*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(d) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Conversion Date {0}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosureConversionDate*
XBRL Revision Date:

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(e) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Conversion Features {1}**
**>> Element Name:**FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresConversionFeatures
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(e) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Description of Collateral Pledged {1}**
**>> Element Name:**FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresDescriptionOfCollateralPledged
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(d) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Due Date {5}**
**>> Element Name:**FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresDueDate
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Due Date, Earliest {3}**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresDueDateEarliest*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Due Date, Last {3}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresDueDateLast*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(c) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, General Description of Terms {1}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresGeneralDescriptionOfTerms*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Interest Rate at Period End {69}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresInterestRateAtPeriodEnd*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3(b) legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Disclosures, Repayment and Penalties {20}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresRepaymentAndPenalties*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**> Federal Home Loan Bank, Advances, General Debt Obligations, Maximum Amount Available {122}**
**>> Element Name:***FederalHomeLoanBankAdvancesGeneralDebtObligationsDisclosuresMaximumAmountAvailable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22 (b)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.13(3)(a)) legacyRef :

**> Federal Home Loan Bank, Advances, Maturities Summary, Fixed Rate {18}**
**>> Element Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFixedRate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :

**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :

**> Federal Home Loan Bank, Advances, Maturities Summary, Floating Rate {10}**
**>> Element Name:***FederalHomeLoanBankAdvancesMaturitiesSummaryByInterestRateTypeFloatingRate*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

470 Debt > 10 Overall > 50 Disclosure > General, 50-1legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(13)) legacyRef :
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03(16)) legacyRef :

**> Long-Term Federal Home Loan Bank Advances {144}**
**>> Element Name:***FederalHomeLoanBankAdvancesLongTerm*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-2legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.16) legacyRef :

**> Schedule of Federal Home Loan Bank Advances, by Branch of FHLB Bank [Table]**
**>> Element Name:***ScheduleOfFederalHomeLoanBankAdvancesByBranchOfFHLBBankTable*

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.13,16) legacyRef :

**> Schedule of Federal Home Loan Bank, Advances, by Branch of FHLB Bank [Table Text Block] {72}**
**>> Element Name:***ScheduleOfFederalHomeLoanBankAdvancesByBranchOfFHLBBankTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
942 Financial Services—Depository and Lending > 210 Balance Sheet > S99 SEC Materials > General,

S99-1(SX 210.9-03.13,16) legacyRef :

**> Schedule of Long-Term Debt Instruments [Table Text Block] {1968}**
**>> Element Name:***ScheduleOfDebtInstrumentsTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

commonPracticeRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-6legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-7legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-8legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

**> Schedule of Long-Term Debt Instruments [Table]**
**>> Element Name:***DebtInstrumentTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

942 Financial Services—Depository and Lending > 470 Debt > 50 Disclosure > General, 50-3legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**

210 Balance Sheet > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.5-02.22) legacyRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-1(SX 210.4-08(f))

commonPracticeRef :
235 Notes to Financial Statements > 10 Overall > S99 SEC Materials > General, S99-3(SX 210.12-04(a))

disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(d) exampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(e) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(f) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1B(h) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(b) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1D(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(c) disclosureRef :

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1E(d) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(a) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b) disclosureRef :
470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(1) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1F(b)(2) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 50 Disclosure > General, 50-1I(c) disclosureRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69BexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69CexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69EexampleRef :

470 Debt > 20 Debt with Conversion and Other Options > 55 Implementation > General, 55-69FexampleRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-3legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-6legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-7legacyRef :

505 Equity > 10 Overall > 50 Disclosure > General, 50-8legacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-1AlegacyRef :

835 Interest > 30 Imputation of Interest > 45 Other Presentation > General, 45-2legacyRef :

835 Interest > 30 Imputation of Interest > 50 Disclosure > General, 50-1disclosureRef :

835 Interest > 30 Imputation of Interest > 55 Implementation > General, 55-8legacyRef :

**> Schedule of Subordinated Borrowing [Table Text Block] {68}**
**>> Element Name:***ScheduleOfSubordinatedBorrowingTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General, 45-1legacyRef :

**> Secured Debt, Dollar Rolls {0}**
**>> Element Name:***SecuredDebtDollarRolls*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Secured Debt, Other {19}**
**>> Element Name:** *SecuredDebtOther*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Subordinated Borrowing [Axis] {30}**
**>> Element Name:** *SubordinatedBorrowingAxis*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Subordinated Borrowing [Table]**
**>> Element Name:** *SubordinatedBorrowingTable*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

**> Subordinated Borrowings Disclosure [Text Block] {107}**
**>> Element Name:** *SubordinatedBorrowingsDisclosureTextBlock*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**
942 Financial Services—Depository and Lending > 470 Debt > 45 Other Presentation > General,

45-1legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

# 942-470-S45 Other Presentation Matters - General

[Click to open document in a browser](#)

## General

### > Short-Term Borrowings

**S45-1**See paragraph 942-210-S99-1 : 📄, Regulation S-X Rule 9-03.13, for presentation requirements for short-term borrowings.

### > Bank Acceptances Outstanding

**S45-2**See paragraph 942-210-S99-1 : 📄, Regulation S-X Rule 9-03.14, for presentation requirements for bank acceptances outstanding.

### > Other Liabilities

**S45-3**See paragraph 942-210-S99-1 : 📄, Regulation S-X Rule 9-03.15, for presentation requirements for other liabilities.

### > Long-Term Debt

**S45-4**See paragraph 942-210-S99-1 : 📄, Regulation S-X Rule 9-03.16, for presentation requirements for long-term debt.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 942-470-S50 Disclosure - General

[Click to open document in a browser](#)

# General

> **Short-Term Borrowing**

**S50-1**See paragraph 942-210-S99-1 : , Regulation S-X Rule 9-03.13, for presentation requirements for short-term borrowings.

> **Bank Acceptances Outstanding**

**S50-2**See paragraph 942-210-S99-1 : , Regulation S-X Rule 9-03.14, for presentation requirements for bank acceptances outstanding.

> **Other Liabilities**

**S50-3**See paragraph 942-210-S99-1 : , Regulation S-X Rule 9-03.15, for presentation requirements for other liabilities.

> **Long-Term Debt**

**S50-4**See paragraph 942-210-S99-1 : , Regulation S-X Rule 9-03.16, for disclosure requirements for long-term debt.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 942 - 470 - Debt

Click to open document in a browser

## 942 - Financial Services—Depository and Lending | 470 - Debt

00 Status :

05 Background :

15 Scope :

45 Other Presentation :

50 Disclosure :

75 XBRL Elements :

S45 Other Presentation :

S50 Disclosure :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 944-470-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Readily Determinable Fair Value** | Amended | Accounting Standards Update No. 2015-10 : | 06/12/2015 |
| **Readily Determinable Fair Value** | Amended | Accounting Standards Update No. 2014-06 : | 03/14/2014 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 944-470-05 Overview and Background - General

Click to open document in a browser

# General

**05-1** This Subtopic provides guidance on accounting, financial statement presentation, and disclosure by the issuers of **surplus notes** .The term surplus notes is the most common term applied to these financial instruments. Some jurisdictions refer to these financial instruments as certificates of contribution, surplus debentures, or capital notes.The following are some general characteristics of surplus notes:

    a. Approval of the issuance by the domiciliary state insurance commissioner

    b. Stated maturity date in most but not all cases

    c. Scheduled interest payments

    d. Approval of the payment of principal and interest by the domiciliary state insurance commissioner

    e. Nonvoting

    f. Subordinate to all claims except those of shareholders for stock entities

    g. Subordinate to all claims except policyholder residuals for mutual entities (after policyholder liabilities are settled)

    h. No or limited acceleration rights other than for rehabilitation, liquidation, or reorganization of the insurer by a governmental agency

    i. Proceeds from issuance in the form of cash, cash equivalent, or some other asset with a **readily determinable fair value** satisfactory to the domiciliary state insurance commissioner.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 944-470-15 Scope and Scope Exceptions - General

[Click to open document in a browser](#)

# General

**> Overall Guidance**

**15-1** This Subtopic follows the same Scope and Scope Exceptions as outlined in the Overall Subtopic, see

Section 944-10-15 : 🗋, with specific entity exceptions noted below.

**> Entities**

**15-2** The guidance in this Subtopic does not apply to investors in **surplus notes**🗋 .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 944 - 470 - 20 Glossary

Click to open document in a browser

# 944 - Financial Services—Insurance | 470 - Debt | 20 - Glossary

General Note for 20 Glossary :

Readily Determinable Fair Value :

Surplus Notes :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 944-470-25 Recognition - General

[Click to open document in a browser](#)

# General

> **Surplus Notes**

**25-1** **Surplus notes** shall be accounted for as debt instruments; equity treatment for surplus notes is inappropriate.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

**Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm**
**https://www.accountingresearchmanager.com/q/1bffv**

**FASB**
Authoritative

## 944-470-35 Subsequent Measurement - General

[Click to open document in a browser](#)

# General

### > Surplus Notes

**35-1** Interest shall be accrued over the life of the surplus note, irrespective of the approval of interest and principal payments by the domiciliary state insurance commissioner, and shall be recognized as an expense in the same manner as other debt.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 944-470-45 Other Presentation Matters - General

[Click to open document in a browser](#)

# General

> **Surplus Notes**

**45-1** **Surplus notes** shall be presented as liabilities in the financial statements of the issuer; equity treatment for surplus notes is inappropriate.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 944-470-50 Disclosure - General

Click to open document in a browser

## General

**> Surplus Notes**

**50-1**An entity shall disclose the domiciliary state insurance commissioner's role and ability to approve or disapprove any interest and principal payments.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 944-470-75 XBRL Elements - XBRL Links to Codification

[Click to open document in a browser](#)

# XBRL Links to Codification

**> Surplus Notes {21}**
**>> Element Name:** *SurplusNotes*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

944 Financial Services—Insurance > 470 Debt > 45 Other Presentation > General, 45-1legacyRef :

**> Surplus Notes, Domiciliary State Commissioner's Role {0}**
**>> Element Name:** *SurplusNotesDomiciliaryStateCommissionersRole*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

944 Financial Services—Insurance > 470 Debt > 50 Disclosure > General, 50-1legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

**944 - 470 - Debt**

Click to open document in a browser

## 944 - Financial Services—Insurance | 470 - Debt

00 Status :

05 Background :

15 Scope :

20 Glossary :

25 Recognition :

35 Subsequent Measurement :

45 Other Presentation :

50 Disclosure :

75 XBRL Elements :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 954-470-00 Status - General

Click to open document in a browser

## General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Advance Refunding** | Added | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| **Conditional Contribution** | Added | Accounting Standards Update No. 2018-08 : | 06/21/2018 |
| **Contribution** | Amended | Accounting Standards Update No. 2018-08 : | 06/21/2018 |
| **Contribution** | Amended | Accounting Standards Update No. 2010-07 : | 01/28/2010 |
| **Donor-Imposed Condition** | Added | Accounting Standards Update No. 2018-08 : | 06/21/2018 |
| **Promise to Give** | Added | Accounting Standards Update No. 2018-08 : | 06/21/2018 |
| 954-470-25-1 : | Amended | Accounting Standards Update No. 2016-02 : | 02/25/2016 |
| 954-470-40-1 : | Amended | Accounting Standards Update No. 2016-02 : | 02/25/2016 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 954-470-05 Overview and Background - General

Click to open document in a browser

## General

**05-1** This Subtopic provides guidance on accounting for debt for health care entities within the scope of this Topic.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 954-470-15 Scope and Scope Exceptions - General

Click to open document in a browser

# General

**> Overall Guidance**

**15-1** This Subtopic follows the same Scope and Scope Exceptions as outlined in the Overall Subtopic, see

Section 954-10-15 : ☐.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 954 - 470 - 20 Glossary

Click to open document in a browser

## 954 - Health Care Entities | 470 - Debt | 20 - Glossary

General Note for 20 Glossary :

Advance Refunding :

Conditional Contribution :

Contribution :

Donor-Imposed Condition :

Inherent Contribution :

Promise to Give :

Unconditional Promise to Give :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 954-470-25 Recognition - General

Click to open document in a browser

# General

> **Financing Authorities**

**25-1** When a financing authority issues tax-exempt bonds or similar debt instruments and uses the proceeds for the benefit of a health care entity, the obligation shall be reported as a liability in the entity's balance sheet if the health care entity is responsible for repayment.In some cases, this obligation may take the form of a liability arising from a capital lease.If a health care entity has no obligation to make payments of principal and interest on the debt or capital or operating lease payments on related buildings or equipment, the entity shall not reflect the liability on its balance sheet.In such circumstances, proceeds from the bond issue shall be reported as

**contributions** from the sponsoring entity.

**Pending Content**

**Transition Date:** *(P) December 16, 2018; (N) December 16, 2021* | **Transition Guidance:**842-10-65-1 :

When a financing authority issues tax-exempt bonds or similar debt instruments and uses the proceeds for the benefit of a health care entity, the obligation shall be reported as a liability in the entity's balance sheet if the health care entity is responsible for repayment.In some cases, this obligation may take the form of a liability arising from a lease.If a health care entity has no obligation to make payments of principal and interest on the debt or lease payments on related buildings or equipment, the entity shall not reflect the liability on its balance

sheet.In such circumstances, proceeds from the bond issue shall be reported as **contributions** from the sponsoring entity.

> **Arbitrage Rebate Liabilities**

**25-2**Internal Revenue Service (IRS) regulations concerning tax-exempt debt prohibit the yield realized from the investment of the proceeds of such debt from exceeding the interest rate to be paid on such debt.Whenever a provider invests tax-exempt bond proceeds and the ultimate yield is higher than the interest rate on the bonds, the provider may be subject to an arbitrage rebate liability.The arbitrage determination is made as of the date of the issue; however, intentional acts undertaken after the date of the issue can disqualify the issue retroactively.The earnings in excess of interest expense represent a liability that must be paid to the U.S. Treasury in order for the bonds to maintain their tax-exempt status.The arbitrage rebate liability may be a substantial amount if the bond proceeds are not spent as quickly as planned.For example, this may occur if a provider encounters a delay in a major construction project.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 954-470-40 Derecognition - General

[Click to open document in a browser](#)

# General

**40-1**In a crossover refunding, because the old bonds are not defeased until the crossover date, no immediate gain or loss shall be recognized. If the retirement dates of the old debt have been established, the call premium, unamortized premium or discount, and initial issue costs shall be recognized systematically in the income statement over the remaining life of the old debt as an adjustment of the cost of borrowing related to the old debt. In addition, the income earned on the funds used to consummate the advance refunding and the interest expense on both the old and new debts shall be recognized in the income statement.The funds used to consummate the advance refunding shall be reported as an asset and both the old and new debts shall be reported as liabilities. The assets and liabilities shall not be offset.

**Pending Content**

**Transition Date:** *(P) December 16, 2018; (N) December 16, 2021* | **Transition Guidance:**842-10-65-1 :

In a crossover refunding, because the old bonds are not defeased until the crossover date, no immediate gain or loss shall be recognized. If the retirement dates of the old debt have been established, the call premium, unamortized premium or discount, and initial issue costs shall be recognized systematically in the income statement over the remaining life of the old debt as an adjustment of the cost of borrowing related to the old

debt. In addition, the income earned on the funds used to consummate the **advance refunding** and the interest expense on both the old and new debts shall be recognized in the income statement.The funds used to consummate the advance refunding shall be reported as an asset and both the old and new debts shall be reported as liabilities. The assets and liabilities shall not be offset.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 954 - 470 - Debt

Click to open document in a browser

# 954 - Health Care Entities | 470 - Debt

00 Status :

05 Background :

15 Scope :

20 Glossary :

25 Recognition :

40 Derecognition :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 958-470-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| 958-470-05-1 : | Amended | Accounting Standards Update No. 2012-04 : | 10/01/2012 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

**Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.**
**©2023 Wolters Kluwer. All rights reserved.**
**Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm**
**https://www.accountingresearchmanager.com/q/1bffv**

**FASB**
Authoritative

## 958-470-05 Overview and Background - General

Click to open document in a browser

# General

**05-1** This Subtopic provides guidance on accounting for debt for not-for-profit entities within the scope of this Topic.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 958-470-15 Scope and Scope Exceptions - General

Click to open document in a browser

## General

**> Overall Guidance**

**15-1** This Subtopic follows the same Scope and Scope Exceptions as outlined in the Overall Subtopic (see

Section 958-10-15 : ).

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 958-470-25 Recognition - General

Click to open document in a browser

# General

**25-1**A not-for-profit entity (NFP) may finance part of its activities from the proceeds of tax-exempt bonds or other obligations issued through state and local financing authorities. Because the NFP is responsible for the repayment of those obligations, that financing shall be recognized as a liability in its statement of financial position.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 958 - 470 - Debt

Click to open document in a browser

# 958 - Not-for-Profit Entities | 470 - Debt

00 Status :

05 Background :

15 Scope :

25 Recognition :

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 970-470-00 Status - General

Click to open document in a browser

# General

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| 970-470-25-5 : | Amended | Accounting Standards Update No. 2014-09 : | 05/28/2014 |

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 970-470-05 Overview and Background - General

[Click to open document in a browser](#)

## General

**05-1** This Subtopic provides recognition and implementation guidance on tax increment financing entities.

**05-2**Municipalities often levy special assessments to finance the construction of certain infrastructure assets or improvements or may levy special assessments for other specified purposes. Alternatively, an entity that intends to develop real estate it owns or leases may form a tax increment financing entity to finance and operate the project infrastructure. Tax increment financing entities are authorized under various state statutes to issue bonds to finance the construction of road, water, and other utility infrastructure for a specific project. Usually, all of the debt is issued by the tax increment financing entity and will be repaid by future user fees or taxes assessed to cover operating costs, such as repairs and maintenance, as well as debt service.

**05-3**The Variable Interest Entities Subsections of Subtopic 810-10 : address consolidation by business entities of variable interest entities (VIEs), which may include many special-purpose entities of the type used as tax increment financing entities.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 970-470-15 Scope and Scope Exceptions - General

[Click to open document in a browser](#)

# General

**> Entities**

**15-1** The guidance in this Subtopic applies to tax increment financing entities.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 970-470-25 Recognition - General

[Click to open document in a browser](#)

# General

**> Liability for Tax Increment Financing Entity Debt**

**25-1** If the special assessment or the assessment to be levied by the tax increment financing entity on each individual property owner is a fixed or determinable amount for a fixed or determinable period, there is a presumption that an obligation shall be recognized by the property owner. Further, with respect to tax increment financing entities, factors such as the following indicate that an entity may be contingently liable for tax increment

financing entity debt, and recognition of an obligation shall be evaluated under Topic 450 : 📄 :

a. The entity must satisfy any shortfall in annual debt service obligations.

b. There is a pledge of entity assets.

c. The entity provides a letter of credit in support of some or all of the tax increment financing entity debt or provides other credit enhancements.

**25-2** If the entity is constructing facilities for its own use or operation, the presence of any of the factors in the preceding paragraph creates a presumption that the tax increment financing entity debt must be recognized as an obligation of the entity.

**25-3** An entity's agreement to either make up shortfalls in the annual debt service requirements or guarantee the tax increment financing entity's debt, as described in Example 1, Cases C through D (see paragraphs

970-470-55-9 through 55-14 : 📄 ), may be guarantees under the characteristics found in paragraph

460-10-15-4 : 📄 and subject to the initial recognition, initial measurement, and disclosure requirements of Topic

460 : 📄 .

**25-4** See Section 970-470-55 : 📄 for examples of accounting for special assessments and tax increment financing entities.

**25-5** See Section 974-720-25 : 📄 for adjustment of assets (or liabilities) transferred between a real estate investment trust and its adviser.

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

## 970-470-55 Implementation Guidance and Illustrations - General

[Click to open document in a browser](#)

## General

**> Illustrations**
**> > Example 1: Accounting for Special Assessments and Tax Increment Financing Entities**

**55-1** This Example illustrates the guidance in paragraph 970-470-25-4 : . The following Cases illustrate the use of municipal bonds and tax increment financing entities for financing the construction of development project infrastructure assets with differing entity obligation impact:

   a. Municipal bonds, entity obligation for special assessment amount (Case A)

   b. Tax increment financing entity, entity obligation for tax increment financing entity debt (Case B)

   c. Tax increment financing entity, assessment to individual property owners not fixed or determinable, no entity obligation (Case C)

   d. Tax increment financing entity, assessment to individual property owners is not fixed or determinable, no entity obligation (Case D).

**55-2** Cases A, B, C, and D share all of the following assumptions:

   a. The entity owns 100 percent of the land under development.

   b. $10 million of bonds are issued for construction of the development infrastructure.

   c. The interest rate on the bonds is 6 percent and the term is 20 years.

   d. The annual debt service requirement is $500,000 principal repayment plus interest accrued during the year.

   e. The project is expected to take 10 years to complete, and no significant sales of property are expected until the third year. All of the property under development is intended for sale.

   f. The property under development is subject to lien if there is a default on the assessment.

**> > > Case A: Municipality Bond Issue; Entity Obligation Recognized for Special Assessment**
**55-3** A municipality issues bonds to finance construction of the infrastructure assets. The municipality levies a special assessment on the property that is equal to the face amount of the bonds. The special assessment bears interest at the same rate as the bonds. In this Case, if there are 100 equal-sized parcels in the development, each parcel will be assessed $5,000 per year plus accrued interest for 20 years. The assessment remains with the property. Accordingly, upon sale or partial sale of the development, the entity must pay the remaining assessment on the property sold or the purchaser must assume the obligation.

**55-4** The entity must recognize an obligation for the special assessment because the amount is fixed for a fixed period of time. Subsequent property owners that assume the obligation must recognize the obligation related to the parcels purchased.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

### > > > Case B: Tax Increment Financing Entity; Entity Obligation Recognized for Debt

**55-5**A tax increment financing entity is formed to issue bonds. On completion of construction of the infrastructure assets, title to such assets (including any land upon which the infrastructure is constructed) passes from the tax increment financing entity to the municipality. The entity does not guarantee the tax increment financing entity debt.

**55-6**Property owners will be subject to a tax on an equal basis determined by the number of lots in the district. The tax will be levied annually, based on the tax increment financing entity's debt service requirement for that year. Accordingly, if there are 100 parcels in the development, $5,000 plus interest accrued for the year is expected to be levied on each parcel annually for the 20 years the debt is outstanding. Additional assessments may be levied by the tax increment financing entity for maintenance or other services. These assessments are in addition to normal property tax assessments.

**55-7**Upon sale of a portion of the property, either the entity must repay a pro rata portion of the tax increment financing entity debt or the purchaser must assume the obligation.

**55-8**The entity must recognize an obligation for the tax increment financing entity debt because the assessment in this example is a determinable amount for a determinable period of time.

### > > > Case C: Tax Increment Financing Entity; No Entity Obligation Recognized

**55-9**A tax increment financing entity is formed to issue bonds. On completion of construction of the infrastructure assets, title to such assets (including any land upon which the infrastructure is constructed) passes from the tax increment financing entity to the municipality. The entity does not guarantee the tax increment financing entity debt.

**55-10**The rates for annual assessments are determined prior to issuance of the debt and are limited to a maximum annual tax rate based on anticipated debt service requirements. The rate levied is dependent on the land use category of each parcel of property in the district. Developed property is taxed at the maximum rate, unless a lesser amount is needed to meet current year debt service and maintenance obligations. If the amount levied for developed property is not sufficient, undeveloped property is subject to tax up to the maximum rate. If the maximum rate applied to both developed and undeveloped property is insufficient, additional taxes may be assessed only if approved by eligible voters.

**55-11**Because the assessment on each individual property owner is dependent on the rate of development and, therefore, is not fixed or determinable, an obligation is not required to be recognized. However, if the entity must satisfy any shortfall in annual debt service requirements, recognition of an obligation must be evaluated pursuant

to Subtopic 450-20 : .

### > > > Case D: Tax Increment Financing Entity; No Entity Obligation Recognized

**55-12**A tax increment financing entity is formed to issue bonds. On completion of construction of the infrastructure assets, title to such assets (including any land upon which the infrastructure is constructed) passes from the tax increment financing entity to the municipality. The entity does not guarantee the tax increment financing entity debt.

**55-13**The debt service requirements of the tax increment financing entity will be met by normal property tax assessments. The increased value of the developed property is expected to generate sufficient taxes to meet the debt service and other obligations. If such assessments are not sufficient, the municipality must satisfy the shortfall.

**55-14**The assessment on each individual property is not determinable because it is based on the current tax rate and the assessed value of the property. Accordingly, the entity is not required to recognize an obligation. The

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

assessments will be treated as property taxes. If, however, the entity had guaranteed the tax increment financing entity debt or must satisfy any shortfall in annual debt service requirements, the recognition of an obligation would be evaluated pursuant to Subtopic 450-20 : .

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

## 970 - 470 - Debt

Click to open document in a browser

# 970 - Real Estate—General | 470 - Debt

00 Status :

05 Background :

15 Scope :

25 Recognition :

55 Implementation :

Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.

*Copyright 2005-2021 by Financial Accounting Foundation, Norwalk, Connecticut.*
*©2023 Wolters Kluwer. All rights reserved.*
*Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm*
*https://www.accountingresearchmanager.com/q/1bffv*

**FASB**
Authoritative

## 980-470-05 Overview and Background - General

Click to open document in a browser

# General

**05-1** This Subtopic provides guidance for debt for entities with regulated operations.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 980-470-15 Scope and Scope Exceptions - General

Click to open document in a browser

# General

**> Overall Guidance**

**15-1** This Subtopic follows the same Scope and Scope Exceptions as outlined in the Overall Subtopic, see

Section 980-10-15 : 🗋.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 980 - 470 - 20 Glossary

Click to open document in a browser

# 980 - Regulated Operations | 470 - Debt | 20 - Glossary

General Note for 20 Glossary : 

Capitalize : 

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

<div align="right">
**FASB**
Authoritative
</div>

## 980-470-40 Derecognition - General

Click to open document in a browser

# General

### > Early Extinguishment of Debt

**40-1** Subtopic 470-50 : requires recognition in income of a gain or loss on an early extinguishment of debt in the period in which the debt is extinguished. For rate-making purposes, the difference between the entity's net carrying amount of the extinguished debt and the reacquisition price may be amortized as an adjustment of interest expense over some future period.

**40-2** If the debt is reacquired for an amount in excess of the entity's net carrying amount, the regulator's decision to increase future rates by amortizing the difference for rate-making purposes provides reasonable assurance of the existence of an asset (see paragraph 980-340-25-1 : ). Accordingly, the regulated entity shall **capitalize** the excess cost and amortize it over the period during which it will be allowed for rate-making purposes.

**40-3** If the debt is reacquired for an amount that is less than the entity's net carrying amount, the regulator's decision to reduce future rates by amortizing the difference for rate-making purposes imposes a liability on the regulated entity (see paragraph 980-405-25-1(c) : ). Accordingly, the entity would record the difference as a liability and amortize it over the period during which permitted rates will be reduced.

Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2020 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

## 980-470-75 XBRL Elements - XBRL Links to Codification

[Click to open document in a browser](#)

# XBRL Links to Codification

**> Deferred Gain (Loss) on Early Extinguishment of Debt [Member] {6}**
**>> Element Name:***DeferredLossOnEarlyExtinguishmentOfDebtMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

980 Regulated Operations > 470 Debt > 40 Derecognition > General, 40-1legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
980 Regulated Operations > 340 Other Assets and Deferred Costs > 25 Recognition > General, 25-1legacyRef :

980 Regulated Operations > 405 Liabilities > 25 Recognition > General, 25-1legacyRef :

**> Loss on Reacquired Debt [Member] {37}**
**>> Element Name:***LossOnReacquiredDebtMember*
XBRL Revision Date:

**This XBRL element references the following paragraph(s)/term(s) in this Subtopic:**

980 Regulated Operations > 470 Debt > 40 Derecognition > General, 40-2legacyRef :
**This XBRL element references the following paragraph(s)/term(s) in other Subtopic(s):**
980 Regulated Operations > 340 Other Assets and Deferred Costs > 25 Recognition > General, 25-1legacyRef :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***

**FASB**
Authoritative

**980 - 470 - Debt**

Click to open document in a browser

# 980 - Regulated Operations | 470 - Debt

05 Background :

15 Scope :

20 Glossary :

40 Derecognition :

75 XBRL Elements :

Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.

***Copyright 2005-2022 by Financial Accounting Foundation, Norwalk, Connecticut.***
***©2023 Wolters Kluwer. All rights reserved.***
***Subject to Terms & Conditions: http://researchhelp.cch.com/License_Agreement.htm***
***https://www.accountingresearchmanager.com/q/1bffv***