IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01267-DDD-KAS

ALI SAEE, individually and on behalf of all others similarly situated, and
JAN LAMBERT,

    Plaintiffs,

v.

ENSERVCO CORPORATION,
CROSS RIVER PARTNERS, L.P.,
CROSS RIVER CAPITAL MANAGEMENT LLC,
RICHARD A. MURPHY, and
MARJORIE A. HARGRAVE,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motion to Dismiss, filed March 4, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of defendants, Enservco Corporation, Cross River Partners, L.P., Cross River Capital Management LLC, Richard A. Murphy, and Marjorie A. Hargrave, and against plaintiffs, Ali Saee, individually and on behalf of all others similarly situated, and Jan Lambert, on Defendants' Motion to Dismiss. It is further

ORDERED that plaintiffs' complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this <u>4th</u> day of March, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk